```
 1  BAKER MARQUART LLP
    Jaime Marquart (Bar No. 200344)
 2    jmarquart@bakermarquart.com
    Ryan Baker (Bar No. 214036)
 3    rbaker@bakermarquart.com
    Christian Anstett (Bar No. 240179)
 4    canstett@bakermarquart.com
 5  10990 Wilshire Blvd., Fourth Floor
    Los Angeles, California  90024
 6  Telephone: (424) 652-7800
 7  Facsimile: (424) 652-7850

 8  Attorneys for All Plaintiffs

 9  KENDALL BRILL & KLIEGER LLP
    Richard B. Kendall (190072)
10    rkendall@kbkfirm.com
11  Laura W. Brill (195889)
      lbrill@kbkfirm.com
12  Richard M. Simon (195889)
      rsimon@kbkfirm.com
13  Cassie D. Palmer (268383)
      cpalmer@kbkfirm.com
14  10100 Santa Monica Blvd., Suite 1725
15  Los Angeles, California  90067
    Telephone:  310.556.2700
16  Facsimile:  310.556.2705

17  Attorneys for CBS Interactive, Inc. (f/k/a
18  CNET Networks, Inc.)
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALKIVIADES DAVID, SUGAR HILL MUSIC, SOLID PRODUCTIONS, STEVEN BATIZ, TONY BELL, DETRON BENDROSS, DERRICK BRAXTON, REGINALD BROOKS, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, JONATHAN CARLTON, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS | Case No. CV11-9437 DSF (JCx) **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF ALKIVIADES DAVID** Hon. Dale S. Fischer Crtrm.: 840 |

JOINT STIPULATION TO DISMISS WITH RESPECT TO PLAINTIFF ALKIVIADES DAVID

| | |
|---|---|
| DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, NACOLBIE EDWARDS, VANCITO EDWARDS JOHN FLETCHER, WILLIAM FINCH, ISAAC FREEMAN, JR., DARRYL GIBSON, JALIL HUTCHINS, EMANON JOHNSON, KEITH JONES, ORAN "JUICE" JONES, TARSHA JONES, NAILAH LAMEES, DANA MCCIEESE, BARRY MOODY, JEFF REDD, QUAME RILEY, ANTHONY ROBINSON, NICHOLAS SANCHEZ, JONATHAN SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD SPENCE, CHRIS STOKES, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS, RONDELL TURNER, RICKY WALTERS, KEVIN WILLIAMS, YOLANDA WHITAKE, JOSEPH WILLIAMS, RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND JARRETT CORDES, MITCHELL GRAHAM,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CBS INTERACTIVE INC., CNET NETWORKS, INC.,<br><br>　　　　Defendants. | Complaint served:　　Dec. 2, 2011 |

JOINT STIPULATION TO DISMISS WITH RESPECT TO PLAINTIFF ALKIVIADES DAVID

**STIPULATION**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Alkiviades David ("David") and defendants CBS Interactive, Inc. and CNET Networks, Inc. (collectively "Defendants"), through their respective counsel, hereby stipulate that all of David's claims against Defendants shall be, and hereby are, dismissed in their entirety with prejudice, each party to bear his or its own fees and costs.

Dated: August 7, 2012   KENDALL BRILL & KLIEGER LLP


By:     /s/
    Laura W. Brill
    Attorneys for CBS Interactive Inc. (f/k/a CNET Networks, Inc.)


Dated: August 7, 2012   BAKER MARQUART LLP


By:     /s/
    Jaime W. Marquart
    Attorneys for All Plaintiffs
    *Pursuant to Local Rule L.R. 5-4.3.4(a)(2) I, Jaime W. Marquart, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.