UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-9437 DSF (JCx) | Date | 8/27/12 |
|---|---|---|---|
| Title | Alkiviades David v. CBS Interactive, Inc. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Christian Anstett
Ryan G. Baker

Attorneys Present for Defendants:

Richard B. Kendall
Laura E. Brill

**Proceedings:**   Order re Scheduling Conference

    The matter is called and counsel state their appearances.  The Court and counsel discuss status of the case as set forth on the record.   The Court establishes the case management dates as stated on the record.  (See Order re Trial for specific dates and times.)

.10