UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUGAR HILL MUSIC, SOLID PRODUCTIONS, STEVEN BATIZ, TONY BELL, DETRON BENDROSS, DERRICK BRAXTON, REGINALD BROOKS, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, JONATHAN CARLTON, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, NACOLBIE EDWARDS, VANCITO EDWARDS JOHN FLETCHER, WILLIE FINCH, ISAAC FREEMAN, JR., DARRYL GIBSON, JALIL HUTCHINS, EMANON JOHNSON, KEITH JONES, ORAN "JUICE" JONES, TARSHA JONES, NAILAH LAMEES, DANA MCCIEESE, BARRY MOODY, JEFF REDD, QUAME RILEY, ANTHONY ROBINSON, NICHOLAS SANCHEZ, JONATHAN SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD SPENCE, CHRIS STOKES, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS, RONDELL TURNER, RICKY WALTERS, KEVIN WILLIAMS, YOLANDA WHITAKE, JOSEPH WILLIAMS, RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND JARRETT CORDES, MITCHELL GRAHAM<br><br>Plaintiffs, | CASE NO. CV11-9437 DSF (JCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: February 25, 2013<br>Time: 1:30p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom 840<br>Trial Date: none set |

1     vs.

2 CBS INTERACTIVE INC., CNET
3 NETWORKS, INC.

4     Defendants.

1   The Court having received, read, and considered the Motion for Preliminary
2 Injunction ("Motion") of plaintiffs Sugar Hill Music, et al. ("Plaintiffs") and the
3 response of Defendants CBS Interactive Inc. and CNET Networks, Inc.
4 ("Defendants") and all other papers filed in connection with the Motion; and for
5 good cause shown:
6   The Court, having fully considered the evidence and all other matters
7 presented to the Court, hereby finds and orders as follows:
8   1.   Plaintiffs are highly likely to prevail on the merits of their claims for
9 inducement of copyright infringement.  Plaintiffs have adduced sufficient evidence
10 to establish a high likelihood of proving that Defendants have distributed bittorrent
11 software programs capable of widespread copyright infringement while
12 simultaneously demonstrating how to infringe copyrights using that software.
13   2.   Plaintiffs have suffered, and will continue to suffer, immediate and
14 irreparable injury if Defendants, and all those acting on their behalf or in concert or
15 participation with Defendants, are not enjoined from directly or indirectly enabling,
16 facilitating, permitting, assisting, soliciting, encouraging or inducing any public
17 consumer of CNET in downloading a bittorrent peer-to-peer ("P2P") software
18 program.  Plaintiffs have also suffered irreparable harm in the form of damage to the
19 intangible exclusive copyrights interests in their musical works, including the loss of
20 the ability to control the distribution of their works, as well as lost business
21 opportunities and reputational injury.
22   3.   The balance of hardships and the public interest tip decidedly in favor
23 of issuing a preliminary injunction.  Plaintiffs have presented sufficient evidence to
24 conclude that Defendants are currently engaging in unlawful conduct to induce
25 infringement, the cessation of which will not cause hardship outweighing the harm
26 caused by that conduct to plaintiffs' business, goodwill and reputation.
27
28

1   On the basis of the foregoing findings of fact and conclusions of law, IT IS
2   HEREBY ORDERED that Plaintiffs' Motion for a Preliminary Injunction is
3   GRANTED in its entirety, and:
4      1.   Defendants and their agents, servants, employees, officers, directors,
5   successors and assigns, as well as all those acting on their behalf or in active concert
6   or participation with them, shall be and hereby are, effective immediately, enjoined
7   worldwide from engaging in following acts:
8      a.   directly or indirectly enabling, facilitating, permitting, assisting,
9   soliciting, encouraging or inducing any public consumer of Defendants in
10  downloading a peer-to-peer ("P2P") software program based on the bittorrent
11  protocol, including but not limited to uTorrent, Frostwire, Speedlord, FireTorrent,
12  GetTorrent, TorrentRover, MovieTorrent, Vuze, and WireBooster;
13     b.   hosting, linking to or otherwise providing for download any
14  peer-to-peer ("P2P") software program based on the bittorrent protocol, including
15  but not limited to uTorrent, Frostwire, Speedlord, FireTorrent, GetTorrent,
16  TorrentRover, MovieTorrent, Vuze, and WireBooster; and,
17     c.   encouraging, soliciting or inducing the infringement of
18  copyrighted works, directly or indirectly, through the use of P2P software.

21     IT IS SO ORDERED.
22  _____                    _

24  DATED:                        _____
                                  Dale S. Fischer
25                                UNITED STATES DISTRICT JUDGE

Submitted By:

BAKER MARQUART LLP
Jaime Marquart (Bar No. 200344)
jmarquart@bakermarquart.com
10990 Wilshire Blvd, Fourth Floor
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

By: /s/ Jaime Marquart
      Jaime Marquart