BAKER MARQUART LLP
Jaime Marquart (Bar No. 200344)
jmarquart@bakermarquart.com
Ryan Baker ( Bar No. 214036)
rbaker@bakermarquart.com
Christian Anstett ( Bar No. 240179)
canstett@bakermarquart.com
10990 Wilshire Blvd, Fourth Floor
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for All Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUGAR HILL MUSIC, SOLID PRODUCTIONS, STEVEN BATIZ, TONY BELL, DETRON BENDROSS, DERRICK BRAXTON, REGINALD BROOKS, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, JONATHAN CARLTON, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, NACOLBIE EDWARDS, VANCITO EDWARDS JOHN FLETCHER, WILLIE FINCH, ISAAC FREEMAN, JR., DARRYL GIBSON, JALIL HUTCHINS, EMANON JOHNSON, KEITH JONES, ORAN "JUICE" JONES, TARSHA JONES, NAILAH LAMEES, DANA MCCIEESE, BARRY MOODY, JEFF REDD, QUAME RILEY, ANTHONY ROBINSON, NICHOLAS SANCHEZ, JONATHAN SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD SPENCE, CHRIS STOKES, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS, RONDELL TURNER, RICKY WALTERS, KEVIN WILLIAMS, | CASE NO. CV11-9437 DSF (JCx)<br><br>**PLAINTIFFS' NOTICE OF LODGING EXHIBITS F AND H TO THE DECLARATION OF CHRISTIAN ANSTETT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 10, 2012<br>Time: 1:30p.m.<br>Judge: Hon. Dale S. Fischer<br>Courtroom 840<br>Trial Date: none set |

| | |
|---|---|
| 1 | YOLANDA WHITAKE, JOSEPH WILLIAMS, RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND JARRETT CORDES, MITCHELL GRAHAM |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | CBS INTERACTIVE INC., CNET NETWORKS, INC. |
| 7 | |
| 8 | Defendants. |

BAKER MARQUART LLP
10990 WILSHIRE BOULEVARD, FOURTH FLOOR
LOS ANGELES, CALIFORNIA 90024
Tel: (424) 652-7800 • Fax (424) 652-7850

1

NOTICE OF LODGING

PLEASE TAKE NOTICE that Exhibits "F" and "H" to the Declaration of Christian Anstett in support of Plaintiffs' Motion for Preliminary Injunction filed on November 6, 2012 is attached hereto. Because these Exhibits are music files and a video file, they could not be filed electronically and Plaintiffs are therefore lodging them with the Court.

DATED: November 13, 2012

Respectfully submitted,

BAKER MARQUART

By  /s/  Jaime W. Marquart
Ryan Baker
Jaime Marquart
Attorneys for All Plaintiffs