LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
CBS INTERACTIVE, INC. and
CNET NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALKIVIADES DAVID, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>CBS INTERACTIVE, INC., CNET NETWORKS, INC.,<br><br>             Defendants. | Case No.: 2:11-cv-09437-DSF-JC<br><br>**NOTICE OF APPEARANCE OF LAURENCE F. PULGRAM** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Laurence F. Pulgram of Fenwick & West LLP hereby enters his appearance on behalf of Defendants CBS Interactive, Inc. and CNET Networks, Inc.

Mr. Pulgram's email address for purposes of receipt of notices of electronic filing is: lpulgram@fenwick.com.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2013 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: _____/s/ Laurence F. Pulgram_____ |
| 4 | | Laurence F. Pulgram |
| | | Attorneys for Defendants |
| 5 | | CBS INTERACTIVE, INC. and |
| 6 | | CNET NETWORKS, INC. |

(lines 7–28 blank)

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO