1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    rkendall@kbkfirm.com
   Laura W. Brill (195889)
3    lbrill@kbkfirm.com
   Richard M. Simon (240530)
4    rsimon@kbkfirm.com
   Dorian S. Berger (264424)
5    dberger@kbkfirm.com
   10100 Santa Monica Blvd., Suite 1725
6  Los Angeles, CA 90067
   Telephone:  310.556.2700
7  Facsimile:   310.556.2705

8  FENWICK & WEST LLP
   Laurence F. Pulgram (115163)
9    lpulgram@fenwick.com
   Jennifer L. Kelly (193416)
10   jkelly@fenwick.com
   555 California Street, 12th Floor
11 San Francisco, CA 94104
   Telephone:  415.875.2300
12 Facsimile:   415.281.1350

13 Attorneys for CBS Interactive Inc.
   and CNET Networks, Inc.

14

15                **UNITED STATES DISTRICT COURT**

16     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

17

| | |
|---|---|
| ALKIVIADES DAVID, *et al.*, | Case No. CV11-9437 DSF (JCx) |
| Plaintiffs, | **DECLARATION OF SEAN MURPHY IN SUPPORT OF CBS INTERACTIVE INC. AND CNET NETWORKS INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CBS INTERACTIVE INC., CNET NETWORKS, INC., | |
| Defendants. | *[Filed concurrently with Opposition to Motion for Preliminary Injunction, Declaration of Glenn Reinman, Ph.D., Declaration of Leana Golubchik, Ph.D., and Declaration of Dorian Berger, Evidentiary Objections]* |
| | Hon. Dale S. Fischer |
| | Date:    February 25, 2013 Time:    1:30 p.m. Crtrm.: 840 |

125676

DECLARATION OF SEAN MURPHY
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF SEAN MURPHY

I, Sean Murphy, declare as follows:

1.      I am employed by defendant CBS Interactive Inc. ("CBSI") as the Vice President & General Manager of CNET Content Solutions.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would testify competently to the matters stated herein.

2.      I have been employed by CBSI (including its predecessor-in-interest, CNET Networks, Inc.) for approximately eight years.  Over my tenure at the company, I have served in management capacities for approximately five years and I have been involved in many facets of the business, including sales, development, and content aggregation.  My current title is Vice President & General Manager, CNET Content Solutions, and I also serve as the General Manager for download.com.  I am familiar with the operations of the websites CNET.com and download.com, among others.

3.      CBSI owns and operates CNET Networks ("CNET").  CNET is a family of popular and respected technology media websites that publishes news articles, blogs, reviews, and podcasts about technology, software, and consumer electronics.

4.      CNET began, nearly twenty years ago, as a television series focused on computers and technology and quickly expanded into radio and the emerging online publishing space.  The goal of CNET's offerings, across all media, has always been to provide accurate information about technology to the public at large.  In 2000, CNET acquired ZDNet, a substantial group of technology-focused websites associated with Ziff-Davis's print publications.  In 2008, CNET was acquired by CBS Corporation, a mass media company that provides content across a variety of platforms to audiences around the world.  At that time, CNET became CBS Interactive Inc., which is a subsidiary of and provides the principal online presence for CBS Corporation.  CBSI manages a number of leading technology and

125676

1

1  entertainment websites in addition to the CNET network, including CBS.com,

2  CBSSports.com, Chowhound, GameSpot, and TV.com.

3      5.      CNET has won numerous awards for its websites for its reporting and

4  design.  Most recently, the International Academy of Digital Arts and Sciences

5  named CNET the winner of the People's Voice Award at the 2012 Webby Awards,

6  which have been called the "Internet's highest honor" by *The New York Times*.  The

7  previous year, CNET's "daily Crave" weblog won the 2011 Eppy Awards,

8  presented by *MediaWeek* and *Editor & Publisher*, for "Best Consumer Technology

9  Blog."  Over the years, CBSI has won additional awards from the Society of

10 Business Editors and Writers and International Academy of the Visual Arts, among

11 others.

12     6.      CNET.com is the flagship site within the CNET website group.

13 CNET.com features the latest news and unbiased reviews of consumer electronics

14 and software, as well as reporting on industry trends, product releases, and business

15 developments in the technology sector.  CNET.com also features videos to help

16 consumers demystify technology, links to software, apps and online gaming, user

17 reviews and discussion fora, and popular audio podcasts.  Attached as Exhibit A

18 hereto is true and correct copy of a screen snapshot of the CNET.com homepage,

19 *www.cnet.com*, as it was captured on January 22, 2013.

20     7.      CNET.com is divided into four major categories: Reviews, News and

21 Blogs, Downloads, and CNET TV.  The News section of the CNET site was

22 launched in 1996 and provides round-the-clock breaking news, features, and special

23 reports about technology, with bureaus in Boston, New York, San Francisco, Asia,

24 and Europe.  The Reviews section of the CNET site generates over 4,000 product

25 and software reviews per year.  CNET prides itself on the accessibility and value of

26 review content across users of different levels of sophistication.  CNET TV's

27 programs are distributed online, but also to on demand content providers such as

28 Cox Communications, TiVo and Verizon.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF SEAN MURPHY
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

8.     The Downloads section of CNET is also known as download.com (*www.download.com*) and is the world's largest comprehensive software directory and rating service.  Download.com provides reviews, ratings, and links to download resources for a vast range of third-party software of all types.  Examples of highly popular software available through download.com include QuickBooks accounting software, Adobe Acrobat, Skype, Mozilla Firefox, Google Chrome, and numerous leading anti-virus software products.

9.     Currently, more than 990,000 software products are available for download, the majority for free, in more than seventy-five product categories. Almost every conceivable type of software is included: system utilities, screensavers, apps, gadgets and widgets, video and audio converters, drivers and updates for printers, scanners, and other peripherals, crossword and Sudoku puzzles, arcade and other games, browser plug ins and extensions, audio plug-ins and add-ons, electronic greeting cards, online chat applications, photo editing software, web development software, accounting software, email applications, word processors and office suites, database software, math and graphing software, time management tools, project management software, eBooks, 3D modeling software and CAD tools, media players, health and fitness monitors, data backup and retrieval tools, antivirus software, and desktop search tools and diagnostics, and much more.

10.     Download.com is designed to be a comprehensive collection of software, a location where users know that they can find almost any software, and the most current version of it.  The service provides particular value in including updated and revised versions of software, including bug fixes, patches, corrections, or new releases.  This is important because software revisions occur frequently.

11.     Download.com also publishes product reviews written by CNET editors for nearly 15,000 software products and applications.

12.     As of November 2012, file-sharing software for use with the BitTorrent protocol comprised a miniscule portion – a small fraction of a single percent – of the

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1   many products listed in the download.com directory.  No BitTorrent application

2   ranks in the top twenty "Most Popular" applications on the download.com website.

3           13.    CBSI does not own or operate any P2P file-sharing services, nor

4   develop, publish, or sell the P2P software that may be used to install and/or join file-

5   sharing services.

6           14.    CBSI's websites do not host torrent content files.  CNET's websites are

7   not designed for searching for torrent content files or for tracking torrents.

8           15.    CBSI does not host any P2P file-sharing software on its servers.

9   Download.com pages that include links to such P2P software contain an express

10  notification that the software is not sourced from CNET, and that clicking on the

11  link will take the user to third party websites where the software is available to

12  download.  Attached as Exhibit B hereto is a true and correct copy of a screen

13  snapshot of the download.com page for the BitTorrent client software, available at

14  *http://download.cnet.com/BitTorrent/3000-2196_4-10211384.html*, as it was

15  captured on January 22, 2013.

16          16.    CBSI is not "paid-per-download" for P2P file-sharing software listed in

17  the download.com directory.  In other words, CBSI does not receive any

18  compensation resulting from its users' downloading of such P2P software, from

19  either the user, from the site that offers the download, or from the publisher of the

20  downloaded software.  CBSI does not know if the user that clicks on a link that

21  takes the user from a CBSI website to the location where a download can be found

22  ever attempts, or completes, the download.   Similarly, CBSI does not receive any

23  "pay per click" compensation from clicks on listings of links to locations that offer

24  downloads of P2P file-sharing software, either through download.com, CNET.com,

25  or any other CNET website.  And CBSI does not receive any compensation of any

26  kind for any use that is made of P2P software by a user who might download it.

27  CBSI not only does not know if the software is installed, it does not know whether

28  or how any particular copy has been used.

Kendall Brill
& Klieger LLP

10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

17.     Download.com contains thousands of news articles, blog entries, video tutorials, and product reviews that are unrelated to P2P software.  Attached as Exhibit C hereto are true and correct copies of screen snapshot of various product category pages and other materials available on *http://www.download.com* (and subpages as indicated in the address bar on the screen snapshots), as they were captured on January 24, 2013.

18.     To my knowledge, BitTorrent file-sharing software has many beneficial uses that do not involve copyright infringement.  I understand that many of these uses are described in other declarations in this case.  CBSI has long taken measures to discourage its users from engaging in unauthorized copying, generally and with respect to the tools listed in the download.com directory.

19.     Consistent with our strong stance against copyright infringement, CSBI actively discourages infringement, warning users prominently at the top and bottom of its product pages for file-sharing client applications that the products are available through links to third-party sites, that it can be unlawful to make copies without authorization, and that users should not use the technology for purposes of infringement.  The published warning reads as follows:

> **CNET Editors' note:** You will be taken to a third-party site to complete your download. Using P2P and file-sharing software to distribute copyrighted material without authorization is illegal in the United States and many other countries.  CBS Interactive does not encourage or condone the illegal duplication or distribution of copyrighted content.

Exhibit B, *see* paragraph 15 above, includes an example of this warning on the download.com entry for the BitTorrent client software.  Moreover, if a user clicks

//

//

//

//

125676

DECLARATION OF SEAN MURPHY
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

the "Visit Site" button to access the third party website to obtain file-sharing client software, an additional warning pops up.  That warning reads as follows:

> Legal Notice: This link will take you to a third-party website.
> Downloading copyrighted materials without authorization or providing others with copyrighted materials for them to download without authorization may put you at risk for legal action under the copyright law in the United States and other countries. CNET discourages the use of software for any unlawful purpose.

Attached as Exhibit D hereto is a true and correct copy of a screen snapshot of this pop-up warning as it was captured on January 24, 2013 from the download.com entry for the BitTorrent client software.

20.    CBSI publishes similar warnings against copyright infringement in reviews that it provides of BitTorrent software.  For example, attached hereto as Exhibit E is a true and accurate copy of the CNET Editors' review of  uTorrent that provides, at the top and bottom, the same instruction to users that using file-sharing software to distribute copyright material is illegal and that if they seek to download the software they will be taken to a third party site.  Also attached as Exhibit D is the pop-up warning that displays if users select the "Visit Site" button.

21.     It also CBSI's policy that copyrighted works may not be used for purposes of testing or reviewing any software product (unless authorized by the rights' holder).

22.    CBSI is strongly committed to respecting copyright and discouraging copyright infringement.  As a major creator of content who relies on intellectual property rights in its mission to deliver news and information to the public, CBSI is solidly committed to protecting those rights consistent with the law.  It has never been CBSI's objective to encourage or induce any third party to engage in copyright infringement through BitTorrent or any other technologies.

23.    CNET's web pages are designed to facilitate user-generated content such as comments and user reviews.  The experience of my team has been that

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125676

6

DECLARATION OF SEAN MURPHY
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

CNET users value a forum in which they can share their own opinions, criticism and advice regarding the technology and software featured on the various CNET websites, as well as see reviews written by other consumers.  User reviews are the independent statements of CNET users and are clearly delineated as distinct from CNET editors' reviews on the websites.  User reviews do not reflect the opinions of CBSI and do not purport to speak for CBSI.

24.    It is CBSI's policy to remove user-generated content that is obscene, offensive, unlawful, or that is the subject of complaints that, in CBSI's judgment, warrant such removal.  Due to the extremely large number and wide variety of user comments posted on the CNET web pages, decisions to remove content in response to complaints are made on a case-by-case basis.

25.    I have reviewed a list of the names of the Plaintiffs in this lawsuit, and I have reviewed a list of the songs by Plaintiffs Douglas Davis and Jalil Hutchins that are identified in the Motion.  Under my supervision, CNET staff has investigated any references to the Plaintiffs and works that are the subject of the Motion.  I am informed and believe that there is no reference to either of these Plaintiffs or to any of those works in connection with any CNET or download.com article, product review or listing related to BitTorrent or any other P2P filesharing technology.

26.    The download.com directory listing for the uTorrent client states, as of the date of this declaration, that there have been more than nineteen million "total downloads" of that software.  This figure represents the number of instances, according to CBSI's measurement software, that a user has clicked on a link to the uTorrent download site, that link being published on download.com.   This figure does not measure the number of users of uTorrent who obtained the software through this link. As I understand the process, clicking this link on download.com is similar to selecting a link generally, say from Google.com or Bing.com or Wikipedia.org.  After the link is selected, the user is transferred to the third-party site (after first seeing CBSI's warning against infringing uses), and CBSI's website

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067
125676
7
DECLARATION OF SEAN MURPHY
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1   has no further involvement.  The figure also does not represent unique users –

2   individuals who have clicked the link more than once are counted for each time they

3   click.

4         27.    It is my understanding that once users reached the uTorrent site, they

5   have an option but no obligation to download the uTorrent client software; if they do

6   download the client software, and if they desire to proceed to use it, they then must

7   elect to install the client software on their computer (a decision and an action that

8   CBSI also does not control); and then they must elect to join P2P networks (again a

9   decision the users make, not CBSI).

10         28.    My team's experience has been that a high percentage of downloads on

11   third-party sites fail or are otherwise not completed, and third-party software

12   installation frequently also fails.  The number of ultimate uTorrent users who began

13   their journey at download.com is thus likely to be far smaller than nineteen million.

14   CBSI also has no involvement with, control over or knowledge of what users do

15   with BitTorrent software, if anything at all.

16         29.    An injunction against providing links to software with substantial

17   beneficial uses, such as BitTorrent clients, would harm download.com in its core

18   mission of providing the public with a comprehensive directory of software

19   available online.  Such an injunction would be the functional equivalent of ordering

20   a search engine not to return results for lawful products, and would compromise the

21   integrity of the service.

22        I declare under penalty of perjury under the laws of the United States that the

23   foregoing is true and correct.

24

25        Executed January 25, 2013, at San Francisco, California.

26

27                                          Sean Murphy

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125676

8

# EXHIBIT A



# EXHIBIT B



# **<u>EXHIBIT C</u>**



EXHIBIT C   PAGE 11



EXHIBIT C     PAGE 12



EXHIBIT C    PAGE 13



EXHIBIT C     PAGE 14



EXHIBIT C     PAGE 15



EXHIBIT C    PAGE 16



EXHIBIT C      PAGE 17



EXHIBIT C     PAGE 18

# EXHIBIT D

EXHIBIT D

PAGE 19

# EXHIBIT E



EXHIBIT E    PAGE 20

