KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  rkendall@kbkfirm.com
Laura W. Brill (195889)
  lbrill@kbkfirm.com
Richard M. Simon (240530)
  rsimon@kbkfirm.com
Dorian S. Berger (264424)
  dberger@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Telephone:  310.556.2700
Facsimile:   310.556.2705

FENWICK & WEST LLP
Laurence F. Pulgram (115163)
  lpulgram@fenwick.com
Jennifer L. Kelly (193416)
  jkelly@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

Attorneys for CBS Interactive Inc. and
CNET Networks, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALKIVIADES DAVID, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CBS INTERACTIVE INC., CNET NETWORKS, INC.,<br><br>Defendants. | Case No. CV11-9437 DSF (JCx)<br><br>**DECLARATION OF LEANA GOLUBCHIK, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>*[Filed concurrently with Opposition to Motion for Preliminary Injunction, Declaration of Glenn Reinman, Ph.D., Declaration of Sean Murphy, Declaration of Dorian Berger, and Evidentiary Objections]*<br><br>Hon. Dale S. Fischer<br><br>Date:    February 25, 2013<br>Time:    1:30 p.m.<br>Crtrm.: 840 |

125472.2

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF LEANA GOLUBCHIK, PH.D.

I, Leana Golubchik, Ph.D., declare as follows:

I have been retained by CBS Interactive Inc. ("CBSI") in the above-entitled action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

## I.    Introduction

1.    My name is Professor Leana Golubchik, and I have been asked by CBSI to conduct analysis and provide opinions regarding matters at issue in this case. This declaration focuses, in particular, on addressing BitTorrent technology and the effects of Plaintiffs' proposed preliminary injunction.

### A.    Qualifications

2.    I am currently a Professor in the Department of Computer Science at the University of Southern California in Los Angeles, California ("USC"). I joined the faculty in 2002 and was previously an Associate Professor at the University of Maryland in College Park, Maryland. I have also been on the faculty at Columbia University.

3.    I have a Bachelor of Science from the University of California, Los Angeles ("UCLA") (1989), a M.S. from UCLA (1992), and a Ph.D from UCLA (1995).

4.    For more than twenty years, my research has focused on multimedia systems, Internet-based computing, scalable data transfers over wide-area networks, cloud computing, peer-to-peer systems, and modeling and evaluation of computer and communication systems.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

1

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

5.     I have published in the field of file sharing applications such as peer-to-peer ("P2P") systems and BitTorrent.  Some of the articles I have written on the subject include.

- A. Chow, L. Golubchik, S. Khuller, and Y. Yao. "Performance Tradeoffs in Structured Peer to Peer Streaming." Journal of Parallel and Distributed Computing, Volume 72, Number 3, pp. 323-337, March 2012.
- M. Neely and L. Golubchik. "Utility Optimization for Dynamic Peer-to-Peer Networks with Tit-for-Tat Constraints." In Proceedings of the IEEE INFOCOM, Shanghai, China, April 2011.
- A. Chow, L. Golubchik, and V. Misra. "BitTorrent: An Extensible Heterogeneous Model." Proceedings of the IEEE INFOCOM, Rio De Janeiro, Brazil, April, 2009.
- Y. Yang, A. Chow, and L. Golubchik. "Multi-Torrent: A Performance Study." Proceedings of the International Symposium on Modeling, Analysis and Simulation of Computer and Telecommunication Systems (IEEE MASCOTS), Baltimore, MD, September 2008.

6.     I have given academic talks on P2P and BitTorrent technology.  I have given talks on these technologies to audiences at the National Science Foundation workshops, the University of Maryland, and the IBM T.J. Watson Research Center.

7.     I am being compensated at a rate of $400 per hour for my work on this case.  I am also being reimbursed for reasonable and customary expenses associated with my work and testimony in this case.  No portion of my compensation is dependent upon the results of this lawsuit or the substance of my testimony.

8.     A true and correct copy of my curriculum vitae is attached as Exhibit 1; it includes all publications I have authored (at this time) within the preceding ten years.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

2

**B.    Materials Reviewed**

9.    In preparing this declaration, I reviewed materials including the following: Plaintiffs' Motion for a Preliminary Injunction and accompanying exhibits, Plaintiffs' First Amended Complaint, and the order of this Court concerning CBSI's motion to dismiss.  I have also examined CBSI's publicly available Web sites to understand their functionality and operation.  In conducting my analysis and researching my conclusions, I also relied on my education and experience.

**II.    File Sharing**

10.    The need to share information between computers has been around since the advent of computers themselves.  All information is stored on a computer as a series of "0s" and "1s."  Information stored on a computer in this format can comprise computer programs, financial information, scientific data, images, documents, and creative content such as text, video, and audio recordings.  Prior to the advent of networks such as the Internet, if a typical computer user wanted to transfer a document or other type of information from one computer to another, he or she would have to create a copy of the information and physically move the content between the computers.



Diagram 1.  In the 1970s transferring data required moving the data to a physical medium such as a magnetic tape drive.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

11.    In the 1960s and 1970s, transferring data between computers was primarily accomplished by copying the data to a magnetic tape and then transferring the information to a new computer.  This was a cumbersome process.

12.    The use of portable disks in the 1980s simplified the moving of data from one computer to another.  Although (portable) disk drives were smaller than the magnetic tapes that preceded them, they held a much smaller amount of data; it was also still required that the disk be physically moved from one machine to another.



Diagram 2.  In the 1980s transferring data required moving the data to a physical medium such as a floppy or compact disk.

A.    <u>Client-Server Model</u>

13.    The commercial spread of the Internet, in the mid to late 1990s, led to a transformation in the sharing of information between computer users (clients).  Previously, users typically moved information physically from computer to computer.  Beginning in the 1990s information was shared between typical computer users by placing data on servers (a computer performing a service, tasked with storing data, making copies of the data, and then sending copies of the data out to end users) and sending electronic copies of the data over the Internet to clients (computers operated by Internet users).  This model of sharing files is referred to as the Client-Server Model.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

4

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

14.    The Client-Server Model describes the sharing of files between computer users where one party uploads a file to a server and then multiple users (clients) download the file from that Web server.  The Client-Server Model is used in a large number of scenarios including email and Web pages.



Diagram 3.  The distribution of Web pages over the Internet using the Client-Server Model.

15.    By way of further illustration, if  you download a picture from a Web site, it works something like this:

(1) You open a Web page and click a link to download a picture to your computer.

(2) The Web browser software on your computer (the client) tells the server (a computer that holds the Web page content and the picture you want to download) to transfer a copy of the picture to your computer.

(3) The transfer is handled by a protocol (a set of rules), such as FTP (File Transfer Protocol) or HTTP (HyperText Transfer Protocol).

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

(4) The transfer speed is affected by a number of variables, including the type of protocol, the amount of traffic on the server and relevant parts of the communication network (the Internet), and the number of other computers that are downloading the file.  If the file is both large and popular, the demands on the server and the (near-by) network are great, and the download will be slow and may even fail.

16.    The use of the Client-Server Model over the Internet eliminated the need to physically move information from one location to another.  However, there are three major drawbacks to the Client-Server Model based approach for distributing files: (1) dubious reliability, (2) low speed, and (3) costly investment in infrastructure.

17.    The Client-Server Model can be unreliable.  The Client-Server Model relies on a functioning and available server.  If the server is removed from the system or goes down due to a variety of problems, the entire system cannot function. The reliability of a system is referred to as its fault tolerance.  The Client-Server Model can have a relatively low degree of fault tolerance.  To remedy the low fault tolerance of the Client-Server Model, some companies such as Amazon  have built large server farms so that if one server fails, users can access the same information on another server.  However, these server farms have their own downsides.  There are significant costs to setting up and maintaining a server farm.  Server farms also require a significant amount of planning and might not be able to handle spikes in usage.  The recent outage of the Netflix.com Web site (which utilizes Amazon's server farms) illustrates that these server farms are susceptible to outages.  Attached hereto as Exhibit 2 is a true and correct copy of the article, Greg Bensinger, "Netflix Hit By Outage Blames Amazon," Wall St. J., December 25, 2012.

18.    The Client-Server Model can be slow.  Speed is a major drawback of the Client-Server Model.  The speed of accessing data can be slowed for a variety of

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

6

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1    reasons, including geographic distance, number of routers (hops) that the data goes

2    through during transfer over the network, and the amount of other data traffic on the

3    route taken by the data through the network.  For example, if a server is located in

4    Japan and an end user is located in the United States, an important factor in the data

5    transfer time would be the speed with which light travels through the thousands of

6    miles of cable.  If there is a high amount of Internet traffic along the network path

7    taken by the data, significant bottlenecks can occur that slow the transfer of data.  In

8    addition, on the Internet, data goes through several different networks and

9    potentially many routers before it reaches its final destination.  Each time the data is

10    forwarded from one router to another, a hop occurs.  Each hop requires processing

11    of data; thus, the more hops, potentially the longer it takes for data to go from source

12    to destination.  The greater the distance that data travels, the more likely that

13    distance, network congestion, and delays caused by routers will negatively impact

14    speed.  The below diagram depicts the major connectivity (corresponding to

15    network routes) maintained by one of the major Internet backbone providers.[1]

16

17

18

19

20

21

22

23

24

25

26    ―――――――――――

[1] The term "Internet Backbone" refers to the principal routes that internet data is

27    transferred along.  Typically, these are large cables.

125472.2

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

28

Diagram 4.  Hurricane Electric Internet Backbone Network.  Source http://he.net/about_network.html (last visited January 7, 2013).

19.    Speed can be negatively impacted by multiple requests to a server. Requests have the impact of slowing down a server as the server processes the requests and makes copies of a data prior to sending it out over the Internet.

20.    The Client-Server Model places a relatively heavy load on Internet traffic. A significant amount of data sent over the Internet backbone comprises duplicate data.  For example, if three Internet users in the greater Los Angeles area all request the same file from a Web site located in London, in general, three separate copies are sent over the network from London to Los Angeles.  This means that traffic over the Internet would be as much as three times what it might be optimally if the three copies were distributed to the end users at a point closer to the requesting parties.  If a company attempts to avoid a large amount of duplicate data being sent by distributing servers around the world, there are large costs associated with setting up and maintaining these servers.  The below diagram shows requests being sent from the server to the end user using the Client-Server Model.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

8

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION



Diagram 5.  Illustration of a Request for a File from a London Based Server.

### A.   Peer-To-Peer File Sharing

21.   In the late 1990s, academics and private industry began developing technologies that would request files from computers on the Internet that were not centralized servers.  Specifically, one of the technologies that allowed the sharing of files between computers is known as peer-to-peer file sharing or P2P.

22.   P2P differs from the Client-Server Model in a number of ways.  First, the P2P model allows users to connect directly to users of other computers without connecting to a centralized server, in order to transfer data.  Essentially, instead of there being some computers that are servers and some that are clients, each computer becomes (in terms of its functionality) partly a client and partly a server.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

9

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**Client-Server Model**     **Peer-To-Peer Model**



Diagram 6.  Illustrating Difference between Client-Server Model and Peer-To-Peer Model

23.     In the P2P model, you use a software program to locate computers that have the file you want. Because these computers perform the same functionality as you do, as opposed to there being a distinction between clients and servers, they are called peers. The process works like this:

(1) You run peer-to-peer file-sharing software on your computer and send out a request for the file you want to download.

(2) To locate the file, the software queries other computers that are connected to the Internet and running the file-sharing software.

(3) When the software finds a computer that has the file you want on its hard drive, the download begins.

(4) Others using the file-sharing software can obtain files they want from your computer's hard drive.

24.     The technological benefits of P2P technology are that by requesting files from other computers on the Internet, the requests can be spread over multiple computers and will not lead to one server being bogged down.  With every new

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

computer/user that enters the system, there is an increase in demand but also an increase in capacity.  Thus, essentially, as the demand for data grows, so does the capacity of the system to meet that demand.  In addition, instead of having Internet traffic being routed between a server and computer user, now computer users can send data directly between each other.  The below diagram illustrates how a request for a file can now be sent between end users directly.



Diagram 7.  Illustration of P2P network where the first user receives the file from its initial origin in London but then subsequent requests are shared among users.

25.    P2P networks have the benefit of higher reliability because the network is not dependent on a single centralized server (i.e., there is not a single point of failure).  For example, if a system providing data in London crashes, Internet users can still access files by requesting them from other Internet users/peers.  P2P networks have the benefit of increased speed because the requests will not be routed to a single server.  Instead, the requests will be routed to a distributed set of computers.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

26.    The first P2P technologies had a number of technical drawbacks.  First, many of the technologies still relied on a centralized server (for data location purposes).  In order to find computers (peers) that had the files available for downloading, a central server maintained a directory of where the files can be found.  Using a central server to provide a directory of peers made these systems susceptible to bottlenecks and the failure of the central server.  Second, many P2P networks only allowed the sharing of a given type of file, such as an audio file (*e.g.*, mp3).  This limited the functionality of the P2P network as, for instance,  scientific and other empirical data (often contained in extremely large files that the creator desires to disseminate to multiple users as quickly as possible) could not be shared.  Geological, meteorological, and motor vehicle traffic data are some routine examples.  Third, a user downloading a file was dependent on downloading the entire file from the single selected source computer.  Were this computer to experience difficulty during the transfer of the data, the file transfer would fail.  Fourth, many early P2P technologies did not have mechanisms for locating peers that were closest to the downloading party.  This meant that although overall Internet traffic was decreased, it was not optimized as much as possible.

27.    Many common computer applications that are often not thought of as P2P applications could be properly considered P2P applications.  For one example:  Skype could be considered a P2P application.  Skype is a proprietary Voice over IP service and software application.  The service functions like an Internet phone allowing users around the world to communicate with one another.  Rather than flowing communications between users through a central server, users making a call using Skype communicate directly with each other or through other peers.  Attached hereto as Exhibit 3 is a true and correct copy of the article, "What Are P2P Communications" from the Skype.com Web site, available at:

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

12

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1   https://support.skype.com/en/faq/fa10983/what-are-p2p-communications (last

2   visited January 10, 2013).

3       28.    Google Talk, which is text, video and voice communications application,

4   could be considered a P2P application.  Google Talk is used by hundreds of millions

5   of users.  P2P functionality is integrated into Google Talk and allows data (*e.g.*,

6   voice data) to be transferred without using a central server..  Attached hereto as

7   Exhibit 4 is a true and correct copy of an article from google.com entitled, "What is

8   Google Talk?" from the google.com Web site, available at:

9   https://developers.google.com/talk/ (last visited January 8, 2013).

10  **III.    BitTorrent**

11      29.    BitTorrent is a subset of P2P technology.  BitTorrent typically refers to a

12  protocol used to exchange data between computers and not to a specific software

13  application.  The BitTorrent protocol contains a number of attributes that make it

14  easier to exchange large amounts of data reliably and efficiently.

15      30.    The BitTorrent protocol was developed in 2001.  The BitTorrent protocol

16  builds on technologies and the contributions of academic and scientific

17  communities.  BitTorrent sought to address many of the deficiencies in prior P2P

18  protocols including: increasing speed, ensuring reliability, and reducing Internet

19  traffic.  The BitTorrent protocol is agnostic as to the format of the data that is

20  downloaded.  Thus, it is not limited to providing for the sharing of audio files, video

21  files, text files, or data files.  .

22          **A.    How BitTorrent Works**

23      31.    To download a file using BitTorrent a user must first download a

24  BitTorrent client.  This is a software program such as µTorrent that communicates

25  with other computers using the BitTorrent protocol.

26      32.    Importantly, having access to a BitTorrent client is critical to transferring

27  any kind of information using the BitTorrent protocol.  Whether a user wants to find

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1  software files, database files, audio files, or other file types, the user must first

2  download a BitTorrent client.  .

3      33.    Next, a user will need to search on the Internet for a "torrent" for the file

4  the user wants to download.  A torrent is a file that contains information about

5  where a user can find other computers that are sharing the file that he or she wants.

6  For example, if a user wanted to download a video lecture from Stanford

7  University's Engineering School entitled, "Introduction to Computer Science,

8  Lecture 1" he or she would search for a torrent for that content and then download

9  the torrent from, *e.g.*, Stanford's Web Site.  Attached hereto as Exhibit 5 is a true

10  and correct copy of the Stanford Engineer School's Introduction to Computer

11  Science, Course Web Site, Lecture 1, available at:

12  http://see.stanford.edu/see/lecturelist.aspx?coll=824a47e1-135f-4508-a5aa-

13  866adcae1111 (last visited January 10, 2013).

14      34.    The torrent file does not contain the data that a user is seeking to

15  download.  It contains information on the location of other computers that are

16  sharing the file a user wants to download.

17      35.    After downloading the torrent file, a user opens it in a torrent client (*e.g.*,

18  µTorrent).  The torrent client will then, based on the information in the torrent file,

19  request pieces of the content file the user is seeking to download from other

20  computers on the Internet that have the content file.

21      **B.    The Benefits Of BitTorrent**

22      36.    Unlike its P2P precursors, BitTorrent increases transfer speed by gathering

23  pieces of the content file a user wants and downloading these pieces simultaneously

24  from numerous computers that already have them.

25      37.    Unlike prior P2P downloading protocols, BitTorrent is a protocol that

26  requires for a computer to receive pieces of files, that the computer must also

27  distribute the file.  This principle is important to efficiently distributing data

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

14

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

throughout a network.  By forcing computers to upload content they have to other computers, data is quickly propagated throughout a network.  This feature is particularly important where one wants to efficiently and quickly distribute a software upgrade or patch to large numbers of computers without creating bottlenecks on the network.

38.    To make better use of available Internet bandwidth (the pipeline for data transmission), BitTorrent downloads different pieces of the file a user wants simultaneously from multiple computers.  It is also possible to consider the peers' location in downloading those files in order to choose those closer to the end user ("Geolocation") and reduce transmission distance.

39.    Downloading pieces of the file from multiple locations at the same time helps solve one common problem with other peer-to-peer download methods: typically, peers upload at a much slower rate than they download.  By downloading multiple pieces at the same time from multiple uploading sources, the overall speed of a download is greatly improved.  The more computers contribute their capacity to the overall system, the greater is the overall system's capability (upload bandwidth) to distribute data, and hence the faster the file transfer occurs.  BitTorrent's design allows computers to share file pieces without having to complete the entire file download (unlike previous P2P systems).  This, in turn, results in a greater number of computers contributing their resources (upload bandwidth) to the system, leading to faster file transfers.

40.    BitTorrent allows for increased reliability in downloads.  Because BitTorrent divides files into sections (with multiple copies of each section available on multiple computers) and downloads files in parts from various other peer computers, if one of the peers is not available, the file can still be downloaded from other computers.  The below diagram illustrates how a file can be downloaded in parts from multiple peer computers.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

15

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

**Downloaded File Is Assembled From Multiple Sources**

Diagram 8. Illustration Of BitTorrent Use of Multiple Peers to Assemble Files.

41.    BitTorrent allows for increased speed in transferring of data.  Numerous academic studies have found that BitTorrent's implementation of multiple simultaneous downloads and concurrent connection leads to increased capacity and thus speed in downloading files for end users.  Attached hereto as Exhibit 6 is a true and correct copy of the article, Dongyu Qui and R. Srikant, "Modeling and Performance Analysis of BitTorrent-Like Peer-To-Peer Networks," SIGCOMM 2004 (Sept. 2004);  attached hereto as Exhibit 7 is a true and correct copy of the article, Xiangying Yang and Gustavo de Veciana, "Service Capacity in Peer-To-Peer Networks," INFOCOM (March 2004); attached hereto as Exhibit 8 is a true and correct copy of the article, Alix L.H. Chow, Leana Golubchik, Vishal Misra, "BitTorrent: An Extensible Heterogeneous Model," INFOCOM (April 2009).

42.    I have used the BitTorrent protocol in my research work on modeling and evaluating the performance characteristics of P2P systems, and particularly BitTorrent-like systems.  I have also performed real-world experiments (using implementations of BitTorrent).  These experiments looked at how information and

**Kendall Brill & Klieger LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

16

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1  data transfer can be effectively and efficiently scaled to meet growing demand,

2  without the need of additional expensive infrastructure.

3      43.   BitTorrent is agnostic as to the format of data that is being downloaded.

4  One improvement over prior methods of downloading information is that the

5  BitTorrent protocol can be used across multiple file types.  It is of tremendous value

6  that files can be transferred and shared using BitTorrent, whether they are academic

7  papers, data sets from scientific studies, instructional courses, or home videos.

8      44.   BitTorrent reduces Internet load.  Some implementations of the BitTorrent

9  protocol use features that allow peers to download files that are located

10  geographically close.  This focus on efficient transfer of data reduces the load on the

11  Internet and can reduce costs for network providers.

12          **C.**     **BitTorrent Technology Has Been Available Since 2001**

13      45.   The BitTorrent protocol was developed in April 2001 and the first publicly

14  available client version was released in July 2001.  Currently, numerous BitTorrent

15  applications are available for a variety of computing platforms, including a product

16  that was developed by BitTorrent, Inc.  I have examined the BitTorrent applications

17  that are identified in Plaintiffs' motion for preliminary injunction and First

18  Amended Complaint.  All of the BitTorrent applications identified by Plaintiffs were

19  available at least a year prior to the filing of Plaintiffs motion for a preliminary

20  injunction.

21

| Name Of Program Identified In Plaintiffs' Briefing | Developer | Date Available |
|---|---|---|
| BitTorrent | BitTorrent, Inc. | 2001 |

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

17

| μTorrent | BitTorrent, Inc. | 2005[2] |
| FrostWire | FrostWire Project | 2004[3] |
| Speedlord[4] | Bibado Investments S.L. | 2010 |
| FireTorrent | Radical Software Ltd. | 2009 |
| GetTorrent[5] | Underpia Lab | 2011 |
| TorrentRover | Shareware Junction | 2011 |
| MovieTorrent | MovieTorrent | 2009 |
| Vuze | Azureus Software, Inc. | 2003 |
| WireBooster[6] | WireBooster | 2010 |

---

[2] μTorrent was originally developed by an individual, Ludvig Strigeus.  However, since 2006, the computer program has been maintained by BitTorrent, Inc.

[3] Versions of FrostWire prior to December 2006 did not contain the BitTorrent protocol. Frostwire moved to support only BitTorrent in July 2011.

[4] Speedlord is not a BitTorrent client.  SpeedLord is an add-on that provides additional functionality to existing BitTorrent clients such as μTorrent.

[5] GetTorrent is not a BitTorrent client.  GetTorrent is an add-on that provides additional functionality to existing BitTorrent clients such as μTorrent.

[6] WireBooster is not a BitTorrent client.  WireBooster is an add-on that provides additional functionality to existing BitTorrent clients such as μTorrent.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

125472.2

18

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

46.    Of the BitTorrent applications identified above, there have not been significant changes in the past two years.

47.    In preparing this declaration I focused my research and investigation on the technical aspects of BitTorrent technology and the function of the CBSI Web site.

## IV.    How Content Is Downloaded By A User of the BitTorent Protocol

48.    Downloading a copy of a song using BitTorent (if the song is available in BitTorrent format) takes a significant number of steps.  First, assuming a user is visiting a CBSI website, the user has to affirmatively locate a BitTorrent client being linked to on that site.  Second, a user would have to select a "download now" or "visit site" link associated with the chosen torrent client.  When such a link is first activated, the user sees a pop-up notice stating that proceeding will take the user to a third party site, and warning against using the software available there for copyright infringement.  Third, if the user clicks to recognize the warning and "continue to download," the user is given the option to download a BitTorrent client software from a third-party website.  It is my understanding that these third party websites are not owned or controlled by CBSI.  Fourth, the user can then perform whatever steps the third-party website may require to download the BitTorrent client.  Fifth, after downloading the BitTorrent client a user would have to run or activate the BitTorrent client.  Sixth, in order to find any particular content, a user would then have to search for a torrent (a file containing information on how to locate a copy of the desired content file) on a separate site.  Such searching occurs not on download.com or another CBSI site, but on torrent sites that list various torrents for various content.  Seventh, a user would have to select and download the torrent. Eighth, after downloading the torrent  a user would then open the torrent file in the BitTorrent client and begin the process of downloading the works at issue.  Only

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1  then would a user be able to download a copy of a song or video.  A majority of

2  these steps do not involve CBSI.

3  **V.       The Functionality Of The CNET Web Site**

4       49.   I have examined the CNET Web sites including Download.com.  CNET

5  does not host copies of BitTorrent clients, nor of torrent files or of content files.  To

6  download a copy of a BitTorrent client (*e.g.*, μTorrent), as discussed above, a user

7  must click a link on a CNET Web site that takes him or her to an external site to

8  download the software.

9       50.   It is my understanding that CBSI does not host, develop, or distribute

10  BitTorrent applications.  Based on my expertise, the term distribution in computer

11  science is not applied to one who merely links to a source.  Rather, it involves

12  actually making software or another file available from one's own server or storage

13  device for copying.  There are significant differences between providing links to

14  sites where a product can be downloaded and sites that host the files for

15  downloading.  For example, *The New York Times* commonly provides links to the

16  software that is discussed in its articles.  Attached hereto as Exhibit 9 is a true and

17  correct copy of an article from nytimes.com, Nick Bolton, N.Y. Times, *Internet*

18  *Pirates Will Always Win,* August 4, 2012, available at:

19  http://www.nytimes.com/2012/08/05/sunday-review/internet-pirates-will-always-

20  win.html (last visited January 6, 2013).  Based on my background in computer

21  science, *The New York Times* would not be considered a distributor of software even

22  though it links to pages that download and provide information on use of the

23  software.  Similarly, based on my background in computer science, CBSI is not

24  regarded as a distributor of BitTorrent software as that term is understood in the

25  field because it does not develop or host BitTorrent software.

26  **VI.    Effects Of The Proposed Preliminary Injunction**

27

28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

## A.   Effect Of Preliminary Injunction On Downloading Of BitTorrent Client

51.    The proposed preliminary injunction would not limit the availability of BitTorrent clients.  I conducted a series of searches on google.com, yahoo.com and bing.com and found that multiple sites offered copies of μTorrent and other BitTorrent clients.  These sites, unlike CBSI, host copies of the BitTorrent clients and contain no warnings regarding copyright infringement.  Attached hereto as Exhibit 10 is a true and correct copy of two searches I conducted on google.com, bing.com and yahoo.com using the terms "'μTorrent" and "FrostWire" (search conducted on January 8, 2014).  These include downloads available at μTorrent.com and FrostWire.com. The proposed preliminary injunction would not prevent the availability of these BitTorrent clients.

## B.   Effects Of Preliminary Injunction On Downloading of Torrents

52.    The proposed preliminary injunction would have no effect on the availability of torrents (which identify where to download copies of the works at issue).  Sites would still provide links to various torrents of potentially infringing or non-infringing content.  In addition, I have conducted a series of searches on google.com, yahoo.com and bing.com and found that torrents for the works at issue are widely available and links to these torrents are available on google.com, yahoo.com and bing.com.  Attached hereto as Exhibit 11 is a true and correct copy of two searches I conducted on google.com, yahoo.com, and bing.com using the terms "'doug e. fresh' & torrent" and "whodini & torrent" (search conducted on January 8, 2013).  The proposed preliminary injunction would do nothing to remedy the availability of these torrents.

## C.   Effect Of Preliminary Injunction On Availability of CBSI Reviews.

53.    As an academic I have ready access to academic literature on the topics such as P2P and BitTorrent.  However, because I am in a field where the technology

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

is rapidly evolving it is critical to also have access to topical and current news articles about P2P and BitTorrent technology.  CBSI provides important news coverage of BitTorrent and P2P technology which is essential to my research work. In addition, CBSI's provision of a comprehensive directory of P2P and BitTorrent software is a valuable resource for my research work, as well as for members of the general public who seek the ability to efficiently transfer materials over the Internet.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 25, 2013, at Los Angeles, California.

_Leana Golubchik_

_____
Leana Golubchik, Ph.D.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

125472.2

22

DECLARATION OF LEANA GOLUBCHIK, PH.D.
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

# EXHIBIT 1

# Leana Golubchik

Computer Science Department,
Joint Appoitment: EE-Systems Department,
Affiliations: IMSC
University of Southern California
Los Angeles, CA 90089

Voice: (213) 740-4524, Fax: (213) 740-7285
Internet: leana@cs.usc.edu
URL: http://cs.usc.edu/~leana/



## PERSONAL INFORMATION

Research Interests: Internet-based computing and scalable data transfers over wide-area networks, cloud computing, peer-to-peer systems, multimedia systems, and computer systems and network modeling and performance evaluation.

**Education**

- Ph.D. in Computer Science
  University of California, Los Angeles, June 1995

- Master of Science in Computer Science
  University of California, Los Angeles, December 1992

- Bachelor of Science (*summa cum laude*) in Computer Science and Engineering
  University of California, Los Angeles, June 1989

**Employment**

| | |
|---|---|
| 4/11 to present | Professor of Computer Science<br>Joint Appointment: EE-Systems 1/03 to present<br>Affiliations: IMSC<br>University of Southern California, Los Angeles, CA |
| 9/10 to present | Director, Women in Science and Engineering (WiSE) Program<br>University of Southern California, Los Angeles, CA |
| 7/07 to 6/11 | Associate Chair for PhD Programs, Department of Computer Science<br>University of Southern California, Los Angeles, CA |
| 1/02 to 4/11 | Associate Professor of Computer Science<br>Joint Appointment: EE-Systems; Affiliations: IMSC<br>University of Southern California, Los Angeles, CA |
| 8/01 to 12/01 | Associate Professor of Computer Science<br>Institute for Advanced Computer Studies (50% appointment)<br>University of Maryland, College Park, MD |

Exhibit 1        Page 23

| | |
|---|---|
| 8/97 to 8/01 | Assistant Professor of Computer Science<br>Institute for Advanced Computer Studies (50% appointment)<br>University of Maryland, College Park, MD |
| 7/95 to 7/97 | Assistant Professor of Computer Science<br>Columbia University, New York, NY |
| 7/94 to 9/94<br>7/93 to 9/93 | Summer Research Intern<br>Lawrence Livermore National Laboratory, Livermore, CA |
| 6/91 to 9/91 | Summer Research Intern<br>T.J. Watson Research Center, IBM, Yorktown Heights, NY |
| 9/88 to 6/91 | Member of the Tangram Research Group<br>Computer Science Department, UCLA, Los Angeles, CA |
| 6/89 to 11/90 | Performance Analyst<br>Teradata Corporation, El Segundo, CA |
| 6/88 - 8/88 | Summer Research Assistant<br>Washington University, St. Louis, MO |

## RESEARCH ACTIVITY

### A. Articles in Refereed Journals

A1. B. Wang, A. Chow, and L. Golubchik. "A Comprehensive Study of the Use of Advertisements as Incentives in P2P Streaming Systems." To appear in the *Peer-to-Peer Networking and Applications*.

A2. A. Chow, L. Golubchik, S. Khuller, and Y. Yao. "Performance Tradeoffs in Structured Peer to Peer Streaming." *Journal of Parallel and Distributed Computing*, Volume 72, Number 3, pp. 323-337, March 2012.

A3. L. Golubchik, D. Caron, A. Das, A. Dhariwal, R. Govindan, D. Kempe, C. Oberg, A. Sharma, B. Stauffer, G. Sukhatme, B. Zhang. "AMBROSia: An Overview and Recent Results." *Journal of Applications and Computational Technology (JACT)*, Volume 5, Number 4, December 2011.

A4. Y. Yao, A. Sharma, L. Golubchik, and R. Govindan. "Online Anomaly Detection for Sensor Systems: a Simple and Efficient Approach." *Performance Evaluation*, Volume 67, Number 11, pp. 1059-1075, November 2010. Presented at the *Performance 2010 Conference*.

A5. K. C.-J. Lin, C.-P. Wang, C.-F. Chou, L. Golubchik. "SocioNet: A Social-based Multimedia Access System for Unstructured P2P Networks." *IEEE Transactions on Parallel and Distributed Systems*, Volume 21, Number 7, pp. 1027-1041, July 2010.

A6. A. Sharma, L. Golubchik, R. Govindan. "Sensor Faults: Detection Methods and Prevalence in Real-World Datasets." *ACM Transactions on Sensor Networks*, Volume 6, Number 3, pp. 1-39, June 2010.

Exhibit 1     Page 24

A7. C.-F. Chou, L. Golubchik, and W. C. Cheng. "A Performance Study of Online Batch-based Digital Signature Schemes." *Journal of Network and Computer Applications*, Volume 33, Number 2, pp. 98-114, March 2010.

A8. Y. Yang, A. L.H. Chow, L. Golubchik. "Multi-Torrent: a Performance Study and Applications." *International Journal of Advanced Media and Communication, Special Issue on High-Quality Multimedia Streaming in P2P Environments*, Volume 4, Number 1, pp. 31-58, 2010.

A9. L. Golubchik, S. Khanna, S. Khuller, R. Thurimella, A. Zhu. "Approximation Algorithms for Data Placement on Parallel Disks." *ACM Transactions on Algorithms (TALG)*, Volume 5, Number 4, pp. 223-232, October 2009.

A10. C.-F. Chou, L. Golubchik, and J. C.S. Lui. "Multi-class Multi-server Threshold-based Systems: a Study of Non-instantaneous Server Activation." *IEEE Transaction on Parallel and Distributed Systems*, Volume 18, Number 1, January 2007, pp. 96-110.

A11. L. Golubchik, S. Khuller, Y. Kim, S. Shargorodskaya, and Y.C. Wan. "Data Migration on Parallel Disks: Algorithms and Evaluation." *Algorithmica*, Volume 45, Number 1, June, 2006, pp. 137-158. (Special issue devoted to selected papers from ESA 2004.)

A12. A. L.H. Chow, L. Golubchik, J. C.S. Lui, A. W.-J. Lee. "Multi-path Streaming: Optimization of Load Distribution." *Performance Evaluation*, Volume 62, Issues 1-4, October 2005, pp. 417-438. Presented at the *Performance 2005 Conference.*

A13. W.C. Cheng, C.-F. Chou, L. Golubchik, S. Khuller, and J. Y.C. Wan. "A Coordinated Data Collection Approach: Design, Evaluation, and Comparison." Special issue on Design, Implementation, and Analysis of Communication Protocols of *IEEE Journal on Selected Areas in Communication (JSAC)*, (Eds. E. Brinksma, R. Hao, D. Lee, and R.E. Miller), Volume 22, Number 10, pages 2004-2018, December 2004.

A14. B. Abdouni, W.C. Cheng, A. L.-H. Chow, L. Golubchik, and J. C.S. Lui. "Picture-Perfect Streaming Over the Internet: Is there Hope?" Special issue on Proxy Support for Streaming in the Internet of *IEEE Communications Magazine*, (Eds. N. L.S. da Fonseca and P. Shenoy), Volume 42, Number 8, pp. 72-79, August 2004.

A15. L. Golubchik, J.C.S. Lui, E. de Souza e Silva, and H.R. Gail. "Performance Tradeoffs in Scheduling Techniques for Mixed Workloads." *Multimedia Tools and Applications*, Volume 21, Numbers 2, pp. 142-172, November 2003.

A16. L. Golubchik, W.C. Cheng, C.-F. Chou, S. Khuller, H. Samet, Y.C. Wan. "Bistro: A Scalable and Secure Data Transfer Service for Digital Government Applications". A special issue of the *Communications of ACM (CACM)* on Digital Governement, January 2003.

A17. L. Golubchik, J.C.S. Lui, T.F. Tung, A. L.H. Chow, W.-J. Lee, G. Franceschinis, C. Anglano. "Multi-path Continuous Media Streaming: What are the Benefits?" *Performance Evaluation*, Volume 49, Issues 1-4, September 2002, pp. 429-449. Presented at the *Performance 2002 Conference.*

A18. C.-F. Chou, L. Golubchik, J.C.S. Lui, and I.-H. Chung. "Design of Scalable Continuous Media Servers." Special issue on QoS of *Multimedia Tools and Applications*, Volume 17, Numbers 2-3, pp. 181-212, 2002.

Exhibit 1      Page 25

A19. L. Golubchik and J.C.S. Lui. "Bounding of Performance Measures for Threshold-based Queueing Systems: Theory and Application to Dynamic Resource Management in Video-on-Demand Servers." *IEEE Transactions on Computers*, Volume 51, Number 4, pp. 353-372, April 2002.

A20. M.Y.Y. Leung, J.C.S. Lui, and L. Golubchik. "Use of Analytical Performance Models for System Sizing and Resource Allocation in Interactive Video-on-Demand Systems Employing Data Sharing Techniques." *IEEE Transactions on Knowledge and Data Engineering*, Volume 14, Number 3, pp. 615-637, May/June 2002.

A21. L. Golubchik, R.R. Muntz, C.F. Chou, and S. Berson. "Design of Fault Tolerant Large-Scale VOD Servers: with Emphasis on High-Performance and Low-Cost." *IEEE Transaction on Parallel and Distributed Systems*, Volume 12, Number 1, pp. 363-386, January 2001.

A22. P.W.K. Lie, J.C.S. Lui, and L. Golubchik. "Threshold-Based Dynamic Replication in Large-Scale Video-on-Demand Systems." *Multimedia Tools and Applications*, Volume 11, Number 1, May 2000, pp. 35-62.

A23. L. Golubchik, V.S. Subrahmanian, S. Marcus, and J. Biskup. "Sync Classes: A Framework for Optimal Scheduling of Requests in Multimedia Storage Servers." *IEEE Transactions on Knowledge and Data Engineering*, Volume 12, Number 1, 2000, pp. 60-77.

A24. K.K.W. Law, J.C.S. Lui, and L. Golubchik. "Efficient Support for Interactive Services in Multi-resolution VOD Systems." *VLDB Journal*, Volume 8, Number 2, 1999, pp. 133-153.

A25. E. de Souza e Silva, H.R. Gail, L. Golubchik, and J.C.S. Lui. "Analytical Models for Mixed Workload Multimedia Storage Servers." *Performance Evaluation*, Volume 36-37, October 1999, pp. 185-211. Presented at the *Performance'99 Conference*.

A26. J.C.S. Lui and L. Golubchik. "Stochastic Complement Analysis of Multi-Server Threshold Queues with Hysteresis." *Performance Evaluation*, Volume 35, Numbers 1-2, March 1999, pp. 19-48.

A27. S.W. Lau, J.C.S. Lui, and L. Golubchik. "Merging Video Streams in a Multimedia Storage Server: Complexity and Heuristics." *ACM Multimedia Systems*, Volume 6, Number 1, pp. 29-42, 1998.

A28. L. Golubchik, J.C.S. Lui, and M. Papadopouli. "A Survey of Approaches to Fault Tolerant Design of VOD Servers: Techniques, Analysis, and Comparison." In a special issue of *Parallel Computing* on Parallel Data Servers and Applications, Volume 24, Number 1, January 1998, pp. 123-155.

A29. L. Golubchik, J.C.S. Lui, and R.R. Muntz. "Adaptive Piggybacking: A Novel Technique for Data Sharing in Video-On-Demand Storage Servers." *ACM Multimedia Systems*, Volume 4, Number 3, 1996, pp. 140-155.

## B. Articles in Other Journals

B1. W.C. Cheng, C.-F. Chou, L. Golubchik, and S. Khuller. "A Performance Study of Bistro, a Scalable Upload Architecture." In *ACM SIGMETRICS Performance Evaluation Review*, Volume 29, Number 4, March 2002, pp. 31-39. Invited paper.

Exhibit 1        Page 26

B2. M. Papadopouli and L. Golubchik. "Support of VBR Video Streams Under Disk Bandwidth Limitations." In *ACM SIGMETRICS Performance Evaluation Review*, Volume 25, Number 3, December 1997, pp. 13-20. Invited paper.

B3. L. Golubchik. "On Issues and Tradeoffs in Design of Fault Tolerant VOD Servers." In *ACM SIGMETRICS Performance Evaluation Review*, Volume 25, Number 2, September 1997, pp. 21-28. Invited paper.

B4. L. Golubchik, J.C.S. Lui, and R.R. Muntz. "I/O Stream Sharing for Continuous Media Systems." *IEEE Bulletin of the Technical Committee on Data Engineering*, Volume 18, Number 4, December 1995, pp. 17-26. Invited paper.

B5. L. Golubchik and R.R. Muntz. "Fault Tolerance Issues in Data Declustering for Parallel Database Systems." *IEEE Bulletin of the Technical Committee on Data Engineering*, Volume 17, Number 3, September, 1994, pp. 14-28. Invited paper.

## C. Articles in Books

C1. I. Krka, G. Edwards, L. Cheung, L. Golubchik, and N. Medvidovic. "A Comprehensive Exploration of Challenges in Architecture-Based Reliability Estimation." *Architecting Dependable Systems VI*, Eds. R. de Lemos, J.-C. Fabre, C. Gacek, F. Gadducci, and M. ter Beek. Springer Berlin / Heidelberg, Volume 5835/2009, 2009, pp. 202-227.

C2. L. Golubchik. "Scalable Data Collection for Internet-based Digital Government Applications." *Advances in Digital Government: Systems, Human Factors, and Policy*, Eds. W. McIver and A. Elmagarmid. Kluwer, 2002, pp. 107-119 (Chapter 6). Invited chapter.

C3. F. Özcan, V.S. Subrahmanian, and L. Golubchik. "Optimal Agent Selection." *KI 2001: Advances in Artificial Intelligence*, F. Baader, G. Brewka, T. Eiter (Eds.), Lecture Notes in Artificial Intelligence 2174, Springer Verlag, 2001. Also presented at the KI 2001 Conference as an Invited paper.

C4. L. Golubchik and R.R. Muntz. "Parallel Database Systems and Multimedia Object Servers." In *Volume 5 Handbook on Parallel and Distributed Processing*, Eds. J. Blazewicz, K. Ecker, B. Plateau and D. Trystram, Springer Verlag, 2000, pp. 364-409 (Chapter 8). Invited chapter.

C5. M. Papadopouli and L. Golubchik. "A Scalable Video-on-Demand Server for a Dynamic Heterogeneous Environment." In *Advances in Multimedia Information Systems*, S. Jajodia, M. T. Ozsu, A. Dogac (Eds.), Lecture Notes in Computer Science 1508, Springer Verlag, September 1998, pp. 4-17. Presented at the 4th International Workshop on Multimedia Information Systems.

## D. Articles in Refereed Conferences

D1. L. Cheung, I. Krka, L. Golubchik, and N. Medvidovic. "Architecture-Level Reliability Prediction of Concurrent Systems." In Proceedings of the *International Conference of Performance Engineering (ICPE)*, Boston, MA, April 2012.

D2. Y. Yao, L. Huang, A. Sharma, L. Golubchik, and M. Neely. "Data Centers Power Reduction: A two Time Scale Approach for Delay Tolerant Workloads." In Proceedings of the *IEEE INFOCOM*, Orlando, FL, March 2012.

Exhibit 1        Page 27

D3.   B. Wang, A. Chow, and L. Golubchik. "P2P Streaming: a Study on the Use of Advertisements as Incentives." In Proceedings of the *ACM Multimedia Systems (MMSys)* Conference, Chapel Hill, North Carolina, February 2012.

D4.   R. Pal, L. Golubchik, K. Psounis. "Aegis: A Novel Cyber-Insurance Model." In Proceedings of the GameSec (Conference on Decision and Game Theory for Security), College Park, MD, November 2011.

D5.   L. Cheung, L. Golubchik, F. Sha. "A Study of Web Services Performance Prediction: A Client's Perspective." In Proceedings of the *International Symposium on Modeling, Analysis and Simulation of Computer and Telecommunication Systems (IEEE MASCOTS)*, Singapore, July 2011.

D6.   M. Neely and L. Golubchik. "Utility Optimization for Dynamic Peer-to-Peer Networks with Tit-for-Tat Constraints." In Proceedings of the *IEEE INFOCOM*, Shanghai, China, April 2011.

D7.   R. Pal and L. Golubchik. "Designing Optimal Cyber-Insurance Contracts" In the *12th Workshop on Mathematical (performance) Modeling and Analysis (MAMA), held in conjunction with ACM SIGMETRICS 2010*, New York, NY, June 2010. Appears as part of the MAMA 2010 Workshop in the *ACM SIGMETRICS Performance Evaluation Review*. September 2010.

D8.   R. Pal and L. Golubchik. "Analyzing Self-Defense Investments in Internet Security Under Cyber-Insurace Coverage." Proceedings of the *International Conference on Distributed Computing Systems (ICDCS)*, Genoa, Italy, June 2010.

D9.   L. Cheung, L. Golubchik, and N. Medvidovic. "SHARP: A Scalable Approach to Architecture-Level Reliability Prediction of Concurrent Systems." Proceedings of the *1st International Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS)*, Cape Town, South Africa, May 2010.

D10.  I. Krka, L. Golubchik, and N. Medvidovic. "Probabilistic Automata for Architecture-Based Reliability Assessment." Proceedings of the *1st International Workshop on Quantitative Stochastic Models in the Verification and Design of Software Systems (QUOVADIS)*, Cape Town, South Africa, May 2010.

D11.  Y. Yang, A. L.-H. Chow, L. Golubchik, and D. Bragg. "Improving QoS in BitTorrent-like VoD Systems." Proceedings of the *IEEE INFOCOM*, San Diego, CA, March 2010.

D12.  A. Sharma, L. Golubchik, R. Govindan, and M. Neely. "Dynamic Data Compression in Multi-hop Wireless Networks." In Proceedings of the *ACM SIGMETRICS/Performance Conference*, Seattle, Washington, June, 2009.

D13.  A. L.-H. Chow, L. Golubchik, S. Khuller, and Y. Yao. "On the Tradeoff Between Playback Delay and Buffer Space in Streaming." Proceedings of the *IEEE International Parallel and Distributed Processing Symposium (IPDPS)*, Rome, Italy, May, 2009.

D14.  A. L.-H. Chow, L. Golubchik, V. and Misra. "BitTorrent: An Extensible Heterogeneous Model." Proceedings of the *IEEE INFOCOM*, Rio De Janeiro, Brazil, April, 2009.

D15.  Y. Yang, A. L.-H. Chow, and L. Golubchik. "Multi-Torrent: A Performance Study." Proceedings of the *International Symposium on Modeling, Analysis and Simulation of Computer and Telecommunication Systems (IEEE MASCOTS)*, Baltimore, MD, September 2008.

Exhibit 1      Page 28

D16. A. Sharma, R. Bhagwan, M. Choudhury, L. Golubchik, R. Govindan, G. Voelker. "Automatic Request Categorization in Internet Services." In the *1st Workshop on Hot Topics in Measurement and Modeling of Computer Systems (HotMetrics), held in conjunction with ACM SIGMETRICS 2008*, Annapolis, MD, June 2008. Appears as part of the HotMetrics 2008 Workshop, in the *ACM SIGMETRICS Performance Evaluation Review*. Volume 36, Number 2, pp. 16-23, September 2008.

D17. I. Krka, L. Cheung, G. Edwards, L. Golubchik, and N. Medvidovic. "Architecture-Based Software Reliability Estimation: Problem Space, Challenges, and Strategies." In Proceedings of the *DSN Workshop on Architecting Dependable Systems (WADS)*, June 2008.

D18. L. Cheung, R. Roshandel, N. Medvidovic, and L. Golubchik. "Early Prediction of Software Component Reliability." In Proceedings of *International Conference on Software Engineering (ICSE)*, May 2008.

D19. A. L.H. Chow, L. Golubchik, and V. Misra. "Improving BitTorrent: a Simple Approach." In Proceedings of *7th International Workshop on Peer-to-Peer Systems (IPTPS)*, February 2008.

D20. R. Roshandel, N. Medvidovic, and L. Golubchik. "A Bayesian Model for Predicting Reliability of Software Systems at the Architectural Level." In Proceedings of *3rd International Conference on Quality of Software Architectures (QoSA 2007)*, July 2007.

D21. A. Sharma, L. Golubchik, and R. Govindan. "On the Prevalence of Sensor Faults in Real-World Deployments." In Proceedings of the *IEEE Communications Society Conferences on Sensor, Mesh and Ad-Hoc Communications and Networks (SECON)*, June 2007.

D22. R. Raveendran, W.C. Cheng, and L. Golubchik. "Scalable and Secure Data Collection: Incentives Considerations." In Proceedings of the *7th International Conference on Digital Government Research*, May 2006. Poster paper.

D23. R. Roshandel, S. Banaerjee, L. Cheung, N. Medvidovic, and L. Golubchik. "Estimating Software Component Reliability by Leveraging Architectural Models." In Proceedings of *ICSE 2006, Emerging Results Track*, May 2006.

D24. S. Kashyap, S. Khuller, Y.C. Wan, and L. Golubchik. "Fast Reconfiguration of Data Placement in Parallel Disks." In Proceedings of *Algorithm Engineering and Experiments* (ALENEX), Miami, Florida, January, 2006.

D25. S. Banerjee, C. A. Mattman, N. Medvidovic, and L. Golubchik. "Leveraging Architectural Models to Inject Trust into Software Systems." In Proceedings of the *Software Engineering for Secure Systems Workshop* (SESS'05), St Louis, Missouri, May, 2005.

D26. Y. Yang, L. Cheung, and L. Golubchik. "Data Assignment in Fault Tolerant Uploads: A Genetic Algorithms Approach." In Proceedings of the *6th National Conference on Digital Government Research*, Atlanta, Georgia, May, 2005, pp. 29-38.

D27. B. Abdouni, W.C. Cheng, A. L.H. Chow, L. Golubchik, W.-J. Lee, and J. C.S. Lui. "Multipath Streaming: Optimization and Performance Evaluation." In Proceedings of Multimedia Computing and Networking (MMCN'05), San Jose, California, January 2005, (MMCN'05 is part of the 2005 IS&T/SPIE Symposium on Electronic Imaging), SPIE Volume 5680, pp. 216-227, S. Chandra, N. Venkatasubramanian, Eds.

Exhibit 1      Page 29

D28. L. Cheung, C-F. Chou, L. Golubchik, Y. Yang. "A Fault Tolerance Protocol for Uploads: Design and Evaluation." In Proceedings of the Second International Symposium of Parallel and Distributed Processing and Applications (ISPA 04), LNCS 3358, Hong Kong, China, December 2004, pp. 136-145.

D29. W.C. Cheng, L. Golubchik, D. G. Kay. "Total Recall: Are Privacy Changes Inevitable?" In Proceedings of the First ACM Workshop on Continuous Archival and Retreival of Personal Experiences (CARPE'04), held in conjunction with ACM Multimedia 2004, October 2004, New York, NY, pp. 86-92.

D30. L. Golubchik, S. Khuller, Y. Kim, S. Shargorodskaya, and Y.C. Wan. "Data Migration on Parallel Disks." In Proceedings of the 12th Annual European Symposium on Algorithms (ESA), LNCS 3221, pp. 689-701, Bergen, Norway, September 2004. (Also selected for submission of extended version to a special issue of the *Algorithmica* journal.)

D31. W.C. Cheng, L. Cheung, C.F. Chou, L. Golubchik, and Y. Yang. "Scalable and Secure Data Collection: Fault Tolerance Considerations." Proceedings of the *National Conference on Digital Government Research*, Seattle, WA, May 2004, pp. 391-392. Poster paper.

D32. E. Elnahrawy, W.C. Cheng, and L. Golubchik. "Towards Global Collaboration Tools." In Proceedings of the fourth international conference of the New Zealand chapter of the ACM's Special Interest Group on Computer-Human Interaction, SIGCHI_NZ, Dunedin, New Zealand, July, 2003.

D33. E. Elnahrawy, W.C. Cheng, and L. Golubchik. "HTTP-ICE: An HTTP-Based Distributed Application Framework For Interactive Collaborative Environments." In Proceedings of the The 12th International World Wide Web Conference (WWW2003), Budapest, Hungary, May, 2003. Poster paper.

D34. W.C. Cheng, C.-F. Chou, L. Golubchik, S. Khuller, and J. Y.C. Wan. "Large-scale Data Collection: a Coordinated Approach." In Proceedings of IEEE INFOCOM 2003, San Francisco, California, March-April 2003.

D35. J. Eisenstein, S. Ghandeharizadeh, L. Golubchik, C. Shahabi, D. Yan and R. Zimmermann. "Device Independence and Extensibility in Gesture Recognition." Proceedings of the IEEE Virtual Reality Conference (VR), Los Angeles, CA, March 2003.

D36. W.C. Cheng, C.F. Chou, and L. Golubchik. labelcv:mascots2k2 "Performance of Batch-based Digital Signatures." In Proceedings of the *International Symposium on Modeling, Analysis and Simulation of Computer and Telecommunication Systems (IEEE MASCOTS)*, Fort Worth, Texas, October 2002.

D37. W.C. Cheng, C.F. Chou, L. Golubchik, S. Khuller, and Y.C. (Justin) Wan. "A Performance Study of a Large-scale Data Collection Problem." Proceedings of the *7th International Workshop on Web Caching and Content Distribution (WCW-7)*, Boulder, Colorado, August 2002, pp. 259-272.

D38. L. Golubchik and J.C.S. Lui. "Multi-path Streaming: Is It Worth the Trouble?" In the *4th Workshop on Mathematical (performance) Modeling and Analysis (MAMA), held in conjunction with ACM SIGMETRICS 2002*, Los Angeles, CA, June 2002. Appears as part of the MAMA 2002 Workshop in the *ACM SIGMETRICS Performance Evaluation Review*. Volume 30, Number 3, pp. 12-14, December 2002.

Exhibit 1       Page 30

D39. W.C. Cheng, C.F. Chou, L. Golubchik, S. Khuller, and Y.C. Wan. "Scalable and Secure Data Collection Using Bistro." Proceedings of the *National Conference on Digital Government Research*, Los Angeles, CA, May 2002, pp. 91-98.

D40. W.C. Cheng, C.F. Chou, L. Golubchik, and S. Khuller. "A Secure and Scalable Wide-Area Upload Service." Proceedings of the *2nd International Conference on Internet Computing*, Las Vegas, NV, June 2001, Volume 2, pp. 733-739.

D41. W.C. Cheng, C.F. Chou, L. Golubchik, S. Khuller, and H. Samet. "Scalable Data Collection for Internet-based Digital Government Applications." Proceedings of the *National Conference on Digital Government Research*, Los Angeles, CA, May 2001, pp. 108-113.

D42. C.F. Chou, L. Golubchik, and J.C.S. Lui. "A Performance Study of Dynamic Replication Techniques in Continuous Media Servers." Proceedings of the *International Symposium on Modeling, Analysis and Simulation of Computer and Telecommunication Systems (IEEE MASCOTS)*, San Francisco, CA, August 2000.

D43. L. Golubchik and J.C.S. Lui. "Open Problems for Threshold-based System." In the *2nd Workshop on Mathematical (performance) Modeling and Analysis (MAMA), held in conjunction with ACM SIGMETRICS 2000*, Santa Clara, CA, June 2000. Appears as part of the MAMA 2000 Workshop in the *ACM SIGMETRICS Performance Evaluation Review*, Volume 28, Number 4, pp. 6-8, March 2001.

D44. S. Bhattacharjee, W.C. Cheng, C.F. Chou, L. Golubchik, and S. Khuller. "Bistro: a Platform for Building Scalable Wide-Area Upload Applications." In the *Workshop on Performance and Architecture of Web Servers (PAWS), held in conjunction with SIGMETRICS 2000*, Santa Clara, CA, June 2000. Appears as part of the PAWS 2000 Workshop in an issue of the *ACM SIGMETRICS Performance Evaluation Review*, Volume 28, Number 2, pp. 29-35, September 2000.

D45. L. Golubchik and J.C.S. Lui. "A Fast and Accurate Iterative Solution of a Multi-class Threshold-based Queueing System with Hysteresis." In Proceedings of the *ACM SIGMETRICS Conference*, Santa Clara, CA, June 2000, pp. 196-206.

D46. C.F. Chou, L. Golubchik, and J.C.S. Lui. "Striping Doesn't Scale: How to Achieve Scalability for Continuous Media Servers with Replication." In Proceedings of the *International Conference on Distributed Computing Systems (ICDCS)*, Taipai, Taiwan, April 2000, pp. 64-71.

D47. L. Golubchik, S. Khanna, S. Khuller, R. Thurimella, and A. Zhu. "Approximation Algorithms for Data Placement on Parallel Disks." In Proceedings of the *ACM-SIAM Symposium on Discrete Algorithms (SODA)*, San Francisco, CA, January 2000, pp. 223-232.

D48. D.I. Kang, R. Gerber, L. Golubchik, and J.K. Hollingsworth. "Techniques for Automating Distributed Real-Time Applications Design." In Proceedings of the *High Performance Distributed Computing Conference*, August 1999, pp. 156-163.

D49. L. Golubchik, J.C.S. Lui, E. de Souza e Silva, and H.R. Gail. "Evaluation of Performance Tradeoffs in Scheduling Techniques for Mixed Workload Multimedia Servers." In Proceedings of the *IEEE International Conference on Multimedia Computing and Systems*, June 1999, pp. 292-296. Poster paper.

Exhibit 1       Page 31

D50. C.F. Chou, L. Golubchik, and J.C.S. Lui. "A Performance Study of Dynamic Replication Techniques in Continuous Media Servers." In Proceedings of the *ACM SIGMETRICS Conference*, May 1999, pp. 202-203. Poster paper.

D51. D.I. Kang, R. Gerber, L. Golubchik, J.K. Hollingsworth, and M. Saksena. "A Software Synthesis Tool for Distributed Embedded System Design." In the *ACM SIGPLAN Workshop on Languages, Compilers, and Tools for Embedded Systems (LCTES)*, May 1999. Appears in the *ACM SIGPLAN Notices*, Volume 34, Number 7, pp. 87-95.

D52. L. Golubchik and R.K. Rajendran. "A Study on the Use of Tertiary Storage in Multimedia Systems." In Proceedings of the *Joint IEEE Symposium on Mass Storage and Goddard Conference on Mass Storage Systems and Technologies*, March 23-26, 1998, pp. 229-247.

D53. P.W.K. Lie, J.C.S. Lui, and L. Golubchik. "Threshold-Based Dynamic Replication in Large-Scale Video-on-Demand Systems." In Proceedings of the *Eighth International Workshop on Research Issues in Data Engineering: Continuous-Media Databases and Applications (RIDE'98)* February 23-24, 1998, pp. 52-59. A full version of this paper was selected for a journal special issue [A22].

D54. S. Marcus, V.S. Subrahmanian, and L. Golubchik. "Sync Classes: A Framework for Optimal Scheduling of Requests in Multimedia Storage Servers." In Proceedings of the *3rd International Workshop on Multimedia Information Systems*, September 1997, pp. 92-100. A full version of this paper was selected for a journal special issue [A23].

D55. L. Golubchik and J.C.S. Lui. "Bounding of Performance Measures for a Threshold-based Queueing System with Hysteresis." In Proceedings of the *ACM SIGMETRICS Conference*, Seattle, Washington, June 1997, pp. 147-157.

D56. M.Y.Y. Leung, J.C.S. Lui, and L. Golubchik. "Buffer and I/O Resource Pre-allocation for Implementing Batching and Buffering Techniques for Video-on-Demand Systems." In Proceedings of the *International Conference on Data Engineering (ICDE)*, Birmingham, UK, April 1997, pp. 344-353.

D57. L. Golubchik and S. Marcus. "On Multilevel Multimedia Storage Systems." In Proceedings of the *2nd International Workshop on Multimedia Information Systems*, September 1996, pp. 12-16.

D58. L. Golubchik and R.R. Muntz. "Fault Tolerance Issues in Multidisk Video-on-Demand Storage Servers." In Proceedings of the *SPIE (International Society for Optical Engineering) Conference on High-Density Data Recording and Retrieval Technology*, Volume 2604, October, 1995, pp. 70-87.

D59. L. Golubchik, R.R. Muntz, and R.W. Watson. "Analysis of Striping Techniques in Robotic Storage Libraries." In Proceedings of the *14th IEEE Symposium on Mass Storage Systems*, Monterey, CA, September, 1995, pp. 225-238.

D60. S. Berson, L. Golubchik, and R.R. Muntz. "Fault Tolerant Design of Multimedia Servers." In Proceedings of the *ACM SIGMOD Conference*, San Jose, CA, June 1995, pp. 364-375.

D61. L. Golubchik, J.C.S. Lui, and R.R. Muntz. "Reducing I/O Demand in Video-On-Demand Storage Servers." In Proceedings of the *ACM SIGMETRICS/Performance Conference*, Ottawa, Canada, May 1995, pp. 25-36.

Exhibit 1       Page 32

D62. L. Golubchik, and A. Thomasian. "Token Allocation in Distributed Systems." In Proceedings of the *12th International Conference on Distributed Computing Systems (ICDCS)*, Yokohama, Japan, June 1992, pp. 64-71.

D63. L. Golubchik, J.C.S. Lui, and R.R. Muntz. "Chained Declustering: Load Balancing and Robustness to Skew and Failures." In Proceedings of the *Second International Workshop on Research Issues in Data Engineering: Transaction and Query Processing (RIDE)*, Tempe, Arizona, February 1992, pp. 88-95.

D64. L. Golubchik, G.D. Rozenblat, W.C. Cheng, and R.R. Muntz. "The Tangram Modeling Environment." In Proceedings of the *Fifth International Conference on Modeling Techniques and Tools for Computer Performance Evaluation*, Turin, Italy, February 1991, pp. 421-435.

## E. Invited Conference Articles

E1. K. Song and L. Golubchik. "Towards User-oriented Live Video Streaming." Proceedings of the *International Conference on Computer Communication Networks (ICCCN 2010)*, Zurich, Switzerland, August 2010. Invited paper.

E2. L. Cheung, L. Golubchik, N. Medvidovic, and G. Sukhatme. "Identifying and Addressing Uncertainty in Architecture-Level Software Reliability Modeling." In the *NSF Next Generation Software Program Workshop*, held in conjunction with the IEEE International Parallel and Distributed Processing Symposium (IPDPS), March 2007. Invited paper.

E3. D. Caron, A. Das, A. Dhariwal, L. Golubchik, R. Govindan, D. Kempe, C. Oberg, A. Sharma, B. Stauffer, G. Sukhatme, and B. Zhang. "AMBROSia: an Autonomous Model-Based Reactive Observing System." In the *Dynamic Data Driven Application Systems Workshop*, held in conjunction with the International Conference on Computational Science (ICCS), May 2007. Invited paper.

E4. H. Samet and L. Golubchik. "Scalable Data Collection and Retrieval Infrastructure for Digital Government Applications." Proceedings of the *7th International Conference on Digital Government Research*, San Diego, CA, May 2006, pp. 301-302. Project highlights.

E5. L. Golubchik, D. Caron, A. Das, A. Dhariwal, R. Govindan, D. Kempe, C. Oberg, A. Sharma, B. Stauffer, G. Sukhatme, and B. Zhang. "A Generic Multi-scale Modeling Framework for Reactive Observing Systems: an Overview." In the *Dynamic Data Driven Application Systems Workshop*, held in conjunction with the International Conference on Computational Science (ICCS), May 2006. Invited paper.

E6. S. Banerjee, L. Cheung, L. Golubchik, N. Medvidovic, R. Roshandel, and G. Sukhatme. "Engineering Reliability into Hybrid Systems via Rich Design Models: Recent Results and Current Directions." In the *NSF Next Generation Software Program Workshop*, held in conjunction with the IEEE International Parallel and Distributed Processing Symposium (IPDPS), April 2006. Invited paper.

E7. A. L.H. Chow, L. Golubchik, and J. C.S. Lui. "Toward Picture-perfect Streaming on the Internet." Proceedings of the *International Conference on Quantitative Evaluation of SysTems (QEST 2005)*, Torino, Italy, September 2005. Invited paper.

Exhibit 1          Page 33

E8. H. Samet, E. Tanin, and L. Golubchik. "Scalable Data Collection Infrastructure for Digital Governement Applications." Proceedings of the *6th National Conference on Digital Government Research*, Atlanta, GA, May 2005, pp. 305-306. Project highlights.

E9. H. Samet, E. Tanin, and L. Golubchik. "Scalable Data Collection Infrastructure for Digital Governement Applications." Proceedings of the *5th National Conference on Digital Government Research*, Seattle, WA, May 2004, pp. 359-360. Project highlights.

## F. Other Articles and Unrefereed Reports

F1. Y. Yao, A. Sharma, L. Golubchik, and R. Govindan. "Online Anomaly Detection for Sensor Systems: a Simple and Efficient Approach." Technical Report, USC, March 2010.

F2. L. Golubchik. Discussion Summary for "Synchronized Network Emulation: Matching prototypes with complex simulations.", Appears as part of the HotMetrics 2008 Workshop, in the ACM SIGMETRICS Performance Evaluation Review, Volume 36, Number 2, September 2008.

F3. C. W. Cheng and L. Golubchik. "XSAstrengthening: Strengthening MD5 and Other Iterated Hash Functions Through Variable-length External Message Expansion." Technical Report, USC, January 2008.

F4. L. Golubchik. Position paper (accepted for participation). "Total Recall: a Personal Information Management System." CRA Grand Challenges Conference (by invitation only), June 2002.

F5. E. de Souza e Silva, B.R. Arajo Neto, R.M.M. Leo, S.V.A. Campos, L. Golubchik, D. Towsley; A. de Quevedo Cardozo, F.P. Duarte, "Aplicacoes Multimidia em Tempo Real" ("Real Time Multimedia Applications"), (extended abstract), National Research Network-2 workshop (RNP2), pp. 23-26, May 2001.

F6. L. Golubchik, D. Towsley, E. de Souza e Silva, and J. C.S. Lui, "Wide-area Applications", Internet2 Workshop, Chicago, IL, 2001.

F7. L. Golubchik and P. O'Neil. Report on "Data Security and Quality of Service for Information Age", NSF IDM PI Workshop, 2001.

F8. D.I. Kang, R. Gerber, and L. Golubchik. "Automated Techniques for Designing Embedded Signal Processors on Distributed Platforms." Technical Report No. CS-TR3944, October 1998.

F9. R. Bunt, D. Eager, L. Golubchik, G. Kotsis, S. Majumdar, R.R. Muntz, E. Rosti, G. Serazzi, E. Smirni. Report of the Computer Resource Management Group, International Workshop on Performance Evaluation - Origins and Directions, Schloss Dagstuhl, Wadern, Germany G. Haring (Wien), Ch. Lindemann (GMD-FIRST Berlin), M. Reiser (Zurich), organizers, 1997.

F10. S. Berson, A. Dashti, M. Escobar-Molano, S. Ghandeharizadeh, L. Golubchik, R.R. Muntz, C. Shahabi. "Design of a Scalable Multimedia Storage Manager." Technical Report No. CSD-940042, UCLA, December 1994.

## G. Inventions and Patents

G1. "XSAstrengthening: Strengthening MD5 and Other Iterated Hash Functions Through Variable Length External Message Expansion." *Invention Disclosure*, 2007. With W.C. Cheng.

Exhibit 1      Page 34

G2. "On a Graph-theoretic Approach to Scheduling Large-scale Data Transfers." *Invention Disclosure*, 2002. With W.C. Cheng, C.F. Chou, S. Khuller, and Y.C. Wan.

G3. "Scalable Wide-Area Upload System and Method." *Invention Disclosure*, March 2000, *Patent Application*, March 2001. With W.C. Cheng, S. Khuller, S. Bhattacharjee, and C.F. Chou. **Patent granted**, US Patent No. 7,181,623.

## H. Invited Talks

H1. "Cryptography: the art of confusion and diffusion." *Crossroads School Science Day*, Los Angeles, CA, April 2011.

H2. "Flexible Clouds: achieving the "right" cost-benefit balance through proper resource management." *NSF PI Meeting on "The Science of Cloud Computing"*, Arlington, Virginia, March 2011.

H3. "Computational Thinking." *The Mirman School Celebration of Women in Math and Science*, Los Angeles, CA, March 2011.

H4. "BitTorrent: how to plan your seeds."
- *Department of Computer Science, University of Maryland,* College Park, MD, April 2009.
- *IBM T.J. Watson Research Center,* Hawthorne, NY, January 2010.

H5. "Are Computers Smarter Than a Room 4 Student: an algorithmic approach to life, universe, and everything." *The Mirman School Celebration of Women in Math and Science*, Los Angeles, CA, March 2009.

H6. "Engineering Reliability into Hybrid Systems via Rich Design Models: Recent Results and Current Directions." *NSF Next Generation Software Program Workshop* (in conjunction with IPDPS 2006), Rhodes, Greece, April 2006.

H7. "A Generic Multi-scale Modeling Framework for Reactive Observing Systems." *NSF Dynamic Data-Driven Applications Systems (DDDAS) Workshop*, Arlington, VA, January 2006.

H8. "Picture-perfect Streaming Over the Internet: Is There Hope?." *Keynote talk at the International Conference on Quantitative Evaluation of SysTems (QEST) Conference*, Torino, Italy, September 2005.

H9. "Total Recall: a Personal Information Management System." *Okawa Foundation Award Ceremony Acceptance Speech* (on behalf of all 2002 recipients), San Francisco, CA, October 2002.

H10. "Application Level Adaptation and Control for Retrieval and Delivery of Continuous Media over the Internet." *NSF PI meeting*, Irvine, CA, November 2000.

H11. "Threshold-based Queueing Systems with Hysteresis." *CSHCN Advanced Network Colloquium, University of Maryland*, College Park, MD, October 2000.

H12. "Bistro: a Platform for Building Scalable Wide-Area *Upload* Applications."
- *University of Michigan*, Ann Arbot, MI, February 2001.
- *Georgia Institute of Technology*, Atlanta, GA, March 2001.

Exhibit 1      Page 35

- *Information Sciences Institute, University of Southern California*, Los Angeles, CA, May 2000.

- *Computer Science Colloquium Series, University of California at Irvine*, Irvine, CA, June 2000.

- *California Institute of Technology*, Los Angeles, CA, June 2000.

- *Hewlett-Packard Laboratories*, Palo Alto, CA, June 2000.

- *University of California at Los Angeles*, Los Angeles, CA, June 2000.

- *University of California at Riverside*, Riverside, CA, June 2000.

- *Lawrence Berkeley Laboratory*, Berkeley, CA, August 2000.

- *University of Texas at Austin*, Austin, TX, October 2000.

H13. "Striping Doesn't Scale: How to Achieve Scalability for Continuous Media Servers with Replication." Presented at the *DIMACS Workshop on Multimedia Streaming on the Internet*, June 2000.

H14. "Sync Classes: A Framework for Optimal Scheduling of Requests in Multimedia Storage Servers." Presented at the *INFORMS'98 Conference (Institute for Operations Research and the Management Sciences)*, as part of the Performance Models of Computer/Communication Systems track, June 1998. Short abstract (with S. Marcus and V.S. Subrahmanian) appeared in the proceedings, p. 27.

H15. "Mixed Workload Scheduling in Multimedia Storage Servers."

- *Computer Science Colloquium Series, Dartmouth College*, Hanover, New Hampshire, April 1998.

- *Computer Science Colloquium Series, College of William and Mary*, Williamsburg, Virginia, May 1999.

H16. "A Threshold-Based Approach to Dynamic Resource Management in Large Systems." *System Performance Evaluation - Origins and Directions, International Workshop, Schloss Dagstuhl, Wadern, Germany*, September 1997.

H17. "On Efficient Use of Resources in On-Demand Multimedia Storage Servers."

- *Universidade Federal do Rio de Janeiro*, Rio de Janeiro, Brazil, May 1996.

- *MITL, Panasonic Technologies, Inc.*, Princeton, New Jersey, July 1996.

H18. "Fault Tolerant Design of Multimedia Storage Servers." *IBM Almaden Research Center*, Almaden, CA, September 1994.

H19. "Improving Performance of Robotic Storage Libraries." *Lawrence Livermore National Laboratory*, Livermore, CA, February 1994.

H20. "Disk Arrays." *Dipartimento di Informatica, Universitá di Torino*, Torino, Italy, September 1993.

H21. "Tangram Modeling Environment." *Digital Equipment Co.*, Malboro, MA, June 1991.

Exhibit 1　　　Page 36

## I. Technical Presentations and Expert Panels

I1. "Networking Networking Women Workshop." *How To Succeed in Grad School without Really Trying panel*, Orlando, Florida, March 2012.

I2. "Flexible Distributed Systems." *USC, Taiwan Delegation visit*, Los Angeles, CA, February 2012.

I3. "Flexible Distributed Systems." *USC, eBay/Milibo visit*, Los Angeles, CA, September 2011.

I4. "Large-scale Streaming and Content Distribution Systems." *USC, Thomson Visit*, Los Angeles, CA, January 2010.

I5. "Modeling and Analysis with Reliable QoS-based Designs." *USC, IBM Almaden Visit*, Los Angeles, CA, October 2009.

I6. "Picture Perfect Streaming Over the Internet: Is There Hope?" *USC, Activision Visit*, Los Angeles, CA, May 2006.

I7. "Total Recall: an Amassment of Human Memory, Experience, and Knowledge." *DARPA, USC visit*, Los Angeles, CA, March 2004.

I8. "Bistro: a Platform for Building Scalable Wide-Area *Upload* Applications."
- *USC Seminar in Computer Science Research*, Los Angeles, CA, March 2004.
- *Northrop Grumman Corporation, USC visit*, Los Angeles, CA, April 2004.

I9. "Master's Program in Cybersecurity."
- *Wall Street Journal, USC visit*, Los Angeles, CA, March 2003.
- *Northrop Grumman Corporation, USC visit*, Los Angeles, CA, June 2003.

I10. "Multi-path Streaming: Is It Worth the Trouble?." *Information Sciences Institute 30th Anniversary, USC*, Los Angeles, CA, September 2002.

I11. "Scalable Data Collection for Internet-based Applications." *Motorola Visit Presentations, Department of Computer Science, University of Maryland*, College Park, MD, June 2001.

I12. "Data Security and Quality of Service for Information Age." *NSF IDM PI meeting*, Dallas/Fort Worth, TX, April 2001.

I13. "Wide Area Applications." *Internet2 Network Research Workshop*, Chicago, IL, April 2001.

I14. "Computer Systems Modeling and Performance Evaluation." *Department of Computer Science Colloquium Series, University of Maryland*, College Park, MD, September 2000.

I15. Member of Experts Panel on "Multimedia Streaming and Network Interaction." *DIMACS Workshop on Multimedia Streaming on the Internet*, June 2000.

I16. "Performance Evaluation Methodologies with Application to Continuous Media Servers." *UMIACS Research Review, University of Maryland*, College Park, MD, February 1999.

I17. Member of Experts Panel on "Exotic Applications." *Supercomputing Conferences (SC)*, November 1998.

Exhibit 1      Page 37

I18. Member of Experts Panel on "Visual Information Retrieval." *International Workshop on Multimedia Information Systems*, September 1998.

I19. Member of Experts Panel on "Continuous Media Management – Where We Stand Today and Where We will be Over the Next Decade." *International Workshop on Research Issues in Data Engineering: Continuous-Media Databases and Applications (RIDE)*, February 1998.

I20. "Multimedia Systems Lab, Overview." *IBM Site Visit Presentations, UMIACS, University of Maryland*, College Park, MD, December 1997.

I21. "Resource Management in Large Multimedia Systems." *Mitsubishi Research Association, visiting Columbia University*, New York, NY, November 1995 & November 1996.

## J. Tutorials and Seminars

J1. "The Tenure Challenge." *CRA-W Career Mentoring Workshop*, Pasadena, CA, July 2009. With S. Irani (UC Irvine).

J2. "Multimedia Information Systems." *Federal University of Rio de Janeiro*, December 1999. Half day seminar.

J3. "Multimedia Storage Systems." *Università di Torino Seminar Series*, July 1999. 3 day seminar.

J4. "Continuous Media Servers." *Università del Piemonte Seminar Series*, June 1999. 1 day seminar.

J5. "Continuous Media Storage Servers."
   - *1998 ACM SIGMETRICS/PERFORMANCE Conference*, Madison, WI, June 1998. With J.C.S. Lui (CUHK) and R.R. Muntz (UCLA).
   - *1999 ACM SIGMETRICS Conference*, Atlanta, GA, May 1999. With J.C.S. Lui (CUHK).

J6. "Multimedia Storage Servers." *1997 ACM SIGMETRICS Conference*, Seattle, WA, June 1997. With H. Vin and P. Shenoy (University of Texas, Austin).

J7. "System Architectures for Large-Scale Multimedia Information Servers." *Brazilian Symposium on Networks and Distributed Systems (SBRC)*, Fortaleza, Brazil, May 1996.

## K. Visiting Scholar

K1. *Department of Computer Science & Enginnering, The Chinese University of Hong Kong*, Hong Kong, January 1997, January 1998, and January 2002.

K2. *Dipartimento di Scienze e Tecnologie Avanzate, Università del Piemonte*, Alessandria, Italy and *Dipartimento di Informatica, Università di Torino*, Torino, Italy, June-July 1999 and July 2001.

K3. *Department of Computer Science, Federal University of Rio de Janeiro*, Brazil, December 1999.

## Contracts and Grants

L1. Co-principal Investigator (with S. Tejada (PI)). "CSavvy: USC workshop on the CS Educational Pipeline for Women & Girls in LA." *VSoE RIF grant*, 2012, $15,000.

Exhibit 1      Page 38

L2. Principal Investigator. "Total Recal: an Amassment of Human Memory, Experience, and Knowledge." *Zumberge Interdisciplinary Small Grant*, 2011-2012, $10,000.

L3. Co-principal Investigator. (with N. Medvidovic (PI) and G. Sukhatme (co-PI)). "Early Reliability Modeling and Prediction of Embedded Software Systems." *National Science Foundation*, 2010-2012, $210,000.

L4. Principal Investigator (with F. Sha). "Synergizing statistical machine learning and stochastic system modeling with application to real systems." *National Science Foundation*, 2009-2011, $157,000.

L5. Principal Investigator. "Quantifying Trustworthiness of Distributed Systems: with Application to Web Services." *IBM Faculty Award*, 2008, $20,000.

L6. Co-principal Investigator. (with G. Sukhatme (PI)). "REU Site: Coordination, Communication, Autonomy: Principles and Technologies." *National Science Foundation, REU Site Program*, 2008-2012, $310,000.

L7. Co-principal Investigator. (with N. Medvidovic (PI), G. Sukhatme (senior personnel)). "Engineering Reliability into Hybrid Systems: A Compositional and Hierachical Approach ." *National Science Foundation, CSR Program*, 2007-2009, $40,000.

L8. Senior Personnel (D. Estrin, PI (UCLA), G. Sukhatme (PI at USC), a number of other co-PIs and senior personnel) "Center for Embedded Networked Sensing (Renewal)." *National Science Foundation (subcontract from UCLA)*, 2007-2012, internal grant for 1 RA from this project, with R. Govindan, on "Anomaly Detection." 2007-2009.

L9. Principal Investigator (with R. Govindan, G. Sukhatme, D. Kempe, D. Caron). "A Generic Multi-scale Modeling Framework for Reactive Observing Systems." *National Science Foundation, DDDAS Program*, 2006-2011, $950,000.

L10. Co-principal Investigator. (with N. Medvidovic (PI), G. Sukhatme (senior personnel)). "Engineering Reliability into Hybrid Systems via Rich Design Models." *National Science Foundation, CSR Program*, 2005-2007, $100,000.

L11. Principal Investigator. "An Innovative Information Assurance & Security Technology Capacity Development Program and Outreach." *National Science Foundation, Collaborative Research Project with CSULB*, 2004-2008, $\approx$ $600,000 of which $300,000 is for USC under L. Golubchik. (With (G. Medioni, B.C. Neuman, N. Medvidovic, C. Papadopoulos (co-PIs, USC) and T. Mangir (main co-PI at CSULB, as well as other co-PIs at CSULB)).

L12. Senior Investigator (IMSC) (with A. Sawchuk (PI), C. Kyriakakis, C. Shahabi, R. Zimmermann, C. Papadopoulos, E. Chew (other Senior Investigators)). "Acquisition of Equipment for Distributed Immersive Performance." *National Science Foundation*, 2003-2005, $400,000.

L13. Principal Investigator. "Total Recall: a Personal Information Management System." *The Okawa Foundation Research Grant Program*, 2002, $10,000.

L14. Principal Investigator. *WiSE (Women in Science and Engineering) Research Supplement* (USC internal grant for new faculty), 2002-2004, $30,000.

L15. Co-principal Investigator (with S. Khuller (PI)). "Algorithms for Data Storage and Movement." *National Science Foundation, ITR program*, 2001-2005, $360,000.

Exhibit 1      Page 39

L16. Co-principal Investigator (with H. Samet (PI) and S. Khuller (Co-PI)). "Scalable Data Collection Infrastructure for Digital Government Applications." *National Science Foundation, Digital Government program*, 2001-2006, $616,972.

L17. Co-principal Investigator. "Application Level Adaptation and Control for Retrieval and Delivery of Continuous Media over the Internet." *National Science Foundation, Collaborative Research Program with CNPq/Brazil*, 2000-2004, $360,000 of which $241,569 is UMD's under L. Golubchik. (With R.R. Muntz (PI, UCLA) and D. Towsley, J. Kurose (Co-PIs, University of Massachusetts)).

L18. Co-principal Investigator (with W. A. Arbaugh (PI) and V. Gligor, P. Keleher(Co-PI)). "Secure Distributed Heterogeneous Systems Management via Confederations and Oracles." *U.S. Department of Defense, Laboratory for Telecommunications Science*, 2000-2001, $250,038.

L19. Senior Personnel (with P. Keleher (PI) and 9 other Co-PIs and senior personnel). "System Support for Enterprise Application Servers." *National Science Foundation CISE Research Infrastructure Grant*, 2000-2003, $861,244 (University of Maryland at College Park).

L20. Co-Principal Investigator (with J.C.S. Lui (PI) and A. U. Shankar, G. Franceschinis (Co-PIs)). "Providing Differentiated Services for the Internet: Design, Analysis and Implementation." *Hong Kong Mainline Research Grant*, 2000-2001 (Chinese University of Hong Kong).

L21. Principal Investigator. "Performance Aspects of Multimedia Presentation Servers." *University of Maryland, International Travel Award for joint research with Universitá del Piemonte and Universitá di Torino*, Summer 1999.

L22. Co-principal Investigator (with J.C.S. Lui (PI) and H.R. Gail (Co-PI)). "Design, Analysis and Implementation of Mixed Workload Schedulers with Application to the Multimedia Digital Library System." *Research Grant Council in Hong Kong*, 1999-2000 (Chinese University of Hong Kong).

L23. Principal Investigator. "Adaptive Large-scale Multimedia Storage Systems." *University of Maryland, GRB Semester Award*, Fall 1998.

L24. Principal Investigator (Faculty Mentor). "Multilevel Multimedia Storage Systems." *NSF-sponsored Computing Research Association (CRA) Undergraduate Research Program Grant*, Summer 1998, travel and stipend support awarded to 1 undergraduate summer research assistant.

L25. Co-principal Investigator (with Y. Yemini (PI) and H. Schulzrinne, S. Stolfo (Co-PIs)). "MarketNet: a Survivable, Market-Based Architecture for Large-Scale Information Systems." *Advanced Research Projects Agency*, $1997 - 2000, \approx \$2M$ (Columbia University).

L26. Principal Investigator (Faculty Mentor). "Efficient Resource Management in Large Multimedia Information Systems." *NSF-sponsored Computing Research Association (CRA) Undergraduate Research Program Grant*, Summer 1996, travel and stipend support awarded to 2 undergraduate summer research assistants.

L27. Co-principal Investigator (with J.C.S. Lui (PI) and E. de Souza e Silva (Co-PI)). "Operating System and Network Support for Distributed Multimedia Services." *Hong Kong Mainline Research Grant*, $1996-1999, \approx \$14,000$ (Chinese University of Hong Kong).

Exhibit 1      Page 40

L28. Co-principal Investigator (with A. Aho (PI) and 11 other Co-PIs). "Scalable Multimedia Information Processing." *National Science Foundation CISE Research Infrastructure Grant*, 1996-2000, ≈ $2.5M (Columbia University).

L29. Senior Personnel (with Y. Yemini (PI) and SMARTS Corp.). "Embedded Training Technologies." *Advanced Research Projects Agency*, 1996-1997, $309,153 (Columbia University).

L30. Principal Investigator. "Towards a New Generation of Multimedia Storage Systems." *National Science Foundation, Faculty Early Career Development (CAREER) Grant*, 1996-2001, $200,000.

L31. Principal Investigator. "A Study on the Use of Tertiary Storage Devices in Multimedia Information Systems." *AT&T Foundation Special Purpose Grants in Science and Engineering Program*, 1995-1996, $24,000.

**Fellowships, Awards, and Honors**

- USC Remarkable Women Award, 2012.

- WTS-LA Diversity Leadership Award, 2011.

- IBM Faculty Award, 2008.

- Okawa Foundation Research Award, 2002.

- Member of IFIP WG 7.3, elected 2000.

- NSF Faculty Early Career Development (CAREER) Award, 1996-2001.

- IBM Graduate Fellowship, 1994-1995.

- National Science Foundation Graduate Fellowship, 1991-1994.

- GTE Graduate Fellowship, 1990-1991.

- Member of Tau Beta Pi, elected 1988.

- Society of Women Engineers Scholarship, 1987 - 1989.

- Litton Engineering Scholarship, 1987-1989.

**Reviewing and Editing Activities**

**Co-guest Editor**

- Special Issue of *IEEE Transactions on Knowledge and Data Engineering*, based on selected papers from the International Workshop on Multimedia Information Systems (MIS'99), Volume 13, Number 5, September 2001. (With S. Tripathi and V. Tsotras.)

- Special Issue of *International Journal of Intelligent Systems* on Multimedia Systems, Volume 13, Number 12, December 1998. (With J.C.S. Lui.)

- Special Issue of *Parallel Computing Journal* on Parallel Data Servers and Applications, Volume 24, Number 1, January 1998. (With R.R. Muntz.)

**Reviewing Activities: Journals and Conferences**

- ACM Transactions on Database Systems

- IEEE Transactions on Knowledge and Data Engineering

Exhibit 1        Page 41

- IEEE Transactions on Computers
- IEEE Transactions on Parallel and Distributed Systems
- IEEE/ACM Transactions on Networking
- Performance Evaluation Journal
- IEEE Transactions on Software Engineering
- IEEE Transactions on Multimedia
- ACM Transactions on Software Engineering and Methodology
- IEEE Networks
- IBM Journal of Research and Development
- Journal of Systems and Software
- International Conference on Very Large Databases (VLDB)
- ACM SIGMOD Conference
- ACM SIGMETRICS Conference
- IEEE INFOCOM Conference
- IEEE MASCOTS
- TOOLS Conference
- ICS Conference
- IFIP WG7.3 Conference on Modeling and Performance Evaluation of Computer Systems and Networks
- International Telecommunications Symposium (ITS)
- International Conference on the Numerical Solutions of Markov Chains Conference
- International Workshop on Petri Nets and Performance Models (PNPM)
- International Conference on Quantitative Evaluation of Systems (QEST)
- Communication of the ACM (CACM)
- Journal of Parallel Computing
- IEEE MultiMedia
- ACM Symposium on Principles of Database Systems (PODS)
- ACM Multimedia Systems Journal
- ACM Transactions on Multimedia Computing, Communications and Applications

**Reviewing Activities: Grant Proposals**

- National Science Foundation, external reviewing/proposal review panels, 1996-2002, 2009.
- Hong Kong Research Grants Council, 1996, 2002.
- Army Research Office, 1996.

Exhibit 1       Page 42

**External Examiner**

- MS Thesis, The Chinese University of Hong Kong, 2006. *Performance and Availability Issues on BitTorrent-like File Sharing Systems*, Fan Bin. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2003. *An Effective Methodology to Trace-back DDoS Attackers*, Kwok Tai Law. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2003. *Multi-path Multimedia Streaming System: Adaptation and Optimization*, Chow Lik Hang. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2002. *Admission Control and Dynamic Adaptation for a Proportional-Delay Diffserv-Enabled Web Server*, Lee Cheuk Man. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2002. *An Architectural Infrastructure and Topological Optimization for End System Multicast*, Ho Yin Starsky Wong. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2002. *Multi-path Streaming and Dynamic End-point Adaptation*, Tak Fu Tung. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2001. *Characterization and Performance Evaluation for the Proportional Delay Differentiated Services*, Leung Ka Hing. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 2000. *Admission Control Algorithms for Providing Quality-of-Service Guarantee for Individual Connection in Video-on-Demand Systems*, Wang Xiaoquing. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 1999. *Design and Implementation of Distributed Interactive Virtual Environment*, Chan Ming Fei. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 1999. *Routing Algorithms and Channel Reservation Strategies for a Low Earth Orbit Satellite System*, Tam Tsz Shing. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 1999. *Issues in a Very Large Scale Distributed Virtual Environment*, So King Yan Oldfield. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 1997. *On Design of a Scalable Video Data Placement Strategy for Supporting a Load Balancing Video-on-Demand Storage Server*, Kwok-Wai Law. Advisor: J.C.S. Lui.

- MS Thesis, The Chinese University of Hong Kong, 1997. *Parallel Replication in Distributed Video-on-Demand Systems*, Wai-Kwok Lie. Advisor: J.C.S. Lui.

# TEACHING ACTIVITY

**Advising: Research**

**Doctoral**

- current PhD students:

Exhibit 1        Page 43

- Michael Chien-Chun Hung, 2011-present.

- Sung-Han Lin, 2010-present.

- Bo-Chun Wang (passed screening), 2009-present.

- Ranjan Pal (co-advising with K. Psounis, passed qualifying exam), 2009-present.

- Kai Song (passed screening), 2008-present.

- Yuan Yao (EE-Systems, passed qualifying exam), 2006-present.

- former PhD graduates:

  * Cheng-Fu Chou, 1998-2002 (UMD, CS, thesis title: "Scalable Designs for Continuous Media Servers and Wide-area Upload Applications", defended April 2002, currently an Associate Professor at the National Taiwan University).

  * Alix Chow, 2003-2009 (USC, CS, thesis title: "QoS-based Distributed Design of Streaming and Data Distribution Systems", defended December 2009 (committee: Profs. Govindan, Teng, Misra (Columbia Univ.), Kuo), currently at Nokia research lab in Beijing).

  * Yan Yang 2003-2005, 2006-2010 (USC, CS, thesis title: "QoS Based Resource Management in Internet Applications", defended Octoboer 2010 (committee: Profs. Horowitz and Kuo), currently at Apple, CA).

  * Abhishek Sharma 2007-2010 (USC, CS, co-advising with R. Govindan, thesis title: "Adaptive Resource Management in Distributed Systems", defended October 2010, (committee: Prof. M. Neely), currently at NEC, NJ).

  * Leslie Cheung 2004-2011 (USC, CS, thesis title: "Design-Time Software Quality Modeling and Analysis of Distributed Software-Intensive Systems", defended September 2010, committee: Profs. Medvidovic and Gupta, previously MS student, currently at NetApp).

- former PhD students:

  - Ranjit Raveendran, 2004-2006 (acting advisor while Prof. Özden is on leave).

  - Bassem Abdouni (EE-Systems), 2003-2004 (previously MS student).

  - Zhihui Chen, 2002-2004.

  - Adam (Woei-Jyh) Lee (UMD), 2001-2003.

  - I-Hsin Chung (UMD), 2000-2001.

  - Dong-In Kang (UMD, co-advised with R. Gerber and J. Hollingsworth during R. Gerber's sabbatical, 1998-1999).

  - Joseph Dunnick (UMD), 1997-1998.

  - Maria Papadopouli (Columbia University), 1996-1998.

## Masters

- Nadim Tawileh, co-advised with Prof. Özden, 2004.

- Leslie Cheung, 2003-2004 (thesis title: "Scalable and Secure Data Collection: Fault Tolerance Considerations", graduated with an *MS thesis award* in Spring 2004 (entered PhD program).

Exhibit 1        Page 44

- Bassem Abdouni (EE-CN), 2002-2003 (entered EE-Systems PhD program).
- Eiman M. Elnahrawy (UMD, CS, thesis title: "An HTTP-based Distributed Application Framework for Interactive Group Collaborative Environments, defended April 2002), 2001-2002.
- Raj Kumar (Columbia University, CS), 1997-1998.

**Undergraduate**

- Hanjun Xiao, visiting USC from Tsinghua, Summer 2011, under the USC-Tsinghua Summer Internship program.
- Kalyan Sahoo, visiting USC from IIT Kharagpur, Summer 2010, under the USC-IIT Summer Internship program.
- Danielle Bragg, visiting USC from Harvard University, Summer 2009, under the NSF-sponsored REU site program.
- Alexandra Lee, visiting USC from Bryn Mawr College, Summer 2009, under the NSF-sponsored REU site program.
- Sarah Williams, Merit Research Program, 2005-2006.
- Jaime Chinen, WiSE undergraduate research award recipient, 2003-2004.
- Georgina Russell, visiting University of Maryland from Berkeley, Summer 1998, under the NSF-sponsored Computing Research Association (CRA) undergraduate research program.
- Lanphuong Pham, visiting Columbia University from Wilkes University, Summer 1996, under the NSF-sponsored Computing Research Association (CRA) undergraduate research program.
- Hannah K. Lee, Columbia University, Summer 1996, under the NSF-sponsored Computing Research Association (CRA) undergraduate research program.

**Advising: Ph.D. Committees**

- 51 at USC (2002-2012)
- 27 at UMD (1997-2005)
- 5 at Columbia University (1995-1997)

**Independent Studies/Directed Research**

Hassan Khan (MSCS, Identifying P2P traffic on the Internet, 2009)
Wah Ho (MSCS, Internet-based experiments using BitTorrent, 2008)
Hua Liu (MSCS, Algorithms for Internet-based large-scale data streaming, 2004)
Gilbert Tawil (MSEE, Development of an Internet-based large-scale data collection system, 2004)
Nadim Tawileh (MSCS, Internet-based measurements for Multi-path streaming, 2003)
Jarupat Lewprasert (MSCS, Development of an Internet-based real-time audio system, 2003)
Yan Yang (PhD, CS, Development of a large-scale data gathering system, 2003)
Chih-Wen Su (MSCS, Development of a deadline-based data collection system, 2003)
Lei Zhang (MSCS, Development and instrumentation of a large-scale streaming data collection system, 2003)

Exhibit 1        Page 45

Shashikiran Kolar(MSCS, Design and development of an Internet-based interactive group collaborative environment system, 2002)

Kalpesh Solanki (MSCS, Design and development of an Internet-based real-time audio delivery system, 2002)

Taruni U. Seth (Columbia University, Design and development of VOD servers, 1996-1997)

Alka Sham (Columbia University, Fault tolerant design of VOD Servers, 1996-1997)

Exhibit 1        Page 46

## Courses Taught

| Semester | Course | # students | Description |
|---|---|---|---|
| Spring 2012 | CSCI597 | 36 | Seminar in Computer Science Research |
| Fall 2011 | CSCI271 | 62 | Discrete Methods in Computer Science |
| Fall 2011 | ENGR102 | 71 | Freshman Academy |
| Spring 2011 | CSCI597 | 37 | Seminar in Computer Science Research |
| Fall 2010 | ENGR102 | 76 | Freshman Academy |
| Fall 2010 | CSCI597 | 32 | Seminar in Computer Science Research |
| Spring 2010 | CSCI597 | 31 | Seminar in Computer Science Research |
| Fall 2009 | ENGR102 | 68 | Freshman Academy |
| Fall 2009 | CSCI597 | 47 | Seminar in Computer Science Research |
| Spring 2009 | CSCI597 | 49 | Seminar in Computer Science Research |
| Spring 2009 | CSCI694 | 9 | Topics in Computer Networks and Distributed Systems |
| Fall 2008 | ENGR102 | 80 | Freshman Academy |
| Fall 2007 | CSCI570 | 111 | Analysis of Algorithms |
| Spring 2007 | CSCI570 | 62 | Analysis of Algorithms |
| Fall 2006 | EE/CSCI450 | 48 | Introduction to Computer Networks |
| Spring 2006 | CSCI570 | 120 | Analysis of Algorithms |
| Fall 2005 | EE/CSCI450 | 34 | Introduction to Computer Networks |
| Spring 2004 | CSCI570 | 80 | Analysis of Algorithms |
| Spring 2004 | CSCI599 | 12 | Performance Evaluation |
| Spring 2003 | CSCI599 | 13 | Performance Evaluation |
| Fall 2002 | CSCI551 | 42 | Computer Communications |
| Spring 2002 | CSCI551 | 50 | Computer Communications |
| Fall 2001 | CMSC710 | 25 | Performance Evaluation (UMD) |
| Spring 2001 | CMSC710 | 36 | Performance Evaluation (UMD) |
| Fall 2000 | CMSC420 | 56 | Data Structures (UMD) |
| Spring 2000 | CMSC417 | 44 | Computer Networks (UMD) |
| Fall 1999 | CMSC420 | 45 | Data Structures (UMD) |
| Spring 1999 | CMSC417 | 44 | Computer Networks (UMD) |
| Spring 1998 | CMSC417 | 26 | Computer Networks (UMD) |
| Fall 1997 | CMSC818G | 15 | Large Multimedia Information Systems (UMD, *new course development*) |
| Spring 1997 | W3824 | 69 | Computer Organization (Columbia University) |
| Fall 1996 | W4995 | 50 | Multimedia Information Systems (Columbia University, *new course development*) |
| Spring 1996 | W3824 | 56 | Computer Organization (Columbia University) |
| Fall 1995 | E6998-42 | 8 | Architecture Support for Large Information Systems (Columbia University, *new course development*) |
| Summer 1995 |  | 15 | Data Structures and Algorithms (Johns Hopkins University Center for Talented Youth) |
| Summer 1994 |  | 12 | Data Structures and Algorithms (Johns Hopkins University Center for Talented Youth) |
| Summer 1993 |  | 15 | Data Structures and Algorithms (Johns Hopkins University Center for Talented Youth) |

## Courses or Curriculum Development

**CMSC 818G** - UMD, Large Multimedia Information Systems (1997) (Taught a similar course,

Exhibit 1      Page 47

**W6998-42** - Architecture Support for Large Information Systems, at Columbia University, 1995)

Created a new course to provide first and second year graduate students with an introduction to large-scale multimedia information systems. This course explores current research directions and design issues in advanced system architectures for storage servers. Specifically it concentrate on multimedia information systems, and explores similar issues in parallel database systems and scientific computing systems. The objective of this course is to bring students up to date on research directions in large multimedia information systems and to provide the requisite background for original research in this area. Specific topics covered in the course include (but are not limited to): current (a) storage device technology and technology trends, (b) interconnect technologies and technology trends, (c) compression technologies and technology trends, and their impact on application areas such as multimedia storage systems; multimedia storage servers; database systems for multicomputer architectures; I/O intensive scientific computing applications. Students are required to read the equivalent of approximately 20 conference/journal research papers. Grades are based on a final examination, class participation, and a term report which includes a class presentation and a term paper. Most reports are expected to be critical summaries and reviews of a small collection of papers in an area relevant to the course. However, reports describing original research are also possible. This course can be used by Ph.D. and M.S. students as part of their comprehensive exams curriculum in the systems area.

**W4995** - Columbia University, Multimedia Information Systems (1996)

Created a new course to provide junior and senior level undergraduate students with a broad introduction to multimedia information systems. This course covers the following topics: media, applications, and their requirements; storage technologies; interconnect technologies; compression technologies for various media; multimedia storage servers; operating systems issues; large distributed storage systems; multimedia networks. Course material is taken from textbooks as well as on-line notes provided by the instructor. The work in the course includes several homeworks, a large programming project (chosen from a list of topics related to the course) with a written report, and a final examination.

**W3824** - Columbia University, Computer Organization (1996, 1997)

Expended course coverage to include detailed coverage of I/O devices and corresponding interconnect architectures.

**CMSC 417** - UMD, Computer Networks (1999, 2000)

Introduced a set of new projects (with Prof. Bhattacharjee) to emphasize current directions in communication networks.

Expended course coverage to include detailed coverage of an introduction to probabilities.

**CSCI 551** - Computer Communication (2002)

Introduced a new project to emphasize current directions in communication networks.

Expended course coverage to include Internet-based upload applications and introductory analysis techniques.

**MSCS-CS program** - MS in Computer Science with specialization in Computer Security (2002)

Exhibit 1       Page 48

Developed a new MSCS specialization in computer security, in collaboration with B.C. Neuman, B. Tung, and E. Horowitz.

Computer security is not currently addressed as a specific specialty within any department at USC. Several departments have ongoing research and classes that are relevant to computer security. By creating a masters specialization in Computer Security, we are highlighting those relevant classes across departments, and coordinating some of the coverage to ensure that students can achieve the breadth of specific knowledge from those topics relevant to the practice of computer security research, development, and deployment and in the secure operation of computer systems. Industy and government has voiced a specific need for individuals with training in computer security. There are also opportunities to obtain additional support from government to fund the development of a more comprehensive curriculum specialization in computer security, and to provide scholarships at both the undergraduate and graduate level for students specializing in these areas.

**CSCI 599** - Performance Evaluation (2003) (Taught a similar course, **CMSC 710** - Performance Evaluation, at UMD, 2001)

Designed a graduate level performance evaluation course with focus on the more analytical aspects of performance evaluation. This course covers tools necessary for performance evaluation of computer and communication systems and is focused on techniques needed to construct and analyze performance models that are useful in computer and communication systems design. Although these techniques are useful in other field (e.g., financial modeling), this course focuses on applications to computer and communication systems. Topics include introduction to stochastic processes and queueing theory, Markovian models with special structure, transient analysis, and a brief introduction to queueing networks. It is intended for students interested in computer and/or communication systems and the related performance issues, especially those interested in operating systems, networking, distributed systems, databases, and multimedia systems. The intent of the course is to provide the tools necessary for evaluating designs of such systems as well as for gaining insights that can be obtained. Grades are based on homeworks, exams, and small projects. Although initially taught as a 599, it is intended to become a regular course in the future.

**CSCI 459** - Computer Systems & Applications Modeling Fundamentals

Designed an undergraduate level modeling course which (1) introduce students to fundamentals of probabilistic and stochastic analysis, in the context of both analytical approaches and simulations; (2) teaches students how to apply these techniques to modeling of computer systems and applications; (3) teaches students how to apply modeling and simulation tools to design and evaluation of computer systems and applications; and (4) illustrates application and utility of such techniques through a set of case studies covering a number of computer science areas, such as operating systems, networking, software engineering, databases, artificial intelligence, etc. Topics include combinatorics & basic probability, conditional probabilities and Bayes rule, random variables, simulations, statistical inference, confidence intervals, basic Markov chains, basic networks of queues, as well as case studies. Grades are based on homeworks, projects, and exams.

**EE/CSCI 450** - Introduction to Computer Networks (2005) Introduced a new book for the course (Kurose and Ross). Revised the course accordingly, teaching the material using a top-down approach (with respect to networking layers) with emphasis on the Internet.

Exhibit 1        Page 49

## SERVICE TO PROFESSION

**Moderator, Performance area**

- Computing Research Repository (arXiv.org/corr), December 2010 - present.

**Editorial Board**

- Performance Evaluation journal, October 2009 - present.

**Editor**

- ACM SIGMETRICS Performance Evaluation Review, July 2009 - 2011.

**Chair**

- ACM SIGMETRICS, July 2003 - July 2005.

**Vice Chair**

- ACM SIGMETRICS, July 2001 - July 2003.

**Board of Directors**

- ACM SIGMETRICS, July 2005 - July 2007.
- ACM SIGMETRICS, July 1999 - July 2001.

**General Chair**

- ACM SIGMETRICS Conference, 2007.

**Program Committee Co-Chair**

- ACM HotMetrics Workshop, 2009.
- Joint ACM SIGMETRICS/Performance Conference, 2001.
- International Workshop on Multimedia Information Systems, 1999.

**Tutorial Chair**

- ACM SIGMETRICS Conference, 2000.

**Member of Program Committee**

- International Conference on Parallel Processing, 2012 (Performance Modeling and Evaluation track).
- PERFORM (Performance Evaluation of Computer and Communication Systems: Milestones and Future Challenges), 2010.
- International Conference on Queueing Theory and Network Applications (QTNA), 2009.
- ACM HotMetrics Workshop, 2008, 2010.
- International Conference on the Quantitative Evaluation of SysTems (QEST), 2008, 2009, 2010, 2012.
- ACM Workshop on Capture, Archival and Retrieval of Personal Experiences (CARPE), 2005, 2006.
- International Workshop on Web Content Caching and Distribution (WCW), 2003.

Exhibit 1       Page 50

- International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV), 2003.
- IFIP WG7.3 International Symposium on Computer Performance Modeling, Measurement and Evaluation (Performance Conference), 2002, 2005, 2007, 2010, 2011
- IEEE/ACM Symposium on Modeling, Analysis and Simulation of Computer and Telcommunication Systems (MASCOTS), 2002.
- IEEE International Conference on Multimedia and Expo (ICME), 2002.
- Internet Performance Symposium (part of GlobeCom), 2001.
- Workshop on Mathematical (performance) Modeling and Analysis (MAMA), 2000, 2006, 2007, 2008, 2009, 2010, 2011, 2012.
- Conference on Extending Database Technology (EDBT), 2000.
- ACM SIGMOD Conference, 1999, 2004.
- Workshop on I/O in Parallel and Distributed Systems (IOPADS), 1997.
- International Conference on Distributed Computing Systems (ICDCS), 1997.
- International Conference on Data Engineering (ICDE), 1997.
- ACM SIGMETRICS Conference, 1997, 1998, 1999, 2000, 2002, 2003, 2004 (member of best paper awards committee), 2005, 2006, 2008, 2009 (member of best paper awards committee), 2010, 2012.
- International Workshop on Multimedia Information Systems, 1996, 1997, 1998.
- International Conference on Parallel and Distributed Information Systems (PDIS), 1996.

**Member Steering Committee**
- ACM HOTMETRICS Workshop, 2008-present.
- Location Privacy Workshop, 2004.

**Chair, Test of Time Awards Committee**
- ACM SIGMETRICS, 2012.

**Member, Test of Time Awards Committee**
- ACM SIGMETRICS, 2011.

**Session Chair**
- IFIP WG7.3 International Symposium on Computer Performance Modeling, Measurement and Evaluation (Performance Conference), 2005.
- IEEE Symposium on Modeling, Analysis and Simulation of Computer and Telcommunication Systems (MASCOTS), 1999, 2002.
- ACM SIGMETRICS Conference, 1998, 2000, 2001, 2002, 2003, 2004, 2006, 2009.
- International Workshop on Multimedia Information Systems, 1995, 1996, 1997, 1998.

**Advisory Board**
- Member, UCLA UG CS Advisory Board, 2011-present.

Exhibit 1      Page 51

# EXHIBIT 2

News, Quotes, Companies, Videos   SEARCH


SUBSCRIBE NOW and get
3 MONTHS for the PRICE OF 1   SUBSCRIBE NOW

U.S. EDITION | Tuesday, December 25, 2012 As of 4:33 PM EST

Subscribe | Log In

Home   World   U.S.   New York   Business   Tech   Markets   Market Data   Opinion   Life & Culture   Real Estate   Careers

Digits   Personal Technology   What They Know   All Things Digital   CIO Journal

TOP STORIES IN WSJ                                                        1 of 12


Nicholas Eberstadt: Yes, Mr. President, We Are a Nation of Takers

2 of 12

Court Rules Obama Picks Are Illegal

3 of 12

Noonan: Lessons Conservatives Need to Learn

The Two Men Behind the 787 Dreamliner

TECHNOLOGY | Updated December 25, 2012, 4:33 p.m. ET

# Netflix Hit by Outage, Blames Amazon

Article    Video    Stock Quotes    Comments (45)                MORE IN TECH »

Email   Print

By GREG BENSINGER

Netflix Inc. NFLX +13.84% said Tuesday it restored streaming video services a day after an outage triggered by technical problems at Web service provider Amazon.com Inc. AMZN +3.48% stretched across the Americas.


Enlarge Image
Getty Images
A sign in front of the Netflix headquarters last year

The service was running for all customers by Tuesday morning, Netflix said, after its and Amazon's engineers worked through the night to repair it.

Netflix, of Los Gatos, Calif., said the outage started about 3:30 p.m. Eastern Time on Monday. It prevented video streaming on a number of devices, such as Roku Inc. players.

"We are investigating the cause and will do what we can to prevent reoccurrence," a Netflix spokesman said.

### Related Video

Simon Constable and Scott Austin review the year's biggest tech stories, which span from Apple's multiple product launches, one very high-stakes tech trial, and the most-watched IPO in recent history.

Other websites, such as software company Heroku Inc. and social media app Scope, also reported via Twitter service problems of their own that were traced to Amazon operations. Scope Chief Executive Amit Kumar said his engineers devised a way to bypass AWS and restore service. Heroku couldn't immediately be reached for comment.

Amazon Web Services, or AWS, operates server systems that deliver Internet and data storage services for a number of companies. AWS attributed the outage to issues at its Northern Virginia operations, which it said were resolved Tuesday afternoon local time.

"The service is now functioning


DELL   Click to open
Meet the Dell™ Latitude™ 10
It means business.
Easy portability
World-class security
Seamless integration
Learn More Now


WSJ SELECT
LUXURY SHOPPING FOR THE SOPHISTICATED READER   SHOP NOW
OPERATED INDEPENDENTLY OF THE WALL STREET JOURNAL NEWS DEPARTMENT

Most Popular

Read   Emailed   Video   Commented

1.   Opinion: Nicholas Eberstadt: Yes, Mr.

Exhibit 2       Page 52

How important will mobile be in 2013 and how will struggling tech companies try to compete? MarketWatch's Therese Poletti and Dan Gallagher discuss predictions for the tech industry in 2013. (Photo: Getty Images)

correctly, and we're headed toward making sure customers are operating smoothly," an Amazon spokeswoman said.

The glitch was at least the third major AWS outage this year for Amazon. Service was knocked out for prominent websites Pinterest, Instagram and Foursquare earlier this year frustrating customers andsending the companies scrambling for a fix.

Netflix reported 25.1 million streaming subscribers in the U.S. as of the end of its third quarter. In other regions it reported 4.31 million, but that figure includes the U.K., Ireland and other countries that weren't affected.

While Netflix competes with the Amazon Prime streaming video service it is also dependent on the Seattle-based online retailer's AWS unit. Netflix Chief Executive Reed Hastings said at an AWS conference in Las Vegas last month that 95% of the company's storage and computation needs are handled by Amazon.

Users took to Twitter and Facebook FB +2.38% on Monday to complain as the Netflix outage spread.

Kenneth McIver, a Netflix member for the past four years, was among those affected by the outage on Monday. "I was with my family most of the day," said the 44-year-old Atlantic Beach, S.C., resident. "I came home to relax and watch movies; I tried several times, but I gave up."

"I was a little disappointed," said Mr. McIver, who was hoping to watch a documentary. As a result, he said, "I had to watch Christmas specials."

Write to Greg Bensinger at greg.bensinger@wsj.com

A version of this article appeared December 26, 2012, on page B3 in the U.S. edition of The Wall Street Journal, with the headline: Netflix Blames Amazon For Overnight Blackout.

JOIN THE DISCUSSION
45 Comments, add yours

MORE IN
Tech »

| Email | Print | | Order Reprints |

WSJ SELECT    LUXURY SHOPPING FOR THE SOPHISTICATED READER    SHOP NOW
OPERATED INDEPENDENTLY OF THE WALL STREET JOURNAL NEWS DEPARTMENT

The Best Video Platform
Your video content on every screen and everywhere.Try Ooyala for free!
www.ooyala.com

Bank Mortgage Rate 2.0%
Bank America Cuts Mortgage Rates. Refinance & Lower Your Bank Payment!
Refinance.LeadSteps.com

(3) people unfriended you
Free Facebook download app that shows you who unfriends you!
www.FriendsCheckerApp.com

Free Frostwire Downloads
Frostwire Safe Download. So Simple - Latest Full Version-Download Now!
GoFree.com/FrostwireMusicDownloads

### Don't Miss


Shark Tank Shatters in Shanghai Shopping Plaza


Is China's New High-Speed Train Worth the Trek?

President, We Are a Nation of Takers

| 2. | Court Rules Obama Picks Are Illegal |
| 3. | Opinion: Noonan: Lessons Conservatives Need to Learn |
| 4. | The Two Men Behind the 787 Dreamliner |
| 5. | College Degree, No Class Time Required |

Articles Feed

---

### Available to WSJ.com Subscribers

Pensions Bet Big With Private Equity


Afghan Airline Ferried Opium, U.S. Alleges


Las Vegas Sands Tightens Fund-Transfer Safeguards

SEC Nominee Signals Shift



GET 3 MONTHS FOR THE PRICE OF 1    SUBSCRIBE NOW

### Don't Miss    [?]

  

Hot Gadgets Coming Out of CES 2013

New Twist in Lance Armstrong Saga

Five Planes That Almost Didn't Take Off

---

### Most Popular in US

Nicholas Eberstadt: Yes, Mr. President, We Are a Nation of Takers

Court Rules Obama Picks Are Illegal

Noonan: Lessons Conservatives Need to Learn

The Two Men Behind the 787 Dreamliner

College Degree, No Class Time Required

---

### More in Tech

Apple's Smartphone Fight Intensifies

AT&T to Buy Verizon Spectrum

Microsoft Profit Falls

Samsung Aided by Smartphones, Chips

Apple, Samsung Find New Rival in China's Huawei

Exhibit 2    Page 53



How Working Out
Will Help Your
Waist and Wallet



Microsoft Profit
Falls Despite
Windows 8 Lift

### Latest Headlines

Court Rules Obama Picks Are Illegal

### Latest News

Ex-CIA Officer Gets 2½ Years for Leaking Name

New-Home Sales Fall 7.3%

Georgia's Chambliss to Retire From Senate

Neal Wolin to Take Reins at Treasury — For Now

Pensions Bet Big With Private Equity

Afghan Airline Ferried Opium, U.S. Alleges

SEC Nominee Signals Shift

Burwell Is Leading Candidate for Budget Role

More Headlines

## You Might Like

Are Women Safer in India or the U.S.?

Former Softcore Porn Star Is China's Hottest New Politician

Suddenly, Apple's iPhone 4 Is a Major Point of Interest

Microsoft Joins Dell Buyout Talks

Lenovo: Phones Are in the Black in China

## Content from our Sponsors

What's this?

The Valve 'Steam Box' is finally unveiled, and nothing will ever be the same again
(Digital Trends)

Amazon Shuts Down Monthly Prime Memberships (Web2Carz)

Apple iWatch: Is It About Time?
(Investopedia)

The 10 Best HDTVs (PCMag.com)

Grand Theft Auto V Release Info, Modern Warfare 4 Confirmed, Dead Island: R⋯
(Mevio)

## Add a Comment

JOURNAL COMMUNITY

View All Comments (45)                                     Community rules

To add a comment please

Log in                        Create an Account

Your real name is required
for commenting.

☐ Track replies to my comment

CLEAR     POST

Subscribe Now for Full Access to WSJ.com and Get

### 3 MONTHS for the PRICE OF 1

SUBSCRIBE NOW

WSJ Subscriber's content provides:

• **Personalized** tracking of industries
• **Heard on the Street:** up-to-the-minute news and analysis that affects the markets and industries
• **Core business news:** "What's News" and new "Management" section

bank of america on
Find answers faster with our experts at TheCheckingGurus.com today!
TheCheckingGurus.com

Bad Credit Checking Acct
Get A Free Checking Account Today. Bad Credit? No Problem. Start Now.
colonybank.com

Facebook Downloader
Download Your Friends Photos!
FBDownloader.com

## Content from our Sponsors   [?]



BGR

RIM Teases BlackBerry 10 Launch with Image of First BB10 Smartphone



DIGITAL TRENDS

Why you should wait for the Galaxy S4



PCMAG.COM

The 10 Best Wireless Routers

## Editors' Picks



The Two Men Behind the 787 Dreamliner



SEC Nominee Signals Shift

### Inside Barenboim's West-Eastern Divan Orchestra

An exclusive look inside rehearsal with Daniel Barenboim's West-Eastern Divan Orchestra as the group of Israeli, Palestinian and other Arab musicians prepare to return to New York's Carnegie Hall.



Brokers Who Bet on a Few Sales

Exhibit 2     Page 54

Subscribe / Login                                    Back to Top

| Customer Service | Policy | Ads | Tools & Features | More |
|---|---|---|---|---|
| Customer Center | Privacy Policy | Your Ad Choices | Apps | Register for Free |
| Contact Us | Data Policy | Advertise | Newsletters | Reprints |
| WSJ Weekend | Copyright Policy | Advertise Locally | Alerts | E-books |
| Contact Directory | Subscriber Agreement & Terms of Use | Place a Classified Ad | Graphics & Photos | Content Partnerships |
| Corrections | | | Columns | Conferences |
| | | | Topics | SafeHouse |
| | | | Guides | |

Jobs at WSJ

Copyright ©2012 Dow Jones & Company, Inc. All Rights Reserved.

Exhibit 2      Page 55

# EXHIBIT 3

- Close menu
- Home
- learn
  - what is Skype?
  - features
  - business
- prices
  - rates
  - premium
  - special offers
  - shop
- downloads
- support
- My Account
- Sign in

- Sign in
- Join us

- Menu

# About Skype

Do even more with a little credit...

Call mobiles and landlines worldwide, send texts, access WiFi and more with Skype Credit.

Buy Skype Credit

Skype.com > Support > About Skype

- 
- 
- 
- Share this:

## What ar e P2P communicati ons?

Great special offers

Learn more

Great special offers on Skype Credit, Skype Premium and more.

Exhibit 3      Page 56

The original vision of the World Wide Web was arguably already based on the concept of peer-to-peer, whereby each user of the web would be an active editor and contributor, creating and linking content to form an interlinked "web" of links. But Peer-to-peer ("P2P") technology became widely deployed and popularized by file-sharing applications such as Napster and Kazaa. In this context, P2P technology allowed users to share, search for and download files.

Since then, the term P2P has been widely used whenever any direct communication between users or nodes is involved.

At Skype, we believe a true P2P system connects all nodes in a network dynamically to participate in traffic routing, processing and bandwidth-intensive tasks that would otherwise be handled by central servers.

A true P2P application also empowers small teams with good ideas to develop software and businesses that can successfully challenge those of large companies. True P2P, when applied to ripe markets, is disruptive technology.

Decentralized P2P networks have several advantages over traditional client-server networks. These networks scale indefinitely without increasing search time or the need for costly centralized resources. They utilize the processing and networking power of the end-users' machines since these resources always grow in direct proportion to the network itself.

Each new node added to the network adds potential processing power and bandwidth to the network. Thus, by decentralizing resources, second generation (2G) P2P networks have been able to virtually eliminate costs associated with a large, centralized infrastructure.

## How does Skype use a P2P communication network?

The Skype team succeeded in P2P communications by leveraging all of the available resources in a network, all without the need for costly centralized resources.

Skype uses the following IP-based communications techniques:

Firewall and NAT (Network Address Translation) traversal

Non-firewalled clients and clients on publicly routable IP addresses can help NAT'ed nodes communicate by routing calls. This allows two clients who otherwise would not be able to communicate to speak with each other. Calls are encrypted end-to-end and proxies with spare resources are chosen, so the performance for these users is not affected.

We've also developed several techniques to avoid end-user configuration of gateways and firewalls that would otherwise prohibit the users from communicating successfully over a P2P network. In short, Skype works behind the majority of firewalls and gateways with no special configuration.

Global decentralized user directory

Exhibit 3        Page 57

Most instant message or communications software requires some form of centralized directory to establish a connection between end users in order to associate a static user name and identity with an IP number that is likely to change.

This change can occur when a user relocates or reconnects to a network with a dynamic IP address. Most internet-based communication tools track users with a central directory that logs each user name and IP number and tracks whether users are online or not. Central directories are extremely costly when the user base scales into the millions. By decentralizing this resource-hungry infrastructure, Skype can focus all of its resources on developing cutting-edge functionality.

P2P network technologies used by file-sharing applications would be almost suitable for decentralizing this, but those networks are fragmented in nature - a search does not reach all nodes in the network.

Clearly, in order to deliver high-quality communications with the lowest possible costs, a third generation of P2P technology ("3G P2P") or Global Index (GI) was a necessary development and represents yet another paradigm shift in the notion of scalable networks. The Global Index technology is a multi-tiered network where supernodes communicate in such a way that every node in the network has full knowledge of all available users and resources with minimal latency.

## How does Skype maintain call quality?

By using every possible resource, the P2P system that supports Skype communications is able to intelligently route encrypted calls through the most effective path possible. Skype even keeps multiple connection paths open and dynamically chooses the one best suited at the time. This has the noticeable effect of reducing latency and increasing call quality throughout the network.

## Is Skype secure?

Skype is as secure as we can possibly make it. When you call another person on Skype your call is encrypted, to protect your privacy. The same is true of your shared files, chats, and video.

To learn more about your online security, safety and privacy, visit our security center.

Did this answer your question?

○ Yes  ○ No



Thank you for your feedback

Did you know you can make video calls with three or more people anywhere in the world with Skype Premium?

Exhibit 3     Page 58

Find out more.



How else can we help?

You can always ask your question in our community, or if you have some feedback that could help us improve this FAQ, you can leave it below. Learn more about getting support for Skype.

Submit

Related FAQs

- Getting started with Skype (Windows desktop)
- How does Skype make money?
- What is Skype?
- Finding your way around Skype (Windows desktop)
- What is Skype for String?

## Search

reset

Search

Take Skype
to the next level
Discover Skype Premium

## More



- About Skype
- Facebook
- Skype WiFi
- Skype To Go numbers
- Accessories
- Other Skype features

Exhibit 3    Page 59

- - Affiliate Program
  - Skype Click to Call
  - Extras
  - Personalise Skype
  - Skype for Developers
  - Skype Find
  - Toolbars
- Mobile operators
  - Skype mobile™ for Verizon
  - Skype on Telkomsel
  - Skype™ on au
  - Skype on Telus
  - Skype on 3
- Discontinued products and features
  - Public Chats
  - MySpace
  - Send Money
  - Skype Me!
  - Skype Prime
  - Skype Pro
  - Skype Lite
  - Skype for webOS
  - Skype for Windows Mobile
  - Skype for Nokia N phones
  - Earlier versions of Skype

## Support Network



Ask the Skype experts and get an answer fast.

- Go to the Support Network

## Get more help



Further help with your Skype questions and problems.

- Get more help

Do even more with a little credit...

Exhibit 3     Page 60

- Add Skype Credit and use it when you need it.
- Call mobiles and landlines worldwide.
- Send text messages and use WiFi hotspots.

[Buy Skype Credit](#)

English English ▼



- [About](#)
- [Advertise](#)
- [Blogs](#)
- [Developers](#)
- [Jobs](#)
- [Sitemap](#)

---

© 2012 Skype and/or Microsoft. The Skype name, associated trade marks and logos and the "S" logo are trade marks of Skype or related entities. Use of this website constitutes acceptance of the [Terms of Use](#) and [Privacy and Cookie policy](#).

© 2012 Skype and/or Microsoft. Use of this website constitutes acceptance of the [Terms of Use](#) and [Privacy and Cookie policy](#).

No emergency calls with Skype
Skype is not a replacement for your telephone and can't be used for emergency calling

No emergency calls with Skype

Exhibit 3        Page 61

# EXHIBIT 4



Google Talk for Developers X    Search

berger@gmail.com
Sign out

Home    Products    Conferences    Showcase    Live    Groups

Google Talk for Developers    411

Overview

Open Communications

• libjingle

• Google Talk XMPP Extensions

• Additional Resources

# What is Google Talk?

Google Talk is an instant messaging service built on open protocols. Google has opened its IM service so that you can hook your own client applications into the Google Talk service, or you can connect (federate) your service with ours.

The Google Talk service is built on the following open-source protocols:

- **XMPP**: Extensible Messaging and Presence Protocol; an IETF standard for instant messaging. XMPP was originally called Jabber, and the XMPP enhancement proposals (XEPs) were previously called Jabber Enhancement Protocols (JEPs).
- **Jingle**: a family of XMPP extensions that make it possible to initiate and maintain peer-to-peer sessions. Specific Jingle extensions support voice streaming, video streaming, and file-sharing sessions.

Last updated March 23, 2012.

    Google    Terms of Service    Privacy Policy    Jobs    Report a bug

English

Exhibit 4    Page 62

# EXHIBIT 5



Home      Courses      What is SEE?      FAQ      Survey      Contact Us

# introduction to computer science | programming methodology

Instructor: Sahami, Mehran

(return to course)

## Course Meetings: 28

---

Lecture 1   View Now  >

50 min

Topics: Welcome to CS106A, Course Staff, Why is the class called Programming Methodology?, Are you in the right class?, Class Logistics, Assignments and Grading, Extensions, Midterm and Final, Grade Breakdown, The Honor Code, Why Karel?
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 2   View Now  >

48 min

Topics: Handout Information, Section Sign-up, Karel Commands, An Algorithm vs Program, Syntax of a Karel Program, Running a Karel Program, Creating Methods, SuperKarel, A for Loop, A While Loop, Karel Conditions, If Statement, Putting it All Together
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 3   View Now  >

51 min

Topics: Karel and Java, Common Errors, Comments, Pre-conditions and Post-conditions, Decomposition, The DoubleBeepers Example, Importance of Good Software Engineering, The Right Decomposition, The CleanUpKarel Example

### COURSE CONTENT:

Course Home
Lectures
Syllabus
Handouts
Assignments
Exams
Software

*Segments of this lecture have been edited out due to copyright restrictions.



This work is licensed under a Creative Commons Attribution 3.0 United States License.

Exhibit 5        Page 63

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 4   View Now >

48 min

Topics : The History of Computing, Computer Science vs Programming, What Does the Computer Understand?, The Compilation Process, Java is an Object Oriented Language, Inheritance, Instance of a Class, The acm.program Hierarchy, Your First Java Program, A ConsoleProgram Example, The Graphics Window , The Sending-Messages-to-a-GLabel Example

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 5   View Now >

49 min

Topics : Variables, Data Types for Variables, Syntax for Using Variables, Classes as Types, Objects as Variables, Invoking Methods on Objects, Graphics Coordinates, Operations on the GObject Class and its Subclasses, Drawing Geometrical Objects, A FunGraphics Example, Expressions and Operators

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 6   View Now >

56 min

Topics : readInt() and readDouble(), The Division Operator w.r.t ints and Doubles, Order of Precedence for Operators, Type Casting, Shorthands, Constants, The Boolean Data Type, Value Comparisons, Boolean Expressions, Short Circuit Evaluation, Statement Blocks, Scope of Variables, Cascading if, The Switch Statement, The For Loop, The While Loop

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 7   View Now >

51 min

Topics : The Loop and a Half Problem, For Versus While Loop, The CheckerBoard Program Example, Methods in Java, Examples of Methods, The FactorialExample Program, Returning Objects from Methods

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 8   View Now >

49 min

Exhibit 5       Page 64

Topics: Information Hiding, The Void Return Type, Parameter Passing Between
Methods, Bad Times with Methods, Using Classes, Instance variables vs Local
Variables, The RandomGenerator Program Example, The RollDice Program
Example, The setSeed() Method
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 9   View Now >

52 min

Topics: Strings, Writing Your Own Class, Public and Private Visibility, Creating
a New Class, The Constructor Method, Shadowing of Variables and the 'this'
Keyword, Using the Created Class, Objects are Called by Reference not Called
by Value, Class Variables, The JavaDoc, The Student Program Example
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 10   View Now >

47 min

Topics: Importance of Private Variables, Extending the Student Class,
Overriding Methods, The acm.graphics Package, GCanvas, Methods Common to
All GObjects, Interfaces and Methods Defined by Them, The BouncingBall
Program Example, The Geometry of the GLabel Class, The GArc Class
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 11   View Now >

50 min

Topics: The GImage Class, The GPolygon Class, The GCompound Class, Event
Driven Programs, The ClickForFace Program Example, Responding to Mouse
Events, Responding to Keyboard Events, The UFO program Example
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 12   View Now >

49 min

Topics: Enumeration, Characters, The ASCII Subset of Unicode, Reading
Characters, Math on Characters, char as a Primitive Type; the Character Class,
Strings and Their Manipulations
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 13   View Now >

47 min

Exhibit 5        Page 65

Topics: String Processing, Tokenizers, Encryption
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 14   View Now >

46 min

Topics: Memory, Different Sections of Memory for Different Types of
Variables, Memory Allocation Mechanics, The Pointer View point, The Binky
Pointer Fun Video
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 15   View Now >

48 min

Topics: Pointer Recap, Why are Objects 'Call by Reference' Instead of 'Call of
Value'?, Wrapper Classes for Primitive Types, Files, Code for Opening, Reading
and Closing Files, Exceptions, Code for Writing Files
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 16   View Now >

50 min

Topics: Array, Creating a New Array, The ++ Operator, Actual Size / Effective
Size of the Array, An Array as a Parameter, Initialize an Array During Creation,
An ArrayList
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 17   View Now >

50 min

Topics: Multi-dimensional Arrays, An ArrayList, The Template Class, Methods
in the ArrayList Class, An Example Program Using ArrayList, ArrayLists Hold
Objects, An Example Program with an ArrayList of Glabels, The GrayImage
Example Program
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 18   View Now >

47 min

Topics: A Wrap Up of Multi-dimensional Arrays, The ArrayList Way, Pros and
Cons : ArrayList vs. Array, Debugging, Approaches to Debugging, The
Debugger in Eclipse
Transcript: HTML | PDF

Exhibit 5       Page 66

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 19   View Now >

50 min

Topics: An Interface, How are Interfaces Implemented, A Map, The HashMap Class, Methods of the HashMap, The Collection Hierarchy, The Map Hierarchy, An Iterator, A HashMap Example
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 20   View Now >

45 min

Topics: GUI, Interactors in the Context of a Java Program, The Swing Interactor Hierarchy, Window Regions, Creating Interactors, Example Programs, Exploring More Interactors, The InteractiveDraw Face Program Example
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 21   View Now >

48 min

Topics: Review of Interactors and Listeners, Example Programs, The Use of the Two Ways Shown in the Examples - Using getSouce and getActionCommand, TextField Example, Layouts, The Temperature Conversion Example, The TextAndGraphics Example
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 22   View Now >

46 min

Topics: Overview of NameSurfer - The Next Assignment, Components and Containers, Listeners for Components, Create a Program Which Extends Program, The ComponentListener Interface, The MusicShop Example Program, The MusicShopDisplay Example Program
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 23   View Now >

51 min

Topics: Introduction to Lecture's material - Searching, Sorting and Algorithmic Efficiency, Searching, Linear Search, Efficiency of Linear Search, Binary Search, Efficiency of Binary Search, Comparing Search Efficiencies, Sorting, The Selection Sort Algorithm, Efficiency of Selection Sort, The Radix Sort Algorithm

Exhibit 5        Page 67

Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 24   View Now >

47 min

Topics: Principles of Good Software Engineering for Managing Large Amounts of Data, Principles of Design, The Collection Hierarchy, Useful Methods of Collection, The FlyTunes Example Program - An Online Music Store, Defining the Song Class, Defining the Album Class, Seeing the Program Run, Considering the Data Structures Needed, Reusing Data - Shallow Copy vs. Deep Copy, The FlyTunesStore Program Code
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 25   View Now >

47 min

Topics: Defining a Social Network for Our Purposes, See What the Program Needs to Do, The Six Degrees of Separation Phenomenon, Concurrency, A Thread, The Runnable Interface, Creating a Thread, Example Program, Having Shared Data Between Your Threads
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 26   View Now >

42 min

Topics: Introduction to the Standard Java Libraries, A JAR File, Creating a JAR File, Creating an Applet, Standard Java Programs Without Using the ACM Libraries, Other Resources - Learning More Java
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 27   View Now >

42 min

Topics: Life After CS106A, The CS Major, Other Possible Majors
Transcript: HTML | PDF

YouTube | iTunes | WMV Torrent | MP4 Torrent

Lecture 28   View Now >

42 min

Topics: The Graphics Contest Winners, Review for the Final, Example Question 1, Example Question 2, A Wrap-up
Transcript: HTML | PDF

Exhibit 5        Page 68



YouTube | iTunes | WMV Torrent | MP4 Torrent

Exhibit 5        Page 69

# EXHIBIT 6

# Modeling and Performance Analysis of BitTorrent-Like Peer-to-Peer Networks

Dongyu Qiu and R. Srikant[*]

Coordinated Science Laboratory
University of Illinois at Urbana-Champaign
Urbana, IL 61801
{dqiu, rsrikant}@uiuc.edu

## ABSTRACT

In this paper, we develop simple models to study the performance of BitTorrent, a second generation peer-to-peer (P2P) application. We first present a simple fluid model and study the scalability, performance and efficiency of such a file-sharing mechanism. We then consider the built-in incentive mechanism of BitTorrent and study its effect on network performance. We also provide numerical results based on both simulations and real traces obtained from the Internet.

## Categories and Subject Descriptors

H.1.0 [**Information Systems**]: Models and Principles

## General Terms

Performance

## Keywords

Peer-to-Peer Networks, Fluid Model, Game Theory

## 1. INTRODUCTION

Peer-to-Peer (P2P) applications have become immensely popular in the Internet. Traffic measurements shows that P2P traffic is starting to dominate the bandwidth in certain segments of the Internet [2]. Among P2P applications, file sharing is perhaps the most popular application. Compared to traditional client/sever file sharing (such as FTP, WWW), P2P file sharing has one big advantage, namely, scalability. The performance of traditional file sharing applications deteriorates rapidly as the number of clients increases, while in a well-designed P2P file sharing system, more peers generally means better performance. There are many P2P file sharing programs, such as Kazza, Gnuttela,

eDonkey/overnet, BitTorrent, to name a few. In this paper, we develop simple models to understand and study the behavior of BitTorrent [8] which is proving to be one of the more popular P2P applications today.

For a BitTorrent network (or a general P2P file sharing network), several issues have to be addressed in order to understand the behavior of the system.

- *Peer Evolution:* In P2P file sharing, the number of peers in the system is an important factor in determining network performance. Therefore, it is useful to study how the number of peers evolves as a function of the request arrival rate, the peer departure rate, the uploading/downloading bandwidth of each peer, etc.

- *Scalability:* To realize the advantages of P2P file sharing, it is important for the network performance to not deteriorate, and preferably to actually improve, as the size of the network increases. Network performance can be measured by the average file downloading time and the size of the network can be characterized by the number of peers, the arrival rate of peers, etc.

- *File Sharing Efficiency:* It is common for peers in a P2P network to have different uploading/downloading bandwidths. Further, in BitTorrent-like systems, a file may be broken into smaller pieces and the pieces may be distributed at random among the peers in the network. To efficiently download the file, it is important to design the file-sharing protocol such that each peer is matched with others who have the pieces of the file that it needs and further, to ensure that the downloading bandwidth of each peer is fully utilized.

- *Incentives to prevent free-riding:* Free-riding is a major cause for concern in P2P networks. Free-riders are peers who try to download from others while not contributing to the network, i.e., by not uploading to others. Thus, most P2P networks try to build in some incentives to deter peers from free-riding. Once the incentive mechanism is introduced into the network, each peer may try to maximize its own net benefit within the constraints of the incentive mechanism. Thus, it is important to study the effect of such behavior on the network performance.

### 1.1 Relationship to prior work

The basic idea of P2P network is to have peers participate in an application level overlay network and operate as both

[*]This work was supported by DARPA Grant F30602-00-2-0542 and AFOSR URI F49620-01-1-0365.

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. To copy otherwise, to republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee.
*SIGCOMM'04,* Aug. 30–Sept. 3, 2004, Portland, Oregon, USA.
Copyright 2004 ACM 1-58113-862-8/04/0008 ...$5.00.

Exhibit 6        Page 70

servers and clients. Since the service burden is distributed to all participating peers, the system is expected to scale well even when the network is very large. Besides file sharing, P2P overlays have also been deployed in distributed directory service [18, 21], web cache [15], storage [9], and grid computation [1] etc.

While early work on P2P systems has mainly focused on system design and traffic measurement [19, 20, 17], some recent research has emphasized performance analysis. In [13], a closed queueing system is used to model a general P2P file sharing system and basic insights on the stationary performance are provided. In [6, 7], a stochastic fluid model is used to study the performance of P2P web cache (SQUIRREL) and cache clusters. A part of our work is motivated by the models in [11, 24], where a branching process is used to study the service capacity of BitTorrent-like P2P file sharing in the transient regime and a simple Markovian model is presented to study the steady-state properties. Our work differs from [11, 24] in the following respects:

- Instead of studying the Markov chain numerically, we develop a simple deterministic model which allows us to obtain simple expressions for the average file-transfer time, thus providing insight into the performance of the P2P network. We also incorporate realistic scenarios in our fluid model such as the abandonment of file transfers by peers and download bandwidth constraints.

- Then, we develop a simple stochastic fluid model which characterizes the variability of the number of peer around the equilibrium values predicted by the deterministic fluid model.

- We also develop a simple model to study the efficiency of downloading from other peers and argue that the file-sharing protocol in BiTorrent is very efficient.

- Finally, we consider the mechanisms built into BitTorrent to avoid free-riding and study the impact of these mechanisms on the users' behaviors and network performance.

## 2. A BRIEF DESCRIPTION OF BITTORRENT

BitTorrent is a P2P application whose goal is to facilitate fast downloads of popular files. Here we provide a brief description of how BitTorrent operates when a single file is downloaded by many users. Typically the number of simultaneous downloaders for popular files could be of the order of a few hundreds while the total number of downloaders during the lifetime of a file could be of the order of several tens or sometimes even hundreds of thousands. The basic idea in BitTorrent is to divide a single large file (typically a few 100 MBytes long) into pieces of size 256 KB each. The set of peers attempting to download the file do so by connecting to several other peers simultaneously and download different pieces of the file from different peers.

To facilitate this process, BitTorrent uses a centralized software called the *tracker*. In a BitTorrent network, a peer that wants to download a file first connects to the tracker of the file. The tracker then returns a random list of peers that have the file. The downloader then establishes a connection to these other peers and finds out what pieces reside in each

of the other peers. A downloader then requests pieces which it does not have from all the peers to which it is connected. But each peer is allowed to upload only to a fixed number (default is four) at a given time. Uploading is called *unchoking* in BitTorrent. Which peers to unchoke is determined by the current downloading rate from these peers, i.e., each peer uploads to the four peers that provide it with the best downloading rate even though it may have received requests from more than four downloaders. This mechanism is intended to deter free-riding. Since a peer is only uploading four other peers at any time, it is possible that a peer, say Peer A, may not be uploading to a peer, say Peer B, which could provide a higher downloading rate than any of the peers to which Peer A is currently uploading. Therefore, to allow each peer to explore the downloading rates of other peers, BitTorrent uses a process called *optimistic unchoking*. Under optimistic unchoking, each peer randomly selects a fifth peer from which it has received a downloading request and uploads to this peer. Thus, including optimist unchoking, a peer may be uploading to five other peers at any time. Optimistic unchoking is attempted once every 30 seconds and to allow optimistic unchoking while keeping the maximum number of uploads equal to five, an upload to the peer with the least downloading rate is dropped.

BitTorrent distinguishes between two types of peers, namely *downloaders* and *seeds*. Downloaders are peers who only have a part (or none) of the file while seeds are peers who have all the pieces of the file but stay in the system to allow other peers to download from them. Thus, seeds only perform uploading while downloaders download pieces that they do not have and upload pieces that they have. Ideally, one would like an incentive mechanism to encourage seeds to stay in the system. However, BitTorrent currently does not have such a feature. We simply analyze the performance of BitTorrent as is.

In practice, a BitTorrent network is a very complicated system. There may be hundreds of peers in the system. Each peer may have different parts of the file. Each peer may also have different uploading/downloading bandwidth. Further, each peer only has partial information of the whole network and can only make decisions based on local information. In addition, BitTorrent has a protocol (called the *rarest-first policy*) to ensure a uniform distribution of pieces among the peers and protocols (call the *endgame mode*) to prevent users who have all but a few of the pieces from waiting too long to finish their download. As with any good modelling exercise, we tradeoff between the simplicity of the model and its ability to capture all facets of the protocol. Thus, we will first use a simple fluid model to study the scalability and the stability of the system. We will then assume that each peer has the global information and study the incentive mechanism of BitTorrent. We will finally briefly study the effect of the optimistic unchoking on free-riding.

## 3. A SIMPLE FLUID MODEL

Our model for file-sharing is influenced by the model in [11]. However, while [11] only uses the model to develop a Markov chain which is then studied numerically, we use the key modelling idea in [11] to develop a simple deterministic fluid model which is amenable to analysis and provides insights into the system performance.

In our model, we use the following quantities to capture a BitTorrent peer-to-peer network [8] that serves a given file

Exhibit 6       Page 71

(without loss of generality, we assume that the file size is 1):

$x(t)$ number of downloaders (also known as leechers) in the system at time $t$.

$y(t)$ number of seeds in the system at time $t$.

$\lambda$ the arrival rate of new requests. We assume that peers arrive according to a Poisson process.

$\mu$ the uploading bandwidth of a given peer. We assume that all peers have the same uploading bandwidth.

$c$ the downloading bandwidth of a given peer. We assume that all peers have the same downloading bandwidth and $c \geq \mu$.

$\theta$ the rate at which downloaders abort the download.

$\gamma$ the rate at which seeds leave the system.

$\eta$ indicates the effectiveness of the file sharing, which we will describe shortly. $\eta$ takes values in $[0, 1]$.

In a BitTorrent-like P2P network, a downloader can upload data to other peers even though it may only have parts of a file. The parameter $\eta$ is used to indicate the effectiveness of this file sharing. If there is no constraint on downloading bandwidth, the total uploading rate of the system can be expressed as $\mu(\eta x(t) + y(t))$. If $\eta = 0$, then the downloaders do not upload data to each other and only download from seeds. When the downloading bandwidth constraint is considered, the total uploading rate will be $\min\{cx(t), \mu(\eta x(t) + y(t))\}$. To obtain a Markovian description of the system, we assume that the probability that some downloader becomes a seed in a small interval $\delta$ is given by $\min(cx, \mu(\eta x + y))\delta$. These assumptions can be easily relaxed to allow more general distributions for all the random variables involved by using phase-type distributions as in [14, 22, 10].

Next, we comment on the parameters $\theta$ and $\gamma$. A downloader may not stay in the system till it completely downloads the file. Occasionally, a downloader may leave the network before the downloading is complete if he/she feels that the download is taking too long. We assume that each downloader independently aborts its download after a certain amount of time which is exponentially distributed with mean $1/\theta$. Equivalently, $\theta$ is the rate at which downloaders abort their download and leave the system. In a fluid model, the rate of departures of downloaders will be given by

$$\min\{cx(t), \mu(\eta x(t) + y(t))\} + \theta x(t).$$

While the departures that occur due to the fact that the file download has been completed will become seeds instantaneously, the remaining downloaders will permanently leave the system. The parameter $\gamma$ is the rate at which seeds depart from the network. We assume that each seed stays in the system for a random time which is exponentially distributed with mean $1/\gamma$. Clearly, $\gamma$ will have an effect on system performance: the lower the $\gamma$, the lower the download times since this means that there will more seeds in the system. This parameter $\gamma$ can be influenced by providing incentives for users to stay in the system after they have downloaded the file, i.e., after they have become seeds. However, BitTorrent currently does not have such incentives and therefore, we simply consider $\gamma$ to be a fixed constant.

Now, we are ready to describe the evolution of $x$ and $y$ based on the above model. A deterministic fluid model for the evolution of the number of peers (downloaders and seeds) is given by

$$\begin{aligned}
\frac{dx}{dt} &= \lambda - \theta x(t) - \min\{cx(t), \mu(\eta x(t) + y(t))\}, \\
\frac{dy}{dt} &= \min\{cx(t), \mu(\eta x(t) + y(t))\} - \gamma y(t), \quad (1)
\end{aligned}$$

along with the obvious constraint that $x(t)$ and $y(t)$ should be non-negative. A key contribution of [11] was to describe the efficiency of data transfer from other downloaders using the parameter $\eta$. Our fluid model provides a simple description of the system that was described by a Markov chain in [11]. In addition, we have incorporated other realistic scenarios such as departures of downloaders due to impatience with the downloading process (described by $\theta$) and downloading bandwidth constraint $c$. In a later subsection, we will also present a simple stochastic fluid model that characterizes the variability around the fluid model. We now study the steady-state performance of the P2P system using the above fluid model.

### 3.1  Steady-State Performance

To study the system in steady-state, we let

$$\frac{dx(t)}{dt} = \frac{dy(t)}{dt} = 0$$

in (1) and obtain

$$\begin{aligned}
0 &= \lambda - \theta \bar{x} - \min\{c\bar{x}, \mu(\eta \bar{x} + \bar{y})\}, \\
0 &= \min\{c\bar{x}, \mu(\eta \bar{x} + \bar{y})\} - \gamma y(t), \quad (2)
\end{aligned}$$

where $\bar{x}$ and $\bar{y}$ are the equilibrium values of $x(t)$ and $y(t)$ respectively.

We first assume $\eta > 0$. Further, suppose that the downloading speed is the constraint, i.e., $c\bar{x} \leq \mu(\eta \bar{x} + \bar{y})$. Equation (2) then becomes a simple linear equation. Solving the equation, we have

$$\begin{aligned}
\bar{x} &= \frac{\lambda}{c(1 + \frac{\theta}{c})} \\
\bar{y} &= \frac{\lambda}{\gamma(1 + \frac{\theta}{c})}. \quad (3)
\end{aligned}$$

Now, the assumption that $c\bar{x} \leq \mu(\eta \bar{x} + \bar{y})$ is equivalent to

$$\frac{1}{c} \geq \frac{1}{\eta}\left(\frac{1}{\mu} - \frac{1}{\gamma}\right).$$

Instead, if we assume that the uploading bandwidth is the constraint, i.e., $c\bar{x} \geq \mu(\eta \bar{x} + \bar{y})$, we get

$$\begin{aligned}
\bar{x} &= \frac{\lambda}{\nu(1 + \frac{\theta}{\nu})} \\
\bar{y} &= \frac{\lambda}{\gamma(1 + \frac{\theta}{\nu})}, \quad (4)
\end{aligned}$$

where $\frac{1}{\nu} = \frac{1}{\eta}\left(\frac{1}{\mu} - \frac{1}{\gamma}\right)$. From $c\bar{x} \geq \mu(\eta \bar{x} + \bar{y})$, we have

$$\frac{1}{c} \leq \frac{1}{\nu} = \frac{1}{\eta}\left(\frac{1}{\mu} - \frac{1}{\gamma}\right).$$

Define $\frac{1}{\beta} = \max\{\frac{1}{c}, \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})\}$, then (3) and (4) can be

Exhibit 6     Page 72

combined to yield

$$\bar{x} = \frac{\lambda}{\beta(1 + \frac{\theta}{\beta})}$$

$$\bar{y} = \frac{\lambda}{\gamma(1 + \frac{\theta}{\beta})}. \quad (5)$$

To calculate the average downloading time for a peer in steady state, we use Little's law [4] as follows:

$$\frac{\lambda - \theta \bar{x}}{\lambda} \bar{x} = (\lambda - \theta \bar{x})T,$$

where $T$ is the average downloading time, $\lambda - \theta\bar{x}$ is the average rate at which downloads are completed, and $\frac{\lambda - \theta\bar{x}}{\lambda}$ is the fraction of downloaders that will become seeds. Using (5), it is now easy to see that

$$T = \frac{1}{\theta + \beta}. \quad (6)$$

Recall that $\frac{1}{\beta} = \max\{\frac{1}{c}, \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})\}$. Equation (6) provides several insights into the behavior of BitTorrent:

- The average downloading time $T$ is not related to $\lambda$, the request arrival rate. Hence, the BitTorrent P2P system scales very well.

- When $\eta$ increases, $T$ decreases. This is because the peers share the file more efficiently.

- When $\gamma$ increases, $T$ increases because a larger $\gamma$ means that there are fewer seeds in the system.

- Initially, when $c$ increases, $T$ decreases. However, once $c$ is large enough ($\frac{1}{c} \le \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$), increasing $c$ further will not decrease $T$, because the downloading bandwidth is no longer the bottleneck. A similar observation can be made regarding the uploading bandwidth $\mu$.

- It is often true that the downloading bandwidth $c$ of a peer would be much higher than its uploading bandwidth $\mu$. Common examples of such an asymmetry are DSL and cable modem connections. For performance analysis purposes, it may be tempting to set $c = \infty$ as in [11, 24]. However, the expression for $T$ in (6) shows that the average download time is not always constrained by the uploading bandwidth of the peers. In fact, if the seed leaving rate $\gamma$ is smaller than $\mu$, then the downloading bandwidth $c$ determines the network performance even though $c$ may be much larger than $\mu$.

We briefly comment on the case $\eta = 0$, which means that downloaders do not upload data to each other and only download from seeds. If $\gamma < \mu$, the previous analysis as in the case of $\eta > 0$ still holds and $T = 1/c$. On the other hand, if $\gamma > \mu$, from (1), we can see

$$\frac{dy(t)}{dt} \le (\mu - \gamma)y(t).$$

This tells us that $y(t)$ decreases at least exponentially. So if $\gamma > \mu$, the number of seeds will exponentially decrease to zero and the system dies. Recall that when $\eta > 0$, the system reaches a steady state no matter what $\gamma$ is. So, it is very important for the downloaders to upload data to each other.

Even if the file sharing is not very efficient (a small $\eta$), it can play an important role in keeping the system alive. From (6), we also see that $\eta$ is important to the network performance. In the next subsection, we will derive an expression for $\eta$ and argue that $\eta$ is very close to 1 in BitTorrent.

## 3.2   Effectiveness of File Sharing

In this section, we present a simple model to calculate the value of $\eta$, which indicates the effectiveness of the file sharing. For a given downloader $i$, we assume that it is connected to $k = \min\{x - 1, K\}$ other downloaders, where $x$ is the number of downloaders in the system and $K$ is the maximum number of downloaders to which a peer can connect. We also assume that each downloader has the information about which pieces the connected peers have. Hence if peer $i$ has pieces that are of interest to at least one peer that is connected to it, then peer $i$ will upload data. We then have

$$\eta = 1 - \mathbb{P}\left\{\begin{array}{c} \text{downloader } i \text{ has no piece that} \\ \text{the connected peers need} \end{array}\right\}.$$

We assume that the piece distributions between different peers are independent and identical. Then

$$\eta = 1 - \mathbb{P}\left\{\begin{array}{c} \text{downloader } j \text{ needs no} \\ \text{piece from downloader } i \end{array}\right\}^k,$$

where $j$ is a downloader connected to $i$.

For each downloader, we assume that the number of pieces it has is uniformly distributed in $\{0, \cdots, N - 1\}$, where $N$ is the number of pieces of the served file. Let $n_i$ denote the random variable describing the number of pieces at downloader $i$. We assume that given $n_i$, these pieces are chosen randomly from the set of all pieces of the file. This is a reasonable assumption because BitTorrent takes a rarest first piece selection policy when downloading. Under these assumptions, we have

$$\mathbb{P}\left\{\begin{array}{c} \text{downloader } j \text{ needs no} \\ \text{piece from downloader } i \end{array}\right\}$$

$$= \mathbb{P}\{j \text{ has all pieces of downloader } i\}$$

$$= \sum_{n_j=1}^{N-1} \sum_{n_i=0}^{n_j} \frac{1}{N^2} \mathbb{P}\{j \text{ has all pieces of } i | n_i, n_j\}$$

$$= \sum_{n_j=1}^{N-1} \sum_{n_i=0}^{n_j} \frac{1}{N^2} \frac{\binom{N - n_i}{n_j - n_i}}{\binom{N}{n_j}}$$

$$= \sum_{n_j=1}^{N-1} \frac{1}{N^2} \frac{\binom{N+1}{n_j}}{\binom{N}{n_j}}$$

$$= \sum_{n_j=1}^{N-1} \frac{N + 1}{N^2(N + 1 - n_j)}$$

$$= \frac{N + 1}{N^2} \sum_{n_j=1}^{N-1} \frac{1}{N + 1 - n_j}$$

$$= \frac{N + 1}{N^2} \sum_{m=2}^{N} \frac{1}{m} \approx \frac{\log N}{N}$$

and

$$\eta \approx 1 - \left(\frac{\log N}{N}\right)^k. \quad (7)$$

Exhibit 6        Page 73

Now, we will interpret the expression for realistic file sizes. In BitTorrent, each piece is typically $256KB$. Thus, for a file that is a few hundreds of megabytes in size, $N$ is of the order of several hundreds. Hence, even if $k = 1$, $\eta$ is very close to one. For BitTorrent, $k$ is actually larger, since the maximum number of connections $K$ is typically 40. This tells us that BitTorrent is very efficient in sharing files. When $k$ increases, $\eta$ also increases but very slowly and the network performance increases slowly. Note that, since $k$ depends on the number of other peers in the system, it may be related to the arrival rate $\lambda$. Hence, when $\lambda$ increases, the network performance increases but very slowly. Thus, our observation in the previous subsection that the network performance is essentially independent of $\lambda$ still holds. This also matches the observations of real BitTorrent networks presented in [11, 24]. Note that when $k = 0$, the downloader is not connected to any other downloaders and hence $\eta = 0$.

### 3.3   Local Stability

When deriving the steady-state quantities $\bar{x}$, $\bar{y}$ and $T$, we implicitly assumed that the system is stable and will reach its equilibrium. In this section, we study the stability of the fluid model (1) around the equilibrium $\{\bar{x}, \bar{y}\}$.

When $\frac{1}{c} < \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$, the uploading bandwidth is the constraint and around a small neighborhood of $\{\bar{x}, \bar{y}\}$, we have

$$\frac{dx(t)}{dt} = \lambda - \theta x(t) - \mu(\eta x(t) + y(t))$$
$$\frac{dy(t)}{dt} = \mu(\eta x(t) + y(t)) - \gamma y(t).$$

Let

$$\mathbf{A}_1 = \begin{bmatrix} -(\mu\eta + \theta) & -\mu \\ \mu\eta & -(\gamma - \mu) \end{bmatrix}. \qquad (8)$$

Then the eigenvalues of $\mathbf{A}_1$ determine the stability of the equilibrium $\{\bar{x}, \bar{y}\}$. Let $\psi$ be an eigenvalue of $\mathbf{A}_1$. The eigenvalues of $\mathbf{A}$ are the solutions of

$$\psi^2 + (\mu\eta + \theta + \gamma - \mu)\psi + \mu\eta\gamma + \theta(\gamma - \mu) = 0. \qquad (9)$$

Since $\frac{1}{c} < \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$, we have $\gamma > \mu$. When $\eta > 0$, both $\mu\eta + \theta + \gamma - \mu$ and $\mu\eta\gamma + \theta(\gamma - \mu)$ are greater than zero. So the eigenvalues have strictly negative real parts and the system is stable.

Similarly, when $\frac{1}{c} > \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$, the downloading bandwidth is the constraint and around a small neighborhood of $\{\bar{x}, \bar{y}\}$, we have

$$\frac{dx(t)}{dt} = \lambda - \theta x(t) - cx(t)$$
$$\frac{dy(t)}{dt} = cx(t) - \gamma y(t).$$

Let

$$\mathbf{A}_2 = \begin{bmatrix} -(\theta + c) & 0 \\ c & -\gamma \end{bmatrix}. \qquad (10)$$

Then the eigenvalues of $\mathbf{A}_2$ satisfy

$$\psi^2 + (\theta + \gamma + c)\psi + (\theta + c)\gamma = 0. \qquad (11)$$

Again, since both $\theta + \gamma + c$ and $(\theta + c)\gamma$ are greater than zero, we see that the eigenvalues have strictly negative real parts and the system is stable.

The case where $\frac{1}{c} = \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$ is a little more tricky since the dynamics are determined by the matrix $\mathbf{A}_1$ or the matrix

$\mathbf{A}_2$, depending upon the direction in which the system is perturbed. Thus, a linear analysis will not suffice to even determine local stability. To avoid lengthy arguments, we do not consider this special case here.

Even in the cases where $\frac{1}{c} \neq \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$, the global stability of the fluid model (1) may be hard to analyze because of the fact that the dynamics of the system changes depending upon whether $cx > \mu(\eta x + y)$ or not. Such systems are called switched linear systems; we refer the reader to the survey in [16] for the stability issues associated with such models.

### 3.4   Characterizing Variability

When the request arrival rate is large (which also means a large number of downloaders and seeds), the fluid model is a good approximation of the real system. However, it is important to understand how the number of seeds and downloaders vary around the numbers predicted by the deterministic model. In this subsection, we present a simple characterization of the variance of $x$ and $y$ around $\bar{x}$ and $\bar{y}$ using a Gaussian approximation.

Under the assumptions that we have discussed in Section 3, when the arrival rate $\lambda$ is large, the number of downloaders and seeds at any time $t$ can be described by

$$x(t) + \sqrt{\lambda}\hat{x}(t), \quad y(t) + \sqrt{\lambda}\hat{y}(t),$$

respectively, where $\hat{\mathbf{X}} = (\hat{x}, \hat{y})^T$ is the solution to the following stochastic fluid differential equation whose solution is known as the Ornstein-Uhlenbeck process:

$$d\hat{\mathbf{X}}(t) = \mathbf{A}\hat{\mathbf{X}}(t)dt + \mathbf{B}d\mathbf{W}(t). \qquad (12)$$

In (12), the components of $\mathbf{W}$ are independent standard Wiener processes (Brownian motions), with the entries of $\mathbf{A}$ and $\mathbf{B}$ being determined by whether the downloading or the uploading bandwidth is the bottleneck. Specifically, $\mathbf{A} = \mathbf{A}_1$ given by (8) if $\frac{1}{c} < \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$ and $\mathbf{A} = \mathbf{A}_2$ given by (10) if $\frac{1}{c} > \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$. In both cases, we have

$$\mathbf{B} = \begin{bmatrix} 1 & -\sqrt{\rho} & -\sqrt{(1-\rho)} & 0 \\ 0 & 0 & \sqrt{(1-\rho)} & -\sqrt{(1-\rho)} \end{bmatrix} \qquad (13)$$

where $\rho := \frac{\theta}{\theta + \beta}$. We do not consider the more complicated case $\frac{1}{c} = \frac{1}{\eta}(\frac{1}{\mu} - \frac{1}{\gamma})$ which is unlikely to occur in practice.

From (12), it is easy to compute the steady-state covariance of $\hat{\mathbf{X}}$, i.e, $\mathbf{\Sigma} = \lim_{t\to\infty} E(\hat{\mathbf{X}}(t)\hat{\mathbf{X}}^T(t))$. This is given by the so-called Lyapunov equation [3]

$$\mathbf{A}\mathbf{\Sigma} + \mathbf{\Sigma}\mathbf{A}^T + \mathbf{B}\mathbf{B}^T = 0. \qquad (14)$$

The steady-state variance of $\hat{x}$ is then given by $(1, 1)$ element of $\mathbf{\Sigma}$ and the steady-state variance of $\hat{y}$ is given by the $(2, 2)$ element of $\mathbf{\Sigma}$. The above result essentially states that, in steady-state, the number of seeds and downloaders is distributed as Gaussian random variables whose variances are determined by $\mathbf{\Sigma}$.

The formal proof required to establish (12) is beyond the scope of this paper. We will simply state here that it involves showing that the original stochastic process converges to the deterministic and stochastic differential equation limits when the arrival rate goes to $\infty$. This can be established using weak-convergence theorems such as the ones in [5, 12, 23].

Exhibit 6      Page 74

## 4. INCENTIVE MECHANISM

In this section, we discuss the algorithm in BitTorrent which is intended to discourage free-riding. We first describe the algorithm and then study the optimal selfish behavior of the users under this algorithm.

### 4.1 Peer Selection Algorithm

There is a built-in incentive mechanism in BitTorrent to encourage users to upload. The basic idea is that each peer uploads to $n_u$ peers from which it has the highest downloading rates (the default value of $n_u$ is 4). But since a peer only has partial information of the whole network (i.e., it doesn't have the upload rate information of all peers), optimistic unchoking [8] is used to explore the network. In this section, our objective is to understand how the built-in incentive mechanism affects the network performance. Hence, we ignore the details of optimistic unchoking and assume that each peer has the global information of uploading rates. We also assume that there are no downloading bandwidth constraints, all peers are fully connected and have demands from each other.

Under the above assumptions, we can simplify the peer selection algorithm of BitTorrent as follows. We first sort the peers according to their uploading bandwidth (it could be the physical uploading bandwidth or the uploading bandwidth that has been set manually by the user) such that the first peer has the highest uploading bandwidth. If two or more peers have the same uploading bandwidth, they are randomly ordered. The peer selection process proceeds in steps with peer $i$ choosing peers to upload at step $i$. In the real BitTorrent, the peer selection does not proceed in steps like this. However, after we describe the selection algorithm, it would be clear that the step-by-step selection process does not change the selection of the peers significantly. Let $N$ be the total number of peers and let $\mu_i$ be the uploading bandwidth of peer $i$. Then at step $i$, peer $i$ selects peers to upload according to the following rules.

1. If peer $i$ is selected by peer $j$ ($j < i$), then $i$ selects $j$. For any peer $k$ ($k \geq i$), let $n_k^i$ be the number of peers that have selected peer $k$ prior to step $i$.

2. If $n_i^i < n_u$ and $n_u - n_i^i \leq N - i$, peer $i$ selects $n_u - n_i^i$ peers from the set $\{k | k > i\}$ using the following set of rules to prioritize a peer, say $k1$, over another peer $k2$ :

   (a) If $\mu_{k1} > \mu_{k2}$, select $k1$.

   (b) If $\mu_{k1} = \mu_{k2}$ and $n_{k1}^i < n_{k2}^i$, select $k1$.

   (c) If $\mu_{k1} = \mu_{k2}$, $n_{k1}^i = n_{k2}^i$, and $k1 < k2$, select $k1$.

3. If $n_i^i < n_u$ and $n_u - n_i^i > N - i$, peer $i$ selects all peers in $\{k | k > i\}$ and also randomly selects $(n_u - n_i^i) - (N - i)$ peers from the peers that it has not selected yet.

These rules are easy to understand. Rule 1 states that if the downloading rate from peer $j$ to peer $i$ is greater than or equal to the uploading rate of $i$, peer $i$ should upload to peer $j$ to try to keep the downloading rate high. We will show in Lemma 1 that $n_i^i \leq n_u$. So rule 1 will not violate the requirement that the number of uploads cannot exceed $n_u$. Rule 2(a) simply gives priority to peers with higher uploading rates. Rule 2(b) tries to treat peers with the same uploading rate as fairly as possible and rule 2(c) is

simply a tie-break rule. Rule 3 takes care of the last several peers and makes sure that all peers have $n_u$ uploads. The following lemma is a simple property of the peer selection algorithm.

LEMMA 1. *With the peer selection algorithm, when peer $i$ selects uploading peers, we have $n_i^i \leq n_u$ and for any $k2 > k1 \geq i$, $n_{k2}^i \leq n_{k1}^i \leq n_u$.*

*Proof:* First, when $i = 1$, $n_i^i = 0 \leq n_u$ and $n_{k2}^i = n_{k1}^i = 0 \leq n_u$, the lemma is true. Now, we assume that the lemma is true for peer $i$ and prove that it is also true for peer $i+1$ and hence by induction, it is true for all $i$.

If the lemma is true for $i$, we will have $n_{i+1}^{i+1} \leq n_i^i \leq n_u$ and $n_{k2}^i \leq n_{k1}^i \leq n_u$ for any $k2 > k1 \geq i+1$. Now, if $n_i^i = n_u$, then peer $i$ already has $n_u$ uploads and it will not select any peer from $\{k | k > i\}$. Hence, for any $k > i$, $n_k^i = n_k^{i+1}$ and the lemma is true for $i+1$. If $n_i^i < n_u$, then $n_{i+1}^i < n_u$. So, no matter whether peer $i$ selects peer $i+1$ or not, we always have $n_{i+1}^{i+1} \leq n_u$. To show the second part of the lemma, if $n_{k1}^i > n_{k2}^i$, after peer $i$ makes the selection, we always have $n_{k1}^{i+1} \geq n_{k2}^{i+1}$. If $n_{k1}^i = n_{k2}^i$, according to rule 2, we also have $n_{k1}^{i+1} \geq n_{k2}^{i+1}$. Hence the lemma is true for $i+1$. ∎

Now let $D_i$ be the set of peers that select peer $i$. We exclude peers that randomly select $i$ by using rule 3 here for two reasons. First, each peer $i$ has about equal chance to be selected and hence on average, the effect of the random selection can be equivalently seen as each peer getting a constant download rate $d_r$. Secondly, if the number of peers is large, $d_r$ will be very small and can be ignored. The aggregate downloading rate of peer $i$ then is

$$d_i = \frac{1}{n_u} \sum_{k \in D_i} \mu_k.$$

Note that if two peers have the same uploading bandwidth, they may get different downloading rates. Generally, if $\mu_i = \mu_{i+1} = \cdots = \mu_j$ are peers with the same uploading bandwidth, we will have $d_i \geq d_{i+1} \geq \cdots \geq d_j$. So, for a given peer $i$, the downloading rate not only depends on the uploading bandwidth $\mu_i$, but also depends on how the peer is ordered with regards to other peers with the same uploading bandwidth. To eliminate the ambiguity, when there are two or more peers with the same uploading bandwidth $\mu$, we define the downloading rate of these peers to be

$$d(\mu) = \frac{1}{j - i + 1} \sum_{k=i}^{j} d_k, \qquad (15)$$

where $i$ (resp. $j$) is the first (resp. last) peer with uploading bandwidth $\mu$. Moreover, we have the following lemma when $n_u \geq 2$.

LEMMA 2. *Suppose that peers $i, i+1, \cdots, j$ have the same uploading bandwidth $\mu$, where $i$ (resp. $j$) is the first (resp. last) peer with uploading bandwidth $\mu$. If $j + i - 1 > n_u \geq 2$, then for any $k > j$, we have*

1. *$d_i \geq d_{i+1} \geq \cdots \geq d_j \geq d_k$,*

2. *$d_i > d_k$,*

3. *$d(\mu) > d_k$.*

*Proof:* First, from the peer selection rules, it is easy to see that for any two peers $k1 < k2$, $d_{k1} \geq d_{k2}$. So condition

Exhibit 6 Page 75

1 is obviously true. Now, to prove condition 2, we only need to prove $d_i > d_{j+1}$. When peer $i$ selects peers, if $n_i^i = n_u$ (i.e., peer $i$ has already been selected by $n_u$ peers that have uploading bandwidth greater than $\mu$), then $d_i > \mu$. If $n_i^i < n_u$, peer $i$ will select $n_u - n_i^i$ peers from $i+1, \cdots, j$. So, we always have $d_i \geq \mu$.

Now, when peer $m$ ($i \leq m \leq j - n_u$) selects peers, if $n_{m+1}^m \geq 1$, obviously we will have $n_{m+1}^{m+1} \geq 1$. If $n_{m+1}^m = 0$, since peers $m$ and $m+1$ have the same uploading bandwidth, from peer selection rule 2(b), we have $n_m^m \leq 1 < n_u$ and $m$ will select peer $m + 1$. Hence $n_m^{m+1} = 1$. In both case, we have $n_{m+1}^{m+1} \geq 1$.

When $m + 1$ selects peers, since $n_{m+1}^{m+1} \geq 1$, $n_u - n_{m+1}^{m+1} \leq n_u - 1$. From $m + 2$ to $j$, we have more than $n_u - 1$ peers with uploading bandwidth $\mu$. So, $m+1$ will not select peer $j + 1$ and peer $j + 1$ can at most be selected by $n_u - 1$ peers with uploading bandwidth $\mu$. So

$$d_{j+1} \leq \frac{1}{n_u}((n_u - 1)\mu + \mu_{j+2}) < \mu \leq d_i.$$

Since $d_{j+1} \geq d_k$ for any $k \geq j + 1$, we have $d_i > d_k$.

From the condition 2 and the definition of $d(\mu)$ (15), it is easy to see that $d(\mu) > d_k$ and we are done. ∎

Now, we have defined the peer selection rules. We will next study how these rules affect the peer's choice of $\mu_i$, the uploading bandwidth.

## 4.2   Peer Strategy

The objective of the incentive mechanism is to encourage users to contribute. In BitTorrent, the uploading bandwidth can be chosen by each user up to a maximum of the physical uploading bandwidth. The purpose of the rest of this section is to study how the incentive mechanism will affect the peer strategy, i.e, how the users set their bandwidth. Let $p_i$ be the physical uploading bandwidth of peer $i$ and let $\{\mu_{-i}\}$ be the set of uploading bandwidth chosen by the peers except $\mu_i$. Let $d_i(\mu_i, \mu_{-i})$ be the aggregate downloading rate of peer $i$ when the uploading bandwidth of peer $i$ is $\mu_i$. When $\{\mu_{-i}\}$ is given, it is obvious that $d_i$ is a non-decreasing function of $\mu_i$. So when $\mu_i = p_i$, peer $i$ gets the maximum downloading rate. But setting $\mu_i = p_i$ is not necessarily the best strategy for peer $i$. For each peer $i$, $d_i$ is the gain and $\mu_i$ is the cost. A peer wants to maximize the gain, but at the same time, it also wants to minimize the cost. Here, we assume that maximizing the gain has priority over minimizing the cost. Intuitively, we may want peer $i$ to choose $\mu_i$ such that

$$\mu_i = \min\{\tilde{\mu}_i | d_i(\tilde{\mu}_i, \mu_{-i}) = d_i(p_i, \mu_{-i})\}. \quad (16)$$

But unfortunately, the minimum of the set $\{\tilde{\mu}_i | d_i(\tilde{\mu}_i, \mu_{-i}) = d_i(p_i, \mu_{-i})\}$ may not exist (e.g., for the set $(4, 6]$). If we take this into account, the best strategy for peer $i$ will be

$$\mu_i = \min\{\inf\{\tilde{\mu}_i | d_i(\tilde{\mu}_i, \mu_{-i}) = d_i(p_i, \mu_{-i})\} + \varepsilon, p_i\}, \quad (17)$$

where $\varepsilon > 0$ is a small number. The parameter $\varepsilon$ can be interpreted as the small difference between two rates that a peer can differentiate. Note that even if the minimum of $\{\mu_i | d_i(\tilde{\mu}_i, \mu_{-i}) = d_i(p_i, \mu_{-i})\}$ exists, it is still better to add a small number $\varepsilon$. Because if the uploading bandwidth of two peers are very close, we may not be able to detect the difference between them. Hence, adding a small positive number can help differentiate peer $i$ from other competing peers.

Given the peer selection algorithm (game rules), we can now study the system as a non-cooperative game. A Nash equilibrium for our problem is a set of uploading rates $\{\bar{\mu}_i\}$ such that

$$\bar{\mu}_i = \min\{\inf\{\tilde{\mu}_i | d_i(\tilde{\mu}_i, \bar{\mu}_{-i}) = d_i(p_i, \bar{\mu}_{-i})\} + \varepsilon, p_i\}.$$

Let's consider a small BitTorrent network with 6 peers. The number of uploads $n_u = 4$ for all peers. We will show that if the peers have different physical uploading bandwidth and the minimum uploading bandwidth $\min\{p_i\} > 2\varepsilon$, there is no Nash equilibrium point for the system. In this simple example, we can see that if the uploading bandwidth $\mu_i$ of peer $i$ is less than those of all other peers, then peer $i$ will get zero downloading rate because the other five peers will upload to each other and not to peer $i$. On the other hand, once $\mu_i$ is greater than the uploading bandwidth of at least one peer, peer $i$ will get the same downloading rate even if $\mu_i < p_i$. So the strategy for peer $i$ (17) in this example turns out to setting $\mu_i$ such that it is the fifth highest uploading bandwidth. Now, assume that there is a Nash equilibrium point $\{\bar{\mu}_i\}$ and we sort the peers by their uploading bandwidth such that $\bar{\mu}_1$ is the highest uploading bandwidth. Then we have $\bar{\mu}_5 > \bar{\mu}_6$. Otherwise, if they are equal, since the two peers have different physical uploading bandwidth, there is at least one peer with $\mu_i < p_i$ and this peer can increase its uploading bandwidth to increase its download rate. Now, if $\bar{\mu}_5 > \bar{\mu}_6$, we know that peer 6 gets a zero downloading rate. Since $\{\bar{\mu}_i\}$ is a Nash equilibrium, given $\{\bar{\mu}_{-6}\}$, the maximum downloading rate that peer 6 can get is also zero. Hence, from (17), we have $\bar{\mu}_6 = \varepsilon$. Now, if $\bar{\mu}_6 = \varepsilon$, from (17) we have $\bar{\mu}_5 = 2\varepsilon < \min\{p_i\}$. If $\bar{\mu}_5 < \min\{p_i\}$, peer 6 can increase its uploading bandwidth such that $\mu_6 > \bar{\mu}_5$, which contradicts the fact that $\bar{\mu}_5$ is the fifth highest uploading bandwidth. Hence, there is no Nash equilibrium point for the system. While there may be no Nash equilibrium point for a general network setting, when the network consists of groups of peers where members of each group have the same uploading and downloading bandwidths, there does exist a Nash equilibrium point as we will show in the next subsection.

## 4.3   Nash Equilibrium Point

We consider a network with a finite number of groups of peers. In group $j$, all peers have the same physical uploading bandwidth $p_j$. Note that this is in fact a good model for the current Internet users, who have only a finite number of network access methods (dial-up, dsl, cable modem, etc). Let $g_j$ be the set of peers in group $j$ and $||g_j||$ be the number of peers in group $j$. Without loss of generality, we also assume $p_1 > p_2 > \cdots$.

PROPOSITION 1. *If $n_u \geq 2$ and the number of peers in a group $||g_j|| > n_u + 1$ for all groups, there exists a Nash equilibrium point for the system, in which $\bar{\mu}_i = p_j$ if peer $i \in g_j$. Moreover, with any initial setting of $\{\mu_i^0\}$, the system converges to the Nash equilibrium point $\{\bar{\mu}_i\}$.*

*Proof:* We first prove that $\{\bar{\mu}_i\}$ is a Nash equilibrium point. To prove this, we only need to prove that for any peer $i$, if $\mu_i < \bar{\mu}_i$, then $d_i(\mu_i, \bar{\mu}_{-i}) < d_i(\bar{\mu}_i, \bar{\mu}_{-i})$. Without loss of generality, we assume that $i \in g_j$. Since $||g_j|| > n_u + 1$, if we set $\mu_i < \bar{\mu}_i = p_j$, there will be still at least $n_u + 1$ peers with uploading bandwidth $p_j$. From Lemma 2, it is easy to see that $d_i(\mu_i, \bar{\mu}_{-i}) < d_i(\bar{\mu}_i, \bar{\mu}_{-i})$.

Exhibit 6      Page 76

To prove convergence, we first consider the first group $g_1$. Let $v^m$ be the $(n_u + 1)$th highest uploading bandwidth after $m$ rounds of iterations. Then $v^0$ is the $(n_u + 1)$th highest uploading bandwidth of the initial set $\{\mu_i^0\}$. If after $m$ rounds, $v^m + \varepsilon \leq p_1$, then in the $m + 1$ round, any peer $i \in g_1$ will increase its uploading bandwidth to $\mu_i \geq v^m + \varepsilon$ to maximize its downloading rate. Since $\|g_1\| > n_u + 1$, after the $m + 1$ round, we will have $v^{m+1} \geq v^m + \varepsilon$. The increase in $v^m$ will continue until $v^m = p_1$ and the peers cannot increase their uploading bandwidth anymore. In this case, any peer $i \in g_1$ will have the uploading bandwidth $\mu_i = p_1$. Once peers in the first group reach their maximum limit, they will not change their uploading bandwidth anymore. We can now use a similar argument to prove that peers in the second group will also reach the Nash equilibrium point. Continuing in a similar fashion, we can establish that the whole system converges to the Nash equilibrium point. ∎

## 5. OPTIMISTIC UNCHOKING

In Section 4, we assume that each peer knows the uploading bandwidths of all other peers. In reality, each peer only has the rate information about peers from which it is downloading. Hence optimistic unchoking is used to explore the network and obtain information about other peers. In this section, we briefly study the effect of optimistic unchoking on free-riders. Specifically, while in Section 4.3, we showed that rational users would set their uploading rate to be equal to the maximum possible limit, here we will show that the maximum downloading rate that an irrational user who chooses to free-ride is limited to $\frac{1}{n_u + 1}$ of the normal downloading rate that they can get if they behave rationally.

### 5.1 Free-Riding

Free-riding means that a peer does not contribute anything to the system, while it attempts to obtain service (or downloading) from other peers. If peers have global information, the free-riding problem can be solved by not uploading to peers with zero uploading bandwidth. In reality, peers use optimistic unchoking to explore the network and this gives an opportunity to free-ride. To illustrate it, let's consider a simple example.

We consider a network with a group of peers $(g_1)$ that have the same uploading bandwidth $\mu$. The number of peers in the group is $N$. We assume that each peer has $n_u$ uploads and one optimistic unchoking upload. Now, a new peer $j$ with zero uploading bandwidth joins the network. Each peer $i \in g_1$ will randomly choose a peer that it is not currently uploading to as the target of its optimistic unchoking. So, for peer $i$, on average, $\frac{1}{N - n_u}$ of the time, it will optimistically upload to peer $j$. Since there is a total of $N$ peers in $g_1$, the total average downloading rate of peer $j$ will be

$$N \frac{1}{N - n_u} \frac{\mu}{n_u + 1} \approx \frac{\mu}{n_u + 1},$$

when $N$ is large.

In this example, we see that because of optimistic unchoking, peer $j$ contribute nothing to the system, but it still get an average downloading rate of $\frac{\mu}{n_u + 1}$. In current BitTorrent, $n_u = 4$ and thus a free-rider gets 20% of the possible maximum downloading rate. It would seem that $n_u$ can be increased to reduce the amount that a free-rider can get. However, choosing $n_u$ to be large means that multiple TCP connections have to share the same bandwidth and thus may

lead to more time-outs and result in poor performance. The choice of an optimal $n_u$ or other methods to alleviate the free-riding problem is a subject for further study.

## 6. EXPERIMENTAL RESULTS

We performed a series of experiments to validate the fluid model described in Section 3. In the first two experiments, we compare a simulated BitTorrent-like network and the fluid model. In the last experiment, we actually introduced a seed into the BitTorrent network, studied the evolution of the seeds/downloaders, and compared it to our fluid model results. Due to copyright reasons, we obviously could not introduce a very popular file into the network. However, as we will show in our experimental results, even for a file which had a total of less than 100 completed downloads, the match between the fluid model and the observed data is quite close.

### 6.1 Experiment 1



**Figure 1: Experiment 1: The evolution of the number of seeds as a function of time**



**Figure 2: Experiment 1: The evolution of the number of downloaders as a function of time**

In Figs 1 and 2, we compare the simple deterministic fluid model that we derived with the results from a discrete-event

Exhibit 6       Page 77

simulation of a BitTorrent-like network. In the discrete-event simulation, we use the Markov model described in Section 3.4. We chose the following parameters for this simulation: $\mu = 0.00125$, $c = 0.002$, $\theta = \gamma = 0.001$. When the number of downloaders is 1, we set $\eta = 0$, otherwise, we set $\eta = 1$. This is in keeping with our observation regarding the efficiency of the download as described in Section 3.2. Initially, there is one seed and no downloader. We also keep the number of seeds no less than one during the entire simulation. We change the arrival rate $\lambda$ from 0.04 to 40 and plot number of seeds/downloaders normalized by the arrival rate, i.e., $\frac{y(t)}{\lambda}$ and $\frac{x(t)}{\lambda}$, from both simulations and the fluid model. In this experiment, since $\gamma < \mu$, we know that downloading bandwidth is the bottleneck. From the figures, we see that the simple fluid model is a good approximation of the system when $\lambda$ is large, but the match becomes quite good even for small $\lambda$. The figures also indicate that the number of downloaders increases linearly with the arrival rate $\lambda$. By Little's law, this implies that the average download time is constant, independent of the peer arrival rate, which shows that the system scales very well. In other words, even very popular files can be downloaded at the same speed as less popular files.

## 6.2   Experiment 2



**Figure 3: Experiment 2 : The evolution of the number of seeds**

In Figs. 3 and 4, we have the same setting as the first experiment, except that now we set $\gamma = 0.005$. With the change of $\gamma$, the uploading bandwidth now becomes the bottleneck. In this setting, we have the similar result as before. Again, we see that the simple fluid model is accurate when $\lambda$ is large, but performs well even for smaller $\lambda$. We also plot the histogram of $\hat{x}$ and $\hat{y}$ in Figs. 5 and 6,

$$\hat{x}(t) = \frac{x_{sim}(t) - x(t)}{\sqrt{\lambda}}$$

and

$$\hat{y}(t) = \frac{y_{sim}(t) - y(t)}{\sqrt{\lambda}},$$

where $x_{sim}(t)$ and $y_{sim}(t)$ are the number of downloaders and seeds respectively in the actual simulation and $x(t)$ and $y(t)$ are the number of downloaders and seeds in deterministic fluid model. From the theory presented in Section 3.4,



**Figure 4: Experiment 2 : The evolution of the number of downloaders**



**Figure 5: Experiment 2 : Histogram of the variation of the number of seeds around the fluid model**

we expect the histograms to look roughly Gaussian and this fact is borne out by the figures for sufficiently large $\lambda$. We can see that the variance of $\hat{x}$ and $\hat{y}$ do not change much when $\lambda$ changes from 0.04 to 40.

## 6.3   Experiment 3

In this experiment, we introduced a file into the BitTorrent network and collected the log files of the BitTorrent tracker for a time period of around three days. When a peer joins/leaves the system or completes the download, it reports the event to the tracker. In addition, peers regularly report information such as the total amount of data uploaded/downloaded so far, the number of bytes that still need to be downloaded, etc. The tracker keeps all the information in the log files. Hence, we can analyze the tracker log files and retrieve useful information. The parameters $\lambda$, $\theta$, and $\gamma$ can be measured by counting the peer arrival, the downloader departure, and the seed departure respectively. However, from the tracker log files, we cannot determine whether the uploading bandwidth or the downloading bandwidth is the bottleneck. So we assume the uploading bandwidth is the bottleneck and estimate $\mu$ by dividing the measured total uploading rate by the number of peers (i.e.,

Exhibit 6      Page 78



**Figure 6: Experiment 2 : Histogram of the variation of the number of downloaders around the fluid model**



**Figure 7: Experiment 3 : Evolution of the number of seeds**



**Figure 8: Experiment 3 : Evolution of the number of downloaders**

we assume that $\eta = 1$. The size of the file that was introduced was around $530MB$. The average uploading bandwidth was estimated to be $90kb/s$. We use 1 $min$ as the time unit to calculate arrival rates, departure rates, etc. The normalized uploading bandwidth (normalized by the file size in bytes) was estimated $\mu = 0.0013$. The downloader leaving rate was estimated to be $\theta = 0.001$. An interesting feature that we observed in the real BitTorrent is that $\lambda$ and $\gamma$ are in fact time-varying. We attribute this to the fact that when a new file is introduced into the system, the first few seeds stay in the system long enough to ensure that there is a sufficient population of peers to sustain the system. If the initial seeds depart too quickly, the system will simply die, i.e., there will be no one to download from.

From the tracker logs, we estimate that, for $t \leq 800min$, $\lambda = 0.06$ and $\gamma = 0.001$. When $t \geq 1300min$, $\lambda = 0.03$ and $\gamma = 0.0044$. In between, the arrival rate increases roughly linearly. In our fluid model simulation, for time between $800min$ and $1300min$, we let $\lambda$ and $\gamma$ change linearly. We also set the downloading bandwidth $c = 1$ for the fluid model simulation (note that the actual value of $c$ will not affect the fluid model results if it is above a certain threshold).

The simulation results are shown in Figs 7 and 8. The real trace is measured from the tracker log file and the fluid model is calculated by using the above measured parameters. For the fluid model, we also numerically calculate the standard deviation from the steady state network parameters by using (14) and plot the error bar for 95% confidence intervals. From Fig. 7, we see that the fluid model captures the evolution of the number of seeds well. In Fig. 8, the oscillation of the number of downloaders is more significant. This is because that the file is not very popular and the arrival rate $\lambda$ is small. Hence, our model is only an approximation of the real network. But despite this, we can see that the oscillation is within the level suggested by the 95% confidence interval.

## 7.   CONCLUSIONS

In this paper, we first presented a simple fluid model for BitTorrent-like networks and studied the steady-state network performance. Specifically, we obtained expressions for

the average number of seeds, the average number of downloaders, and the average downloading time as functions of the peer arrival rate, downloader leaving rate, seed leaving rate, uploading bandwidth, etc, which explicitly give us insight on how the network performance is affected by different parameters. We also characterized the variability of the system by applying limit theorems to the stochastic model when the arrival rate is large. We then abstracted the built-in incentive mechanism of BitTorrent and studied its effect on network performance. Under certain conditions, we proved that a Nash equilibrium exists, under which each peer chooses its physical uploading bandwidth to be equal to the actual uploading bandwidth. We also briefly discussed the effect of optimistic unchoking on free-riding. Our experimental results show that the simple fluid model can capture the behavior of the system even when the arrival rate is small.

## 8.   REFERENCES

[1] Entropia. http://www.entropia.com.

[2] Top applications (bytes) for subinterface: SD-NAP traffic, 2002. www.caida.org/analysis/workload/byapplication/sdnap.

Exhibit 6      Page 79

[3] L. Arnold. *Stochastic Differential Equations: Theory and Applications*. John Wiley, New York, NY, 1974.

[4] D. Bertsekas and R. Gallager. *Data Networks*. Prentice Hall, Englewood Cliffs, NJ, 1987.

[5] P. Billingsley. *Convergence of Probability Measures*. Wiley, 1968.

[6] F. Clevenot and P. Nain. A Simple Fluid Model for the Analysis of the Squirrel Peer-to-Peer Caching System. In *Proceedings of IEEE INFOCOM*, 2004.

[7] F. Clevenot, P. Nain, and K. Ross. Stochastic Fluid Models for Cache Clusters. Technical Report 4815, INRIA, Sophia Antipolis, 2003. To appear in Performance Evaluation.

[8] B. Cohen. Incentives build robustness in bittorrent, May 2003. http://bitconjurer.org/BitTorrent /bittorrentecon.pdf.

[9] F. Dabek, M. F. Kaashoek, D. Karger, R. Morris, and I. Stoica. Wide-area cooperative storage with CFS. In *Proceedings of the 18th ACM Symposium on Operating Systems Principles (SOSP '01)*, Chateau Lake Louise, Banff, Canada, October 2001.

[10] A. Das and R. Srikant. Diffusion approximations for a single node accessed by congestion-controlled sources. *IEEE Transactions on Automatic Control*, 45(10):1783–1799, October 1998.

[11] G. de Veciana and X. Yang. Fairness, incentives and performance in peer-to-peer networks. In *the Forty-first Annual Allerton Conference on Communication, Control and Computing, Monticello, IL*, Oct. 2003.

[12] S. N. Ethier and T. G. Kurtz. *Markov Processes: Characterization and Convergence*. Wiley, 1994.

[13] Z. Ge, D. R. Figueiredo, S. Jaiswal, J. Kurose, and D. Towsley. Modeling peer-peer file sharing systems. In *Proceedings of IEEE INFOCOM*, 2003.

[14] P. W. Glynn. On the Markov property of the $GI/G/\infty$ Gaussian limit. *Advances in Applied Probability*, 14:191–194, 1982.

[15] S. Iyer, A. Rowstron, and P. Druschel. Squirrel: A decentralized peer-to-peer web cache. In *Proceedings of ACM Symposium on Principles of Distributed Computing (PODC '02)*, Monterey, California, 2002.

[16] D. Liberzon and A. Morse. Basic problems in stability and design of switched systems. *IEEE Control Systems Magazine*, pages 59–70, 1999.

[17] T. S. Eugene Ng, Y.-H. Chu, S. G. Rao, K. Sripanidkulchai, and Hui Zhang. Measurement-Based Optimization Techniques for Bandwidth-Demanding Peer-To-Peer Systems. In *Proceedings of IEEE INFOCOM*, 2003.

[18] S. Ratnasamy, P. Francis, M. Handley, R. Karp, and S. Shenker. A scalable content addressable network. In *Proceedings of ACM SIGCOMM*, 2001.

[19] M. Ripeanu. Peer-to-peer architecture case study: Gnutella network. Technical report, University of Chicago, 2001.

[20] M. Ripeanu, I. Foster, and A. Iamnitchi. Mapping the gnutella network: Properties of large-scale peer-to-peer systems and implications for system design. *IEEE Internet Computing Journal*, 6(1), 2002.

[21] I. Stoica, R. Morris, D. Karger, M. Kaashoek, and H. Balakrishnan. Chord: A scalable peer-to-peer lookup protocol for internet applications. In *Proceedings of ACM SIGCOMM*, 2001.

[22] W. Whitt. On the heavy-traffic limit theorems for $GI/G/\infty$ queues. *Advances in Applied Probability*, 14:171–190, 1982.

[23] W. Whitt. *Stochastic Process Limits*. Springer, 2002.

[24] X. Yang and G. de Veciana. Service Capacity of Peer to Peer Networks. In *Proceedings of IEEE INFOCOM*, 2004.

Exhibit 6      Page 80

# EXHIBIT 7

# Service Capacity of Peer to Peer Networks

Xiangying Yang and Gustavo de Veciana

Department of Electrical and Computer Engineering

The University of Texas at Austin

Austin, TX 78712

{yangxy,gustavo}@ece.utexas.edu

*Abstract*— In this paper we study the 'service capacity' of peer to peer (P2P) file sharing applications. We begin by considering a transient regime which is key to capturing the ability of such systems to handle bursty traffic, e.g., flash crowds. In this context our models, based on age dependent branching processes, exhibit exponential growth in service capacity, and permit the study of sensitivity of this growth to system policies and parameters. Then we consider a model for such systems in steady state and show how the average delay seen by peers would scale in the offered load and rate at which peers exit the system. We find that the average delays scale well in the offered load. In particular the delays are upper bounded by some constant given any offered load and even decrease in the offered load if peers exit the system slowly. We validate many of our findings by analyzing traces obtained from a second generation P2P application called BitTorrent.

*Index Terms*— system design, network measurements, peer to peer applications, flash crowds, service capacity, performance evaluation, mathematical modeling

## I. Introduction

Peer-to-peer (P2P) architectures for file sharing among ad hoc, possibly dynamic, collections of hosts are generating an increasing fraction of the traffic on today's Internet and are reshaping the way new network applications are designed. The idea is to have hosts participate in an application level overlay network enabling signaling, routing, and searching among participating hosts. Once a host locates the document(s) of interest, direct connections are established to mediate their transfer. The key principle is to allow, and in fact encourage, participating hosts to play dual roles as servers and clients – thus hosts are considered peers.

P2P file sharing applications first became prominent with the introduction of Napster, which allowed users to share MP3 formatted music files. In February 2001, Napster boasted a peak of 1.5 million simultaneous users[1], but subsequently suffered legal setbacks. However new P2P file sharing applications such as Gnutella, KaZaA, Morpheus, eDonkey and BitTorrent continue emerging and the number of users is growing faster than ever[2]. Indeed, in March 2002 2.9 million simultaneous online users were reported [3], and 6.2 million users in January 2003, see *http://www.slyck.com*. According to the SD–NAP trace [3], the dominant traffic type observed by Internet service providers (ISPs) is associated with P2P file sharing applications. Perhaps driven by the growth in broadband services, e.g., cable and

ADSL, the average document size exchanged on P2P networks is growing, e.g., enabling the sharing of video files. Thus it is reasonable to expect the predominance of P2P traffic on the Internet to grow further. In addition to file sharing, P2P overlays have also been proposed as part of solutions to handle Internet 'flash crowds,' i.e., unexpected rapid increases in the demand for particular objects, which challenge content delivery network infrastructure such as Akamai[4]. Indeed many researchers, including [5], [6], [7] have proposed the use of P2P overlay networks on top of online clients as supplementary means for providing web content in order to alleviate the traffic burden on content servers and smooth/balance traffic on networks when flash crowds occur. In fact researchers are developing a broader framework called "grid computing" which enables distributed content delivery, storage, computation and file sharing over overlay networks, for example UC Berkeley's OceanStore project[8] and HP Lab's Digital Media Grid project[9].

### A. What is the service capacity of a P2P system?

In addition to enabling the sharing of CPU, storage and bandwidth resources, P2P architectures excel in serving bursty requests. For example, if a host has a popular file and many peers are requesting it they are likely to see poor performance. However, as soon as one of the downloading hosts finishes, the system has two 'servers', with which it can serve other peers. As this process evolves it is easy to see that the number of servers in the system grows exponentially and the throughput seen by peers improves. When the number of servers becomes large enough to serve the intensity of requests, the system enters a 'steady state' where the throughput performance of each peer is stable. These two phases are exhibited in the representative trace shown in Fig.1. It begins with the addition of a new document to a P2P system. The solid line tracks an exponential growth in service capacity corresponding to a transient period, and the dotted line corresponds to fluctuations in a steady state. Note that during the 'steady state' the request rate need not be stationary. Indeed, not shown in Fig.1, the offered load may fluctuate yet the average performance per peer is fairly stable. As will discussed in the sequel, during the steady state period the service capacity tends to scale with the offered load.

This example exhibits a desirable exponential growth, and subsequent self-scaling (based on popularity) of a P2P system's *service capacity* for a given document. Ignoring heterogeneity in the upload bandwidth and computing capacity of peers, in both

This work is supported in part National Science Foundation Grant ECS-0225448.



Fig. 1. Two-phases in the evolution of the average throughput per peer versus time for a single document introduced into a P2P network.

cases the number of peers willing to serve the document is the driver. Yet service capacity should be viewed in two regimes: the 'transient' and 'steady state'. In the transient regime one might wish to assess how quickly a P2P network starting with a limited number of servers can grow its service capacity to meet the load associated with a burst of demands. While in the steady state regime, one might wish to assess the average throughput/delay performance seen by a typical peer. Note that in the transient regime, the system is server constrained, i.e., requests are backlogged and hence the service capacity increases exponentially fast with a rate that reflects the system's intrinsic ability to leverage its resources to share limited service capacity. By contrast, in steady state the service capacity depends and/or adapts to fluctuations in demand; in this regime the service capacity is demand constrained.

The service capacity in these two regimes depends on a number of factors:

- <u>data management</u>: a document may be partitioned into various parts permitting concurrent downloading from multiple peers; the granularity and placement of these is critical;
- <u>peer selection</u>: the mechanism whereby a peer is selected as a server may take into account load balancing, bandwidth availability, and differentiate among peers who contribute more to the community;
- <u>admission and scheduling policy</u>: limiting the number of concurrent downloaders and/or scheduling to provide differentiation/priority among them;
- <u>traffic</u>: the request processes for documents along with the dynamics of how peers stay online and/or delete documents.

These factors are interrelated in complex ways. For example, a good peer selection scheme may favor peers that are likely to subsequently stay as servers for the document and thus contribute to the system's service capacity. Multi-part downloads can increase the rate at which files get duplicated while at the same time allowing users to serve as peers for parts they have already obtained prior to completing downloads. Allowing large numbers of peers to download from one another may increase the subsequent potential service capacity for a document but may increase delays. Spatial clustering of peers may impact the service capacity of a P2P system in subtle ways, since serving a

peer which is far away and may have low bandwidth, may subsequently help to quickly serve an entire neighborhood of interested peers. Recognizing some of these relationships new P2P applications attempt to use simple *credit based systems* so as to provide incentives for peers to stay online and 'open' their upload bandwidth to serve other peers. This is often done by keeping peers' credit history and based on their behavior give them different priority in transfers or access. Such mechanisms are geared to modifying user behavior and thus the offered load. As we will see in the sequel their impact on performance may be subtle. These complex relationships motivate the need for a systematic study of these factors and tradeoffs on a P2P system's transient as well as its stationary service capacity which is the starting point for our work.

### B. Related Work

Most research on P2P systems so far has emphasized design, traffic measurement and workload analysis but not performance evaluation. Early work by [10][11][12] studied traces of P2P applications like Gnutella and Napster. They focused on characterizing the overall P2P system, e.g., request patterns, traffic volume, traffic categorization and properties of shared online content as well P2P structure and dynamics, e.g., connectivity and peer/host behaviors. More recent research in the direction of evaluating P2P systems has focused on performance. Peer selection schemes were evaluated in [13], where measurements are used to optimize the selection of good peers and improve the overall system performance. A few researchers have used analytical models to study the performance of P2P networks. For example, [14] constructed a model for signaling messages in the Gnutella network and concluded that signaling might significantly compromise performance. The work in [15] is among the first to model a general P2P system and evaluate its performance. Their model, a closed queuing system, provides basic insights on the stationary performance of a P2P system; among these, the dependence of performance on parameters like the peer request rate and number of peers in the system.

### C. Our Contributions

In this paper we study the performance characteristics of 2nd generation P2P applications, e.g., BitTorrent (BT), which implement various performance optimizations, via both trace measurement and analysis. We believe that policies aimed at improving system performance are crucial to building viable P2P applications. Our measurement work is also unique in that we consider performance as a function of time at the granularity of a single P2P transfer session. These measurements highlight the need for performance analysis focusing on both user experience in steady state and system performance in the transient regime.

With this in mind we study two measures for the *service capacity* of a P2P system. We model the transient service capacity of a P2P network by a branching process. Based on this model, we consider how to optimize service policies in order to maximize the service capacity growth rate. We are not aware of any previous work that has analyzed the transient capacity of a P2P

system. In addition to our transient model, we propose a simple steady state model, which captures the impact of peer departures or document deletions on the stationary service capacity of such systems. Our analytical results and measurements suggest how various mechanisms might be designed to make a P2P system suitable for handling very bursty and large volume demands and/or provide users good performance when the P2P network membership is dynamic and possibly heterogeneous.

### D. Organization of this paper

The rest of the paper is organized as follows. We propose a transient model for P2P systems in Section II and consider how various policies would impact the speed at which the service capacity grows, i.e., catches up with demands. In Section III we propose a model and study the performance of a P2P system in steady state. We perform a detailed trace analysis of the BT P2P application in Section IV which supports in part the validity of our models for P2P networks in a more complex environment. Finally we conclude our work in Section V.

## II. TRANSIENT ANALYSIS OF SERVICE CAPACITY

The purpose of our transient analysis to investigate how quickly the service capacity of a P2P system can catch up with a burst of demands. This is crucial since popular files are often introduced by a single peer, and may be subject to large bursts of requests far exceeding the available service capacity. Our goal is thus to ensure a document is disseminated as quickly as possible to interested peers until the system reaches a steady state where the service capacity is commensurate with demands.

### A. Deterministic model

Let us first consider a simple model for file sharing in the transient regime. Suppose that $n-1$ users wish to acquire a document which is initially available at one peer. To make derivations simple let $n = 2^k$. Assume that each peer has a limited upload capacity but the network capacity is otherwise unconstrained. More specifically, each peer has an upload bandwidth



Fig. 2. File sharing in a P2P system.

of $b$ bps, and can serve a document only once it has been fully downloaded. Suppose the document has size $s$ bits. Thus to serve $n-1$ requests $(n-1)s$ bits will need to be exchanged. It should be clear that a good strategy is to first serve one user at rate $b$, at which point the service capacity grows to $2b$, and then have these two peers serve additional users, until the $n-1$ users are served. As shown in Fig.2, under this idealized strategy peers will complete service every $\tau = s/b$ seconds, at which point the

number of peers that can serve the document doubles, leading to an exponential growth of $2^{t/\tau}$ in the *"service capacity"*, i.e., the number of peers available to serve the document. This deterministic model exhibits the great potential of a P2P framework to support large bursts of requests in a decentralized manner.

Under the proposed strategy the $n-1$ peers will be served by time $\tau \log_2(n+1) = \tau k$. During this transient regime the average delay $\bar{d}$ experienced by peers can be computed as follows. Let $d_j$ denote the delay experienced by the $j$th peer and note that $2^{i-k}n$ peers complete service at time $(i+1)\tau$. Assume the peer who initially has the file experiences zero delay. Thus,

$$\bar{d} = \frac{1}{n} \sum_{j=1}^{n} d_j = \sum_{i=0}^{k-1} 2^{i-k} \tau(i+1) = k\tau - \frac{n-1}{n}\tau$$
$$= \tau\left(\log_2 n - \frac{n-1}{n}\right) \approx \tau \log_2 n.$$

Hence although the system sees an initial burst of $n$ requests the average delay seen by peers scales as $\log_2 n$ which is favorable relative to a linear scaling expected for a server-client model with a fixed set of servers.

Next let us consider multi-part downloads. Suppose the file is divided into $m$ chunks with identical size. Now instead of waiting to finish downloading the whole file, as soon as a peer finishes downloading a file chunk, it can start to serve it. Intuitively by dividing the download process into smaller chunks, transfers can be pipelined among participating peers so performance should be significantly improved. To illustrate this idea consider the following idealized strategy. We shall track service completions in time slots of size $\frac{s}{bm} = \frac{\tau}{m}$. Suppose the source of the file sends Chunk 1 to a peer, Chunk 2 to another peer, and so on until it finishes delivering the last Chunk $m$ on slot $m$. Meanwhile each chunk $i$ is being duplicated in the system. To optimize dissemination, when possible, a peer which currently has a chunk serves another that has not yet obtained any chunk; this can be done until time slot $k$ at which time every peer in the system has a chunk of the file. As shown in Fig.3(a), at time $k$ slots, the $n$ peers can be partitioned into $k$ sets $A_i$, $i = 1, \ldots, k$, with $|A_i| = 2^{k-i}$ and $A_i$ corresponds to peers which have only received the $i$th chunk. Now consider the $(k+1)$th time slot. Suppose the peers in $A_1$ transfer Chunk 1 to the $n/2$ peers that have not yet received it. Meanwhile the peers in $A_i, i > 1$, transfer chunk $i$ to a node in $A_1$ choosing a peer that has at this point only received Chunk 1. Hence, as shown in Fig.3(b), after the $(k+1)$th time slot, all peers have Chunk 1, $\frac{n}{2}$ peers have Chunk 2 and similarly $\frac{n}{2^{i-1}}$ peers have chunk $i$. Continuing this process, all chunks are eventually delivered to all users by time slot $k+m = \frac{\tau}{m}(\log_2(n-1)+m)$. This corresponds to a reduction by a factor of $m$ versus the scheme without multi-part downloads. We can compute the average delay $\bar{d}^{(m)}$ seen by peers in this multi-part download scenario as follows. Since half the peers have received all chunks when Chunk $m-1$ completes duplication across all peers at time slot $k+m-1$ and the rest peers will receive chunk $m$ during the last time slot $k+m$, the average delay experienced by peers can be computed as follows. Let $d_j^{(m)}$



**Fig. 3.** Concurrent multi-part downloads among a set of $n$ peers.



**Fig. 4.** Branching process model for file replication across as P2P system.

denote the delay for the $j$th peer in the multi-part download, then

$$\bar{d}^{(m)} = \frac{1}{n}\sum_{j=1}^{n} d_j^{(m)} = \frac{1}{2}((k+m-1)+(k+m))\frac{\tau}{m}$$

$$= \frac{\tau}{m}\left(\log_2 n + \frac{2m-1}{2}\right) \approx \frac{\tau}{m}\log_2 n.$$

Thus a large $m$, i.e., small chunk size, leads to a factor of $m$ improvement in average delay for this transient regime. In practice, however, we must also take into account overheads associated with signaling and or coordinating chunk availability information and realizing the various exchanges. Thus one would expect P2P systems with multi-part downloading to see less aggressive gains in $m$.

The models in this section provide the basic intuition for the benefits of P2P systems during the transient regime. However our models are somewhat idealized. We have assumed there is no congestion in the system, i.e, the upload bandwidth of a peer is not shared by peers requesting different documents, the network is not bottle-necked, and idealized scheduling and peer selection per chunk. This motivates us to consider a stochastic model that captures the variability in serving peers due to congestion as well as some other aspects of real P2P systems, e.g., speed at which peers leave the system.

### B. Branching process model

In this section, we propose a branching process model for a P2P system in the transient regime. Our objective is to study the sensitivity of the exponential growth rate to system parameters or peer behavior.

#### 1) Basic branching process model:
Let $N_d(t)$ denote the number of peers available to serve document $d$ at time $t$. Note that the system's service capacity for $d$ should be proportional to $N_d(t)$, see e.g., [15]. The proportionality constant might only depend on the heterogeneity of the upload/server capacity among peers assuming the network is not the bottleneck. We assume that initially there is but one copy of the document $d$ in the network, i.e., $N_d(0) = 1$ with probability 1, and a large number of interested peers. Fig. 4 shows a typical evolution of the file sharing process assuming each peer serves one other peer at a time. Thus, initially Peer 0 shares this file with Peer 1. After a random service time $T_0$, this process completes, and Peers 0 and 1 can now serve other peers. As shown in the figure Peer 01 and

Peer 11 now download from Peer 0 and Peer 1 respectively and complete this process after some random times $T_1$ and $T_2$ respectively. This replication process continues to evolve over time, as long as there are peers still requesting the document. Suppose the times to realize a transfer between peers $T_i$, $i = 0, 1, \ldots$ can be modeled as independent random variables with a common distribution, i.e., $T_i \sim T$ where $F_T(t) = P(T \le t)$ and $E[T] = \tau = \frac{1}{\mu}$. This distribution captures variability in the transfer time due to congestion, heterogeneity of upload bandwidth, round trip delays etc.

The model we have described corresponds to a standard age-dependent branching process with a fixed family size $v = 2$ at each new generation. General results for the evolution of the mean population, i.e., service capacity of our P2P model, can be found in [16] Section 10.4.22 and [17] Chapter IV Theorem.3A. The following is a restatement of the basic result for a branching process with i.i.d. family sizes with the same distribution as a random variable $V$.

*Theorem II.1:* In the super critical case where the mean family size per generation satisfies $E[V] = v > 1$ and $F_T$ is non-lattice, the expected population of an age dependent branching process for large $t$ is approximately given by

$$m(t) \sim \delta e^{\beta t}, \tag{1}$$

where $\beta > 0$ is such that $d\tilde{F}(x) = ve^{-\beta x}dF_T(x)$ is a probability distribution function, i.e., $\int_0^\infty ve^{-\beta x}f_T(x)dx = 1$ whose mean we denote by $\tilde{m}$ and where $\delta = \frac{v-1}{\tilde{m}\beta v}$.

Thus for the P2P model in Fig.4 the mean service capacity follows

$$E[N_d(t)] = \delta e^{\beta t}, \tag{2}$$

with $\beta$ and $\delta$ as defined in Theorem.II.1 and where $v = 2$.

As expected the service capacity will on average increase exponentially as long as there are sufficient demands in the system. As with the simple deterministic model considered earlier one would expect that the average delay to serve a large burst of demands $n$ would scale in the logarithm of $n$. The two parameters $\beta$ and $\delta$ capture the growth characteristics of the service capacity, and depend on the distribution of the transfer times $T$. For example, if $T$ is exponentially distributed, then $\beta = \mu$ and $\delta = 1$;

by contrast[1], as shown in the previous subsection if $T$ is deterministic $\beta = \mu \ln 2$ and $\delta = 1$, leading to an exponential growth $2^{t/\tau}$.

Consider two branching processes with different generation time distributions, i.e., $T^{(1)}$ and $T^{(2)}$ such that $E[T^{(1)}] = E[T^{(2)}]$ and there is an increasing convex ordering (I.C.X.) on $T^{(1)}$ and $T^{(2)}$, i.e., $T^{(1)} \leq^{icx} T^{(2)}$[18]. In this case one can show that $\beta^{(1)} < \beta^{(2)}$. Indeed since $\beta$ has to solve the integral equation in Theorem.II.1, in which the left hand side can be interpreted as an expectation of the convex function $e^{-\beta x}$, it follows that I.C.X. ordering ensures that given a $\beta$, $E[e^{-\beta T^{(1)}}] \leq E[e^{-\beta T^{(2)}}]$ and hence the relation $\beta^{(1)} < \beta^{(2)}$ has to be true to ensure that $\beta^{(2)}$ to solve the integral equation. Also note that with $T^{(1)} \leq^{icx} T^{(2)}$ and $E[T^{(1)}] = E[T^{(2)}]$, it then follows that $Var(T^{(1)}) \leq Var(T^{(2)})$. Thus we see that for a fixed mean, variability in generation times improves the growth exponent $\beta$, e.g., in the exponential case $\beta = \mu$ and in deterministic case $\beta = \mu \ln 2 < \mu$.

*2) Modeling parallel uploads when $\nu > 2$:* Most P2P applications allow nodes to simultaneously serve a number, say $\nu - 1$, of peers interested in the same document. Thus in a saturated network, peers may compete for upload bandwidth or CPU resources resulting in longer service times. As a simple model for systems allowing parallel uploads, consider our branching process model, with a fixed family size $\nu > 2$. Suppose the distribution for transfer time between two peers is slowed down by a factor $\nu - 1$ causing the mean download to increase by $\nu - 1$ times. On one hand, this process will have longer regeneration times. Yet on the other hand each time it regenerates, a larger number $\nu - 1$ of peers will become available. Thus one might ask whether parallel uploading with $\nu > 2$ would lead to faster growth rates.

With the proposed re-scaling of the transfer times density, i.e., $\frac{1}{\nu-1} f_T(\frac{t}{\nu-1})$, according to Theorem.II.1 the growth rate $\beta$ must satisfy

$$\int_0^\infty \nu e^{-\beta x} dF_T\left(\frac{x}{\nu-1}\right) = 1.$$

For the case where download times are exponentially distributed, when $\nu > 2$, one can show that $\beta = \mu$ and $\delta = 1$. Thus, in this case the expected service capacity $E[N_d(t)] = e^{\mu t} = e^{\frac{t}{\xi}}$, does not depend on $\nu$. For the case of deterministic download times, one need only modify the result in Section II-A by reducing the regeneration time to $\frac{\tau}{\nu-1}$ and increasing the number at each regeneration to $\nu$. This gives the exponential growth of $\nu^{\frac{t}{(\nu-1)\tau}}$, i.e., $\beta = \frac{\ln \nu}{\nu-1} \mu$ and $\delta = 1$. This indicates that the growth exponent $\beta$, decreases with $\nu$. The deterministic transfer time for a particular file is perhaps closer to practice to P2P systems, which see upload bandwidth constraints and limit the number of concurrent peers. This result suggests that the growth rate $\beta$ might decrease, albeit moderately, if $\nu$ is large. Moreover, considering the overheads associated with each transfer and non-linearities in performance degradation when $\nu > 2$, the actual performance with parallel uploading could be even worse. Thus it may make

[1]Note that deterministic time does not satisfy the conditions of Theorem.II.1, but growth rates are easily computed

sense to limit the number of peers that any server will serve concurrently.

*3) Uncooperative peers under a parallel uploading scenario:* We have concluded that the growth rate in service capacity for a P2P network in the transient regime might be highest when a peer serves a limited number of other ones at a time. However, in practice peers that have completed a transfer may leave the system or delete the file. In this section we will show that when peers exhibit such uncooperative behavior parallel uploading may help achieve higher growth rates.

Consider once again our branching process model, where each peer serves $\nu - 1$ others at a time. Upon completing their downloads, each peer independently determines whether it stays in the system and with probability $1 - \zeta$ exits the system. Thus the family size is in fact a random variable with mean $\nu\zeta$. Under these dynamics our branching process may become 'extinct', i.e., eventually no peers are available to serve the document. In fact, standard results, see [17] Chapter IV, show the process will become extinct with probability 1 if $\nu\zeta < 1$. Hence if our goal is to maximize the growth rate and avoid extinction it is desirable to select a family size satisfying $\nu\zeta > 1$.

Assuming $\nu\zeta > 1$, let us consider the growth rates that would be achieved. Again based on Theorem.II.1, but incorporating uncooperative peers, and the transfer time re-scaling associated with $\nu - 1$ parallel uploads the new growth rate $\beta'$ and constant $\delta'$ satisfy

$$\int_0^\infty \nu\zeta F\left(\frac{x}{\nu-1}\right)\beta' e^{-\beta' x} dx = 1 \quad \text{and} \quad \delta' = \frac{1}{\tilde{m}'\beta'}[1 - \frac{1}{\nu\zeta}].$$

In this case it is no longer the case that the maximal growth rate is achieved when $\nu$ is as small as possible. For example, as shown earlier assuming exponential peer to peer transfer times, $\beta = \mu$ and $\delta = 1$, i.e., the growth rates do not depend on $\nu$. Now considering the peer departure dynamics modeled by $\zeta$, the new parameters for the growth process are given by

$$\beta' = (\zeta - \frac{1-\zeta}{\nu-1})\mu \quad \text{and} \quad \delta' = 1 + \frac{1-\zeta}{\nu\zeta-1}.$$

Note that the growth exponent $\beta'$ increases, albeit slowly, in $\nu$. Fig. 5 shows different mean growth trajectories for various choices of $\nu$ when $\zeta = 0.6$ and $\mu = 1$. When $\nu = 2$, the service capacity has the smallest growth exponent $\beta'$. When $\nu > 2$, $\beta'$ still increases in $\nu$ but not significantly. Thus when some fraction of peers exit the system upon completion of their download, allowing parallel uploads may help assure document availability and improve the overall exponential growth of the system's service capacity.

*4) Role of multi-part downloads on transient capacity:* Earlier, based on our idealized deterministic model, we showed that multi-part downloads will help further speed up growth and thus delays by a linear factor $m$. A similar benefit also exists for our branching process model.

Suppose a file is partitioned into $m$ identical sized chunks, and assume that the number of requesting peers is large. As a simple model for service capacity growth under multi-part downloading



Fig. 5. Mean growth in service capacity in a system with uncooperative peers and parallel uploading: various choices of $\nu$ are shown for $\zeta = 0.6$ and $\mu = 1$ fixed.

suppose that after a finite time each chunk has a distinct source peer and subsequently the $m$ chunks are duplicated over $m$ independent branching trees. We can modify our original branching process model to account for chunk size by re-scaling the distribution for downloads by a factor of $\frac{1}{m}$. Thus the growth in service capacity for a given chunk $N_d^{(m)}(t)$ can be related to our original model $N_d(t)$, as follows

$$E[N_d^{(m)}(t)] = E[N_d(mt)] = \delta e^{m\beta t},$$

i.e., growth rate increases from $\beta$ to $\beta m$. Given a burst of demands $q$, the time to complete $q$ jobs is roughly $\frac{1}{\beta m}\ln(\frac{qm}{\delta})$. Thus, we again observe that using a multi-part download scheme reduces delay roughly by a factor of $\frac{1}{m}$. Note that the above multi-part model is quite optimistic since it assumes peers will not be serving multiple chunks at the same time. Such concurrency would slow down file sharing.

*5) Discussions: Optimizing P2P systems to deal with flash-crowds:* When a P2P system is subject to a flash crowd it is desirable that its service capacity grows as quickly as possible, i.e., $\beta$ be high. Thus our models suggest that P2P systems enabling multi-part downloads will achieve significantly better performance. As will be observed in the trace analysis in Section IV, steady state performance also improves although sub-linearly in the number of chunks $m$, perhaps due to signaling/transfer overheads associated with realizing multi-part schemes.

The benefit of allowing parallel uploads is not clear unless peers tend to be uncooperative. Our models suggest that in a structured application like a media grid, in which peers are always available, parallel uploads may not improve the overall performance. However in file sharing applications where peers can freely leave the system, allowing parallel uploads may enable higher accessibility and better growth rates in the service capacity during transients.

User behavior is hard to control yet may be influenced by implementing service policies. For example many P2P applications use a credit system to reward peers that contribute well to the overall system. Such a policy might increase a peer's download volume/rate based on the peer's measured upload volume/rate.

This may have two positive impacts on system performance. First, it may give better delivery rates to peers that are likely to continue serving others and thus increase the overall transient growth rates in service capacity. Second, it may encourage peers to increase their upload bandwidth and participate more aggressively in sharing. This obviously encourages peers to be more friendly and cooperative.

Interestingly, in the transient regime bursty demands help the system handle the traffic better, since, particularly under a multi-part P2P design, the system will be able to leverage the service capacity of the peers while they are downloading the document leading to fast growth in the service capacity. In this sense, a significant amount of a P2P system's service capacity, in both the transient but also the stationary regime may be derived from leveraging the service capacity of peers which are concurrently downloading the same document, before they leave the system.

## III. Steady State Analysis Of Average Delays

Next we consider a steady state analysis for P2P service capacity based on a Markov chain model. Our goal is to analyze how parameters such as the offered load and rate at which peers exit the system impact the average delay to service requests.

### A. Markov chain model

We shall consider all peers in a P2P system which are interested in, or serving, a particular document and assume that there will always be at least one peer serving the document. Suppose new requests follow a Poisson process with rate $\lambda$. The system's state is pair $(x, y) \in \mathbb{N} \times \mathbb{N}^+$, where $x$ denotes the number of peer requests currently in progress or queued and $y$ denotes the number of peers that have finished downloading and still remain in the system, i.e., contributing to the system's service capacity. We further assume that the file is partitioned into chunks, allowing multi-part downloading, thus peers which are in the process of downloading, but already have part of a file, can serve this part to other peers. Thus, a downloading peer also contributes to the system's service capacity, but its contribution is only a fraction $\eta$ of that of a peer who has already downloaded the full document. The total service capacity in the system is thus proportional to the effective number of servers in the system, we denote it by $\mu(\eta x + y)$, where $\mu$ denotes the service rate for a request at a peer which can serve the document in full. Each time a peer completes downloading the document it becomes a server in the system, but each such peer may leave the system at rate $\gamma$. Thus, in this model the service time for a request at a single peer and the time until a peer having completed a download leaves the system are independent and exponentially distributed with rates $\mu$ and $\gamma$. The evolution for the state of this system can be described by a continuous time Markov chain with a rate transition matrix $Q$ over the state space $\mathbb{N} \times \mathbb{N}^+$ given by:

$$
\begin{array}{lll}
q\big((x,y),(x+1,y)\big) & = \lambda & \text{new request} \\
q\big((x,y),(x-1,y+1)\big) & = \mu(\eta x + y) & \text{service a peer} \\
q\big((x,y),(x,y-1)\big) & = \gamma y & \text{exit system.}
\end{array}
$$

Exhibit 7   Page 86



Fig. 6.   Performance in steady state, with $\eta = 0.5$

We numerically computed the stationary distribution for this Markov chain by truncating the state space appropriately, and calculated the mean number of jobs, servers, and delay for this system. We do this for a range of parameters; specifically we let $\mu = 4.0$, $\eta = 0.5$ and varied the values of $\lambda$ and $\gamma$ from 4.0 to 12.0 and 2.0 to 8.0, respectively. Our performance metrics actually depend only on the ratios $\frac{\lambda}{\mu}$ the offered load, and $\frac{\gamma}{\mu}$ the rate at which peers exit the system, as long as delays are measured in the units of holding times $\mu^{-1}$. Thus we rescaled our results to provide better insight. As shown in Fig.6 the mean number of queued jobs increases sub-linearly in the offered load; the mean number of servers in the system is roughly linear in the offered load; and the mean delay decreases in the offered load as long as the exit rate is less than 1.75 and increases otherwise. This last observation is perhaps the most interesting. It suggest that in a P2P system where nodes exit slowly the average delay seen by peers might improve in the offered load. The intuition here, is that service capacity (number of servers plus a fraction of downloaders) is increasing linearly in the offered load. Note even if peers exit the system at a higher rate, e.g., for our example $\frac{\gamma}{\mu} > 1.75$, the average performance seen by each peer degrades slowly to a constant as the offered load increases.

Note that in the limiting regime where $\gamma \to \infty$, i.e., nodes immediately exit the system, one can show the average delay per peer increases slowly with the offered load converging to roughly $\frac{1}{\eta \mu}$, as might be expected from a $M/G/\infty$ queue, with mean service times $\frac{1}{\eta \mu}$. In summary, as was the case in transient regime considered in Section II by providing incentives for peers stay and share documents, i.e, decrease the parameter $\gamma/\mu$, the average delay can be reduced, and in some scenarios even made to scale favorably in the offered load.

### B. Estimating effective throughputs realized by peers

In the above model we optimistically assumed that the full service capacity of the $y$ peers in the system who have completed downloading a file is available to the $x$ peers for which downloads are in progress – we refer to these as *seeds* and *download-*

ers respectively. Further we modeled the capacity that can be leveraged from one of the $x$ downloaders as a fraction $\eta$ of that made available by a seed. Thus assuming the state of the system is $(x, y)$ then the total aggregate throughput exchanged in the system would be

$$\text{agg. throughput} = (\eta \mu s) \cdot x + (\mu s) \cdot y \approx u_{dl} \cdot x + u_{seed} \cdot y \quad (3)$$

where $s$ denotes the size of the file under consideration and $\mu$ is the mean service time to upload the entire file from a seed. In a practical system due to the mechanisms and heterogeneity involved for searching and exchanging documents, or parts thereof, each downloader and seed can be thought of as realizing an *effective* upload throughput which we will denote by $u_{dl}$ and $u_{seed}$ respectively. Thus the parameter $\eta$ can roughly be thought of as the ratio between the effective throughput of a downloader versus that of a seed. Ideally a system with a high $\eta$ is one which is effective at leveraging the capacity of concurrent downloaders, and thus likely to be excellent at tracking bursty offered loads.

In the sequel we will make use of this simple linear model to attempt to estimate the effective throughputs $u_{dl}$ and $u_{seed}$ in downloading activities associated with P2P systems sharing documents of different sizes. We will assume that if the offered load high enough these parameters are fairly insensitive to offered load. Indeed, as shown in Fig.6 the marginal change of system performance is fairly small when the offered load is high. However, $u_{dl}$ and $u_{seed}$ are likely to depend on the file size $s$. Indeed we would expect that the ability of a seed and downloader to contribute will depend on various aspects. For example if a file is large, downloading will take longer, and thus information about partial availability of parts associated with a larger file will have time to propagate through the system and be leveraged by other downloaders. Thus one might expect that the overheads to disperse and process information about the availability of parts of a file may be high for small files, and preclude an effective utilization of all available resources. In SectionIV, we use trace measurement to study the effective upload contributed by peers in detail to find that our empirical results support these observations.

## IV. TRACE MEASUREMENTS AND TRAFFIC CHARACTERIZATION

In this section we will analyze several traces obtained on the BitTorrent(BT) P2P application. Our purpose is to study system performance and validate, in part, some of the results and observations in Sections II and III.

### A. BitTorrent P2P application and measurement setup

We sampled system data on BT P2P over a period of several days. Information on this open-source project can be found at *http://bitconjurer.org/BitTorrent/*. Many aspects of BT's architecture are captured by the models we have been discussing. Specifically a document is introduced by a single peer which is encouraged to stay in system for a long period of time, i.e., even after subsequent peers have successfully downloaded the document. BT supports multi-part downloads with a chunk size of roughly $2^{20}$ bytes, allowing peers to do parallel uploading on a fairly fine granularity. A credit system in BT keeps track of upload and download volumes among peers and tries to achieve fairness in service such that upload and download volumes are equalized.

We collected a trace of network performance reports generated by a program called BT tracker, which has the format exhibited in Table.I. Here *# seeds* refers to the number of peers with complete replicas of a document that are currently on line; *# downloaders* is the number of peers currently downloading the document; *# finished* is the number of completed downloads so far; *TX vol* is the cumulative data volume transferred associated with the given document; *throughput* is the sum of the throughputs seen by peers currently downloading a document; and *life* is the time that has elapsed since the document was first introduced in the system. This data is updated approximately every 5 minutes. The system simultaneously tracks about 150–200 files that have been recently inserted. Thus a trace permits one to evaluate how the system capacity for an individual file evolves over time.

### B. Methodology

*1) Service capacity:* Since BT uses multi-part downloads service capacity must be carefully defined. We estimate the service capacity as

$$\text{effective \# of servers} = \frac{\text{"total storage space shared"}}{\text{size}},$$

i.e., the *effective number* of replicas available in the system, including partial downloads. Since peers may exit or delete a file upon completing a download, we can estimate service capacity based on the following formula

$$\frac{\text{TX vol} - (\text{\# finished} - \text{\# seeds} + 1) \times \text{size}}{\text{size}}.$$

*2) Throughput and delay of each peer:* We estimate the average instantaneous throughput seen by each peer as follows

$$\text{avg throughput per peer} = \frac{\text{throughput}}{\text{\# downloaders}},$$

and we define the KByte transmission delay for each peer as

$$\frac{1}{\text{avg throughput per peer}} = \frac{\text{\# downloaders}}{\text{throughput}}.$$

This is roughly the current average (across peers) delay to transfer 1KByte of data, which is but a rough estimate for average transfer delays seen by peers.

*3) Estimating effective throughputs for seeds and downloaders:* As discussed in Section III-B we let $u_{dl}$ and $u_{seed}$ denote the effective upload throughputs realized by typical downloaders and seeds respectively. Based on the measurements we were able to directly collect estimates for the peer upload throughputs. To circumvent problem we sampled the file sharing dynamics associated with particular files to obtained multiple triples comprising the # seeds, # downloaders, and (aggregate) throughput exchanged by peers over time. We then did a least squares fit to this data to the linear model presented earlier, see Eq.(3). This essentially corresponds to performing a two-dimensional regression to obtain the sensitivity of throughput to number of seeds and downloaders correspond to $u_{dl}$ and $u_{seed}$.

This study was conducted for sets of peers sharing popular files, i.e., typically involving more than 100 concurrent downloaders and associated with file sizes ranged from 200MB to 2GB. The objective was to study the relative values of $u_{dl}$ and $u_{seed}$ and their sensitivities to file size.

### C. Is there an exponential growth in the transient service capacity and average throughput per peer?



Fig. 7. Total throughput, number of seeds, and downloaders associated with a file in the BT system.

Fig.7, shows the total throughput, number of seeds and number of downloads (demands) for a representative (popular) document of size 1310 MBytes over time. We note that in the first 200 minutes or so, the number of seeds stays fixed at 1, although the total throughput increases exponentially. This clearly exhibits how fast increases in service capacity in the initial transient mode are enabled by multi-part downloading, i.e., downloading

| insert time | file name | size | #seeds | #downloaders | #finished | TX vol | throughput | life |
|---|---|---|---|---|---|---|---|---|
| 6.24.2003.10:45 | F1 challenge | 678MB | 2 | 8 | 104 | 75.05GB | 265.31KB/s | 3 10:43 |

TABLE I

FORMAT OF BT TRACE FILE



Fig. 8.   Average throughput per peer and service capacity for a file in BT system.



Fig. 9.   The KByte transmission delay versus offered load(estimated by summing over *download + seed*) of files in BT system.

peers are making significant contributions to the service capacity. We note that at around 500 minutes the number of seeds in the system peaks, and subsequently decreases to a steady state of roughly 20 seeds so uncooperative peers are exiting the system quickly. Meanwhile the number of peers downloading the document increases in bursts from 50 to 75 to about 125. The total throughput in the system continues increasing after an initial exponential growth although it tracks the bursty increases in number of downloaders ( e.g. the upsurge mentioned at time 500 minutes) slowly instead of exponentially fast. This suggests that the ability of the system to leverage the dynamic service capacity offered by a large number of concurrently downloading peers may not scale as effectively as it did at the start. We suspect this is due to the impact of the credit system as mentioned in Section I. In particular it would give priority to peers that have been in the system and downloading for quite sometime at the expense of new peers (with low credit) and thus reduce the growth rate. This might also due to the signaling overheads among larger number of peers scaling poorly.

Fig.8 shows the average throughput per peer and service capacity of the system as a function of time. The exponential growth of throughput per peer is remarkable during the first 300 minutes. Thereafter the individual peer's throughputs track the service capacity fairly well. The drop at time 600 minutes seems to be associated with a sharp drop in the number of seeds with a concurrent large increase in the number of downloaders.

*D. How does the offered load impact average throughput performance per peer?*

The data shown in Fig.9 corresponds to a sample of 500 files with file sizes ranging from 400MBytes to 1.1GBytes, for which the system capacity appeared to be in the steady state, i.e., one to four days have elapsed since these documents were introduced to the system and the service capacity and throughput per peer should be representative of their popularity/offered loads. For each file, we plot the KByte transmission delay, i.e., inverse of the average throughput per peer (in KByte/sec), versus the number of seeds and downloaders participating in the system. The number of participants is roughly linear in the offered load for a each file, i.e., a proxy for the popularity of the document. For files with less than 50 peers participating in the system, i.e., not very popular, the performance is seen to be quite unpredictable. Intuitively, this big variance is due to the fact that the number of peers is small and heterogeneity among peers is reflected in differences in performance. However, for files that are very popular, the performance improves, albeit slowly, in the number of participants. This matches our analytical results very well, i.e., average delays might go down in the offered load. For example, as marked in Fig.9, when number of peers is 200, the average throughput per peer is roughly 40KBytes/sec, i.e., the delay to transmit 1Kbyte is 0.025sec and when peer number is 100 the average throughput per peer is only about 25Kbyte/sec, i.e., a delay of 0.04sec per 1Kbyte. This improvement as the number of peers grows, is less significant when the number of peers exceeds 200, possibly due to TCP flow control. Comparing this performance characteristics with those for the model shown in

Fig.6(c), we noted that the average delay performance gets better in the offered load but the marginal gains decrease.

### E. Impact of file size on the per seed and downloader's effective throughput?

Let us first consider the dependence of the effective upload $u_{seed}$ and $u_{dl}$ on the file size. Fig.10(a) shows estimated parameters for files of various sizes. It should be clear that both $u_{seed}$ and $u_{dl}$ improve with the increasing file size, which, as expected, is due to the improved capability of peers to leveraging service capacity via multi-part downloading if the file being exchanged is large. Also, as shown in Fig.10(b), the average per peer download throughput also improves with the increasing file size. Indeed since downloaders can share the service capacity leverage from both downloaders and seeds, it is natural to observe that the average download throughput per peer, which is roughly $u_{dl}$ plus a fraction of $u_{seed}$, mostly lies above $u_{dl}$. We note however, that this data is intended to only show rough trends, and the reliability of the collected data would not warrant a conclusive claim on the precise trend, i.e., linear or sub-linear. In particular the 95% confidence intervals on the point estimates shown in Fig.10(a) range from $\pm32$ KByte/sec to $\pm227$ KByte/sec. A detailed investigation of our data sets revealed the presence of outliers that we believe are due to resetting of BitTorrent trackers. Furthermore the simple linear model we are using to capture the system's performance may be a crude approximation. Indeed it is possible that offered loads to seeds versus downloaders depend on the relative quantities of these, i.e., $u_{seed}$ and $u_{dl}$ might depend on the ratio of $y/x$ and thus change the model. For this reason the data shown in the figure is associated with files and samples having roughly the same orders of magnitude for $x, y$.

### F. Discussion

To summarize we have observed two different stages of the dynamics of P2P systems. First an initial transient flash crowd phase wherein the overall service capacity is low but quickly catches up with the demands leveraging peers that are downloading a multi-part file to serve others. This is clearly a regime where the system's service capacity is limited yet can quickly benefit from the crowd to bootstrap its ability to serve peers. In a second regime, a steady state, the overall service capacity increases slowly and fluctuates along with demands with an average throughput per peer remaining fairly stable. The steady state performance seen by peers improves in the popularity of the file, i.e., number of participating peers. However we noted an example where subsequent burst of demands does not lead to a dramatic exponential growth in the aggregate throughput, in fact it looks more like a linear response. As explained earlier, we conjecture that this may be due to either a lack scalability, perhaps signaling overheads or be the result of a credit system geared at favoring some peers, versus increasing the rate of growth. We leave this conjecture to further research, but suggest that in steady state, when the number of peers is already large, a credit system may be biased against peers who just enter and penalize the ability of a P2P system to catch up exponentially

further upsurges in demands. Finally we observed that multi-part downloading allows significant improvement in the performance as the file size increase.

## V. Conclusion

In this paper, we have modeled the service capacity of a P2P system in two regimes. One is the transient phase in which the system tries to catch up bursty demands (flash crowd). Both our analytical model and trace measurements exhibit the exponential growth of service capacity during the transient phase. In the second regime, the steady state, we show that the service capacity of a P2P system will scale with and track the offered loads, so individual user's performance will not degrade significantly. Moreover, both our analysis and empirical data suggest that at higher offered loads and with cooperative users the system performance might improve. These characteristics are particularly desirable in systems designed to handle exceedingly bursty demands.

In addition, we studied various techniques that might help improve P2P performance. Multi-part combined with parallel uploading when properly optimized will generally improve system performance, particularly when peers exit the system at a high rate. A credit system might help provide peers incentives to share and thus improve performance. Yet even a simple credit system based on 'short term' history of peer's upload download volume may limit the system's capability to deal with flash crowds above and beyond an established steady state.

### References

[1] "Report: Napster users lose that sharing feeling," in *CNN news, URL: http://www.cnn.com/2001/TECH/internet/06/28/napster.usage/*.

[2] "Peer-to-peer file sharing: The effects of file sharing on a service provider's network," in *Industry White Paper, Sandvine Incorporated*, 2002.

[3] "Top applications (bytes) for subinterface: Sd-nap traffic," in *CAIDA workload analysis of SD-NAP data, URL: http://www.caida.org/analysis/workload/byapplication/sdnap/index.xml*, 2002.

[4] Jaeyeon Jung, Balachander Krishnamurthy, and Michael Rabinovich, "Flash crowds and denial of service attacks: Characterization and implications for cdns and web sites," in *Proceedings of the International World Wide Web Conference (WWW'02)*, May, 2002.

[5] Dan Rubenstein and Sambit Sahu, "An analysis of a simple p2p protocol for flash crowd document retrieval," in *Technical report EE011109-1, Columbia University*, November 2001.

[6] Angelos Stavrou, Dan Rubenstein, and Sambit Sahu, "A lightweight, robust p2p system to handle flash crowds," in *Proceedings of IEEE ICNP 2002, Paris, France*, November, 2002.

[7] Tyron Stading, Petros Maniatis, and Mary Baker, "Peer-to-peer caching schemes to address flash crowds," in *Proceedings of IPTPS'02, Cambridge, MA*, March 2002.

[8] Sean Rhea, Chris Wells, and Patrick Eaton et al, "Maintenance-free global data storage," in *IEEE Internet Computing, pages 40–49*, September-October 2001.

[9] Sven Graupner, Winfried Kalfa, and Carsten Reimann, "Modeling and simulation of media-on-demand services - evaluating a digital media grid architecture," in *HP Laboratories technical report, HPL-2002-192*, 2002.

[10] Matei Ripeanu, Ian Foster, and Adriana Iamnitchi, "Mapping the gnutella network: Properties of large-scale peer-to-peer systems and implications for system design," *IEEE Internet Computing*, vol. 6, no. 1, pp. 50–57, Jan.-Feb.2002.

[11] Matei Ripeanu, "Peer-to-peer architecture case study: Gnutella network," in *Proceedings of First International Conference on Peer-to-Peer Computing, pages 99–100*, 2001.


(a)


(b)

Fig. 10. On the left, the estimated effective upload $u_{seed}$ and $u_{dl}$ for files of different sizes. The dotted lines are obtained from quadratic fits to the data. On the right, the average per peer download throughput versus the file size. Note as expected it lies roughly between $u_{seed}$ and $u_{dl}$, where the solid line is a quadratic fit for the average per peer download throughput.

[12] Stefan Saroiu, P. Krishna Gummadi, and Steven D. Gribble, "A measurement study of peer-to-peer file sharing systems," in *Proceedings of Multimedia Computing and Networking, San Jose*, January 2002.

[13] T.S. Eugene Ng, Yang hua Chu, Sanjay G. Rao, Kunwadee Sripanidkulchai, and Hui Zhang, "Measurement-based optimization techniques for bandwidth-demanding peer-to-peer systems," in *proceedings of IEEE INFOCOM03, San Francisco*, April 2003.

[14] Jordan Ritter, "Why gnutella can't scale. no, really," in *URL http://www.tch.org/gnutella.html*, 2001.

[15] Zihui Ge, Daniel R. Figueiredo, Sharad Jaiswal, Jim Kurose, and Don Towsley, "Modeling peer-peer file sharing systems," in *proceedings of IEEE INFOCOM03, San Francisco*, April 2003.

[16] G.R. Grimmett and D.R. Stirzaker, *Probability and Random Processes, 2nd Edition*, 1995.

[17] K.B.Athreya and P.E.Ney, *Branching Processes*, 1972.

[18] S.M. Ross, *Stochastic Processes*, 1983.

# EXHIBIT 8

# BitTorrent: An Extensible Heterogeneous Model

Alix L.H. Chow
University of Southern California

Leana Golubchik
University of Southern California

Vishal Misra
Columbia University

*Abstract*—Peer-to-peer (P2P) systems in general, and BitTorrent (BT) specifically, have been of significant interest to researchers and Internet users alike. Existing models of BT abstract away certain characteristics of the protocol that are important, which we address in this work. We present a simple yet accurate and easily extensible model of BT. The model's accuracy is validated through a rigorous simulation-based study and its extensibility is illustrated by incorporating recently proposed approaches to protocol changes in BT.

## I. INTRODUCTION

BitTorrent (BT) [1] has been of significant interest to researchers and Internet users alike. In this work, we focus on a simple model of BT, as a tool for providing insight into its behavior and possible future improvements in its architecture.

In BT, nodes join the system and begin exchanging data chunks with their neighbors. Nodes that do not have a complete copy of the file are termed "leechers" and those that do are termed "seeds". Nodes that do not contribute their upload capacities are termed "free-riders". Each leecher $i$ picks ("unchokes") a number of nodes to whose requests it will respond with an upload of an appropriate chunk. A subset of these nodes is picked based on the tit-for-tat (TFT) mechanism, i.e., those neighbors that have provided the best service (in terms of download rate) to node $i$ recently. Another subset is picked randomly, i.e., they are "optimistically unchoked" (to explore better neighbors). Seeds also pick a subset of neighbors, and upload data to them. In a more recent version of BT ([2]) the seeding capacity is distributed essentially uniformly to the neighboring peers. All these choices are re-evaluated periodically.

A number of works have focused on modeling BT or BT-like systems (see Section V) - some model flash crowd behavior and some steady state behavior. In this work, we focus on steady state behavior. Within the class of efforts that model steady state behavior, *our model is distinct as it accounts for: (1) seeds and (2) free-riders*. Moreover, to improve the accuracy of our model, we account for: (a) imperfect clustering behavior in regular (TFT-based) unchokes and (b) bias in optimistic unchokes.

We also note that our model is of a *heterogeneous* BT system (in terms of node bandwidths) and that the only other work that considers a heterogeneous system in the context of steady state behavior is [3], but without the distinctions stated above. We first explain why it is important to include seeding and free-riding behavior in a BT model; we then present our model in Section II and illustrate its accuracy in Section III (where we also compare our model to the only other available model of a heterogeneous BT system in steady state, given in [3]).

A number of research studies (e.g., [3], [4], [5], [6]), have focused on the fairness, robustness, and performance characteristics of BT, mainly resulting from the TFT mechanism. However, very few studies (except [7]) have considered seeding behavior effects. Given typical user behavior and the design of most BT clients, seeding is a common phenomenon seen in the BT ecosystem. Many users leave their BT clients unmonitored while performing a large download, and the clients seamlessly transition to being seeds once the download completes. Also, some sharing communities enforce a download/upload ratio to enable seeding and a better performing system. Real-world measurements (e.g., [2], [8], [9], [10]) suggest that, in most torrents, there exists a significant number of seeds, with a large variety of seeding capacity. Some of the torrents measured have twice the number of seeds than the number of leechers.

Seeding contributes capacity to the system, which can compensate for the asymmetric bandwidth scenarios in the Internet. However, it can degrade the fairness and incentive properties of the system, as free-riders can finish their downloads with reasonable performance by relying only on the seeds - not only do they not contribute to the systems' upload capacity, they also effectively reduce the performance gains provided by seeds.

One important thread in the design and evaluation of P2P systems has been the provision of incentives for nodes to contribute their resources. An interesting aspect of BT, which makes it stand out in that respect, is the "forcing" of peers to share their resources *while* attempting to complete their downloads (through the TFT mechanism) – this is done "locally" and without a need for centralized or distributed mechanisms for implementing an incentive system. Although this works nicely, there are still opportunities for free-riders to download files using: (1) capacity provided by leechers through the optimistic unchoking mechanism (used by leechers to probe for new downloading opportunities), and (2) capacity provided by seeds.

Since (a) there are significant seeding resources observed in typical torrents, which have significant effects on BT performance, and (b) there are significant opportunities for free-riders to hurt BT performance, we believe that it is important to include such behavior in an accurate BT model. Thus, in our work, we provide a simple and extensible model that can characterize the effect of seeding and free-riding in BT.

Another aspect that we include in our model is that of imperfect clustering[1]. Previous approaches have assumed that

This research was funded in part by the USC Annenberg Graduate Fellowship and the NSF 0627590, 0615126, 0720612, 0540420 grants.

[1]Our notion of clustering is similar to that in [11].

Exhibit 8     Page 92

operationally BT decomposes cleanly into clusters, where nodes "find" like nodes that are similar in bandwidth capacity and exchange chunks amongst each other. That however is not the case in practice, and we model that, with details given in Section II. Specifically, the contributions of our work are as follows:

- We provide a simple and complete steady state model of a heterogeneous BT system. To the best of our knowledge, it is the first analytical performance model that includes the behavior of seeds and free-riders. Our model predictions confirm that BT is indeed quite exploitable.

- We extend it to include important BT characteristics, namely (i) imperfect clustering in regular (TFT-based) unchokes and (ii) bias in optimistic unchokes.

- We validate our model using simulation results and demonstrate the importance of including imperfect clustering and biased optimistic unchoking in having accurate prediction of nodes' download time in BT.

- Our model's extensibility is demonstrated by explicitly modeling two variations of BT, (a) the well known large view exploit [12], [13], and (b) a recently proposed fix for the large view exploit [7].

## II. BT Model

We use a simple rate balance model, similar to [3], but we account for a number of BT characteristics (which are not included in [3]). Let $h$ be the number of node classes, where each class is defined by its upload and download capacities, $U^i$ and $D^i$, respectively. New nodes arrive to the system at an average rate of $\lambda$, and there is a probability of $p^i$ that a newly arrived node belongs to class $i$ - thus, class $i$ nodes arrive at a rate of $\lambda^i = p^i \lambda$. A class $i$ node downloads at the rate of $d^i$ chunks per time unit ($d^i \leq D^i$), and it uploads at the rate of $u^i$ chunks per time unit. Since (a) Internet upload and download capacities are often asymmetric and (b) some users tend to limit their upload capacities in BT, we assume that the upload links are the bottlenecks, i.e., $u^i = U^i$. This is a fairly typical assumption in the literature, e.g., it is also made in [3].

In steady state, there are $N_l^i$ class $i$ leechers in the system and $N_s^i$ class $i$ seeds, where $N^i = N_l^i + N_s^i$ represents the total number of class $i$ nodes. Let $T_l^i$ be the average amount of time a class $i$ leecher takes to download a file. Let $m$ be the number of data chunks in the file; then, $d^i = \frac{m}{T_l^i}$. Let $T_s^i$ be the average amount of time a class $i$ node stays in the system after becoming a seed. Thus, $T^i = T_l^i + T_s^i$ is the average amount of time a class $i$ node stays in the system. Then, we can state that at any time, the total download rate of all leechers is equal to the total upload rate from all leechers and all seeds, i.e.:

$$\sum_{i=1}^h u^i N^i = \sum_{i=1}^h d^i N_l^i.$$

Next, we build on this fairly coarse model while making some standard assumptions, including that the system is in steady state and that it has a sufficiently large number of nodes

where each peer has a sufficiently large number of neighbors[2]. Since in BT a node receives its downloads from other leechers (via regular or optimistic unchokes) and from seeds, what is needed is a model of how much download capacity a node will receive due to each. That is what we proceed to derive next. We do this first by assuming that there is (a) *perfect clustering* among nodes of the same class and (b) that the optimistic unchokes are unbiased. (This also corresponds to the assumptions made in [3].) We then show how to relax these assumptions in order to obtain a more accurate model.

**Regular Unchokes:** We first assume perfect clustering, i.e., that exchange of chunks due to TFT only occurs between nodes of the same class. Let $x$ be the number of simultaneous unchokes performed by a node, where $x_r$ of these correspond to regular unchokes (due to TFT) and the remaining $x_o$ correspond to optimistic unchokes. Since (given perfect clustering) the upload capacity due to regular unchokes of a class $i$ node is distributed to nodes of class $i$ *only*, we describe the download rate of a class $i$ node due to regular unchokes (from leechers of the same class), $d_{reg}^i$, as:

$$d_{reg}^i = \frac{N_l^i u^i \frac{x_r}{x}}{N_l^i} = u^i \frac{x_r}{x}.$$

**Optimistic Unchokes:** Here, we assume optimistic unchokes are unbiased, i.e., that they are uniformly distributed among all leechers in the system. Thus, we describe the download rate that a class $i$ node due to optimistic unchokes (from all other leechers), $d_{opt}^i$, as:

$$d_{opt}^i = \frac{\sum_{j=1}^h N_l^j u^j \frac{x_o}{x}}{N_l}.$$

**Seed Unchokes:** We assume seeds upload uniformly to all leechers (approximating the newer BT protocol) and describe the download rate of a class $i$ node from all seeds, $d_{seed}^i$, as:

$$d_{seed}^i = \frac{\sum_{j=1}^h N_s^j u^j}{N_l}.$$

Given above, we can state the following for the class $i$ node's download rate, $d^i = d_{reg}^i + d_{opt}^i + d_{seed}^i$:

$$d^i = u^i \frac{x_r}{x} + \frac{\sum_{j=1}^h N_l^j u^j \frac{x_o}{x}}{N_l} + \frac{\sum_{j=1}^h N_s^j u^j}{N_l}. \quad (1)$$

Next, we apply Little's Result to obtain:

$$N^i = \lambda^i T^i, N_l^i = \lambda^i T_l^i,$$
$$N_s^i = N^i - N_l^i = \lambda^i (T^i - T_l^i) = \lambda^i T_s^i.$$

Since, $T_l^i = \frac{m}{d^i}$, we can plug this, along with $\lambda^i = p^i \lambda$, into Equation (1), to obtain:

$$
\begin{aligned}
d^i &= u^i \frac{x_r}{x} + \frac{\sum_{j=1}^h p^j \lambda \frac{m}{d^j} u^j \frac{x_o}{x}}{\sum_{j=1}^h p^j \lambda \frac{m}{d^j}} + \frac{\sum_{j=1}^h p^j \lambda T_s^j u^j}{\sum_{j=1}^h p^j \lambda \frac{m}{d^j}} \\
&= u^i \frac{x_r}{x} + \frac{\sum_{j=1}^h \frac{p^j u^j x_o}{d^j x}}{\sum_{j=1}^h \frac{p^j}{d^j}} + \frac{\sum_{j=1}^h p^j T_s^j u^j}{\sum_{j=1}^h \frac{p^j}{d^j}}. \quad (2)
\end{aligned}
$$

---

[2] We also do not model the initial slow startup of newly arrived nodes, and assume that leechers do not abort in the middle of a download.

Exhibit 8      Page 93

Thus, we have a set of $h$ equations with $h$ unknowns, $d^1, d^2, ..., d^h$, which can be solved to obtain the average download rate of each class. Note that the above model degenerates to the one presented in [3], if we ignore the seeds. However, as noted in Section I, seeds have a significant effect on BT systems and thus need to be modeled. As also noted in Section I, free-riders have a significant effect as well; thus, we address inclusion of free-riders in the model next.

### A. Free-Riders

A simple approach to including free-riders in this model is to view them as another user class (or multiple classes, if they have different download capacities), all with upload capacity of $0$. Then, the download rate of a free-riding class is described as that of a contributing leecher class, but with the first term (corresponding to TFT) in Equation (2) dropped; e.g., if we had one free-riding class, say class $h$, then

$$d^h = \frac{\sum_{j=1}^{h} \frac{p^j u^j x_o}{d^j x}}{\sum_{j=1}^{h} \frac{p^j}{d^j}} + \frac{\sum_{j=1}^{h} p^j T_s^j u^j}{\sum_{j=1}^{h} \frac{p^j m}{d^j}},$$

would be its download rate, where classes 1 through $h-1$ correspond to contributing leechers - their download rate equations remain as in Equation (2), with $u^h = 0$. This, of course, can be done for multiple free-riding classes.

We believe that the basic model presented above is quite adaptable; thus future architectural and protocol changes can be incorporated and studied through it (refer to Section IV). However, we first refine our model to make it more accurate.

### B. More Realistic Model

The above model assumes that regular unchokes are perfectly clustered and that optimistic unchokes are unbiased (i.e., as in [3]). However, evidence based on measurements of real BT systems in [11] and our simulations in Section III clearly indicates that significant imperfect clustering (in regular unchokes) exists. Thus, here we remove these assumptions to more accurately account for how the real BT protocol works. Specifically, we first modify the model in a more abstract manner, and then further develop it based on potential causes of imperfect clustering and biased optimistic unchokes.

Firstly, we take into account the fact that a fraction of regular unchokes will go to nodes in other classes. Specifically, we define $q_{i,j}$ to be the fraction of regular unchokes from class $i$ that will go to class $j$, with $\sum_{j=1}^{h} q_{i,j} = 1$. Given $q_{i,j}$, the download rate that a class $i$ node receives from regular unchokes from all nodes, $d_{reg}^{i'}$, can be described as:

$$d_{reg}^{i'} = \frac{\sum_{j=1}^{h} q_{j,i} N_l^j u^j \frac{x_r}{x}}{N_l^i}.$$

Secondly, we consider the fact that optimistic unchokes of a node are not distributed evenly to all leechers. Specifically, we define $o_{i,j}$ to be the fraction of optimistic unchokes from class $i$ that will go to class $j$, where $\sum_{j=1}^{h} o_{i,j} = 1$. Given $o_{i,j}$, the



Fig. 1.   Slow Node Imperfect Clustering

download rate a class $i$ node receives from optimistic unchokes from all nodes, $d_{opt}^{i'}$, can be described as:

$$d_{opt}^{i'} = \frac{\sum_{j=1}^{h} o_{j,i} N_l^j u^j \frac{x_o}{x}}{N_l^i}.$$

Given these adjustments to regular and optimistic unchokes, we can express our new model for the download rate of a class $i$ node, $d^{i'} = d_{reg}^{i'} + d_{opt}^{i'} + d_{seed}^i$, as:

$$
\begin{aligned}
d^{i'} &= \frac{\sum_{j=1}^{h} q_{j,i} N_l^j u^j \frac{x_r}{x}}{N_l^i} + \frac{\sum_{j=1}^{h} o_{j,i} N_l^j u^j \frac{x_o}{x}}{N_l^i} \\
&\quad + \frac{\sum_{j=1}^{h} N_s^j u^j}{N_l} \\
&= \frac{d^{i'}}{p^i} \sum_{j=1}^{h} \frac{(q_{j,i} x_r + o_{j,i} x_o) p^j u^j}{d^{j'} x} + \frac{\sum_{j=1}^{h} p^j T_s^j u^j}{\sum_{j=1}^{h} \frac{p^j m}{d^{j'}}}, (3)
\end{aligned}
$$

where the main challenge is in determining $q_{i,j}$ and $o_{i,j}$. To do this, we examine possible causes for imperfect clustering and biased optimistic unchokes.

**Imperfect Clustering:** Although there are a number of potential causes, we conjecture that the main cause of imperfect clustering is that optimistic unchokes from faster classes of nodes destroy clustering of slower classes of nodes. Specifically, when a fast node optimistically unchokes a slow node, the slow node reciprocates with a regular unchoke (as it is getting a high download rate from that fast node).

For ease of exposition, we first focus on a two class (*slow* and *fast*) scenario. We assume that the fast nodes are perfectly clustered ($q_{fast,fast} = 1$ and $q_{fast,slow} = 0$). We then derive the effects of imperfect clustering on slow nodes by considering the timing of regular and optimistic unchokes between slow and fast nodes[3]. Specifically, the reciprocation of slow nodes with regular unchokes to optimistic unchokes of fast nodes is *temporary*. As a fast node realizes that it unchoked a slow node (due to a relatively slow download rate from that node), it discards the slow node. Since the TFT mechanism re-evaluates choices of best download rates using a sliding window, the effect of the fast node's optimistic unchoke eventually wears off, at which point the slow node stops the regular unchoke of the fast node. The extreme cases of how this can happen are illustrated in Figure 1[4]. Here we define $t_{opt}$ as the optimistic unchoking re-evaluation interval, $t_{reg}$ as the regular unchoking re-evaluation interval, and $t_{win}$ as the history window size for

---

[3] This is similar to the derivation in [4], which was done in the context of a flash crowd, rather than a steady state, model.

[4] A similar method can be used to model the effect of fast nodes doing regular unchokes to slow nodes. However, since measurement and simulation evidence indicates that this is a less frequent case, we omit it here as it would further complicate the model.

Exhibit 8      Page 94

re-evaluation of both unchoking mechanisms. We now examine the two cases in Figure 1. If the optimistic unchoke arrives right after the regular unchoke re-evaluation period of a slow node, say $T$ (as depicted by the shaded box in Case (i)), then the slow node reciprocates with a regular unchoke to the fast node, starting in the next re-evaluation interval, $T + t_{reg}$, for a time interval of $t_{opt} - t_{reg} + t_{win}$, as depicted by the clear box in the figure. At the other extreme, if the unchoke arrives right before the next re-evaluation interval, i.e., Case (ii), the slow node reciprocates with a regular unchoke to the fast node, for a time interval of $t_{opt} + t_{win}$. Here, we assume that the unchokes arrive uniformly during the regular unchoking re-evaluation interval. As the slow node does $x_r$ regular unchokes at the same time, on average, the fraction of the regular unchoking capacity of a slow node that is spent on a fast node due to a fast node's optimistic unchoke, $f_{opt}$, can be described as:

$$f_{opt} = \frac{\frac{1}{2}\big((t_{opt} - t_{reg} + t_{win}) + (t_{opt} + t_{win})\big)}{x_r t_{opt}}.$$

We can then approximate $q_{slow,fast}$ as

$$q_{slow,fast} = min(g_{opt}f_{opt}, 1), \qquad (4)$$

where $g_{opt}$ is the average number of optimistic unchokes that a slow node is receiving from fast nodes[5]. Note that, $q_{slow,slow} = 1 - q_{slow,fast}$. We can approximate $g_{opt}$ by looking at the average number of fast and slow peers of a node. We define $s$ as the peer set size of a node (i.e., the number of peers to which that node connects and exchanges data with), and we approximate $g_{opt}$ by:

$$g_{opt} = s\frac{N_l^{fast}}{N_l}x_o o_{fast,slow}\frac{1}{s\frac{N_l^{slow}}{N_l}} = \frac{N_l^{fast}}{N_l^{slow}}x_o o_{fast,slow},$$

where $o_{fast,slow}$ is the fraction of optimistic unchokes from the fast class that goes to the slow class (as discussed in more detail below). Here, $s\frac{N_l^{fast}}{N_l}$ and $s\frac{N_l^{slow}}{N_l}$ is the average number of fast peers and slow peers of a node, respectively.

We now show how to extend this to more than two classes. Without loss of generality, we assume that the class indices are in *descending order* of their uploading capacities. As before, we assume that faster nodes do not experience imperfect clustering with slower nodes, i.e., $q_{i,j} = 0, \forall j > i$. Thus, there are no regular unchokes from a faster node to a slower node. For the regular unchokes of faster nodes by slower nodes, we can use the following approximation:

$$q_{i,j} = min\big(min(g_{i,j}f_{opt}, 1), 1 - \sum_{k=1}^{j-1} q_{i,k}\big), \qquad (5)$$

where $q_{i,i} = 1 - \sum_{j=1}^{i-1} q_{i,j}$, $q_{i,1} = min(g_{i,1}f_{opt}, 1)$, and $g_{i,j}$ is the average number of optimistic unchokes that a class $i$ node

is receiving from class $j$ nodes, which can be described as:

$$g_{i,j} = s\frac{N_l^j}{N_l}x_o o_{j,i}\frac{1}{s\frac{N_l^i}{N_l}} = \frac{N_l^j}{N_l^i}x_o o_{j,i}.$$

The idea is that when we consider the regular unchoking capacity due to imperfect clustering of class $i$, we assume that as much as possible of it first goes to the fastest class in the system, i.e., $min(g_{i,1}f_{opt}, 1)$. Then, as much as possible of the remainder goes to the second fastest class, and so on.

**Biased Optimistic Unchoking:** Although usually modeled as being uniform among all leechers (as in [3]), optimistic unchokes are in fact biased in the real world[6], with the reason being that optimistic unchokes are only performed on peers that are not (currently) unchoked through regular unchokes. Thus, given $q_{i,j}$, we can approximate $o_{i,j}$ as:

$$o_{i,j} = \frac{s\frac{N_l^j}{N_l} - x_r q_{i,j}}{\sum_{k=1}^{h}(s\frac{N_l^k}{N_l} - x_r q_{i,k})}. \qquad (6)$$

Note that, the more perfect is the clustering (due to regular unchokes), the more biased are the optimistic unchokes. However, the biasing effect becomes less significant when the peer set size, $s$, becomes larger. Here we assume that $s$ is large enough such that $s\frac{N_l^j}{N_l} > x_r q_{i,j}$ for all $i, j$.

The model can now be solved numerically, e.g., using fixed point iteration.

## III. MODEL VALIDATION AND INSIGHT

In this section, we validate the model proposed in Section II using simulation. (Validation of the model using real-world experiments is an ongoing effort.) We also illustrate how our model can be used to obtain insight into the BT system. We use the BT simulator provided by [14] (also used by other researchers in the community), with modifications described below. The simulator is event-based and simulates the chunk exchanging mechanism of the BT protocol.

We extended the simulator to support: (a) nodes staying around as seeds, (b) node arrivals, and (c) nodes acting as free-riders (i.e., nodes that do not unchoke and leave the system upon download completion). The seeding times and node inter-arrival times follow an exponential distribution. We also modified the original seeding scheme to be more uniform, in-line with the current BT protocol. Moreover, we also fixed a bug in the original simulator that affected the selection of peers for unchoking - the original simulator incorrectly implemented that part of the BT protocol, which resulted in a higher probability of unchoking previously unchoked peers.

Unless specified otherwise, the following results correspond to the simulation settings in Table I. The system starts with 1 origin seed with a 1000 kbps upload capacity, that stays in the system for 12 hours. Nodes arrive to the system from a Poisson process with a rate $\lambda$ and are assigned to a particular class according to a given distribution. The classes differ in their upload and download capacities. We consider the steady

---

[5]In cases where $g_{opt}f_{opt} > 1$, all the regular unchoking capacity of a slow node is spent on $g_{opt}$ fast nodes. Although effectively this means that the fraction of regular unchoking capacity spent on each fast node would be less than $f_{opt}$, this will not affect our results as in our model we are only interested in $q_{slow,fast}$.

[6]We also observe this in our simulations.

Exhibit 8      Page 95

TABLE I
SETTINGS

| Filesize ($m$) | 500 MB (2000 Chunks, 256 KB each) |
|---|---|
| Avg node inter-arrival ($\frac{1}{\lambda}$) | 1 min |
| Peer Set Size ($s$) | 80 |
| # Leecher Unchokes | 4 Reg. ($x_t$) + 2 Opt. ($x_o$) |
| # Seed Unchokes | 6 |
| Unchoke Re-eval. Interval | Reg. ($t_{reg}$): 5 sec; Opt. ($t_{opt}$): 30 sec |
| Re-eval. History ($t_{win}$) | 20 sec |

TABLE II
CLASS DESCRIPTION (TWO CONTRIBUTING CLASSES)

| Class | Download Capacity | Upload Capacity |
|---|---|---|
| Fast | 5000kbps | 512kbps |
| Slow | 5000kbps | 128kbps |

state behavior of the system. Each simulation run corresponds to 63 hours, where we only compute our results over the last 48 hours. (We check our results to make sure the system passes the ramp up stage during the first 15 hours.)

The model-based results are obtained numerically, using a fixed point iteration method. These solutions converge quickly, even for multiple class cases.

We note that a single simulation run (i.e., one point in a figure) takes more than 10 hours on a reasonable Core 2 Duo machine while our model can compute the entire figure in less than 1 sec. Thus, our model provides a much faster way (than simulation) of exploring system parameters and design choices.

In what follows, "Model-PC" refers to the basic model, i.e., described by Equation 2, and "Model-IC" refers to our final model with imperfect clustering and biased optimistic unchoking enhancements, i.e., described by Equation 3.

**Experiment 1: Two Leecher Classes.** We consider a system with two classes and bandwidth settings given in Table II and no seeding time. Figure 2 depicts the resulting download times as a function of the percentage of node arrivals corresponding to the fast class, where we observe the following. Model-IC is much more accurate in predicting the download time of the slow class. For example, when $80\%$ of the arriving nodes are from the fast class, Model-PC's prediction for the slow class download time differs from simulation by $\approx 22\%$ while Model-IC's prediction differs by less than $1\%$. The error in Model-PC is mainly due to neglecting imperfect clustering. This can be observed from there being a larger error with a higher percentage of fast nodes and from Figure 3 which depicts the fraction of the regular unchoking capacity that is not distributed to nodes of the same class, obtained from the simulation and from Model-IC. As can be seen, slow nodes have a higher fraction of imperfect clustering when there is a higher percentage of fast nodes among the arrivals.

Model-IC can predict the *trend* in the imperfect clustering of slow nodes; however, it under-estimates the number, which can be explained as follows. While in the model we assumed that fast nodes have perfect clustering, simulation results indicate that some degree of imperfect clustering exists among fast nodes as well. Thus, the under-estimation of imperfect clustering of slow nodes is due to the imperfect clustering of fast nodes - the regular unchokes from fast nodes to slow nodes further degrade clustering of slow nodes, similarly to the degradation

TABLE III
CLASS DESCRIPTION (WITH FREE-RIDERS)

| Class | Fraction | Download Capacity | Upload Capacity |
|---|---|---|---|
| Contributing | 80% | 5000kbps | 512kbps |
| Free-Riders | 20% | 5000kbps | 0 |

due to fast nodes' optimistic unchokes of slow nodes. To correct for the phenomenon, we can use a similar derivation to the one given in Section II [7].

**Experiment 2: Three Leecher Classes.** Next, we look at a system with three classes, where we add a "Super-Fast" class, with upload (download) capacity of $1000kbps$ ($5000kbps$), to the classes given in Table II (again, with no seeding time at first). Figure 4 depicts the average download times of the three classes as a function of the percentage of super-fast node arrivals (with the remainder of arrivals split evenly between the fast and slow classes). Observe that Model-IC predicts the download times quite accurately, while Model-PC results in a larger error - e.g., when $70\%$ of the arrivals are from the super-fast class, Model-PC has an error of $\approx 20\%$ and $\approx 16\%$ for the slow and the fast class, respectively, while the corresponding errors in Model-IC are only $\approx 2\%$ and $\approx 5\%$. This is mainly due to neglecting of imperfect clustering in Model-PC.

To further illustrate the difference between Model-IC and Model-PC, in Figure 5 we depict the average download times of the three classes as a function of the average seeding time, with $70\%$, $15\%$, and $15\%$ of the arrivals corresponding to super-fast, fast, and slow classes, respectively. From the results, we observe that Model-IC can predict the download times of all classes quite well. Again, we note that in this figure, Model-PC would degenerate to the model in [3], at $0$ seeding time, but since the model in [3] does not include seeding behavior, its prediction would not change as the seeding time is increased.

**Experiment 3: Free-Riders.** We now focus on free-riders. For clarity of presentation, we look at the case with one contributing leecher class (CL) and one free-riders class (FR), with bandwidth setting given in Table III. Figure 6 depicts the average download times of the contributing leechers and free-riders as a function of the fraction of percentage of free-riders in the arriving nodes, where contributing nodes have an average seeding time of 120 min. We observe the following. Both models can predict the download times of contributing leechers and free-riders quite accurately. The existence of free-riders slows down contributing leechers. Thus, it is important to include free-riders in the model. Moreover, improvements in contributing leechers' download times can be achieved by discouraging free-riders, e.g., if we can reduce the percentage of free-riders from $20\%$ to $5\%$, we can speed up the downloads of contributing leechers by more than $50\%$. Thus, it is worth considering and modeling schemes which discourage free-riding, as discussed in Section IV.

Figure 7 depicts the average download times of contributing leechers and free-riders as a function of the contributing nodes'

---

[7]Although the degree of imperfect clustering is under-estimated, the download time prediction is accurate, e.g., because the loss of regular unchoking capacity within the slow class is compensated by the fast nodes' regular unchoking capacity given to the slow class.

Exhibit 8      Page 96



Fig. 2.   Different Mix of Two Contributing Classes.

Fig. 3.   Imperfect Clustering Fraction.

Fig. 4.   Different Mix of Three Contributing Classes.

Fig. 5.   Different Seed Time (Three Classes).

Fig. 6.   Different Fraction of Free-Riders.

Fig. 7.   Different Seed Time (with FR).

Fig. 8.   Different Peer Set Size

Fig. 9.   Large View Exploit.

Fig. 10.   Different Threshold (Free-Riders).

average seeding time, with bandwidth settings given in Table III. Observe that both models can predict download times quite well when the seeding time is relatively high. Since the seed unchokes are modeled fairly accurately in both models and since the effect of seeding capacities dominates as that capacity grows, Model-PC exhibits similar accuracy to Model-IC at higher seeding capacity. Model-IC is more accurate when the seeding time is shorter, e.g., with no seeding time, Model-PC's prediction of free-riders' download time differs from that of simulation by $\approx 16\%$, whereas as that of Model-IC's only differs by $\approx 2\%$. As there is only one contributing class, the regular unchokes are close to perfect (as also observed in the simulations); thus, the improvements in Model-IC are due to us modeling the bias in optimistic unchokes. Moreover, the free-riders' download time is quite sensitive to the seeding time, e.g., the download times of free-riders is reduced by $\approx 54\%$ when the average seeding time of contributing nodes increases from 0 to 30 min, while the download time of contributing nodes is only reduced by $\approx 18\%$. This suggests the need for re-considering appropriate use of seeding capacity, e.g., as modeled in Section IV.

In Figures 6 and 7, the model in [3] would give the same results as Model-PC, at the points where the fraction of free-riders and the seeding time are both 0. However, it would not be difficult include free riders in the model in [3], similar to the approach we have taken in Section II.

**Experiment 4: Peer Set Size.** Figure 8 depicts the download times of free-riders and contributing leechers as a function of a node's peer set size[8]. We consider the case with no seeding and bandwidth settings given in Table III. Observe that the peer set size has a significant effect on free-riders' download time (especially when it is small), while having little or no effect on contributing leechers. The free-riders download faster when the peer set size is smaller, e.g., the free-riders' download time is reduced by $\approx 40\%$ when the peer set size is reduced from 80 to 20. This occurs because under smaller peer set sizes, biased optimistic unchoking favors free-riders more. Model-IC captures this behavior well through biased optimistic unchoking. Model-PC does not consider peer set sizes, and thus

[8]Here we vary the peer set size of all nodes while only the free-riders' peer set size is varied in the large view exploit experiment below.

Exhibit 8       Page 97

in Figure 8 it results in an upper bound for Model-IC as the peer set size approaches infinity.

## IV. APPLICATIONS

In this section we demonstrate the extensibility of our model by explicitly modeling a well known exploit of BT and a recently proposed fix for it[9]

**Modeling an Exploit:** We first show how to incorporate the so-called *large view exploit* [12], [13] into our model. The basic idea behind the large view exploit is for free-riders to increase their peer set size in order to increase the probability of being optimistically unchoked by a leecher or picked by a seed's unchoking mechanism. Theoretically, a free-rider can increase the download rate linearly with the increase in the peer set size. We can adapt both models to include large view exploit behavior of free-riders; due to lack of space, we illustrate the adaptation of Model-PC only. We do this by adjusting Equation (1) as follows. Again, let class $h$ be the free-riding class with download rate $d^h$. And, let $N_l^{LV}$ be the number of leechers in steady state under the large view exploit scheme. Specifically, we set $N_l^{LV} = \sum_{j=1}^{h-1} N_l^i + \alpha N_l^h$, where $\alpha$ is a function of the free-riders' desired peer set size. In the remainder of this paper, we set $\alpha$ to be the ratio of free-riders' desired peer set size to the peer set size of contributing leechers. Then, for contributing leecher classes, $1 \leq i \leq h-1$, we have:

$$d^i = u^i \frac{x_r}{x} + \frac{\sum_{j=1}^h N_l^j u^j \frac{x_o}{x}}{N_l^{LV}} + \frac{\sum_{j=1}^h N_s^j u^j}{N_l^{LV}},$$

while  $d^h = \alpha \frac{\sum_{j=1}^h N_l^j u^j \frac{x_o}{x}}{N_l^{LV}} + \alpha \frac{\sum_{j=1}^h N_s^j u^j}{N_l^{LV}}.$

We validate the resulting model in Figure 9 where we depict the average download rate of contributing leechers and free-riders, as a function of increasing free-riders' peer set size (due to the large view exploit). We consider the bandwidth setting in Table III, with contributing nodes having an average seeding time of 60 min, and where contributing leechers and seeds strive for a peer set of size 80 in all cases. We increase the average arrival rate to 2/min, thus sufficiently increasing the average number of nodes in the system for the large view exploit to work. Observe that free-riders can improve their performance (essentially linearly) through a larger peer set size, i.e., the large view exploit works. When the free-riders' peer set size is sufficiently large (e.g., larger than $\approx 170$ in this case), they can do better than contributing leechers. Overall, our model make accurate predictions in the case of large view exploits.

**Modeling an Exploit Fix:** Real-world measurements, such as [2], [8], [9], [10], suggest that there exists a significant number of seeds in most torrents. And, as shown in Section III: (a) performance of free-riders is quite sensitive to seeding capacity, and (b) encouraging free-riders to contribute their capacity can improve overall system performance. Thus, it is important to consider alternative approaches to distributing seeding capacity.

An approach which mitigates the large view exploit through alternative schemes for distribution of seeding capacity is given in [7]. We, again, illustrate extensibility and flexibility of our model by incorporating these schemes.

We first give a brief description of the schemes proposed in [7]. These schemes are motivated by observing that contributing leechers download slower at the beginning (when they have too few chunks to effectively participate in TFT) and at the end (when they only need very few chunks). The approach then is to prioritize the use of seeding capacity to those portions of the download process where it is most needed. The goal there is to (a) help contributing leechers while (b) hurting free-riders as they depend heavily on seeding capacity (as shown in Section III). The specifics of the schemes in [7] are as follows.

**Sort-based ($N$):** where a seed sorts its requesting neighbors based on the number of chunks they have and then unchokes the $N$ which are furthest from the middle (based on sorting order). (Below we use the BT default of $N = 6$).

**Threshold-based ($K, N$):** Threshold-based schemes are similar, except that the $N$ chosen are from those which have a certain percentage of the total number of chunks, e.g., in the experiments below we unchoke those nodes which have either $[0..\frac{K*100}{2}]\%$ or $[(100 - \frac{K*100}{2})..100]\%$ of the chunks.

**Threshold Optimization:** One parameter which can have a significant effect on performance is the threshold $K$. Intuitively, the smaller the value of $K$, the more aggressive is the degradation of free-riders' performance, but the greater is the danger of degrading contributing leechers' performance as well.

To model the effect of $K$, we conceptually divide the file with $m$ chunks into two parts, of $m_a$ and $m_b$ chunks each, where $m_a = mK$ and $m_b = m(1 - K)$. The download of the part of size $m_a$ is assisted by seeds while the part of size $m_b$ is downloaded without assistance from seeding capacity. We define $d_a^i$ as the download rate corresponding to the sub-file of size $m_a$ and $d_b^i$ as the download rate for the sub-file of size $m_b$. We also define the corresponding download times as $T_{la}^i$ and $T_{lb}^i$, where $T_{la}^i = \frac{m_a}{d_a^i}$ and $T_{lb}^i = \frac{m_b}{d_b^i}$. The total download time, $T_l^i$, for the entire file is then $T_{la}^i + T_{lb}^i$ and the average download rate for a class $i$ node is $\frac{m}{T_l^i}$. We then have:

$$d_a^i = \frac{\sum_{j=1}^h q_{j,i} N_l^j u^j \frac{x_r}{x}}{N_l^i} + \frac{\sum_{j=1}^h o_{j,i} N_l^j u^j \frac{x_o}{x}}{N_l^i}$$
$$+ \frac{\sum_{j=1}^h N_s^j u^j}{N_{la}}$$

and $d_b^i = \frac{\sum_{j=1}^h q_{j,i} N_l^j u^j \frac{x_r}{x}}{N_l^i} + \frac{\sum_{j=1}^h o_{j,i} N_l^j u^j \frac{x_o}{x}}{N_l^i},$

where $N_{la} = \sum_{i=1}^h N_{la}^i$ and $N_{la}^i = \lambda^i T_{la}^i$, i.e., here $d_a^i$ benefits from the seeding capacity and that seeding capacity is shared by all leechers within the threshold ($N_{la}$) while $d_b^i$ only benefits from capacity due to regular and optimistic unchokes.

Figures 10 and 11 depict the download times of free-riders and contributing leechers, respectively, as a function of $K$, with the bandwidth settings given in Table III and the average

---

[9]The protocol change is used as an example; and other protocol variations can be easily incorporated.

Exhibit 8     Page 98



Fig. 11.   Thresholds (Contributing Leechers).



Fig. 12.   Optimal Threshold



Fig. 13.   Download Time using the Opt. Threshold

seed time of 60 min. Here, we observe that our models are reasonably accurate in predicting the download time, with Model-IC again being more accurate, particularly in predicting the download time of free-riders.

A number of metrics can be used to determine an optimal[10] value of $K$, e.g., one may want to slow down free-riders as much as possible. However, doing so may slow down the contributing leechers quite a bit, while at the same time wasting seeding capacity. Another possibility would be to optimize some notion of fairness, e.g., using fairness metrics in [3]. Another optimization objective might be to slow down free-riders as much as possible while not hurting the contributing leechers. We focus on refining this objective below.

When we examine Figures 10 and 11, we observe that there exists a knee in the threshold curves, such that when the threshold is larger than this value, reducing the threshold has no effect on contributing leechers while free-riders continue to be slowed down to some degree. Setting the threshold to this knee would be one approach to slowing down the free-riders as much as possible while not hurting contributing leechers.

This knee is actually the point where $T^i_{la} \approx 0, \forall i$ in our model. Specifically, it is the case where $K$ is small enough for the seeding capacity to overwhelm the downloading of the $m_a$ chunks. Reducing the threshold to a smaller value would not result in additional improvements in $T^i_{la}$ (as well as $T^i_l$). The downloading of the file will then be similar to not having seeding capacity and with a file of size $m_b$. Thus, we observe that with further decrease in $K$, (i.e., increase in $m_b$), the download time increases linearly.

We can determine the threshold value at this knee, $K'$, from our model as follows. When $T^i_{la} \approx 0$, $d^i_a \forall i$ is mainly dominated by the seeding capacity, we then have:

$$d^i_a \approx \frac{\sum_{j=1}^h N^j_s u^j}{N_{la}} = \frac{\sum_{j=1}^h N^j_s u^j}{\sum_{j=1}^h N^j_{la}} = \frac{\sum_{j=1}^h N^j_s u^j}{\sum_{j=1}^h \lambda^j T^j_{la}}$$

$$= \frac{\sum_{j=1}^h N^j_s u^j}{\sum_{j=1}^h \lambda^j \frac{m_a}{d^i_a}} = \frac{\sum_{j=1}^h N^j_s u^j}{\sum_{j=1}^h \lambda^j \frac{mK'}{d^i_a}}.$$

Since, at the knee, we have the same $d^i_a$ for all $i$:

$$K' \approx min\Big(\frac{\sum_{j=1}^h N^j_s u^j}{\sum_{j=1}^h \lambda^j m}, 1\Big) = min\Big(\frac{\sum_{j=1}^h p^j \lambda T^j_s u^j}{\sum_{j=1}^h p^j \lambda m}, 1\Big)$$

$$= min\Big(\frac{\sum_{j=1}^h p^j T^j_s u^j}{m}, 1\Big).$$

Figure 12 depicts the optimal threshold found using this method, on a system with bandwidth settings given in Table III. We illustrate cases with 10%, 20%, 30%, and 40% of free-riding nodes in the arrivals. We observe that the optimal threshold (based on our model) increases linearly with the seeding time and smaller free-rider populations (higher contributing leecher populations) require a larger threshold. This occurs because larger thresholds are required with larger seeding capacities (i.e., longer seeding times or more contributing nodes) so that the seeding capacity is not wasted - such waste results in degraded contributing nodes' performance.

TABLE IV
DOWNLOAD TIME (MIN) USING THE OPT. THRESHOLD (CL)

| | Average Seed Time (min) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 20 | 40 | 60 | 80 | 100 | 120 |
| Opt (Model-IC) | 147 | 127 | 107 | 87 | 67 | 47 |
| Opt (Sim) | 151 | 133 | 115 | 96 | 78 | 59 |

We now focus on the case of having 20% of the arrivals being free-riders. Figure 13 and Table IV give the download times of free-riders and contributing nodes, respectively - these are computed using our model as well as simulation (where we use the optimal threshold computed from the model in the simulation settings). Addition simulation results for the original BT protocol and the sort-based scheme (described above) are also included for comparison[11]. In the simulation results, our optimal threshold setting turns out to be a bit too aggressive, as it slows down the contributing nodes as well. However, this slow down of the contributing nodes is much less sensitive than that of the free-riders when aggressive thresholds are used.

Moreover, in Figures 10 and 11, the optimal threshold value there would be larger than the one obtained from the model. Thus, we relax our threshold, i.e., we set the threshold to $K' + \theta$ (instead of $K'$), where $\theta$ is the relaxation factor. In Figure 13 we also show the simulation results obtained using this relaxed value with $\theta = 0.15$. Interestingly, the simulation download time using the relaxed value is very close to the download time of the sort-based approach. It can be explained by the fact that the underlying idea of the sort approach is quite similar. That is, this approach attempts to slow down free-riders as much as possible while not wasting seeding

---

[10]Such an optimization is not considered in [7]. To illustrate the utility of our model, here we explore an optimal threshold setting using the model.

[11]We do not include these for contributing leechers as those results are nearly identical to the Model-IC results.

Exhibit 8      Page 99

capacity - i.e., sorting is similar to finding the smallest value of the threshold which can still utilize the upload capacity of the seeds. We note that the insights match the observations made from simulation experiments given in [7], whereas the computation time reduces to seconds from hours. Thus, our model provides a fast, clean and flexible approach to explore the design space of BT variations.

## V. RELATED WORK

One of the earlier BT modeling efforts [8] considers BT in two phases - initial transient phase and steady state - and propose the use of a simple Markov model (to study steady state performance) which describes the system's state using the number of leechers and seeds in the system. A number of works followed that effort, including [15] (looking at stability of BT), [9] (looking at BT's lifetime), and [6] (looking at a somewhat more detailed Markov model). A number of papers have also modeled BT-like systems, e.g., [16] models coupon replication systems and considers the make-span of a batch of nodes. A nice model of upload capacity of BT-like systems (under the assumption of it being the only constraint) is given [17]; this work also focuses on optimal make-span. However, all these works model *homogeneous* BT systems.

Since real-world torrents are typically heterogeneous, here we focus on modeling *heterogeneous* BT systems. Other models of heterogeneous systems are given in [4] and [3]. Liao et al. [4] provide a detailed model of BT with 2 heterogeneous classes of nodes, but for a *flash crowd* scenario. They consider the nodes' make-span (where all nodes join the system simultaneously) and do not include seeds. In contrast, our work focuses on steady state behavior (with a simpler model), allows for node arrivals as well as seeding, and allows an arbitrary number of node classes. Fan et al. [3] use a simple heterogeneous model for evaluating the tradeoff between performance and fairness and focus on illustrating that the number of optimistic unchokes and regular unchokes correspond to important tuning parameters, for trading off fairness and performance. We use a similar model but include seeding and free-riding behavior, which have a significant effect on BT's performance. Also, our validation results (in Section III) indicate that it is important to account for BT's *imperfect clustering* characteristics as well as a *bias in the optimistic unchoking* mechanism, both of which are also not considered in the model of [3].

We now describe several other efforts which do not focus on analytical models of BT but rather provide evidence and motivation for the modeling choices made in our work. Legout et.al [2] provide measurement studies of real BT torrents and suggest that the rarest first chunk strategy results in high diversity of chunks in the system - this provides evidence for use of simpler models, like ours, i.e., that it might be reasonable not to model efficiency of chunk exchange between peers (e.g., as is done in [6], [8], [15]). In [11], Legout et al. suggest that nodes with the same upload capacity tend to cluster with nodes of the same class. However, their results indicate (based on flash crowd arrivals), that clustering is still far from perfect (even in their closed system). Existence of imperfect clustering (or as

they call it, imperfect tit-for-tat matching) is also argued in [5]. Thus, these works ([5], [11]) support the need for explicit modeling of imperfect clustering, which is done in our model. Lastly, [14] studies BT through simulations under flash crowds. We adapt their simulator for validation purposes (see Section III). Their study indicates that BT can achieve high upload bandwidth utilization, which supports our model's assumption of upload capacity being the bottleneck.

## VI. CONCLUSIONS

We proposed a simple yet accurate and extensible model for BitTorrent. Our model includes (measured) characteristics of the protocol that have previously been left unmodeled, and we demonstrate the importance of including the characteristics both via our model as well as simulations. Our validation study indicates that our model is quite accurate in predicting BT performance. (We are also expanding our validation efforts through PlanetLab experiments.) Our modeling approach can aid in understanding of BT, which can in turn lead to improvements in parameter setting as well as protocol design. Our model can easily be used to answer other "what if" type questions, e.g., how the number of regular vs. optimistic unchokes affects performance (as studied in [3]), as well as effects due to different bandwidth settings, seeding times, re-evaluation intervals, history window sizes, and so on (as these are parameters in our model). Furthermore, our model can easily be extended to study protocol changes. Thus, our model can be used by the community to gain insights on the working of BT and help design improvements.

## REFERENCES

[1] B. Cohen, "Incentives build robustness in bittorrent," in *P2PECON*, 2003.

[2] A. Legout, G. Urvoy-Keller, and P. Michiardi, "Rarest first and choke algorithms are enough," in *IMC*, 2006.

[3] B. Fan, D.-M. Chiu, and J. C. Lui, "The delicate tradeoffs in bittorrent-like file sharing protocol design," in *ICNP*, 2006.

[4] W.-C. Liao, F. Papadopoulos, and K. Psounis, "Performance analysis of bittorrent-like systems with heterogeneous users," in *Performance*, 2007.

[5] M. Piatek, T. Isdal, T. Anderson, A. Krishnamurthy, and A. Venkataramani, "Do incentives build robustness in bittorrent?" in *NSDI*, 2007.

[6] Y. Tian, D. Wu, and K.-W. Ng, "Modeling, analysis and improvement for bittorrent-like file sharing networks," in *INFOCOM*, 2006.

[7] A. L. Chow, L. Golubchik, and V. Misra, "Improving bittorrent: A simple approach," in *IPTPS*, 2008.

[8] X. Yang and G. de Veciana, "Service capacity in peer-to-peer networks," in *INFOCOM*, 2004.

[9] L. Guo, S. Chen, Z. Xiao, E. Tan, X. Ding, and X. Zhang, "Measurements, analysis and modeling of bittorrent-like systems," in *IMC*, 2005.

[10] J. Bieber, M. Kenney, N. Torre, and L. P. Cox, "An empirical study of seeders in bittorrent," Duke University, Tech. Rep. CS-2006-08, 2006.

[11] A. Legout, N. Liogkas, E. Kohler, and L. Zhang, "Clustering and sharing incentives in bittorrent systems," in *SIGMETRICS*, 2007.

[12] T. Locher, P. Moor, S. Schmid, and R. Wattenhofer, "Free riding in bittorrent is cheap," in *HotNets*, 2006.

[13] M. Sirivianos, J. H. Park, R. Chen, and X. Yang, "Free-riding in bittorrent networks with the large view exploit," in *IPTPS*, 2007.

[14] A. R. Bharambe, C. Herley, and V. N. Padmanabhan, "Analyzing and improving bittorrent performance," in *INFOCOM*, 2006.

[15] D. Qiu and R. Srikant, "Modeling and performance analysis of bittorrent-like peer-to-peer networks," in *SIGCOMM*, 2004.

[16] L. Massoulie and M. Vojnovic, "Coupon replication systems," in *SIGMETRICS*, 2005.

[17] J. Mundinger, R. Weber, and G. Weiss, "Optimal scheduling of peer-to-peer file dissemination," *Journal of Scheduling*, vol. 11, no. 2, 2008.

Exhibit 8    Page 100

# EXHIBIT 9

| HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition

Subscribe: Digital / Home Delivery   Log In   Register Now   Help

The New York Times

# Sunday Review | The Opinion Pages

Search All NYTimes.com [ ] Go

Orange Savings Account

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS

FOR THE BEST TAKES on AWARDS SEASON   nytimes.com/carpetbagger

Advertise on NYTimes.com

NEWS ANALYSIS

## Internet Pirates Will Always Win

By NICK BILTON
Published: August 4, 2012

STOPPING online piracy is like playing the world's largest game of Whac-A-Mole.



Log in to see what your friends are sharing on nytimes.com.
Privacy Policy | What's This?

Log In With Facebook

**What's Popular Now**

After Being Raped, I Was Wounded; My Honor Wasn't          The Big Fail

Enlarge This Image

Hit one, countless others appear. Quickly. And the mallet is heavy and slow.

Take as an example YouTube, where the Recording Industry Association of America almost rules with an iron fist, but doesn't, because of deceptions like the one involving a cat.

Kris Mukai

FACEBOOK
TWITTER
GOOGLE+
E-MAIL
SHARE
PRINT
REPRINTS

STOKER
COMING SOON

YouTube, which is owned by Google, offers a free tool to the movie studios and television networks called Content ID. When a studio legitimately uploads a clip from a copyrighted film to YouTube, the Google tool automatically finds and blocks copies of the product.

To get around this roadblock, some YouTube users started placing copyrighted videos inside a still photo of a cat that appears to be watching an old JVC television set. The Content ID algorithm has a difficult time seeing that the video is violating any copyright rules; it just sees a cat watching TV.

Sure, it's annoying for those who want to watch the video, but it works. (Obviously, it's more than annoying for the company whose product is being pirated.)

Then there are those — possibly tens of millions of users, actually — who engage in peer-to-peer file-sharing on the sites using the BitTorrent protocol.

Earlier this year, after months of legal wrangling, authorities in a number of countries won an injunction against the Pirate Bay, probably the largest and most famous BitTorrent piracy site on the Web. The order blocked people from entering the site.

In retaliation, the Pirate Bay wrapped up the code that runs its entire Web site, and offered it as a free downloadable file for anyone to copy and install on their own servers. People began setting up hundreds of new versions of the site, and the piracy continues unabated.

Thus, whacking one big mole created hundreds of smaller ones.

Although the recording industries might believe they're winning the fight, the Pirate Bay and others are continually one step ahead. In March, a Pirate Bay collaborator, who goes by the online name Mr. Spock, announced in a blog post that the team hoped to build drones that would float in the air and allow people to download movies and music

Advertisement


Fry's Electronics
SEE What's ON SALE   CLICK HERE

**Get the Opinion Today E-Mail**



Sign up for the highlights of the day in Opinion, sent weekday afternoons.

[ ] Sign Up

See Sample | Privacy Policy

MOST E-MAILED | RECOMMENDED FOR YOU

1.  CIVIL BEHAVIOR
   Closing the Heirloom Gender (and Gay) Gap

2.  NICHOLAS D. KRISTOF
   Looking for a Jump-Start in China

3.  OUR GENERATION
   Taking Family Seriously in 'Up' Series

4.  In Texas, Resistance to a Renewed Call for an Annual Roundup of Legislators

5.  G.O.P. Begins Soul-Searching After Tax Vote

6.  Unmarried Spouses Have a Way With Words

through wireless radio transmitters.

"This way our machines will have to be shut down with aeroplanes in order to shut down the system," Mr. Spock posted on the site. "A real act of war." Some BitTorrent sites have also discussed storing servers in secure bank vaults. Message boards on the Web devoted to piracy have in the past raised the idea that the Pirate Bay has Web servers stored underwater.

"Piracy won't go away," said Ernesto Van Der Sar, editor of Torrent Freak, a site that reports on copyright and piracy news. "They've tried for years and they'll keep on trying, but it won't go away." Mr. Van Der Sar said companies should stop trying to fight piracy and start experimenting with new ways to distribute content that is inevitably going to be pirated anyway.

According to Torrent Freak, the top pirated TV shows are downloaded several million times a week. Unauthorized movies, music, e-books, software, pornography, comics, photos and video games are watched, read and listened to via these piracy sites millions of times a day.

The copyright holders believe new laws will stop this type of piracy. But many others believe any laws will just push people to find creative new ways of getting the content they want.

"There's a clearly established relationship between the legal availability of material online and copyright infringement; it's an inverse relationship," said Holmes Wilson, co-director of Fight for the Future, a nonprofit technology organization that is trying to stop new piracy laws from disrupting the Internet. "The most downloaded television shows on the Pirate Bay are the ones that are not legally available online."

The hit HBO show "Game of Thrones" is a quintessential example of this. The show is sometimes downloaded illegally more times each week than it is watched on cable television. But even if HBO put the shows online, the price it could charge would still pale in comparison to the money it makes through cable operators. Mr. Wilson believes that the big media companies don't really want to solve the piracy problem.

"If every TV show was offered at a fair price to everyone in the world, there would definitely be much less copyright infringement," he said. "But because of the monopoly power of the cable companies and content creators, they might actually make less money."

The way people download unauthorized content is changing. In the early days of music piracy, people transferred songs to their home or work computers. Now, with cloud-based sites, like Wuala, uTorrent and Tribler, people stream movies and music from third-party storage facilities, often to mobile devices and TV's. Some of these cloud-based Web sites allow people to set up automatic downloads of new shows the moment they are uploaded to piracy sites. It's like piracy-on-demand. And it will be much harder to trace and to stop.

It is only going to get worse. Piracy has started to move beyond the Internet and media and into the physical world. People on the fringes of tech, often early adopters of new devices and gadgets, are now working with 3-D printers that can churn out actual physical objects. Say you need a wall hook or want to replace a bit of hardware that fell off your luggage. You can download a file and "print" these objects with printers that spray layers of plastic, metal or ceramics into shapes.

And people are beginning to share files that contain the schematics for physical objects on these BitTorrent sites. Although 3-D printing is still in its infancy, it is soon expected to become as pervasive as illegal music downloading was in the late 1990s.

Content owners will find themselves stuck behind ancient legal walls when trying [to stop] people from downloading objects online as copyright laws do not apply to standard physical objects deemed "noncreative."

7.   EDITORIAL | WEEK AHEAD
A Step Toward Gay Marriage

8.   THE ETHICIST
Does an Honor Code Make It Too Easy to Cheat?

9.   SOCIAL Q'S
Try a General, and Gentle, Compliment

10.   LETTER
Unexpected Wisdom

Log in to discover more articles based on what you've read.

PRESENTED BY
AMERICAN EXPRESS
PERSONAL SAVINGS

Log In   Register Now   [f] Log In   What's This?   Don't Show



"Comedians in Cars Getting Coffee," with Jerry Seinfeld
ALSO IN ARTS »
Watch Jerry Seinfeld break down a joke
O'Neill Theater Center honors Christopher Plummer

nytimes.com      ARTS



The New York Times
HOME DELIVERY
+ FREE DIGITAL ACCESS   SUBSCRIBE NOW

MORE IN OPINION (1 OF 24 ARTICLES)
Opinionator | Draft: Rapturous Research
Read More »

In the arcade version of Whac-A-Mole, the game eventually ends — often when the player loses. In the piracy arms-race version, there doesn't seem to be a conclusion. Sooner or later, the people who still believe they can hit the moles with their slow mallets might realize that their time would be better spent playing an entirely different game.

*Nick Bilton is a technology columnist for The New York Times.*

A version of this news analysis appeared in print on August 5, 2012, on page SR5 of the New York edition with the headline: Internet Pirates Will Always Win.

FACEBOOK     TWITTER     GOOGLE+     E-MAIL     SHARE

**Get 50% Off The New York Times & Free All Digital Access.**

**Get Free E-mail Alerts on These Topics**

Copyrights and Copyright Violations      Video Recordings and Downloads

Audio Recordings and Downloads      Computers and the Internet

Ads by Google      what's this?

**Instant FTP Site**
Upload, Download, Share Large Files
4 Stars by PC Magazine. Free Trial!
ftp.egnyte.com/Free-Trial

**INSIDE NYTIMES.COM**     ◄ ►

HEALTH »



Needed: More Attention to Boys' Development

OPINION »



Op-Ed: I Was Wounded; My Honor Wasn't

MUSIC »



Sony Issues Dylan CDs to Extend Copyright

U.S. »



Spending More on Immigration, Study Finds

OPINION »

### C.I.A.: Wisdom or Worries?

Room for Debate asks whether John O. Brennan's connections to harsh interrogations and drone strikes make him a sound choice to head the agency, or a troubling symbol.

N.Y. / REGION »



Trying for College and a Place of Her Own

Home | World | U.S. | N.Y. / Region | Business | Technology | Science | Health | Sports | Opinion | Arts | Style | Travel | Jobs | Real Estate | Autos | Site Map

© 2012 The New York Times Company | Privacy | Your Ad Choices | Terms of Service | Terms of Sale | Corrections | RSS | Help | Contact Us | Work With Us | Advertise

# EXHIBIT 10

Yahoo.com Searches Using The Terms uTorrent & Frostwire

Exhibit 10    Page 104

New User? Register | Sign In

Make Y! my homepage

Mail | My Y! | Yahoo!

**utorrent**

**Search**

10,500,000 results

WEB | IMAGES | VIDEO | SHOPPING | BLOGS | MORE

**FILTER BY TIME**

**Anytime**

Past day

Past week

Past month

**Also try:**  utorrent **download**,  utorrent **for mac**,  **free** utorrent,  **more...**

Ad related to utorrent

**uTorrent Fast Download - Free uTorrent (Windows).**
Download Now. Fast Install.
utorrent.ii-download.com

**uTorrent - a (very) tiny BitTorrent client**
µTorrent is a lightweight and efficient BitTorrent client for Windows or Mac with many
features.
www.utorrent.com - Cached

Get Started                          FAQs
µTorrent Free                        µTorrent Plus
Features                             Forums

More results from utorrent.com »

**Download - µTorrent - a (very) tiny BitTorrent client**
Follow @utorrent @µTorrent µTorrent Blog. µTorrent for Android goes WiFi Only View
Post Community Forums. Kurdish sorani (CKB) View Post. Get Started. Find Torrents;
www.utorrent.com/downloads - Cached

**uTorrent - CNET Download.com - Free software downloads and ...**
Small enough to run off a USB key, but powerful enough to download any torrent in a jiffy (if
it's got enough seeders). **uTorrent** 2.
download.cnet.com/uTorrent/3000-2196_4-10528327.html - Cached

**uTorrent - Download**
**uTorrent**, free download. **uTorrent** 3.2.3.28705: Compact BitTorrent client with expansive
capabilities. **uTorrent** is one of the most popular BitTorrent clients out there ...
utorrent.en.softonic.com - Cached

**Download - µTorrent - a (very) tiny BitTorrent client**
Upgrade to **uTorrent** Plus for HD viewing, easy syncing with your smart phone, tablet and
gaming system, and built in state-of-the-art antivirus. Go on.
www.utorrent.com/downloads/complete?os=win - Cached

**µTorrent - Wikipedia, the free encyclopedia**
µTorrent (or **uTorrent**; commonly abbreviated as "µT" or "uT") is a free-of-charge, ad-
supported, closed source BitTorrent client owned by BitTorrent, Inc. It is the ...
en.wikipedia.org/wiki/Utorrent - Cached

**uTorrent - CNET Download.com - Free software downloads and ...**
**uTorrent** is a powerful and efficient BitTorrent client. Most of the features present in other
BitTorrent clients are present in **uTorrent**, including bandwidth ...
download.cnet.com/uTorrent/3000-2196_4-10965103.html - Cached

**UTorrent - eHow | How to Videos, Articles & More - Discover ...**
Don't just sit there scratching your head, find useful info on **UTorrent** on eHow. Get
essential tips and learn more about everything from Deluge Vs. **uTorrent**, Can ...
www.ehow.com/utorrent - Cached

**µTorrent Remote**
web.utorrent.com

**µTorrent Community Forums**
µTorrent is a lightweight and efficient BitTorrent client for Windows or Mac with many
features.
forum.utorrent.com - Cached

**uTorrent Fast Download - Free uTorrent (Windows).**
Download Now. Fast Install.
utorrent.ii-download.com

**Download Torrents Free**
Download Music, Movies, Games.
SonicDownloads.net

Ads

**Download Torrents Free**
Download Music, Movies, Games.
SonicDownloads.net

**Utorrent at Amazon**
A paid app for free every day.
Amazon Appstore for Android.
Amazon.com/appstoredeals

**Free Torrent Download**
Download Music, Movies, Games.
Get Started Now. 100% Free
Software!
GoFree.com/FreeUTorrentDownload

**Free Legal Music Download**
Download iMesh & Get Over 15
Million Songs and Videos - Legal &
Free!
iMesh.com

**Utorrent**
The Most Advanced Torrent Client.
**Utorrent** Latest Version.
Utorrent.cloudapp4u.com

**Get Utorrent**
Latest Version, 100% Free!
Download **Utorrent**
Winportal.com/Utorrent

**Torrent**
Compare & Research All
Makes/Models Free Expert Car
Reviews. Learn Now.
thecarconnection.com/Torrent

**More Sponsors:**
utorrent

See your message here...

Options

Ads

Exhibit 10     Page 105

**Utorrent** at Amazon

A paid app for free every day. Amazon Appstore for Android.
**Amazon.com**/appstoredeals

Free Torrent Download

Download Music, Movies, Games. Get Started Now. 100% Free Software!
**GoFree.com**/FreeUTorrentDownload

**1**  2  3  4  5  6  7  8  9  10  Next >

| utorrent | Search |

© 2013 Yahoo!   Help - Privacy / Legal - About Our Ads - Submit Your Site - Advertise with Yahoo! Search

Powered by Bing™

Exhibit 10    Page 106

New User? Register | Sign In

Get new Yahoo! Mail apps

Mail | My Y! | Yahoo!

frostwire

**Search**

Options

3,670,000 results

WEB | IMAGES | VIDEO | SHOPPING | BLOGS | MORE

**RELATED SEARCHES**

limewire

limewire free download

free music downloads

bearshare

itunes

**FILTER BY TIME**

Anytime

Past day

Past week

Past month

Also try:  frostwire **download free**,  frostwire **limewire**,  frostwire **4**,  more...

Ads related to frostwire

**Frostwire** - Free Download | FROSTWIRE.COM
Download the latest version of **Frostwire** Here, for 100% Free!
FROSTWIRE.COM

**FrostWire** Download (Free) | DownloadFrostwire.org
100% Free Music Downloads.Choose Your Loved Songs Now!
DownloadFrostwire.org

More Sponsors:  frostwire,  limewire,  mp3 rocket,  bearshare

**Frostwire** 5.3
downloads.yahoo.com

Platforms: windows

**FrostWire** is a P2P file sharing application. It s purpose is to
keep and maintain the freedoms that LimeWire may be forced
to withdraw. Share any type of file on Gnutella and the ...

(662)

OS : Windows

⬇ **Download**

**FrostWire**.com - Share Big Files - BitTorrent App, Media ...
Be safe and download the official **FrostWire** installer from the original source. **FrostWire**
is a high quality and totally FREE file sharing app. A file sharing p2p ...
www.**frostwire**.com - Cached

Community        For Mac OSX
Support          About Us
Development      Shop

More results from frostwire.com »

Official **FrostWire** Installers Download - Free File Sharing ...
Be safe and download the official **FrostWire** installer from the original source. **FrostWire**
is a high quality and totally FREE file sharing app. A file sharing p2p ...
www.**frostwire**.com/?id=downloads - Cached

**FrostWire** - CNET Download.com
**FrostWire** is a free BitTorrent client, first released as a fork of LimeWire. Gnutella support
was dropped entirely, and now **FrostWire** only uses the BitTorrent network ...
download.cnet.com/**FrostWire**/3000-2196_4-10627624.html - Cached

More results from download.cnet.com »

**FrostWire** - Download
**FrostWire**, free download. **FrostWire** 5.5.0: Open source alternative to LimeWire.
**FrostWire** is an open source Peer to Peer (P2P) application based on the Gnutella ...
frostwire-win.en.softonic.com - Cached

**FrostWire** Free Download
**FrostWire** 5.5.2 Tested by 3 antivirus solutions, this software does not contain any kind of
trojans, spyware or viruses.
www.brothersoft.com/download-**frostwire**-62030.html - Cached

**FrostWire** 4.21.1 - CNET Download.com
Come to CNET Download.com for free and safe **FrostWire** 4.21.1 downloads. **FrostWire**
is a fork of the LimeWire source code, and as such, it functions exactly the same.
download.cnet.com/**FrostWire**/3000-2196_4-11606870.html - Cached

**FrostWire** | Download **FrostWire** | **FrostWire** Free Download
**FrostWire** is a free file sharing program for Windows, Mac, and Linux. It is the perfect
Limewire Alternative. Download **FrostWire** For Free Now.
www-frostwire.com/index.html - Cached

**FrostWire** - Wikipedia, the free encyclopedia
**FrostWire** is a free, open source BitTorrent client first released in September 2004, as a
fork of LimeWire. It was initially very similar to LimeWire in appearance ...
en.wikipedia.org/wiki/**FrostWire** - Cached

More results from en.wikipedia.org »

Ads

**Free Frostwire** Downloads -
**Tons of Free Legal Frostwire**
Music.
Latest Full Version-Download Now!
GoFree.com/
FrostwireMusicDownloads

Download **Frostwire** Free -
New Version - Free.
Instantly Download **Frostwire** For
Free!
Frostwire.InstallWin.com

100% Free Music Downloads
100% Legal Free Music Downloads.
Choose Your Favorite Songs Now!
Music-Oasis.com

Over 15 Million Free MP3s
The Safest and Most Valid Way to
Download Free Music! Download
Now.
iMesh.com

Bearshare - Free Music
Download Bearshare: Over 15 Million
Songs and Videos - Legal & Free!
www.Bearshare.com

More Sponsors:
frostwire
limewire
mp3 rocket
bearshare

See your message here...

Exhibit 10        Page 107

**FrostWire - How To Information | eHow.com**
Don't just sit there scratching your head, find useful info on **FrostWire** on eHow. Get essential tips and learn more about everything from **FrostWire** Chat Protocol ...
www.**ehow.com/frostwire** - Cached
More results from ehow.com »

**FrostWire. FrostWire** Downloader. Download **FrostWire** for free.
**Frostwire** is a leader among the programs for sharing information in the Internet and downloading files.
www.**frostwire.name** - Cached

Ads

**Frostwire** - Free Download | FROSTWIRE.COM
Download the latest version of **Frostwire** Here, for 100% Free!
FROSTWIRE.COM

**FrostWire** Download (Free) | DownloadFrostwire.org
100% Free Music Downloads.Choose Your Loved Songs Now!
DownloadFrostwire.org

Free **Frostwire** Downloads - Tons of Free Legal **Frostwire** Music.
Latest Full Version-Download Now!
GoFree.com/FrostwireMusicDownloads

Download **Frostwire** Free - New Version - Free.
Instantly Download **Frostwire** For Free!
Frostwire.InstallWin.com

**More Sponsors:** frostwire, limewire, mp3 rocket, bearshare

Search Related

| frostwire **reviews** | **ares** | **java** |
| frostwire **music** | **bearshare** | **limewire** |
| frostwire **vs limewire** | **free music downloads** | **mp3 rocket** |
| **is** frostwire **safe** | **itunes download** | |

Yahoo! Search Assist

**1**  2  3  4  5  6  7  8  9  10  Next >

frostwire | Search

© 2013 Yahoo!   Help - Privacy / Legal - About Our Ads - Submit Your Site - Advertise with Yahoo! Search
Powered by Bing™

Exhibit 10    Page 108

Bing.com Searches Using The Terms uTorrent & Frostwire

Exhibit 10     Page 109

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE

frostwire

3,790,000 RESULTS

Ads

**Frostwire - Free Download | FROSTWIRE.COM**
FROSTWIRE.COM
Download the latest version of **Frostwire** Here, for 100% Free!

**FrostWire Download (Free) | DownloadFrostwire.org**
Download**Frostwire**.org
100% Free Music Software.Choose Your Loved Songs Now!

**FrostWire.com - Share Big Files - BitTorrent App. ...**
www.**frostwire**.com    Official site
Be safe and download the official **FrostWire** installer from the original
source. **FrostWire** is a high quality and totally FREE file sharing ...

| Downloads |

Download Now            Development
Downloads               Legal
Community               For Mac OSX
Support                 Shop

**Official FrostWire Installers Download - Free File Sharing App ...**
www.**frostwire**.com/?id=downloads
Windows Download    Download
Be safe and download the official **FrostWire** from the original source. **FrostWire**
is a high quality and totally FREE file sharing app. A file sharing p2p ...

**FrostWire - CNET Download.com**
download.cnet.com › ... › P2P & File-Sharing Software
User rating: 3.5/5 · 18.01 MB · 34364452 downloads · Download
**FrostWire** is a free BitTorrent client, first released as a fork of LimeWire. Gnutella support
was dropped entirely, and now **FrostWire** only uses the BitTorrent network ...

**FrostWire | Download FrostWire | FrostWire Free Download**
www-**frostwire**.com
**FrostWire** is a free file sharing program for Windows, Mac, and Linux. It is the perfect
Limewire Alternative. Download **Frostwire** For Free Now.

Related searches for **frostwire**

FrostWire **Pro Free**          FrostWire **4.10**
FrostWire **Reviews**          BearShare
FrostWire **Download Free**    MP3 Rocket

**FrostWire - Download**
**frostwire**-win.en.softonic.com › Downloading software › P2P
8.2 MB · Version 5.5.0 · 28101 downloads
**FrostWire**, free download. **FrostWire** 5.5.0: Open source alternative to LimeWire.
**FrostWire** is an open source Peer to Peer (P2P) application based on the Gnutella ...

**FrostWire Free Download**
www.brothersoft.com › ... › P2P File Sharing › **FrostWire** 5.5.2
**FrostWire** 5.5.2 Tested by 3 antivirus solutions, this software does not contain any kind
of trojans, spyware or viruses.

**FrostWire - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/**FrostWire**
History · Release History · Popularity after ...
**FrostWire** is a free, open source BitTorrent client first released in September 2004, as a
fork of LimeWire. It was initially very similar to LimeWire in appearance ...

**FrostWire - eHow | How to Videos, Articles & More - Discover the ...**
www.ehow.com › Internet › File Sharing Software
Don't just sit there scratching your head, find useful info on **FrostWire** on eHow. Get
essential tips and learn more about everything from **FrostWire** Chat Protocol ...

**FrostWire 4.21.1 - CNET Download.com**
download.cnet.com › ... › P2P & File-Sharing Software
User rating: 3.5/5 · 7.65 MB · 30993474 downloads · Download
Come to CNET Download.com for free and safe **FrostWire** 4.21.1 downloads. **FrostWire**
is a fork of the LimeWire source code, and as such, it functions exactly the same.

**FrostWire. FrostWire Downloader. Download FrostWire for free.**
www.**frostwire**.name
Frostwire is a leader among the programs for sharing information in the Internet and
downloading files.

**Download free FrostWire for Mac**

**Free Frostwire Downloads**
GoFree.com/FrostwireMusicDownloads
Tons of Free Legal **Frostwire** Music.
Latest Full Version-Download Now!

**Download Frostwire Free**
**Frostwire**.InstallWin.com
New Version - Free. Instantly Download
**Frostwire** For Free!

**Download Free Music**
www.imesh.com
Over 15,000,000 Songs & Videos. Easy,
Fast - Start Downloading Now!

See your message here



Search is better wit
posts and photos fr
when you search o

Connect with

**RELATED SEARCHES**

FrostWire **Pro Free**
FrostWire **Reviews**
FrostWire **Download Free**
FrostWire **4.10**
BearShare
MP3 Rocket
Free Music Downloads
Is FrostWire **Safe**

Exhibit 10    Page 110

mac.brothersoft.com › Internet › P2P & File-Sharing
Download free **FrostWire** for Mac, free **FrostWire** download for Mac OS X

**FrostWire | Free Communications software downloads at …**
sourceforge.net/projects/**frostwire**
**frostwire** is small and works nicely. Posted by Collin — 2012-03-21. works great. Posted
by Halen — 2011-05-02. Great work! Posted by Yoda Jedi Master — 2011-02-25.

**Frostwire** - Free Download | FROSTWIRE.COM          Ads
FROSTWIRE.COM
Download the latest version of **Frostwire** Here, for 100% Free!

**FrostWire** Download (Free) | DownloadFrostwire.org
Download**Frostwire**.org
100% Free Music Downloads.Choose Your Loved Songs Now!

1   2   3   4   5   Next

© 2013 Microsoft  |  Privacy and Cookies  |  Legal  |  Advertise  |  About our ads  |  Help  |  Feedback

Exhibit 10    Page 111

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE

utorrent

10,700,000 RESULTS

**uTorrent** Fast Download - Free **uTorrent** (Windows).    Ad
utorrent.ii-download.com
Download Now. Fast Install.

µTorrent - a (very) tiny BitTorrent client
www.**utorrent**.com    Official site    [ Downloads ]
µTorrent is a lightweight and efficient BitTorrent client for Windows or
Mac with many features.

| Download | Features |
| Get µTorrent | µTorrent Plus |
| Get Started | FAQs |
| µTorrent Free | Forums |

Download - µTorrent - a (very) tiny BitTorrent client
www.**utorrent**.com/downloads
Download · Download Now
Follow @**utorrent** @**uTorrent** µTorrent Blog. µTorrent for Android goes WiFi Only View
Post Community Forums. Kurdish sorani (CKB) View Post. Get Started. Find Torrents;

**uTorrent** - CNET Download.com - Free software ...    8 Reviews
download.cnet.com › ... › P2P & File-Sharing Software
User rating: 4/5 · 946.39 K · 19818322 downloads · Download    System req.
Small enough to run off a USB key, but powerful enough to download
any torrent in a jiffy (if it's got enough seeders), **uTorrent** 2.

Download - µTorrent - a (very) tiny BitTorrent client
www.**utorrent**.com/downloads/complete?os=win
Upgrade to **uTorrent** Plus for HD viewing, easy syncing with your smart phone, tablet and
gaming system, and built in state-of-the-art antivirus. Go on.

uTorrent - Download
utorrent.en.softonic.com › Downloading software › P2P
946 KB · 356699 downloads
**uTorrent**, free download. **uTorrent** 3.2.3.28705: Compact BitTorrent client with expansive
capabilities. **uTorrent** is one of the most popular BitTorrent clients out there ...

µTorrent - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**Utorrent**
History · Features · Revenue · Pronunciation · Contributors · Reception
µTorrent (or **uTorrent** ; commonly abbreviated as "µT" or "uT") is a free-of-charge, ad-
supported, closed source BitTorrent client owned by BitTorrent, Inc. It is the ...

µTorrent Community Forums
forum.**utorrent**.com
µTorrent is a lightweight and efficient BitTorrent client for Windows or Mac with many
features.

µTorrent Remote
https://web.**utorrent**.com

**UTorrent** - How To Information | eHow.com
www.ehow.com › Internet › File Sharing Software
Don't just sit there scratching your head, find useful info on **UTorrent** on eHow. Get
essential tips and learn more about everything from Deluge Vs. **uTorrent**, Can ...

**uTorrent** - CNET Download.com - Free software downloads and ...
download.cnet.com › ... › P2P & File-Sharing Software
User rating: 3.5/5 · 868.86 K · 259681 downloads · Download
**uTorrent** is a powerful and efficient BitTorrent client. Most of the features present in other
BitTorrent clients are present in **uTorrent**, including bandwidth ...

Download **uTorrent** 3.3 Beta 28918 - FileHippo.com
www.filehippo.com/download_utorrent
Download our FREE Update Checker and scan your PC for the latest software updates!

Download **uTorrent** - Zeropaid.com - Technology News, Software ...
www.zeropaid.com/software/file-sharing/bittorrent/**utorrent**
**uTorrent** is the most popular BitTorrent client on the market, and it's free. Open and
download torrent files with **uTorrent**.

Related searches for **utorrent**

| Pirate Bay | ISO Hunt |
| Thepiratebay | Extra Torrent |

Ad
**uTorrent** Free Download
GoFree.com/BitTorrentDownload
Free download **uTorrent** Now. 100% Free
Download.
See your message here

RELATED SEARCHES

Pirate Bay
Thepiratebay
BitTorrent
Torrent
ISO Hunt
Extra Torrent
Torrent Sites
KickassTorrents



Search is better wit
posts and photos fr
when you search or

Connect with

Exhibit 10    Page 112

BitTorrent          Torrent Sites
Torrent             KickassTorrents

**uTorrent** Fast Download - Free **uTorrent** (Windows).          Ad
**utorrent**.ii-download.com
Download Now. Fast Install.

Your results are personalized. Learn more

**1**   2   3   4   5   Next

© 2013 Microsoft  |  Privacy and Cookies  |  Legal  |  Advertise  |  About our ads  |  Help  |  **Feedback**

Exhibit 10    Page 113

Google.com Searches Using The Terms uTorrent &
Frostwire

Exhibit 10    Page 114

+Dorian    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▾

frostwire

Dorian Berger    5    Share

Web    Images    Maps    Shopping    Applications    More ▾    Search tools

About 4,500,000 results (0.15 seconds)

**FrostWire.com - Share Big Files - BitTorrent App, Media Player, Wi-Fi ...**
www.frostwire.com/
Be safe and download the official **FrostWire** installer from the original source. **FrostWire** is a high quality and totally FREE file sharing app. A file sharing p2p ...

Download                               FrostWire for Android
Be safe and download the official       ... p2p (peer-to-peer) program for
FrostWire installer from the ...         Windows, Mac OSX, Linux and ...

More results from frostwire.com »

**FrostWire - Download**
frostwire-win.en.softonic.com/
305 votes - Free - Windows - Utilities/Tools
**FrostWire**, free download. **FrostWire** 5.5.0: Open source alternative to LimeWire. **FrostWire** is an open source Peer to Peer (P2P) application based on the ...

**FrostWire - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/**FrostWire**
**FrostWire** is a free, open source BitTorrent client first released in September 2004, as a fork of LimeWire. It was initially very similar to LimeWire in appearance ...

**FrostWire - CNET Download.com**
download.cnet.com › ... › P2P & File-Sharing Software
1,744 reviews - Windows
Jan 16, 2013 – **FrostWire** is a free BitTorrent client, first released as a fork of LimeWire.

**FrostWire - Android Apps on Google Play**
https://play.google.com/store/apps/details?id...**frostwire**...hl...
12,247 votes - Free - Android
Nov 26, 2012 – The Best File Sharing app in the world. Play, Search and Browse files locally and over the Internet using BitTorrent and the Cloud. What's New?

**FrostWire (Mac) - Download**
frostwire.en.softonic.com/
191 votes - Free - Mac OS - Utilities/Tools
May 15, 2012 – **FrostWire**, free download. **FrostWire** 5.3.6: P2P Gnutella client based on Limewire. **FrostWire** is an open source Peer to Peer (P2P) application ...

**Old Version of FrostWire Download - OldApps.com**
www.oldapps.com › File Sharing
Free - Windows
Supported Systems for **FrostWire**. Windows 8 (5) · Windows 8 ...

| Version Name | Released Date | Size |
|---|---|---|
| **FrostWire** 5.5.2 | 16 January, 2013 (1 week ago) | 18.01 MB |
| **FrostWire** 5.5.1 | 10 December, 2012 (1 month ago) | 11 MB |

Ad related to **frostwire**

Cloudtop -(Free Download)
www.cloudtop.co/Cloudtop
Free Music - Instant Downloads. Latest Version--Download 100% Free!

Searches related to **frostwire**

free music downloads        limewire
frostwire **old version**     **frostwire** for mac
frostwire **official website**  frostwire **review**
frostwire **music**          frostwire **4**

**1**  2  3  4  5  6  7  8  9  10        **Next**

Exhibit 10    Page 115

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

Exhibit 10    Page 116

+Dorian    Search    Images    Maps    Play    YouTube    News    Gmail    Drive    Calendar    More ▾

utorrent                                                        🎤  Dorian Berger  5        Share        👤

Web    Images    Maps    Shopping    Applications    More ▾    Search tools

About 54,800,000 results (0.17 seconds)

### µTorrent - a (very) tiny BitTorrent client
www.**utorrent**.com/
µTorrent is a lightweight and efficient BitTorrent client for Windows or Mac with many features.

**Download**
Download - Mac - µTorrent 3.3 beta - ...

**µTorrent 3**
µTorrent 3 is a natural evolution of the classic "tiny-but-mighty ...

**Mac**
µTorrent is a lightweight and efficient BitTorrent client for ...

**µTorrent Plus**
µTorrent Plus. Play it Safe. Play it Now. Play it Anywhere. Protect ...

**Tiny BitTorrent client**
Get Started · Products · µTorrent Free · µTorrent Plus · µTorrent ...

**Get Started**
a (very) tiny BitTorrent client. English. English · 中文 ...

More results from utorrent.com »

### uTorrent - CNET Download.com
download.cnet.com › ... › P2P & File-Sharing Software
1,113 reviews - Windows
Dec 10, 2012 – Small enough to run off a USB key, but powerful enough to download any torrent in a jiffy (if it's got enough seeders), **uTorrent** 2.

### µTorrent - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/MTorrent
µTorrent (or **uTorrent**; commonly abbreviated as "µT" or "uT") is a free-of-charge, ad-supported, closed source BitTorrent client owned by BitTorrent, Inc. It is the ...

### Download u**Torrent** 3.3 Beta 28918 - FileHippo.com
www.filehippo.com › File Sharing
Free - Windows - Utilities/Tools
µTorrent is a small and incredibly popular BitTorrent client. Micro-Sized Yet Feature Filled. Most of the features present in other BitTorrent clients are present in ...

### µTorrent Beta - Torrent App - Android Apps on Google Play
https://play.google.com/store/apps/details?id=com.**utorrent**...
18,418 votes - Free - Android
Dec 14, 2012 – Find torrents and download them directly to your phone or tablet, with the official µTorrent App (**uTorrent** App) for Android (Beta). Brought to you ...
19,618 people +1'd this

### uTorrent (free) - Download
en.kioskea.net/download/download-74-**utorrent**
Rating: 4.9 - 28 reviews
Nov 15, 2012 – **uTorrent** is a BitTorrent client. It is fast, efficient and tiny with maximum functionality and low resource usage. Small: Although it only weighs 800 ...

### uTorrent (Mac) - Download
**utorrent**-mac.en.softonic.com/
121 votes - Free - Mac OS - Utilities/Tools
**uTorrent**, free download. **uTorrent** 1.8.0: Super lightweight torrent client for Mac. **uTorrent** for Mac is a lightweight and efficient BitTorrent client that allows you to ...

Searches related to **utorrent**

utorrent **search**          utorrent **mac**
**bittorrent**               utorrent **review**
utorrent **old version**     utorrent **movies**
**mininova**                 utorrent **music**

Exhibit 10    Page 117

**1** 2 3 4 5 6 7 8 9 10 Next

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms
About Google

Exhibit 10    Page 118

# EXHIBIT 11

Yahoo.com Searches Using The Terms "'doug e. fresh' & torrent" and "whodini & torrent"

Exhibit 11     Page 119

New User? Register | Sign In

Make Y! my homepage

Mail | My Y! | Yahoo!

"doug e. fresh" & torrent     **Search**     Options

12,700 results

| WEB | IMAGES | VIDEO | SHOPPING | BLOGS | MORE |

**FILTER BY TIME**

**Anytime**

Past day

Past week

Past month

**Doug E Fresh (2 Albums, 192kbps) (download torrent) - TPB**
**Doug E. Fresh** & The Get Fresh Crew\\\'s first 2 classic albums. … That said, any chance of a **torrent** of this in high quality, like FLAC lossless, …
thepiratebay.se/torrent/3956243/Doug_E_Fresh_(2_Albums… - Cached

**Download Doug E Fresh (2 Albums, 192kbps) Torrent …**
Download **Doug E Fresh** (2 Albums, 192kbps) **torrent** or any other **torrent** from Other Music category. Direct download via HTTP available as well.
kat.ph/doug-e-fresh-2-albums-192kbps-t616388.html - Cached

**Download doug e. fresh Torrents - KickassTorrents**
Come and download **doug e. fresh** absolutely for free. Fast downloads. Direct download via HTTP available
kat.ph/search/doug%20e.%20fresh - Cached

**doug e. fresh › isoHunt › the BitTorrent & P2P search engine**
Bit **Torrent** search engine, with an awesome P2P community sharing comments and ratings in discovering new media.
isohunt.com/torrents/doug+e.+fresh - Cached
More results from isohunt.com »

**Doug E Fresh Torrents - yourBittorrent**
Download **Doug E Fresh** Fast and for Free. Come and experience your **torrent** treasure chest right here. More **Doug E Fresh** available on the site
yourbittorrent.com/?q=doug-e-fresh - Cached

**Doug E. Fresh & The Get Fresh Crew Torrent Download**
**Doug E. Fresh** & The Get Fresh Crew 11 **torrent** download locations Download Direct **Doug E. Fresh** & The Get Fresh Crew music audio Sponsored Link thepiratebay.se Doug E …
torrentz.eu/160317973a246da2786b1e855c76189e8c504ae0 - Cached

**Doug E Fresh Discography Torrent Downloads - download free …**
**Doug E Fresh** Discography **torrent** download, full download for free.
www.torrentdownloads.me/torrent/1651584858/Doug+E+Fresh… - Cached

**Doug E Fresh Torrents - TorrentFunk**
Download **Doug E Fresh Torrent** at TorrentFunk. We have 3 **Doug E Fresh** Music **torrents** for you!
www.torrentfunk.com/all/torrents/doug-e-fresh.html - Cached

**Torrentbit.net - Doug E Fresh (2 Albums, 192kbps) torrent …**
**Doug E. Fresh** & The Get Fresh Crew/Oh, My God!/01 Nuthin' 1.mp3 - 4.22 MB **Doug E. Fresh** & The Get Fresh Crew/Oh, My God!/02 The Show (Oh, My God!
www.torrentbit.net/torrent/1765066/Doug+E+Fresh+(2+Albums… - Cached

**Doug E. Fresh discography - Audio » Music - Torrent Download …**
Download "**Doug E. Fresh** discography" **torrent** (Audio » Music). Download millions of **torrents** with TV series, movies, music, PC/Playstation/Wii/Xbox games and more at …
bitsnoop.com/doug-e-fresh-discography-q12234342.html - Cached

Ad

**Doug E. Fresh Tickets**
Official Ticketmaster® Site. The Secure Way To Buy Tickets Online.
**Ticketmaster.com**

See your message here…

Ad

**Doug E. Fresh Tickets**
Official Ticketmaster® Site. The Secure Way To Buy Tickets Online.
**Ticketmaster.com**

1 2 3 4 5 6 7 8 9 10 Next >

"doug e. fresh" & torrent     **Search**

© 2013 Yahoo!   Help - Privacy / Legal - About Our Ads - Submit Your Site - Advertise with Yahoo! Search

Powered by Bing™

Exhibit 11     Page 120

New User? Register | Sign In

Make Y! my homepage

Mail | My Y! | Yahoo!

whodini & torrent

**Search**

14,300 results

Options

WEB | IMAGES | VIDEO | SHOPPING | BLOGS | MORE

FILTER BY TIME

**Anytime**

Past day

Past week

Past month

**Whodini - Greatest Hits (Bonus Tracks) (download torrent) - TPB**
**Whodini** - Be Yourself **Whodini** - Big Mouth **Whodini** - Five Minutes of Funk **Whodini** - Friends **Whodini** - Funky Beat **Whodini** - I'm a Ho **Whodini** - In the Beginning ...
thepiratebay.se/torrent/4904019/**Whodini**_-_Greatest_Hits... - Cached

**Whodini (Whodini, Escape, Back In Black) (download torrent) - TPB**
"**Whodini** Mega Mix" - 7:17 Release: 1986 Genre: Hip Hop/Rap Bitrate: 192 Total File Size: 192 MB Show detailed artist info Get this ... in 4.836.991 **torrents**. ...
thepiratebay.se/torrent/4067156/**Whodini**_(**Whodini**_Escape... - Cached

**Download Old School Rap - Whodini - Escape (1984) Torrent ...**
Download Old School Rap - **Whodini** - Escape (1984) **torrent** or any other **torrent** from Other Music category. Direct download via HTTP available as well.
kat.ph/old-school-rap-**whodini**-escape-1984-t2855453.html - Cached

**Download Whodini - Greatest Hits (Bonus Tracks) Torrent ...**
Download **Whodini** - Greatest Hits (Bonus Tracks) **torrent** or any other **torrent** from Other Music category. Direct download via HTTP available as well.
kat.ph/**whodini**-greatest-hits-bonus-tracks-t2580940.html - Cached

**Whodini - Greatest Hits torrent - Music - Other torrents ...**
**Whodini** - Greatest Hits **torrent** download - ExtraTorrent.com ... We are in the process of migrating the site to our new domain EXTRATORRENT.WS
extratorrent.com/**torrent**/809053/**Whodini**+-+Greatest+Hits.html - Cached

**Whodini - Greatest Hits Torrent Download**
Download **Whodini** - Greatest Hits from **Torrent** Reactor **torrents** database or choose analog in Music
www.torrentreactor.net/torrents/2317942/**Whodini**-Greatest... - Cached

**Whodini - Whodini (1983) torrent - Hip Hop torrents - Music ...**
**Whodini** - **Whodini** 1983 **torrent** download - ExtraTorrent.com ... Coming out of the fertile early-'80s New York rap scene, **Whodini** were one of the first rap groups to ...
extratorrent.com/**torrent**/271936/**Whodini**+-+**Whodini**+(1983... - Cached

**Whodini Torrent Download - TorrentCrazy.com**
**Whodini Torrent** Downloads. sponsored [COMPLETE] **Whodini** today : 3053KB/s: 2,639: 328: **Whodini Torrent** today : 3764KB/s
torrentcrazy.com/s/**whodini** - Cached

**Whodini Torrent Results - TorrentFunk - Discover Your Funk**
Download **Whodini Torrent** at TorrentFunk. We have 9 **Whodini** Music **torrents** for you!
www.torrentfunk.com/all/torrents/**whodini**.html - Cached

**Whodini Discography Torrent Downloads - download free torrents!**
Download **Whodini** Discography **Torrents** for free, Download via Bittorrent clients
www.torrentdownloads.me/search/all/Whodini+Discography - Cached

Promotional Results For You



**New Mozilla Firefox® Optimized for Yahoo!**
Includes Yahoo! Axis. Faster & Smarter.
Download Now!
downloads.yahoo.com/firefox

**1** 2 3 4 5 6 7 8 9 10 Next >

whodini & torrent

**Search**

© 2013 Yahoo!   Help · Privacy · Legal · About Our Ads · Submit Your Site · Advertise with Yahoo! Search

Powered by Bing™

Exhibit 11   Page 121

Bing.com Searches Using The Terms "'doug e. fresh' & torrent" and "whodini & torrent"

Exhibit 11     Page 122

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE

"doug e. fresh" & torrent

12,800 RESULTS

**Doug E Fresh (2 Albums, 192kbps) (download torrent) - TPB**
thepiratebay.se/torrent/3956243/Doug_E_Fresh_(2_Albums__192kbps)
**Doug E. Fresh** & The Get Fresh Crew\\\'s first 2 classic albums. ... That said, any chance of a **torrent** of this in high quality, like FLAC lossless, or ...

**Download Doug E Fresh (2 Albums, 192kbps) Torrent - ...**
kat.ph/doug-e-fresh-2-albums-192kbps-t616388.html
Download **Doug E Fresh** (2 Albums, 192kbps) **torrent** or any other **torrent** from Other Music category. Direct download via HTTP available as well.

**Download doug e. fresh Torrents - KickassTorrents**
kat.ph/search/doug%20e.%20fresh
Come and download **doug e. fresh** absolutely for free. Fast downloads. Direct download via HTTP available

Related searches for **"doug e. fresh" & torrent**

| | |
|---|---|
| Old School Hip Hop **Torrent** | Slick Rick Greatest Hits **Torrents** |
| Slick Rick Hits **Torrent** | **Doug E. Fresh** Discography **Torrent** |
| Hip Hop 2012 **Torrent** | Old School Hip Hop Mixtapes |

**Doug E Fresh Torrents - yourBittorrent**
your**bittorrent**.com/?q=doug-e-fresh
Download **Doug E Fresh** Fast and for Free. Come and experience your **torrent** treasure chest right here. More **Doug E Fresh** available on the site

**doug e. fresh › isoHunt › the BitTorrent & P2P search engine**
isohunt.com/torrents/doug+e.+fresh
Bit **Torrent** search engine, with an awesome P2P community sharing comments and ratings in discovering new media.

**Doug E Fresh Torrents - TorrentFunk**
www.**torrent**funk.com/all/**torrents/doug-e-fresh**.html
Download **Doug E Fresh Torrent** at TorrentFunk. We have 3 **Doug E Fresh** Music **torrents** for you!

**doug e fresh torrents search - Torrent Reactor - The most ...**
www.**torrent**reactor.net/**torrent**-search/doug-e-fresh
Downloads Speed Added Dl's; **doug e fresh** - Full Download : 181 kb/s: 22 hours ago: 4952: **doug e fresh** Full : 803 kb/s: 10 hours ago: 4368: **doug e fresh** [2013] 1394 kb/s

**Doug E. Fresh & The Get Fresh Crew Torrent Download**
torrentz.eu/160317973a246da2786b1e855c76189e8c504ae0
**Doug E. Fresh** & The Get Fresh Crew 11 **torrent** download locations Download Direct **Doug E. Fresh** & The Get Fresh Crew music audio Sponsored Link thepiratebay.se ...

Your results are personalized. Learn more

1    2    3    4    5    Next

Ads

**Doug E. Fresh Tickets**
Ticketmaster.com
Get **Doug E. Fresh** Seats At A Great Price! Official Ticketmaster® Site.
ticketmaster.com is rated                    on
Bizrate (5918 reviews)

**Download Torrents Free**
SonicDownloads.net
Download Music, Movies, Games.

See your message here

RELATED SEARCHES

Old School Hip Hop **Torrent**
Slick Rick Hits **Torrent**
Hip Hop 2012 **Torrent**
Slick Rick Greatest Hits **Torrents**
**Doug E. Fresh** Discography **Torrent**
Old School Hip Hop Mixtapes
Old School Hip Hop Posters
**Doug E. Fresh Torrent** Albums



Search is better wit
posts and photos fr
when you search o

Connect with

© 2013 Microsoft | Privacy and Cookies | Legal | Advertise | About our ads | Help | Feedback

Exhibit 11    Page 123

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE

whodini & torrent

14,400 RESULTS

**Whodini (Whodini. Escape. Back In Black) (download torrent) - ...**
thepiratebay.se/**torrent**/4067156/Whodini__(Whodini___Escape__Back_In...
**"Whodini** Mega Mix" ~ 7:17 Release: 1986 Genre: Hip Hop/Rap Bitrate: 192 Total File
Size: 192 MB Show detailed artist info Get this ... in 4.836.991 **torrents.** ...

**Whodini - Greatest Hits (Bonus Tracks) (download torrent) - TPB**
thepiratebay.se/**torrent**/4904019/Whodini_-_Greatest_Hits_(Bonus_Tracks)
**Whodini** - Be Yourself **Whodini** - Big Mouth **Whodini** - Five Minutes of Funk **Whodini** -
Friends **Whodini** - Funky Beat **Whodini** - I'm a Ho **Whodini** - In the Beginning ...

Related searches for **whodini & torrent**

The Top of **Whodini** Torrent          **Whodini** **Six** Torrent
**Whodini** **Discography** Torrent        **Whodini** **Greatest Hits** Torrent Downlo...
**Whodini** **Open Sesame** Torrent       **Whodini** **Discography**

**Download Old School Rap - Whodini - Escape (1984) Torrent ...**
kat.ph/old-school-rap-**whodini**-escape-1984-t2855453.html
Download Old School Rap - **Whodini** - Escape (1984) **torrent** or any other **torrent** from
Other Music category. Direct download via HTTP available as well.

**Download Whodini - Greatest Hits (Bonus Tracks) Torrent ...**
kat.ph/**whodini**-greatest-hits-bonus-tracks-t2580940.html
Download **Whodini** - Greatest Hits (Bonus Tracks) **torrent** or any other **torrent** from
Other Music category. Direct download via HTTP available as well.

**Whodini - Greatest Hits torrent - Music - Other torrents - Music ...**
extra**torrent**.com/**torrent**/809053/Whodini+-+Greatest+Hits.html
**Whodini** - Greatest Hits **torrent** download - ExtraTorrent.com ... We are in the process of
migrating the site to our new domain EXTRATORRENT.WS

**Whodini - Greatest Hits Torrent Download - Torrent Reactor - ...**
www.**torrent**reactor.net/**torrents**/2317942/Whodini-Greatest-Hits
Download **Whodini** - Greatest Hits from **Torrent** Reactor **torrents** database or choose
analog in Music

**Whodini Torrent Download - TorrentCrazy.com**
**torrent**crazy.com/s/**whodini**
**Whodini Torrent** Downloads. sponsored [COMPLETE] **Whodini** today : 3053KB/s;
2,639: 328: **Whodini Torrent** today : 3764KB/s

**Whodini Torrent Results - TorrentFunk - Discover Your Funk**
www.**torrent**funk.com/all/**torrents**/whodini.html
Download **Whodini Torrent** at TorrentFunk. We have 9 **Whodini** Music **torrents** for you!

1    2    3    4    5    Next

© 2013 Microsoft  |  Privacy and Cookies  |  Legal  |  Advertise  |  About our ads  |  Help  |  Feedback

RELATED SEARCHES

The Top of Whodini Torrent
Whodini Discography Torrent
Whodini Open Sesame Torrent
Whodini Six Torrent
Whodini Greatest Hits Torrent Download
Whodini Discography
Whodini One Love Audio
Big Mouth Whodini MP3



Search is better wit
posts and photos fr
when you search o

Connect with

Exhibit 11    Page 124

Google.com Searches Using The Terms "'doug e. fresh' & torrent" and "whodini & torrent"

Exhibit 11     Page 125

+Dorian   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ⌄

"doug e. fresh" & torrent        🎤   Dorian Berger   5        Share   👤

Web   Images   Maps   Shopping   More ▾   Search tools

About 52,100 results (0.22 seconds)

**Doug E Fresh (2 Albums, 192kbps) (download torrent) - TPB**
thepiratebay.se/torrent/3956243
Jan 1, 2008 - (Problems with magnets links are fixed by upgrading your torrent client!)
**Doug E. Fresh** & The Get Fresh Crew\\\'s first 2 classic albums.

**Doug E. Fresh discog Torrent Download**
torrentz.eu/4c6a4468285834740ca2a02202646f12443082a9
15+ items – **Doug E. Fresh** discog 4 torrent download locations. Download ...
01. **Doug E. Fresh** & The New Get Fresh Crew - D.O.A. (Intro).flac.mp3
02. **Doug E. Fresh** & The New Get Fresh Crew - Bustin' Out (On Funk ...

**Doug E. Fresh & The Get Fresh Crew Torrent Download**
torrentz.eu/160317973a246da2786b1e855c76189e8c504ae0
10+ items – Want to download **Torrents** anonymously? Try BTguard, the ...
kat.ph               **Doug E Fresh** 2 Albums, 192kbps  music   4 hours
torrentdownloads.me  **Doug E Fresh** 2 Albums, 192kbps  music   3 hours

**Download Doug E Fresh (2 Albums, 192kbps) Torrent ...**
kat.ph › Music › mp3
Jan 1, 2008 - Download **Doug E Fresh** (2 Albums, 192kbps) torrent or any other
torrent from Other Music category. Direct download via HTTP available as ...

**Download doug e fresh Torrents - KickassTorrents**
kat.ph/search/doug%20e%20fresh/
Come and download **doug e fresh** absolutely for free. Fast downloads. Direct download
via HTTP available.

**Download Doug E. Fresh discography torrent - torrentHound.com**
www.**torrenthound**.com/.../**torrent**.../Doug-E-Fresh-discograph...
Jun 27, 2010 - Related **torrents**. Title, Added, Size, Ratio, tHR. **Doug E Fresh** - Doin
What I Gotta Do 1992 [FLAC] - Kitlope Audio > FLAC, 28th Apr, 09 ...

**Doug E. Fresh & The Get Fresh Crew › isoHunt › BitTorrent search ...**
isohunt.com/download/31181342
Browse All **Torrents** » **Doug E. Fresh** & The Get Fresh Crew » Summary. **Torrents** on
isoHunt are indexed and cached from hundreds of sites, and enhanced by ...

**Doug E. Fresh discog › isoHunt › Search BitTorrent**
isohunt.com/torrent_details/193866977/?tab=summary
Browse All **Torrents** » **Doug E. Fresh** discog » Summary. Last updated: 4235.0 hours
ago. Indexed tags: Old School Radio Mixes. **Torrents** on isoHunt are ...

**Download doug e. fresh › isoHunt the BitTorrent & P2P search engine**
isohunt.com/**torrents**/doug+e.+fresh
231 items – Active **torrents** indexed from websites and trackers across the internet,
unique by ... [REL] **Doug E. Fresh** & The Get Fresh Crew (2 albums, 192kbps) ...

**Doug E. Fresh - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Doug_E._Fresh
Douglas E. Davis (born September 17, 1966), better known by the stage name **Doug E.
Fresh**, is an American rapper, record producer, and beat boxer, also ...

Searches related to **"doug e. fresh" & torrent**

doug e fresh **discography** torrent       **big daddy kane** torrent
doug e fresh **the show** torrent          **run dmc** torrent
doug e fresh **oh my god** torrent         **biz markie** torrent
doug e fresh **play** torrent              **krs one** torrent

Exhibit 11     Page 126

Exhibit 11    Page 127

+Dorian   Search   Images   Maps   Play   YouTube   News   Gmail   Drive   Calendar   More ⌄

whodini & torrent                                                    🎤   Dorian Berger   5        Share   👤

Web    Images    Maps    Shopping    More ▾    Search tools

About 38,200 results (0.21 seconds)

**Download whodini Torrents - KickassTorrents**
kat.ph/search/**whodini**/
Results 1 - 9 - Come and download **whodini** absolutely for free. Fast downloads. Direct download via HTTP available.

**Whodini - Greatest Hits (Bonus Tracks) (download torrent) - TPB**
thepiratebay.se/**torrent**/.../**Whodini**_-_Greatest_Hits_(Bonus_T...
May 20, 2009 - **Whodini** - Be Yourself **Whodini** - Big Mouth **Whodini** - Five Minutes of Funk **Whodini** - Friends **Whodini** - Funky Beat **Whodini** - I'm a Ho **Whodini** ...

**Whodini (Whodini, Escape, Back In Black) (download torrent) - TPB**
thepiratebay.se/**torrent**/4067156  Share
Mar 7, 2008 - Get this **torrent**. (Problems with magnets links are fixed by upgrading your **torrent** client!) Three albums from the hip hop/rap artists **Whodini**.

**Whodini Discography (1983 - 1996) - Audio - Torrent Download ...**
bitsnoop.com/**whodini**-discography-1983-1996-q15116454.ht...
Aug 11, 2010 – Download "**Whodini** Discography (1983 - 1996)" **torrent** (Audio). Download millions of **torrents** with TV series, movies, music, ...

**Whodini - Greatest Hits torrent - Music - Other torrents ... - ExtraTorrent**
extra**torrent**.com/**torrent**/809053/**Whodini**+-+Greatest+Hits.html
May 24, 2007 - **Whodini** - Greatest Hits **torrent** download - ExtraTorrent.com.

**Whodini - Greatest Hits - FREE Torrent Download - ExtraTorrent.com ...**
extra**torrent**.com/**torrent**.../**Whodini**+-+Greatest+Hits.**torrent**
**Whodini** - Greatest Hits FREE **torrent** Download. ExtraTorrent.com.

**Collection of Whodini 12 inch singles '82-'91 {H2oK9} › isoHunt ...**
isohunt.com/download/255031065
Browse All **Torrents** » Collection of **Whodini** 12 inch singles '82-'91 {H2oK9} » Summary. Last updated: 4492.2 hours ago. Indexed tags: Rap. **Torrents** on ...

**Whodini - Friends.mp3 › isoHunt › the BitTorrent & P2P search engine**
isohunt.com/download/377522385
Browse All **Torrents** » **Whodini** - Friends.mp3 » Summary. **Torrents** on isoHunt are indexed and cached from hundreds of sites, and enhanced by aggregating ...

**Download Whodini Trilogy Torrent | 1337x.org**
1337x.org/**torrent**/239520/**Whodini**-Trilogy/
Upgrade your **torrent** client! description; files; comments(0); tracker list; nfo. Three albums from the hip hop/rap artists **Whodini**. **Whodini** - **Whodini** Release: 1983 ...

**Whodini - Greatest Hits Torrent Download**
www.**torrent**reactor.net/**torrents**/2317942/**Whodini**-Greatest-Hits
Oct 10, 2008 - Download **Whodini** - Greatest Hits from **Torrent** Reactor **torrents** database or choose analog in Music.

*In response to a complaint we received under the US Digital Millennium Copyright Act, we have removed 1 result(s) from this page. If you wish, you may read the DMCA complaint that caused the removal(s) at ChillingEffects.org.*

*In response to a complaint we received under the US Digital Millennium Copyright Act, we have removed 4 result(s) from this page. If you wish, you may read the DMCA complaint that caused the removal(s) at ChillingEffects.org.*

Searches related to **whodini & torrent**

whodini **greatest hits** torrent          **best of** whodini torrent

whodini **discography** torrent           whodini **friends** torrent

Exhibit 11    Page 128

whodini **escape** torrent          **run dmc** torrent

**big daddy kane** torrent          **utfo** torrent


**1** 2 3 4 5 6 7 8 9 10          **Next**

Advanced search     Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy & Terms

About Google

Exhibit 11     Page 129