1  BAKER MARQUART LLP
   Jaime Marquart (Bar No. 200344)
2  jmarquart@bakermarquart.com
   Ryan Baker (Bar No. 214036)
3  rbaker@bakermarquart.com
   Christian Anstett (Bar No. 240179)
4  canstett@bakermarquart.com
5  10990 Wilshire Blvd., Fourth Floor
   Los Angeles, CA 90024
6  Telephone:  (424) 652-7800
7  Facsimile:   (424) 652-7850

8  Attorneys for All Plaintiffs

9  LAURENCE F. PULGRAM (CSB No. 115163)
10 lpulgram@fenwick.com
   JENNIFER L. KELLY (CSB No. 193416)
11 jkelly@fenwick.com
   ERIN SIMON (CSB No. 268929)
12 esimon@fenwick.com
   FENWICK & WEST LLP
13 555 California Street, 12th Floor
14 San Francisco, CA 94104
   Telephone:  (415) 875-2300
15 Facsimile:   (415) 281-1350

16 Attorneys for Defendant
   CBS INTERACTIVE, INC.
17

18                 **UNITED STATES DISTRICT COURT**

19               **CENTRAL DISTRICT OF CALIFORNIA**

20                        **WESTERN DIVISION**

| | |
|---|---|
| 21 SUGAR HILL MUSIC, *et al.*, | Case No. 2:11-cv-93437-DSF-JC |
| 22         Plaintiffs, | **ORDER RE: JOINT STIPULATION RE: PROTECTIVE ORDER** |
| 23       v. | |
| 24 CBS INTERACTIVE, INC., | **[CHANGE MADE BY COURT]** |
| 25 | |
| 26         Defendant. | |
| 27 | |

28

ORDER re: JOINT STIPULATION                Case No. 2:11-cv-09437-DSF-JC
RE PROTECTIVE ORDER

1    Having read and considered the proposed Joint Stipulation re: Protective

2  Order proposed by the parties in the above-captioned matter, the Protective Order is

3  hereby entered by this Court with a modification to the last sentence of Paragraph X

4  such that the entirety of Paragraph X reads as follows:

5  **X.     FILING PROTECTED MATERIAL**

6    Without written permission from the Designating Party or a Court order

7  secured after appropriate notice to all interested persons, a Party may not file any

8  Protected Material in the public record in this action.   A Party that seeks to file

9  under seal any Protected Material must comply with Local Civil Rule 79-5 and

10  Paragraph 6 of the Standing Order for Cases Assigned to Judge Dale S. Fischer.

11    **IT IS SO ORDERED.**

12

13

14  Date:  May 23, 2013              _____/s/_____

15                 Hon. Jacqueline Chooljian

16                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER re: JOINT STIPULATION RE PROTECTIVE ORDER