LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ERIN SIMON (CSB No. 268929)
esimon@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUGAR HILL MUSIC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CBS INTERACTIVE INC.,<br><br>　　　　Defendant. | Case No. 2:11-cv-09437-DSF-JC<br><br>**[PROPOSED]** ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN TIME RE UNOPPOSED MOTION FOR RECONSIDERATION BY DEFENDANT CBS INTERACTIVE INC.<br><br>Courtroom: 840<br>Judge:　　Hon. Dale S. Fischer |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The *Ex Parte* Application to Shorten Time re Unopposed Motion for Reconsideration by Defendant CBS Interactive Inc. came before the Honorable Dale S. Fischer. After considering the papers submitted by the parties, the evidence contained therein, any argument of counsel thereon, and for good cause shown, the Court hereby ORDERS that:

1. The Unopposed Motion for Reconsideration by Defendant CBS Interactive Inc. is hereby set for hearing on September 9, 2013.

2. The Order Conditionally Granting Motion to Withdraw as Counsel (Dkt. 136) is vacated pending the September 9, 2013 hearing.

**IT IS SO ORDERED.**

Dated: August 21, 2013

Hon. Dale S. Fischer
United States District Court Judge