UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-9437-DSF (JCx) | Date | August 28, 2013 |
|---|---|---|---|
| Title | Sugar Hill Music, et al. v. CBS Interactive, Inc. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:** ORDER DENYING PLAINTIFFS' REQUEST FOR EXPEDITED STATUS CONFERENCE WITHOUT PREJUDICE (DOCKET NO. 145) AND REGARDING UPCOMING STATUS REPORTS

IT IS HEREBY ORDERED that Plaintiffs' Request for Expedited Status Conference is denied without prejudice. To the extent the matters raised therein remain unresolved, nothing in this Order prevents plaintiffs from including such matters in their upcoming status report due on September 6, 2013. The parties' status report(s) should also reflect whether, and the degree to which the matters raised in plaintiffs' proposed motion to compel which was submitted in conjunction with plaintiffs' pending Ex Parte Application to Shorten Time remain in issue.[1]

IT IS SO ORDERED.

Initials of Deputy Clerk    hr

---

[1] To the extent any ambiguity exists as to whether or not such motion is set for hearing on September 3, 2013, the parties are advised that it is not scheduled for hearing on such date. The Court will make a determination as to whether or not to reach the merits of such motion after reviewing the parties' status reports.