UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-9437 DSF (JCx) | Date | 8/30/13 |
|---|---|---|---|
| Title | Sugar Hill Music, et al. v. CBS Interactive, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Conditionally Granting Amended Motion to Withdraw as Counsel (Doc. 129)

Baker Marquart LLP's Amended Motion for Leave to Withdraw as Counsel was filed on August 12, 2013. The Court has not received any pleadings or communications from the Withdrawal Plaintiffs. It appears that the Withdrawal Plaintiffs have been advised that counsel would seek to withdraw - but may not have been served with the Motion itself or notified of the hearing date and time.

Having read and considered the Motion, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for September 9 is removed from the Court's calendar.

Good cause has been shown. Therefore, the Court grants the Motion effective ten days after the date that moving counsel files and serves – on the Withdrawal Plaintiffs and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

(1) Informs the Withdrawal Plaintiffs that they have ten days to submit an objection in writing to the Court (this requirement will be deemed satisfied if counsel submits a declaration that the Withdrawal Plaintiffs were previously served with the motion; if that is the case, then this order is effective on the date counsel files the declaration);

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

(2) Sets forth the Withdrawal Plaintiffs' current addresses and telephone numbers, recently verified as accurate by withdrawing counsel;

(3) Informs the Withdrawal Plaintiffs and all attorneys of record that the stated addresses will be the addresses to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

(4) Informs the Withdrawal Plaintiffs of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(5) Informs the Withdrawal Plaintiffs that all outstanding discovery responses remain due as previously set (unless defense counsel or the court (including Magistrate Judge Chooljian) grants an extension), that the action will not be stayed in order to allow time for Withdrawal Plaintiffs to obtain counsel, and that this order does not supersede any past or future rulings of Magistrate Judge Chooljian, unless expressly ordered by Magistrate Judge Chooljian or this Court;

(6) Informs any individual Withdrawal Plaintiffs that any individual appearing pro se will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(7) Informs any Withdrawal Plaintiff corporations, unincorporated associations, partnerships, or trusts (entity Withdrawal Plaintiffs) that they cannot appear without counsel, and of the consequences of their failure timely to obtain counsel. See Local Rules 83-2.2.2;

(8) Informs the Withdrawal Plaintiffs when and where they may obtain their case file;

(9) Informs the individual Withdrawal Plaintiffs of the following:

> The Court may not provide advice to *any* party, including persons who are not represented by a lawyer. (Such persons are known as "pro se litigants.") However, this District does have "Pro Se Clinics" that can provide information and assistance about many aspects of dealing with a lawsuit in this Court. The Western Division (Los Angeles) Clinic is run by Public Counsel, a non-profit public interest law firm, and it is staffed by lawyers and a paralegal. In order to benefit from the assistance the Clinic

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

may be able to provide, you have to go there directly. The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. to 12:00 noon and from 2:00 p.m. to 4:00 p.m. Clinic staff will see visitors during open hours on a first come, first served basis. If you arrive early in the day, you have a better chance of being seen promptly. The Clinic is located in Room G-19 on the Main Street Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California 90012. Although the Clinic does not provide information telephonically, for further information about it you may call (213) 385-2977, ext. 270.

The Eastern Division (Riverside) Clinic is run by the Public Service Law Corporation and is open on Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. The Clinic is located at the George R. Brown Federal Building, 3420 Twelfth Street, Room 125, Riverside, California 92501. For additional information call (951) 682-7968.

The Southern Division (Santa Ana) Clinic is run by the Public Law Center and is open on Thursdays from 10:00 a.m. to 12:00 noon and 1:30 p.m. to 3:30 p.m. The Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, California 92701. For additional information call 714-541-1010, ext. 222.

Plaintiffs' counsel must file a proof of service of this Order and of the required declaration.

Plaintiffs' attorney Christian Anstett declares that Baker Marquart LLP does not have the mailing addresses for Solid Productions or for Sugar Hill Music. The Court finds this troubling in light of the allegations that these entities are "the legal and beneficial owners of copyrighted works that have been infringed by Defendants." By now, counsel should have obtained the necessary information concerning Sugar Hill Music, which it contends in the First Amended Complaint "is or was at relevant times a corporation organized under the laws of the State of New York with offices in New York and California." It also should have the address of Solid Productions, "a resident of the State of California with its principal place in Los Angeles, California." The Court directs counsel to find the last known address for each of these entities and provide service at that address, as well as via email to a corporate representative for each of these entities. Counsel will remain counsel of record until this has been accomplished.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

Failure to comply with the above requirements by **September 5, 2013** will result in denial of the Motion.

Effective on the date counsel complies with this Order, the individual Withdrawal Plaintiffs will represent themselves, and the docket will be amended to reflect the addresses for them as described in counsel's declaration.

Entity Withdrawal Plaintiffs each have until **October 7, 2013** to find substitute counsel and for such counsel to enter an appearance on their behalf. If the entity Withdrawal Plaintiffs fail to engage new counsel, the Court will dismiss them from this action without prejudice for failure to prosecute. This action - and this relatively short compliance date - is justified based on the parties' failure to communicate with their counsel despite counsel's repeated efforts to obtain their cooperation.

The Court has considered the Opposition to this Motion and finds that it lacks merit.

IT IS SO ORDERED.