BAKER MARQUART LLP
Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Christian Anstett (Bar No. 240179)
  canstett@bakermarquart.com
Ashley E. Martabano (Bar No. 236357)
  amartabano@bakermarquart.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@bakermarquart.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR HILL MUSIC, SOLID PRODUCTIONS, STEVEN BATIZ, TONY BELL, DETRON BENDROSS, DERRICK BRAXTON, REGINALD BROOKS, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, JONATHAN CARLTON, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, NACOLBIE EDWARDS, VANCITO EDWARDS JOHN FLETCHER, WILLIE FINCH, ISAAC FREEMAN, JR., DARRYL GIBSON, JALIL HUTCHINS, EMANON JOHNSON, KEITH JONES, ORAN "JUICE" JONES, TARSHA JONES, NAILAH LAMEES, DANA MCCIEESE, BARRY MOODY, JEFF REDD, QUAME RILEY, ANTHONY | CASE NO. CV11-9437 DSF (JCx)<br><br>**ORDER GRANTING PLAINTIFF SUGAR HILL MUSIC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

ORDER re: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

| | |
|---|---|
| 1 | ROBINSON, NICHOLAS SANCHEZ, JONATHAN SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD SPENCE, CHRIS STOKES, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS, RONDELL TURNER, RICKY WALTERS, KEVIN WILLIAMS, YOLANDA WHITAKE, JOSEPH WILLIAMS, RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND JARRETT CORDES, MITCHELL GRAHAM |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Plaintiffs, |
| 11 | |
| 12 | vs. |
| 13 | CBS INTERACTIVE INC., CNET NETWORKS, INC. |
| 14 | |
| 15 | Defendants. |

ORDER re: PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

Having considered Plaintiffs' Application for Leave to File Under Seal, and good cause having been shown, IT IS HEREBY ORDERED THAT:

Plaintiffs' Application for Leave to File Under Seal is GRANTED. Plaintiffs may file portions of their Status Report and portions of Exhibit 1 to the Declaration of Scott M. Malzahn in redacted form. Additionally, Plaintiffs may file the entirety of Exhibits 2-6 of the Declaration of Scott Malzahn under seal.

[In the alternative;

__ Counsel shall publicly file the document(s);

__ Counsel shall file redacted versions of the public documents for public view. The Court will consider the unredacted mandatory chambers copy.

IT IS SO ORDERED.

DATED: September 9, 2013

_____/s/_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES DISTRICT JUDGE

-1-
PLAINTIFFS' APPLICATION TO FILE UNDER SEAL