UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-9437 DSF(JCx) | Date | September 10, 2013 |
|---|---|---|---|
| Title | Sugar Hill Music, et al. v. CBS Interactive, Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | C/S 9/10/13 |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Christian Anstett | Jennifer Kelly |
| Ashley Martabano | Laurence Pulgram |

**Proceedings:** STATUS CONFERENCE; ORDER (1) GRANTING PLAINTIFFS' REQUEST TO CONDUCT A FURTHER LIMITED DEPOSITION OF MARK LARKIN; (2) GRANTING PLAINTIFFS' REQUEST TO EXTEND ITS DEADLINE TO COMPLETE A DEPOSITION OF GREG SANDOVAL; (3) DENYING PLAINTIFFS' REQUEST TO CONDUCT FURTHER DEPOSITIONS REGARDING WITNESS' PERSONAL USE OF P2P SOFTWARE; (4) DEFERRING DETERMINATION OF REMAINING MATTERS; (5) DIRECTING PARTIES TO FURTHER CONFER; (6) SETTING DEADLINE FOR SUBMISSION OF ADDITIONAL MATERIALS; AND (7) SETTING FURTHER TELEPHONIC STATUS CONFERENCE

Case called. Court and counsel conferred regarding the matters referenced in the parties' status reports.

The Court (1) directed the parties to confer regarding matters relating to the IP Addresses of visitors to defendant's websites, directed defendant to supply the Court with additional information regarding the number of IP Addresses produced relative to the first six months of 2011 and any costs/potential burdens of producing sampling of IP Addresses for 2008-2010, and deferred consideration of whether further discovery would be permitted in this category; (2) denied plaintiffs' request to conduct further depositions regarding witness's personal use of P2P software; (3) directed plaintiffs to submit additional material pertinent to the deposition of defendant's Fed. R.Civ. P. 30(b)(6) witness and deferred consideration of whether it would permit further discovery related to the matter; (4) granted plaintiffs' request to conduct a further deposition of Mark Larkin regarding only the Larkin-related documents produced after Larkin's deposition and his search for responsive documents and directed that such deposition occur within thirty (30) days and not exceed 2 hours and 11 minutes; (5) granted plaintiffs' request to extend plaintiff's deadline to complete plaintiffs' deposition of Gregory Sandoval, afforded plaintiffs four additional hours to depose Sandoval, and directed that such deposition be completed within thirty (30) days; (6) deferred consideration of the remaining matters referenced in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-9437 DSF(JCx) | Date | September 10, 2013 |
|---|---|---|---|
| Title | Sugar Hill Music, et al. v. CBS Interactive, Inc., et al. | | |

the parties' status reports (most of which elaborate upon/cross-reference previously submitted motions that are pending) and directed the parties to confer regarding certain additional matters; (7) directed that any additional written submissions relative to the matters discussed at the status conference be filed not later than **Thursday, September 12, 2013 at 12:00 p.m. (Pacific)**; and (8) set a further telephonic status conference for **Friday, September 13, 2013 at 2:00 p.m.**

2 hours

| | Initials of Deputy Clerk | hr |
|---|---|---|