BAKER MARQUART LLP
Ryan G. Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Christian Anstett (Bar No. 240179)
  canstett@bakermarquart.com
Ashley E. Martabano (Bar No. 236357)
  amartabano@bakermarquart.com
Scott M. Malzahn (Bar No. 229204)
  smalzahn@bakermarquart.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California 90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR HILL MUSIC, SOLID PRODUCTIONS, STEVEN BATIZ, TONY BELL, DETRON BENDROSS, DERRICK BRAXTON, REGINALD BROOKS, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, JONATHAN CARLTON, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, NACOLBIE EDWARDS, VANCITO EDWARDS JOHN FLETCHER, WILLIE FINCH, ISAAC FREEMAN, JR., DARRYL GIBSON, JALIL HUTCHINS, EMANON JOHNSON, KEITH JONES, ORAN "JUICE" JONES, TARSHA JONES, NAILAH LAMEES, DANA MCCIEESE, BARRY MOODY, JEFF REDD, QUAME RILEY, ANTHONY | CASE NO. CV11-9437 DSF (JCx)<br><br>**ORDER DISMISSING CERTAIN PLAINTIFFS FROM THE LITIGATION WITH PREJUDICE**<br><br>**Judge: Hon. Dale S. Fischer**<br>**Ctrm: 840** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | ROBINSON, NICHOLAS SANCHEZ, JONATHAN SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD SPENCE, CHRIS STOKES, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS, RONDELL TURNER, RICKY WALTERS, KEVIN WILLIAMS, YOLANDA WHITAKE, JOSEPH WILLIAMS, RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND JARRETT CORDES, MITCHELL GRAHAM<br><br>        Plaintiffs,<br><br>  vs.<br><br>CBS INTERACTIVE INC., CNET NETWORKS, INC.<br><br>        Defendants. |

[PROPOSED] ORDER DISMISSING CERTAIN PLAINTIFFS FROM THE LITIGATION

1 | Having considered the parties Joint Stipulation Dismissing Certain Plaintiffs
2 | from the Litigation, and good cause appearing therefore, IT IS HEREBY
3 | ORDERED THAT:

4 |    1. Plaintiffs Nacolbie Edwards ("N. Edwards") and Chris Stokes ("C.
5 |       Stokes") are hereby dismissed from this case and any claims by N.
6 |       Edwards and C. Stokes against CBSI are dismissed in their entirety
7 |       with prejudice.

8 |    2. The parties shall each bear their own fees and costs with respect to the
9 |       claims of Nacolbie Edwards and Chris Stokes.

10 |    3. Plaintiffs Vancito Edwards, Kevin Williams; Anthony Robinson;
11 |       Reginald Brooks; Emanon Johnson; Jonathan Carlton; Dana McCleese,
12 |       Nailah Lamees; Yolanda Whitaker; and Detron Bendross are hereby
13 |       dismissed from this case.  Any claims by these Plaintiffs against CBSI
14 |       are hereby dismissed in their entirety with prejudice.

15 |    4. CBSI retains the right to seek fees and costs with respect to Plaintiffs
16 |       Vancito Edwards, Kevin Williams; Anthony Robinson; Reginald
17 |       Brooks; Emanon Johnson; Jonathan Carlton; Dana McCleese, Nailah
18 |       Lamees; Yolanda Whitaker and Detron Bendross.

19 |    5. The caption in this proceeding shall be amended to remove the above
20 |       named Plaintiffs from the pleadings.

21 | IT IS SO ORDERED.
22 |    9/16/13
23 | DATED:_____                     UNITED STATES DISTRICT JUDGE

*(Signed: Dale S. Fischer)*

-1-
[PROPOSED] ORDER DISMISSING CERTAIN PLAINTIFFS FROM THE LITIGATION