UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV11-9437 DSF(JCx) | Date | October 29, 2013 |
| Title | Sugar Hill Music, et al. v. CBS Interactive, Inc., et al. | | |

Present: The Honorable  Jacqueline Chooljian, United States Magistrate Judge

| Hana Rashad | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendant:

None     None

**Proceedings:**     **ORDER VACATING CERTAIN DATES PENDING RESOLUTION OF OUTSTANDING DISCOVERY/SANCTIONS REQUESTS**

IT IS HEREBY ORDERED[1] that the following dates/deadlines are vacated pending this Court's resolution of the outstanding discovery/sanctions requests:

- November 1, 2013 deadline for Initial Expert Reports
- December 13, 2013 deadline for Rebuttal Expert Reports
- January 17, 2014 Expert Discovery Cut-off
- February 17, 2014 deadline to file Motions for Summary Judgment
- March 17, 2014 deadline for hearing on Motions for Summary Judgment

The Court will reset such deadlines following its resolution of the outstanding discovery/ sanctions requests.

Initials of
Deputy Clerk     hr

---

[1] The District Judge afforded this Court discretion regarding the scheduling addressed in this Order.