BAKER MARQUART LLP
Ryan Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Christian Anstett (Bar No. 240179)
  canstett@bakermarquart.com
Ashley E. Martabano (Bar No. 236357)
  amartabano@bakermarquart.com
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:   (424) 652-7800
Facsimile:    (424) 652-7850

Attorneys for Plaintiffs Steven Batiz, Tony Bell, Derrick Braxton, Elijah Brown, Horace Brown, Oscar Brown, Luther Cambell, Solomon Conner, Dayquan Davis, Douglas Davis, Kareem Davis, Solamin Davs, Willie Finch, Daryl Gibson, Jalil Hutchins, Oran "Juice" Jones, Tarsha Jones, Barry Moody, Quame Riley, Nicolas Sanchez, Gerald Spence, Irene Stokes, Juanita Stokes, William Tennyson and the Tennyson Estate, Carl Thomas, Rondell Turner, Joseph Williams, Raheem Williams, Case Woodward, Attrell Cordes and Mitchell Graham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BATIZ, TONY BELL, DERRICK BRAXTON, ELIJAH BROWN, HORACE BROWN, OSCAR BROWN, LUTHER CAMPBELL, SOLOMON CONNER, DAYQUAN DAVIS, DOUGLAS DAVIS, KAREEM DAVIS, SOLAMIN DAVIS, EMMANUEL RAMONE DEANDA, DREW CARTER, JOHN FLETCHER, WILLIE FINCH, ISAAC FREEMAN, | CASE NO. CV11-9437 DSF (JCx)<br><br>**JOINT STIPULATION OF COUNSEL TO VACATE TRIAL AND RELATED DATES PENDING RULINGS**<br><br>*Filed concurrently with [Proposed] Order to Vacate Trial and Related Dates Pending Rulings* |

JOINT STIPULATION TO VACATE TRIAL AND RELATED DATES

| | |
|---|---|
| 1  JR., DARRYL GIBSON, JALIL HUTCHINS, KEITH JONES, ORAN<br>2  "JUICE" JONES, TARSHA JONES, BARRY MOODY, JEFF REDD,<br>3  QUAME RILEY, NICHOLAS SANCHEZ, JONATHAN<br>4  SHINHOSTER, DIAMOND SMITH, REMINISCE SMITH, GERALD<br>5  SPENCE, IRENE STOKES, JUANITA STOKES, WILLIAM TENNYSON<br>6  AND THE TENNYSON ESTATE, CARL THOMAS, JEFF THOMKINS,<br>7  RONDELL TURNER, RICKY WALTERS, JOSEPH WILLIAMS,<br>8  RAHEEM WILLIAMS, CASE WOODWARD, ATTRELL AND<br>9  JARRETT CORDES, MITCHELL GRAHAM<br>10<br>11<br>12          Plaintiffs,<br>13       vs.<br>14  CBS INTERACTIVE, INC.<br>15          Defendant. | Hon. Dale S. Fischer<br>Ctrm:   840<br><br>Pretrial conference:   5/26/14<br>Trial:                        6/24/14 |

JOINT STIPULATION TO VACATE TRIAL AND RELATED DATES

## STIPULATION

WHEREAS, the trial in this matter is currently set for June 24, 2014, with the pretrial conference set for May 26, 2014;

WHEREAS, as of August 13, 2013 Magistrate Judge Chooljian took under submission (Dkt. 132) portions of Plaintiffs' Motion to Compel further discovery from defendant CBS Interactive, Inc.("CBSI") (Dkt 126), and portions of CBSI's Motion to Compel Compliance with Court Order and Further Responses to Interrogatories (Dkt. 78), as later supplemented by CBSI's status reports (Dkt. 176, 199) ("CBSI's Motions");

WHEREAS, by CBSI's Motions, it seeks, among other things, the dismissal of 18 of the 43 remaining plaintiffs, leave to conduct further discovery including depositions of 10 of the current Plaintiffs, and various other sanctions including exclusion of evidence;

WHEREAS, after taking Plaintiffs' and CBSI's Motions under submission, Magistrate Judge Chooljian issued an October 29, 2013 order, vacating all deadlines for expert discovery and summary judgment "pending this Court's resolution of the outstanding discovery/sanctions requests" (Dkt. No. 228);

WHEREAS, on April 1, 2014, Magistrate Judge Chooljian issued an order denying Plaintiffs' Motion to Compel, but not ruling on or addressing CBSI's Motions;

WHEREAS, pending Magistrate Judge Chooljian's resolution of the CBSI's Motions, the parties do not know what parties will remain in the case, whether any evidentiary or other sanctions will be entered, and whether or what additional percipient discovery requested by CBSI may be ordered;

WHEREAS, of the 43 Plaintiffs that remain in the case (14 of the original 57 having been dismissed via Dkts. 188, 231), 12 Plaintiffs are now pro se and have not appeared since their counsel's motion to withdraw was granted on August 30, 2013 (Dkt. 149);

1  WHEREAS, at this time, and since October 2014, there have been no expert
2  discovery or summary judgment dates on calendar;
3  WHEREAS, the parties have not conducted expert discovery and have not
4  filed motions for summary judgment, in accordance with Magistrate Judge
5  Chooljian's orders;
6  WHEREAS the represented parties have met and conferred and agreed to
7  vacate the preconference, trial and related dates pending resolution of CBSI's
8  Motions;
9  WHEREAS, the represented parties have also agreed to meet and confer to set
10 new dates once the Motions have been decided;
11 WHEREFORE, IT IS HEREBY STIPULATED, by and between the
12 undersigned parties to this action and through their counsel of record, that the
13 pretrial conference, trial, and related dates be vacated, and that counsel for the
14 parties shall, within 10 days of entry of an order by Magistrate Judge Chooljian on
15 CBSI's Motions, meet and confer and submit proposed dates for the conclusion of
16 this action.

Dated: May 6, 2014

FENWICK & WEST LLP

By:/s/
Laurence Pulgram
Attorneys for Defendant

Dated:  May 6, 2014

BAKER MARQUART LLP

By:/s/
Ryan G. Baker
Attorneys for Plaintiffs Steven Batiz, Tony Bell, Derrick Braxton, Elijah Brown, Horace Brown, Oscar Brown, Luther Cambell, Solomon Conner, Dayquan Davis, Douglas Davis, Kareem Davis, Solamin Davs, Willie Finch, Daryl Gibson, Jalil Hutchins, Oran "Juice" Jones, Tarsha Jones, Barry Moody, Quame Riley, Nicolas Sanchez, Gerald Spence, Irene Stokes, Juanita Stokes, William Tennyson and the Tennyson Estate, Carl Thomas, Rondell Turner, Joseph Williams, Raheem Williams, Case Woodward, Attrell Cordes and Mitchell Graham