UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUGAR HILL MUSIC, et al., | ) | Case No. CV 11-9437 DSF(JC) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER DIRECTING PLAINTIFFS |
| v. | ) | ISAAC FREEMAN, JR., |
| | ) | DIAMOND SMITH, JEFF REDD |
| CBS INTERACTIVE, INC., et al., | ) | AND KEITH JONES TO UPDATE |
| | ) | ADDRESSES AND TO SHOW |
| | ) | CAUSE WHY ACTION SHOULD |
| Defendants. | ) | NOT BE DISMISSED AS TO SUCH |
| _____ | ) | PLAINTIFFS |

     On July 25, 2012, Plaintiffs Isaac Freeman, Jr., Diamond Smith, Jeff Redd and Keith Jones (collectively "Plaintiffs in Issue") and multiple other plaintiffs, all of whom were then represented by counsel, filed the operative First Amended Complaint asserting a claim of inducement of copyright infringement against remaining defendant CBS Interactive Inc. By orders dated August 30, 2013 ("August Order") and March 31, 2014 ("March Order"), this Court granted counsel's motion for leave to withdraw as counsel for the Plaintiffs in Issue and others, ordered that the Plaintiffs in Issue and others were now proceeding *pro se*, and directed the Clerk to update the docket to reflect the last known addresses for the Plaintiffs in Issue and others as reflected on documentation submitted by

///

counsel. Such addresses are the current addresses of record for the Plaintiffs in Issue.

The Clerk caused the March Order to be mailed to the Plaintiffs in Issue at their current addresses of record on or about March 31, 2014. The copies of the March Order which were sent to Isaac Freeman, Jr., Diamond Smith and Keith Jones were returned undelivered on April 18, 2014, June 2, 2014, and July 1, 2014, respectively. The copy of the March Order which was sent to Jeff Redd has not been returned to date.

On May 8, 2014, this Court issued an Order on Joint Stipulation of Counsel to Vacate Trial and Related Dates Pending Rulings ("May Order"). The Clerk caused the May Order to be mailed to the Plaintiffs in Issue at their current addresses of record on or about May 8, 2014. The copies of the May Order which were sent to Isaac Freeman, Jr. and Jeff Redd were returned undelivered on May 29, 2014 and June 4, 2014, respectively. The copies of the May Order which were sent to Diamond Smith and Keith Jones have not been returned to date.

Pursuant to Local Rule 41-6, a party proceeding *pro se* is required to keep the Court and opposing parties apprised of such party's current address. Local Rule 41-6 further provides that if mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

**In light of the foregoing, the Plaintiffs in Issue are ordered, within fourteen (14) days of the date of this Order, to notify the Court in writing of their updated address and to show cause why this Court should not dismiss this action as to the Plaintiffs in Issue for want of prosecution based upon the failure of the Plaintiffs in Issue to notify the Court in writing of their current addresses. The Plaintiffs in Issue are cautioned that the failure timely to**

**comply with this Order may result in the dismissal of this action as to the Plaintiffs in Issue for want of prosecution and/or for failure to comply with the Court's Order.**

IT IS SO ORDERED.

DATED: 7/31/14   *Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

3