UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR HILL MUSIC, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>CBS INTERACTIVE, INC., et al.,<br><br>              Defendants. | Case No. CV 11-9437 DSF(JC)<br><br>(PROPOSED)<br><br>ORDER DIRECTING PLAINTIFF REMINISCE SMITH TO UPDATE ADDRESS AND TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AS TO SUCH PLAINTIFF |

      On July 25, 2012, Plaintiff Reminisce Smith ("Smith") and multiple other plaintiffs, all of whom were then represented by counsel, filed the operative First Amended Complaint asserting a claim of inducement of copyright infringement against remaining defendant CBS Interactive Inc. By orders dated August 30, 2013 and March 31, 2014, this Court granted counsel's motion for leave to withdraw as counsel for Smith and other plaintiffs, ordered that Smith and the other plaintiffs in issue were now proceeding *pro se*, and directed the Clerk to update the docket to reflect the last known addresses for Smith and the other plaintiffs in issue as reflected on documentation submitted by counsel. Such addresses are the current addresses of record for Smith and the other plaintiffs in issue.

///

1  On September 5, 2014, the assigned Magistrate Judge issued a discovery
2  order directing Smith and other plaintiffs to produce certain documents and a
3  supplemental privilege log ("September Order"). The Clerk caused the September
4  Order to be mailed to Smith and other parties at their current addresses of record on
5  or about September 5, 2014. The copy of the September Order which was sent to
6  Smith was returned undelivered on September 15, 2014.

7  Pursuant to Local Rule 41-6, a party proceeding *pro se* is required to keep the
8  Court and opposing parties apprised of such party's current address. Local Rule 41-
9  6 further provides that if mail directed by the Clerk to a *pro se* plaintiff's address of
10 record is returned undelivered by the Postal Service, and if, within fifteen (15) days
11 of the service date, such plaintiff fails to notify, in writing, the Court and opposing
12 parties of said plaintiff's current address, the Court may dismiss the action with or
13 without prejudice for want of prosecution.

14 **In light of the foregoing, Smith is ordered, within fourteen (14) days of**
15 **the date of this Order, to notify the Court in writing of her updated address**
16 **and to show cause why this Court should not dismiss this action as to Smith for**
17 **want of prosecution based upon the failure of Smith to notify the Court in**
18 **writing of her current address. Smith is cautioned that the failure timely to**
19 **comply with this Order may result in the dismissal of this action as to Smith**
20 **for want of prosecution and/or for failure to comply with the Court's Order.**

21 IT IS SO ORDERED.
22 2/27/15
23 DATED: _____

    _____
    HONORABLE DALE S. FISCHER
    UNITED STATES DISTRICT JUDGE