LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN BATIZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CBS INTERACTIVE INC.,<br><br>Defendant. | Case No.: 2:11-cv-09437-DSF-JC<br><br>**JOINT STIPULATION REGARDING TRIAL AND RELATED DATES**<br><br>*Filed concurrently with [Proposed] Order Granting Joint Stipulation Regarding Trial and Related Dates* |

# **STIPULATION**

WHEREAS, as of August 13, 2013 Magistrate Judge Chooljian took under submission (Dkt. 132) portions of Plaintiffs' Motion to Compel further discovery from defendant CBS Interactive Inc.("CBSI") (Dkt 126), and portions of CBSI's Motion to Compel Compliance with Court Order and Further Responses to Interrogatories (Dkt. 78), as later supplemented by CBSI's status reports (Dkt. 176, 199) ("CBSI's Motions");

WHEREAS, after taking Plaintiffs' and CBSI's Motions under submission, Magistrate Judge Chooljian issued an October 29, 2013 order, vacating all deadlines for expert discovery and summary judgment "pending this Court's resolution of the outstanding discovery/sanctions requests" (Dkt. No. 228);

WHEREAS, on April 1, 2014, Magistrate Judge Chooljian issued an order denying Plaintiffs' Motion to Compel, but not ruling on or addressing CBSI's Motions;

WHEREAS, on May 8, 2014, the Court vacated all remaining dates in this action, including dates for pretrial conference and trial (Dkt. No. 235);

WHEREAS, on August 27, 2014, the Court issued an order dismissing Plaintiffs Isaac Freeman, Jr., Diamond Smith, Jeff Redd, and Keith Jones (Dkt. No. 242);

WHEREAS, on September 5, 2014, Magistrate Judge Chooljian issued an order granting-in-part and denying-in-part CBSI's Motions, but only as to issues of privilege and waiver of privilege;

WHEREAS, on February 27, 2015, Magistrate Judge Chooljian issued an order granting-in-part and denying-in-part CBSI's Motions, addressing the remaining issues raised in CBSI's Motions (Dkt. No. 252);

WHEREAS, in the Court's order of May 8, 2014, the Court directed the parties to meet and confer and submit proposed dates for conclusion of this action within 10 days of an order on CBSI's Motions;

WHEREAS, counsel for the represented parties have since met and conferred and agreed to a proposed schedule, which includes time for the parties to comply with the directives in the Court's order of February 27, 2015;

NOW THEREFORE, the parties jointly request that the case management schedule for the conclusion of this action be set as follows:

| Event | Date |
|---|---|
| Last day for hearing regarding any further motion regarding the additional fact discovery ordered by the Court | June 22, 2015 |
| Initial expert reports | July 17, 2015 |
| Rebuttal expert reports | August 28, 2015 |
| Expert discovery cutoff | September 11, 2015 |
| Last day to file dispositive motions | September 28, 2015 |
| Responses to dispositive motions filed on September 28, 2015 | October 19, 2015[1] |
| Replies to dispositive motions filed on September 28, 2015 | November 2, 2015 |
| Last day for hearing regarding any dispositive motion | November 16, 2015 |
| Final pretrial conference | February 2, 2016, 3:00 pm, subject to the Court's availability |
| Trial date[2] | March 1, 2016, 8:00 am, subject to the Court's availability |

---

[1] This deadline requires dispositive motions to be filed a minimum of 42 days before the last day to file dispositive motions and therefore includes an extension by one week of the minimum time to respond and reply to dispositive motions allowed by L.R. 7. The parties propose and agree that any dispositive motion filed before the deadline set for dispositive motions shall also be filed a minimum of 42 days before the noticed hearing date, such that the responding party has 14 days to file a response and the moving party has 14 days to respond.

[2] The parties estimate that trial in this matter will require seven days.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 5, 2015 | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: /s/    Todd R. Gregorian |
| 5 | | Todd Gregorian<br>Attorneys for Defendant |
| 6 | | CBS INTERACTIVE INC. |
| 7 | Dated: March 5, 2015 | BAKER MARQUART LLP |
| 8 | | |
| 9 | | By: /s/    Ryan G. Baker |
| 10 | | Ryan G. Baker<br>Attorneys for Plaintiffs Steven Batiz, Tony Bell, Derrick Braxton, Elijah Brown, Horace Brown, Oscar Brown, Luther Cambell, Solomon Conner, Dayquan Davis, Douglas Davis, Kareem Davis, Solamin Davs, Willie Finch, Daryl Gibson, Jalil Hutchins, Oran "Juice" Jones, Tarsha Jones, Barry Moody, Quame Riley, Nicolas Sanchez, Gerald Spence, Irene Stokes, Juanita Stokes, William Tennyson and the Tennyson Estate, Carl Thomas, Rondell Turner, Joseph Williams, Raheem Williams, Case Woodward, Attrell Cordes and Mitchell Graham |

**ATTORNEY ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 5, 2015        By: /s/ Todd R. Gregorian
                               Todd R. Gregorian