LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN BATIZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CBS INTERACTIVE INC.,<br><br>Defendant. | Case No.: 2:11-cv-09437-DSF-JC<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING TRIAL AND RELATED DATES**<br><br>Note Change by Court |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Joint Stipulation Regarding Trial and Related Dates came before the Honorable Dale S. Fischer.  After considering the papers submitted by the parties, the Court hereby ORDERS that:

The case management schedule for this action shall be set as follows:

| Event | Date |
|---|---|
| Last day for hearing regarding any further motion regarding the additional fact discovery ordered by the Court | June 22, 2015 |
| Initial expert reports | July 17, 2015 |
| Rebuttal expert reports | August 28, 2015 |
| Expert discovery cutoff | September 11, 2015 |
| Last day to file dispositive motions | September 28, 2015 |
| Responses to dispositive motions filed on September 28, 2015 | October 19, 2015[1] |
| Replies to dispositive motions filed on September 28, 2015 | November 2, 2015 |
| Last day for hearing regarding any dispositive motion | November 16, 2015 |
| Final pretrial conference | February 1, 2016, 3:00 pm |
| Trial date[2] | March 1, 2016, 8:00 am |

**IT IS SO ORDERED.**

3/9/15

Dated:  _____

_____

Dale S. Fischer

United States District Judge

---

[1] This deadline requires dispositive motions to be filed a minimum of 42 days before the last day to file dispositive motions and therefore includes an extension by one week of the minimum time to respond and reply to dispositive motions allowed by L.R. 7.  Any dispositive motion filed before the deadline set for dispositive motions shall also be filed a minimum of 42 days before the noticed hearing date, such that the responding party has 14 days to file a response and the moving party has 14 days to respond.

[2] The parties estimate that trial in this matter will require seven days.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO