LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN BATIZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CBS INTERACTIVE INC.,<br><br>Defendant. | Case No.: 2:11-cv-09437-DSF-JC<br><br>**JOINT STIPULATION REGARDING DATES FOR COMPLIANCE WITH COURT ORDER AND ORDER TO SHOW CAUSE TO PRO SE PLAINTIFFS**<br><br>*Filed concurrently with [Proposed] Order Granting Joint Stipulation Regarding Dates for Compliance with Court Order and Pro Se Plaintiffs* |

# STIPULATION

WHEREAS, as of August 13, 2013 Magistrate Judge Chooljian took under submission (Dkt. 132), portions of Plaintiffs' Motion to Compel further discovery from defendant CBS Interactive Inc.("CBSI") (Dkt 126), and portions of CBSI's Motion to Compel Compliance with Court Order and Further Responses to Interrogatories (Dkt. 78), as later supplemented by CBSI's status reports (Dkt. 176, 199) ("CBSI's Motions");

WHEREAS, on February 27, 2015, Magistrate Judge Chooljian issued an order granting-in-part and denying-in-part CBSI's Motions (Dkt. No. 252) (the "Order");

WHEREAS, in the Order, the Court set certain dates for compliance, including a 14-day period for Plaintiffs' compliance and a 45-day period for CBSI to obtain additional discovery;

WHEREAS, in light of the Order, the 31 plaintiffs who remain represented in this action by Baker Marquart LLP (the "Represented Plaintiffs") have reached agreement with CBSI on a settlement in principle, which would fully dispose of all of the Represented Parties' claims against CBSI with prejudice, but will require some time to document and obtain signatures in a formal settlement agreement;

WHEREAS, the Represented Plaintiffs and CBSI agree that all deadlines in and relating to the Order as it relates to the Represented Plaintiffs (including but not limited to any challenge by the Represented Plaintiffs of the Order pursuant to Federal Rule of Civil Procedure 72(b)(2)) should be extended by 10 business days to permit the Represented Plaintiffs and CBSI to document the details of a settlement agreement and obtain execution by all parties without those deadlines running in the interim and without the Represented Plaintiffs being required to complete tasks that will become unnecessary if the settlement is concluded;

WHEREAS, the Represented Plaintiffs and CBSI acknowledge and agree that any settlement between them will be more conclusive of this action and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

effective if it results in dismissal of the entirety of this action, including the eight pro se Plaintiffs who are not parties to this stipulation;

WHEREAS, as set forth in the Order, the following eight plaintiffs remain in this action *pro se*: Drew Carter, Jarret Cordes, Emmanuel Ramone Deanda, John Fletcher, Jonathan Shinhoster, Reminisce Smith, Jeff Thompkins, and Ricky Walters (the "*pro se* Plaintiffs"), each having become *pro se* after their former counsel at Baker Marquart LLP submitted evidence (Docket No.161, the Anstett Declaration) that these Plaintiffs had been unresponsive to their counsel's efforts to enlist their participation and compliance with deadlines in this action;

WHEREAS, neither CBSI or its counsel nor the *pro se* Plaintiffs' former attorneys at Baker Marquart LLP has received any contact from any of the *pro se* Plaintiffs since the withdrawal of Baker Marquart LLP from the representation of these individuals effective September 5, 2013 (Dkt. No. 161), and none of the *pro se* Plaintiffs has, after that date, ever responded to any inquiry, individually appeared, filed any pleading in this action with the Court, or otherwise indicated any interest in pursuing this action;

WHEREAS, if this case continues after a resolution of the claims of the Represented Plaintiffs due to the failure to appear of the *pro se* Plaintiffs, CBSI will need to continue to raise issues for the Court to decide with respect to the *pro se* Plaintiffs, including (i) filing and substantiating CBSI's proof of its attorneys' fees to establish the sanctions amount that will remain payable by the *pro se* Plaintiffs under the Order; (ii) enforcing that sanctions order; and (iii) enforcing compliance by the *pro se* Plaintiffs with the discovery obligations under the Order;

WHEREAS, CBSI believes, and the Represented Plaintiffs do not oppose, that the *pro se* Plaintiffs—given their failure to indicate any interest in pursuing their claims in this action for over 18 months—should be required to give some indication of their intention to prosecute this action and comply with this Court's orders it they intend to keep this action open and require further adjudication by the

Court (except for Reminisce Smith, for whom the Court has already entered an order to show cause regarding dismissal, Docket No. 251);

NOW THEREFORE, CBSI and the Represented Plaintiffs jointly request that: (1) all deadlines for compliance with the Order be extended by 10 business days as to the Represented Plaintiffs only; and (2) *pro se* Plaintiffs Drew Carter, Jarret Cordes, Emmanuel Ramone Deanda, John Fletcher, Jonathan Shinhoster, Jeff Thompkins, and Ricky Walters be ordered to show cause within 14 days (A) that they intend to prosecute this action *pro se*; (B) that they have complied with the Court's Order and searched for and produced the materials and information that it required them to produce within 14 days, *i.e.*, by March 13, 2014; and (C) why this action should not be dismissed as to their claims for failure to prosecute.

| | |
|---|---|
| Dated: March 10, 2015 | FENWICK & WEST LLP |
| | By: */s/Todd R. Gregorian* |
| | Todd Gregorian |
| | Attorneys for Defendant CBS INTERACTIVE INC. |
| Dated: March 10, 2015 | BAKER MARQUART LLP |
| | By: */s/Ryan G. Baker* |
| | Ryan G. Baker |
| | Attorneys for Plaintiffs Steven Batiz, Tony Bell, Derrick Braxton, Elijah Brown, Horace Brown, Oscar Brown, Luther Cambell, Solomon Conner, Dayquan Davis, Douglas Davis, Kareem Davis, Solamin Davs, Willie Finch, Daryl Gibson, Jalil Hutchins, Oran "Juice" Jones, Tarsha Jones, Barry Moody, Quame Riley, Nicolas Sanchez, Gerald Spence, Irene Stokes, Juanita Stokes, William Tennyson and the Tennyson Estate, Carl Thomas, Rondell Turner, Joseph Williams, Raheem Williams, Case Woodward, Attrell Cordes and Mitchell Graham |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## ATTORNEY ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 10, 2015        By: */s/ Todd R. Gregorian*
                                  Todd R. Gregorian

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION REGARDING DATES FOR COMPLIANCE WITH COURT ORDER AND OSC TO PRO SE PLAINTIFFS        4        Case No.: 2:11-cv-09437-DSF-JC