LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants
CBS INTERACTIVE INC. and

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUGAR HILL MUSIC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CBS INTERACTIVE INC.<br><br>　　　　Defendants. | CASE NO. 2:11-cv-09437-DSF-JC<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following document(s):

- **JOINT STIPULATION REGARDING DATES FOR COMPLIANCE WITH COURT ORDER AND ORDER TO SHOW CAUSE TO PRO SE PLAINTIFFS**

- **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINES FOR COMPLIANCE WITH COURT ORDER AND ORDER TO SHOW CAUSE TO PRO SE PLAINTIFFS**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**Emmanuel Ramone DeAnda**
6764 Sienna Club Drive
Lauderhill, FL 33319-7330

**Drew Carter**
1560 Walter Shine Way
Snellville, GA 30078-776

**John Fletcher**
124 Old Mill Court
Atlanta, GA 30349-6910

**Jonathan Shinhoster**
4578 SW 114th Avenue, No. 110
Miramar, FL 33025-7944

**Jeff Thomkins**
2604 Brigadoon Drive
Clearwater, FL 33759-2913

**Ricky Walters**
1737 Edenwald Avenue No. 3
Bronx, NY 10466-2214

**Jarrett Cordes**
501 Garfield Avenue, No. 2
Jersey City, NJ 07305-4007

**Reminisce Smith**
Bedford Hills Correctional Facility for Women
247 Harris Road
Bedford Hills, NY 10507-2400

☑ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

1 | I declare under penalty of perjury under the laws of the State of California
2 | and the United States that the above is true and correct.

Date: March 11, 2015

_____
Shannon Ellenburg