LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVEN BATIZ, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>CBS INTERACTIVE INC.<br><br>         Defendants. | CASE NO. 2:11-cv-09437-DSF-JC<br><br>**NOTICE OF ENTRY OF ORDER** |

**PLEASE TAKE NOTICE** pursuant to Fed. R. Civ. P. 77(d)(1) that on March 11, 2015 the Court issued an order in response to the Joint Stipulation Regarding Deadlines for Compliance with Court Order and Order to Show Cause to Pro Se Plaintiffs.

A true and correct copy of this order is attached hereto as Exhibit A.

Dated: March 11, 2015

FENWICK & WEST LLP

By: /s/ Todd R. Gregorian
Todd Gregorian

Attorneys for Defendant
CBS INTERACTIVE INC.

# PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served a copy of the following document(s):

- **ORDER GRANTING JOINT STIPULATION REGARDING DEADLINES FOR COMPLIANCE WITH COURT ORDER AND ORDER TO SHOW CAUSE TO PRO SE PLAINTIFFS**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**Emmanuel Ramone DeAnda**
6764 Sienna Club Drive
Lauderhill, FL 33319-7330

**Drew Carter**
1560 Walter Shine Way
Snellville, GA 30078-776

**John Fletcher**
124 Old Mill Court
Atlanta, GA 30349-6910

**Jonathan Shinhoster**
4578 SW 114th Avenue, No. 110
Miramar, FL 33025-7944

**Jeff Thomkins**
2604 Brigadoon Drive
Clearwater, FL 33759-2913

**Ricky Walters**
1737 Edenwald Avenue No. 3
Bronx, NY 10466-2214

**Jarrett Cordes**
501 Garfield Avenue, No. 2
Jersey City, NJ 07305-4007

**Reminisce Smith**
Bedford Hills Correctional Facility for Women
247 Harris Road
Bedford Hills, NY 10507-2400

☑ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: March 11, 2015

_____
Shannon Ellenburg