1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Defendant
   CBS INTERACTIVE INC.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                  WESTERN DIVISION

12  STEVEN BATIZ, ET AL.,            Case No.: 2:11-cv-09437-DSF-JC

13                                   **JOINT STIPULATION**
                                     **REGARDING DEADLINES FOR**
14              Plaintiffs,          **COMPLIANCE WITH COURT**
                                     **ORDER**
15      v.
                                     *Filed concurrently with [Proposed]*
16  CBS INTERACTIVE INC.,            *Order Granting Joint Stipulation*
                                     *Regarding Deadlines for Compliance*
17              Defendant.           *with Court Order*

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIPULATION**

WHEREAS, as of August 13, 2013 Magistrate Judge Chooljian took under submission (Dkt. 132), portions of Plaintiffs' Motion to Compel further discovery from defendant CBS Interactive Inc.("CBSI") (Dkt 126), and portions of CBSI's Motion to Compel Compliance with Court Order and Further Responses to Interrogatories (Dkt. 78), as later supplemented by CBSI's status reports (Dkt. 176, 199) ("CBSI's Motions");

WHEREAS, on February 27, 2015, Magistrate Judge Chooljian issued an order granting-in-part and denying-in-part CBSI's Motions (Dkt. No. 252) (the "Order");

WHEREAS, in the Order, the Court set certain dates for compliance, including a 14-day period for Plaintiffs' compliance and a 45-day period for CBSI to obtain additional discovery;

WHEREAS, the Order also requires CBSI to submit evidence within 30 days establishing actual expenses incurred due to the failure of plaintiffs Drew Carter, Willie Finch, John Fletcher, Reminisce Smith, and Ricky Walters to appear for their properly noticed depositions (§ V.2) and to submit evidence within 60 days establishing 50% of its fees and expenses incurred in the matters referred to in notes 1 and 3 of the Order (§ V.9);

WHEREAS, in light of the order, the 31 plaintiffs who remain represented in this action by Baker Marquart LLP (the "Represented Plaintiffs") reached a settlement with CBSI;

WHEREAS, on March 11, 2015, the Court extended the deadlines in the Order with respect to the Represented Plaintiffs by 10 business days to permit the parties additional time to finalize a settlement agreement and obtain signatures, and ordered the remaining *pro se* plaintiffs to show cause by March 25, 2015 why their claims should not be dismissed with prejudice (Dkt. No. 257);

Fenwick & West LLP
Attorneys at Law
San Francisco

WHEREAS, a form of settlement agreement between the Represented Plaintiffs and CBSI has been agreed upon, but the parties require additional time to obtain execution copies from all Represented Plaintiffs;

WHEREAS, the Represented Plaintiffs and CBSI agree that all deadlines in and relating to the Order as it relates to the Represented Plaintiffs (including but not limited to any challenge by the Represented Plaintiffs of the Order pursuant to Federal Rule of Civil Procedure 72(b)(2)) should be extended by 5 additional business days to permit the Represented Plaintiffs and CBSI to obtain final execution of the settlement agreement by all parties without the Represented Plaintiffs being required to complete litigation tasks that will become unnecessary if the settlement is concluded;

WHERAS, the Represented Plaintiffs and CBSI agree that the deadline for CBSI to submit evidence of its recoverable deposition expenses be extended to April 28, 2015, CBSI's deadline under the Order to submit evidence of its other recoverable attorney's fees;

NOW THEREFORE, the Represented Plaintiffs and CBSI jointly stipulate that:

(1) CBSI's deadline to submit evidence of actual expenses incurred due to the failure of certain plaintiffs to appear for their properly noticed depositions be extended to April 28, 2015; and

(2) All deadlines for compliance with the Order be extended by 5 additional business days as to the Represented Plaintiffs only.

Dated:  March 27, 2015

FENWICK & WEST LLP

By:/s/ Todd R. Gregorian
     Todd Gregorian

Attorneys for Defendant
CBS INTERACTIVE INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      Dated: March 27, 2015          BAKER MARQUART LLP

2

3                                  By: */s/ Ryan G. Baker*
                                       Ryan G. Baker

4                                  Attorneys for Plaintiffs Steven Batiz, Tony
Bell, Derrick Braxton, Elijah Brown,

5                                  Horace Brown, Oscar Brown, Luther
Cambell, Solomon Conner, Dayquan Davis,

6                                  Douglas Davis, Kareem Davis, Solamin
Davs, Willie Finch, Daryl Gibson, Jalil

7                                  Hutchins, Oran "Juice" Jones, Tarsha Jones,
Barry Moody, Quame Riley, Nicolas

8                                  Sanchez, Gerald Spence, Irene Stokes,
Juanita Stokes, William Tennyson and the

9                                  Tennyson Estate, Carl Thomas, Rondell
Turner, Joseph Williams, Raheem Williams,

10                                 Case Woodward, Attrell Cordes and
Mitchell Graham

11

12

13                                **ATTORNEY ATTESTATION**

14

15         I hereby attest that concurrence in the filing of this document has been

16 obtained from the signatory indicated by a "conformed" signature (/s/) within this

17 e-filed document.

18 Dated: March 27, 2015              By: */s/ Todd R. Gregorian*

19                                        Todd R. Gregorian

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION REGARDING
DEADLINES FOR COMPLIANCE WITH COURT
ORDER

3

Case No.: 2:11-cv-09437-DSF-JC