LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SUGAR HILL MUSIC, ET AL.,

Plaintiffs,

v.

CBS INTERACTIVE INC.,

Defendant.

Case No.: 2:11-cv-09437-DSF-JC

**JOINT STIPULATION REGARDING DEADLINES FOR COMPLIANCE WITH COURT ORDER**

*Filed concurrently with [Proposed] Order Granting Joint Stipulation Regarding Deadlines for Compliance with Court Order*

Fenwick & West LLP
Attorneys at Law
San Francisco

**STIPULATION**

WHEREAS, as of August 13, 2013 Magistrate Judge Chooljian took under submission (Dkt. 132), portions of Plaintiffs' Motion to Compel further discovery from defendant CBS Interactive Inc.("CBSI") (Dkt 126), and portions of CBSI's Motion to Compel Compliance with Court Order and Further Responses to Interrogatories (Dkt. 78), as later supplemented by CBSI's status reports (Dkt. 176, 199) ("CBSI's Motions");

WHEREAS, on February 27, 2015, Magistrate Judge Chooljian issued an order granting-in-part and denying-in-part CBSI's Motions (Dkt. No. 252) (the "Order");

WHEREAS, in the Order, the Court set certain dates for compliance, including a 14-day period for Plaintiffs' compliance and a 45-day period for CBSI to obtain additional discovery;

WHEREAS, the Order also requires CBSI to submit evidence within 30 days establishing actual expenses incurred due to the failure of plaintiffs Drew Carter, Willie Finch, John Fletcher, Reminisce Smith, and Ricky Walters to appear for their properly noticed depositions (§ V.2) and to submit evidence within 60 days establishing 50% of its fees and expenses incurred in the matters referred to in notes 1 and 3 of the Order (§ V.9);

WHEREAS, in light of the order, the 31 plaintiffs who remain represented in this action by Baker Marquart LLP (the "Represented Plaintiffs") reached a settlement with CBSI;

WHEREAS, on March 11, 2015, the Court extended the deadlines in the Order with respect to the Represented Plaintiffs by 10 business days to permit the parties additional time to finalize a settlement agreement and obtain signatures, and ordered the remaining *pro se* plaintiffs to show cause by March 25, 2015 why their claims should not be dismissed with prejudice (Dkt. No. 257);

WHEREAS, a form of settlement agreement between the Represented Plaintiffs and CBSI has been agreed upon, but the parties require additional time to obtain execution copies from all Represented Plaintiffs;

WHEREAS, the Represented Plaintiffs and CBSI agree that all deadlines in and relating to the Order as it relates to the Represented Plaintiffs (including but not limited to any challenge by the Represented Plaintiffs of the Order pursuant to Federal Rule of Civil Procedure 72(b)(2)) should be extended by 5 additional business days to permit the Represented Plaintiffs and CBSI to obtain final execution of the settlement agreement by all parties without the Represented Plaintiffs being required to complete litigation tasks that will become unnecessary if the settlement is concluded;

WHERAS, the Represented Plaintiffs and CBSI agree that the deadline for CBSI to submit evidence of its recoverable deposition expenses be extended to April 28, 2015, CBSI's deadline under the Order to submit evidence of its other recoverable attorney's fees;

NOW THEREFORE, the Represented Plaintiffs and CBSI jointly stipulate that:

(1) CBSI's deadline to submit evidence of actual expenses incurred due to the failure of certain plaintiffs to appear for their properly noticed depositions be extended to April 28, 2015; and

(2) All deadlines for compliance with the Order be extended by 5 additional business days as to the Represented Plaintiffs only.

Dated: April 1, 2015

FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
Todd Gregorian

Attorneys for Defendant
CBS INTERACTIVE INC.

Dated: April 1, 2015

BAKER MARQUART LLP

By: */s/ Ryan G. Baker*
Ryan G. Baker

Attorneys for Plaintiffs Steven Batiz, Tony Bell, Derrick Braxton, Elijah Brown, Horace Brown, Oscar Brown, Luther Cambell, Solomon Conner, Dayquan Davis, Douglas Davis, Kareem Davis, Solamin Davs, Willie Finch, Daryl Gibson, Jalil Hutchins, Oran "Juice" Jones, Tarsha Jones, Barry Moody, Quame Riley, Nicolas Sanchez, Gerald Spence, Irene Stokes, Juanita Stokes, William Tennyson and the Tennyson Estate, Carl Thomas, Rondell Turner, Joseph Williams, Raheem Williams, Case Woodward, Attrell Cordes and Mitchell Graham

**ATTORNEY ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 1, 2015

By: */s/ Todd R. Gregorian*
Todd R. Gregorian