LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CBS INTERACTIVE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUGAR HILL MUSIC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CBS INTERACTIVE INC., <br><br> Defendant. | Case No.: 2:11-cv-09437-DSF-JC <br><br> **JUDGMENT** |

[PROPOSED] JUDGMENT         Case No.: 2:11-cv-09437-DSF-JC

Pursuant to and in accordance with the dismissal orders previously entered by the Court (Dkt. Nos. 28, 60, 188, 231, 242, 259, 271, & 272), IT IS HEREBY ADJUDGED, ORDERED AND DECREED that:

1. Judgment is rendered in favor of the sole Defendant, CBS Interactive, Inc., on all claims in this action.
2. This action and all claims asserted herein are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 5/5/15

By: *Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge